UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
:
:
PIONEER BUSINESS SERVICES, LLC d/b/a FOUR : 1:22-CV-06206-ALC
CORNERS AVIATION SERVICES,
:
: **ORDER**
                            **Plaintiff,** :
:
      -against- :
:
VISTAJET US, INC., :
:
                            **Defendant.** :
:
x
-------------------------------------------------------------------
**ANDREW L. CARTER, JR., United States District Judge:**

      Upon review of the parties' submissions, Plaintiff's request for a temporary restraining order is DENIED. The Court will hear arguments on Plaintiff's request for a preliminary injunction. The Parties are ordered to submit responses to the motion for a preliminary injunction by tomorrow, July 26, 2022. These responses are not to exceed 10 pages.

      The Court will hold a telephonic preliminary injunction hearing in this action on Wednesday, July 27, 2022 at 11:00AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

      The Clerk of Court is respectfully directed to terminate ECF No. 8.

**SO ORDERED.**

Dated:    **July 25, 2022**
                **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**