UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIONEER BUSINESS SERVICES, LLC
d/b/a FOUR CORNERS AVIATION
SERVICES,

     Plaintiff,

-against-

VISTAJET US, INC.,

     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/10/2023
```

22-CV-6206 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

1. For the reasons stated on the record during today's discovery conference, plaintiff's motion to reopen the deposition of Leona Qi (Dkts. 79, 81) is DENIED.

2. For the reasons and subject to the limitations stated on the record during today's discovery conference, plaintiff's motion to compel Thomas Flohr to appear for deposition pursuant to Fed. R. Civ. P. 30 (Dkts. 80, 82) is GRANTED.

The Court having previously resolved the sealing motion at Dkt. 78 (*see* Dkt. 88), the Clerk of Court is respectfully directed to close the motions at Dkts. 78, 79, 80, 81, and 82.

Dated: New York, New York
      January 10, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**