UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIONEER BUSINESS SERVICES, LLC
d/b/a FOUR CORNERS AVIATION SERVICES,

    Plaintiff,

-against-

VISTAJET US, INC.,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2023

22-CV-6206 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's discovery conference, it is hereby ORDERED that:

1. No later than **February 28, 2023**, defendant shall supplement and correct its response to Interrogatory No. 1, regarding damages, in accordance with Fed. R. Civ. P. 26(e).

2. Plaintiff's letter-application dated February 10, 2023 (Dkt. 97), seeking an order compelling defendant to produce additional damages-related documents is DENIED without prejudice to renewal after defendant supplements its damages interrogatory response. Any renewed application must be filed no later than **March 7, 2023**.

3. No later than **March 14, 2023**, the parties shall file a joint letter confirming that they have had preliminary settlement discussions and advising the Court whether a judicially-supervised conference would likely be productive.

Dated: New York, New York
       February 21, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**