USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PIONEER BUSINESS SERVICES, LLC,**  Plaintiff,  -against-  **VISTAJET US, INC.,**  Defendant. | **22-cv-06206 (ALC)**  **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Pending before the Court are Plaintiff's letter motion to file documents under seal dated July 22, 2022, ECF No. 5, Defendant's letter motion for expedited discovery dated July 25, 2022, ECF No. 11, and Defendant's letter motion to file documents under seal dated July 27, 2022, ECF No. 25. All three motions were filed in connection with the Plaintiff's emergency motion for a temporary restraining order ("TRO") and preliminary injunction. *See* ECF No. 8.

After the Court denied the Plaintiff's request for a TRO and preliminary injunction, ECF No. 35, this action was referred to Magistrate Judge Barbara C. Moses for general pretrial matters, including scheduling, discovery, non-dispositive pretrial motions, and settlement. ECF No. 36. Since then, Judge Moses has presided over the parties' discovery deadlines and disputes, and the parties have entered a stipulated protective order, ECF No. 49.

Defendant's motion for expedited discovery at ECF No. 11 is **DENIED** as moot. As this juncture, the pending motions to seal at ECF Nos. 5 and 25 are **GRANTED**. The Clerk of the Court is respectfully directed to terminate ECF Nos. 5, 11, and 25.

**SO ORDERED.**

**Dated:**   **March 27, 2023**
           **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**