```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PIONEER BUSINESS SERVICES, LLC,

                              **Plaintiff,**

          -against-

VISTAJET US, INC.,

                              **Defendant.**

**22-cv-06206 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' pre-motion conference letters related to the parties' anticipated motions for summary judgment. ECF Nos. 119-122. Defendant has submitted a proposed briefing schedule. ECF No. 121. Plaintiff is hereby **ORDERED** to submit a proposed briefing schedule on or by **April 18, 2023.**

**SO ORDERED.**

Dated:   April 17, 2023
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**