# Exhibit 9

**Sent**:          4/19/2022 3:23:48 PM
**To**:            Pat Wallace [Pat.Wallace@marinomgmt.com]
**CC**:            Kevin Voss [kvoss@fourcornersaviation.com]; David Lessing [David.Lessing@marinomgmt.com]; Jim Yacone
                 [Jim.Yacone@bwater.com]; Chon Taylor [Chon.Taylor@bwater.com]
**Subject**:       RE: Four Corners updated proposal
**Attachments**:   Insight Vista Opportunity DFO 04192022 v2.pdf

**Cameron B. Gowans**
**President + Chief Commercial Officer**

FOUR CORNERS
AVIATION

3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:  +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

**From:** Pat Wallace <Pat.Wallace@marinomgmt.com>
**Sent:** 19 April, 2022 15:22
**To:** Cameron Gowans <cgowans@fourcornersaviation.com>
**Cc:** Kevin Voss <kvoss@fourcornersaviation.com>; David Lessing <David.Lessing@marinomgmt.com>; Jim Yacone
<Jim.Yacone@bwater.com>; Chon Taylor <Chon.Taylor@bwater.com>
**Subject:** RE: Four Corners updated proposal

<mark>EXTERNAL EMAIL:</mark> Use Caution

Not at first glance, think that should be the information we need to have the conversation with Ray.

**From:** Cameron Gowans <cgowans@fourcornersaviation.com>
**Sent:** Tuesday, April 19, 2022 4:20 PM
**To:** Pat Wallace <Pat.Wallace@marinomgmt.com>
**Cc:** Kevin Voss <kvoss@fourcornersaviation.com>; David Lessing <David.Lessing@marinomgmt.com>; Jim Yacone
<Jim.Yacone@bwater.com>; Chon Taylor <Chon.Taylor@bwater.com>
**Subject:** Re: Four Corners updated proposal

Certainly - anything else?

**Cameron B. Gowans**
**President + Chief Commercial Officer**

**Four Corners Aviation**
3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:  +1-214-351-9595

FCA000286

**Sent**: 4/19/2022 2:32:27 PM
**To**: Pat Wallace [Pat.Wallace@marinomgmt.com]
**CC**: Kevin Voss [kvoss@fourcornersaviation.com]; david.lessing@marinomgmt.com; jim.yacone@bwater.com
**Subject**: Proposal update
**Attachments**: Insight Vista Opportunity DFO 04192022.pdf

Pat –

Following our meeting last week, please see the updated proposal.   The hours are reduced to 100 in the Global 5000/6000 and 48 in the Global 7500 for a total of 148

We approached NetJets about a share in an ultra long range airplane.  They are only selling new shares in the Global 5500 and Global 7500.   Global 6000 shares are only available as a used share – and they have none available.  The next available 5500 share delivers in 3Q 2023 and the 7500 in 2Q 2024 – both beyond the expiry of these Vista Jet hours in September 2023.  So the fractional share may be a decent long term option, whereas this opportunity is more short term.

**Cameron B. Gowans**
**President + Chief Commercial Officer**

FOUR CORNERS
AVIATION

3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:   +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

CONFIDENTIAL

FCA000302

**Sent**:        5/26/2022 4:37:26 PM
**To**:           Brian Olson [brian@olsonct.com]
**Subject**:   RE: Fractional
**Attachments**:  Insight w Vista B Olson 05242022.pdf

**Cameron B. Gowans**
**President + Chief Commercial Officer**

FOUR CORNERS
AVIATION

3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:  +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

---

**From:** Brian Olson <brian@olsonct.com>
**Sent:** 26 May, 2022 13:28
**To:** Cameron Gowans <cgowans@fourcornersaviation.com>; Cameron Gowans <cgowans@mentegroup.com>
**Subject:** Re: Fractional

<mark>**EXTERNAL EMAIL: Use Caution**</mark>

Could I call you at 3pm (NY Time)?

Brian

---

**From:** Cameron Gowans <cgowans@fourcornersaviation.com>
**Sent:** Thursday, May 26, 2022 2:08:09 PM
**To:** Brian Olson <brian@olsonct.com>; Cameron Gowans <cgowans@mentegroup.com>
**Subject:** Re: Fractional

Certainly - I am available this afternoon and this evening except between 5 and 6 eastern and tomorrow any time after 2 pm eastern.   Also available over the weekend.  My cell is 954 604-1443.

Thanks!

CAM

**Cameron B. Gowans**
**President + Chief Commercial Officer**

**Four Corners Aviation**
3201 Dallas Parkway
Suite 777

CONFIDENTIAL

FCA001359

**From**:        Brian Proctor [brian@mentegroup.com]
**Sent**:        5/9/2022 2:58:25 PM
**To**:          Brad Harris (bharris@dallasjet.com) [bharris@dallasjet.com]
**CC**:          Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject**:     Insight Vista Proposal
**Attachments**: Insight w Priority Availability Brad Harris 05092022.pdf

Brad, Per our conversation, please see attached.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

CONFIDENTIAL                                                                                     FCA001912

| | |
|---|---|
| **From**: | Jim Lewis [jlewis@mentegroup.com] |
| **Sent**: | 4/18/2022 4:57:58 PM |
| **To**: | Chuck Stumpf [Chuck@silverair.com] |
| **CC**: | Cameron Gowans [cgowans@fourcornersaviation.com] |
| **Subject**: | Vista/Four Corners |
| **Attachments**: | Insight Vista Opportunity 04182022.pdf |

Hi Chuck.  Attached is the very new presentation outlining this opportunity – which is quite unique.  Indeed, it's a win-in-win in our opinion.  Several elements in the material might look as though we're competitors, but I wouldn't regard us as direct competition.  We can't do what you do…you're way better at it.

That said, this presentation discusses the Vista/Four Corners Aviation (FCA) partnership, the charter blocks, and some of the necessary and understandable limitations and nuances.  I've copied my colleague Cam Gowans who runs FCA.  If it's something that interests you folks as part of a solution, the discussion will start to involve FCA.

Eager to chat more if you folks need more information.

Jim Lewis
Senior Managing Director
MENTE Group, LLC
503-291-1650 (Office)
503-550-5503 (Cell)
214-351-9595 (Dallas HQ)
www.mentegroup.com

CONFIDENTIAL

**From:** Brian Proctor [brian@mentegroup.com]
**Sent:** 4/21/2022 7:38:42 AM
**To:** Joe Carfagna (joejr@leas.com) [joejr@leas.com]
**CC:** Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject:** Four Corners VistaJet Hours
**Attachments:** Insight Vista Opportunity - Leading Edge - 042122.pdf

Joe,

Please see attached presentation for your client.  As discussed, Four Corners is offering an exclusive opportunity to a select group of industry partners.

Four Corners has made an advanced purchase of Global 5000/6000 hours through VistaJet.  We are offering access to the hours through our Insight program.  Currently, VistaJet is selling their hours in the market for $16,000-$17,000+ incidentals and fuel surcharges.  This is an opportunity for you to offer the same hours to your client for significantly less.  Our recommended sale price is $12,500+incendentals.  However we will allow you to set the price to whatever level you can.  We will pay you anything above $12,250.  Right now, we are offering the hours in blocks of a minimum of 150 hours and your clients can contract directly with FCA.

After you've had a chance to review, please give me or Cam Gowans a call to discuss further.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

**From**: Brian Proctor [brian@mentegroup.com]
**Sent**: 4/21/2022 7:36:21 AM
**To**: John B. (Johnny) Foster (johnnyfoster@ogarajets.com) [johnnyfoster@ogarajets.com]
**CC**: Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject**: Four Corners VistaJet Hours
**Attachments**: Insight Vista Opportunity - OGARA - 042122.pdf

Johnny,

Please see attached presentation for your client.  As discussed, Four Corners is offering an exclusive opportunity to a select group of industry partners.

Four Corners has made an advanced purchase of Global 5000/6000 hours through VistaJet.  We are offering access to the hours through our Insight program.  Currently, VistaJet is selling their hours in the market for $16,000-$17,000+ incidentals and fuel surcharges.  This is an opportunity for you to offer the same hours to your client for significantly less.  Our recommended sale price is $12,500+incendentals.  However we will allow you to set the price to whatever level you can.  We will pay you anything above $12,250.  Right now, we are offering the hours in blocks of a minimum of 150 hours and your clients can contract directly with FCA.

After you've had a chance to review, please give me or Cam Gowans a call to discuss further.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

FCA002232

| | |
|---|---|
| **From**: | Brian Proctor [brian@mentegroup.com] |
| **Sent**: | 4/21/2022 7:41:57 AM |
| **To**: | Drew Callen (dcallen@bostonjetsearch.com) [dcallen@bostonjetsearch.com] |
| **CC**: | Cameron Gowans [cgowans@fourcornersaviation.com] |
| **Subject**: | Four Corners VistaJet Hours |
| **Attachments**: | Insight Vista Opportunity - BJS - 042122.pdf |

Drew,

Great seeing you this week.

Please see attached presentation for your client.  As discussed, Four Corners is offering an exclusive opportunity to a select group of industry partners.

Four Corners has made an advanced purchase of Global 5000/6000 hours through VistaJet.  We are offering access to the hours through our Insight program.  Currently, VistaJet is selling their hours in the market for $16,000-$17,000+ incidentals and fuel surcharges.  This is an opportunity for you to offer the same hours to your client for significantly less.  Our sale price is $12,500+incendentals.  Right now, we are offering the hours in blocks of a minimum of 150 hours and your clients can contract directly with FCA.

After you've had a chance to review, please give me or Cam Gowans a call to discuss further.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

CONFIDENTIAL

| | |
|---|---|
| **From:** | Kevin Voss [kvoss@fourcornersaviation.com] |
| **Sent:** | 4/12/2022 6:17:06 PM |
| **To:** | Pat Wallace [Pat.Wallace@marinomgmt.com]; David.Lessing@bwater.com; jim.yacone@bwater.com [Jim.Yacone@bwater.com] |
| **CC:** | Cameron Gowans [cgowans@fourcornersaviation.com] |
| **Subject:** | RE: Status re: Ray aviation presentation |
| **Attachments:** | Insight Vista Opportunity DFO 04132022.pdf |

Good Evening Pat,

During our meeting tomorrow, we would like to present an opportunity to DFO/ Marino Management for some discounted Vista Jet flight options that are available to Four Corners Clients. Cam & I will provide detailed information about the program tomorrow but here is a document you may want to review. Have a good evening and I will talk to you tomorrow.


Thank you,
Kevin

**Kevin Voss**
**Director, Membership Programs**



3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:  +1-214-459-5900
Mobile: +1-214-213-7163
www.fourcornersaviation.com


**From:** Pat Wallace <Pat.Wallace@marinomgmt.com>
**Sent:** Wednesday, March 30, 2022 12:13 PM
**To:** Kevin Voss <kvoss@fourcornersaviation.com>; Cameron Gowans <cgowans@fourcornersaviation.com>
**Subject:** RE: Status re: Ray aviation presentation

**EXTERNAL EMAIL: Use Caution**


Thanks for reaching out, Kevin. I actually have time late tonight (my time) to follow-up with Ray on his thoughts, as well as ask about what seems like an increasing amount of commercial travel internationally.

I'll follow-up with you after that call.

**From:** Kevin Voss <kvoss@fourcornersaviation.com>
**Sent:** Wednesday, March 30, 2022 11:12 AM
**To:** Pat Wallace <Pat.Wallace@marinomgmt.com>; Cameron Gowans <cgowans@fourcornersaviation.com>
**Subject:** RE: Status re: Ray aviation presentation

Good Morning Pat,

CONFIDENTIAL

**From:**      Jim Lewis [jlewis@mentegroup.com]
**Sent:**      6/17/2022 2:00:14 PM
**To:**        Craig Ross [Craig@AviationPortfolio.com]
**CC:**        Ray Bennett [rbennett@fourcornersaviation.com]; Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject:**   Answers for Mr. Phelan
**Attachments:**  Insight w Vista - agreement example.pdf; Insight w Priority Availability Opportunity 05062022.pdf

Hi Craig. Answers below:

1)      **Regarding Deposit:** As mentioned, any unused portion will be returned at the conclusion of the project.

2)      **Regarding Daily Minimums during an interchange event:** The agreement states that there is 1.0 (CL350) hour daily minimums. As a result, the client would be billed 1.2 (one hour plus one tenth in front and one tenth in back) at the appropriate hourly rate interchange. Please communicate that the interchange is subject to availability.

3)      **Regarding 6000 availability if G500 is mission constrained:** The G6000 will be utilized.

4)      **Regarding a draft agreement for review:** Attached

5)      **Regarding the program overview:** Attached

I have copied the team to make sure everyone is up to speed for the next few questions. Thanks Craig.

Jim Lewis
Senior Managing Director
MENTE Group, LLC
503-291-1650 (Office)
503-550-5503 (Cell)
214-351-9595 (Dallas HQ)
www.mentegroup.com

  

**From:**       Jim Lewis [jlewis@mentegroup.com]
**Sent:**       5/18/2022 10:36:07 AM
**To:**         David Riddle [DavidRi@vulcan.com]
**CC:**         Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject:**    Vista Jet hours
**Attachments:** Insight w Priority Availability 05182022.pptx


Good morning, Dave.  Attached is the overview of the program.  It's quite unique…it's also nuanced – most of which is our issue, not yours.  But availability, interchange, lead times, fuel surcharges, etc, are nuances that would be consistent with any charter.  The advantage here is pricing…significantly less than off the street.

Hope it's compelling.  Cam (copied) and I are eager to put a call together with your team and ours if we need to get aligned.

Jim Lewis
Senior Managing Director
MENTE Group, LLC
503-291-1650 (Office)
503-550-5503 (Cell)
214-351-9595 (Dallas HQ)
www.mentegroup.com

CONFIDENTIAL                                                                                     FCA004142

**From:** Brian Proctor [brian@mentegroup.com]
**Sent:** 6/3/2022 2:21:23 PM
**To:** msmith@freeportlng.com
**CC:** Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject:** Introduction to Four Corners
**Attachments:** Insight Card - Vista Hours - M Smith - 060222.pdf

Michael,

I wanted to follow up with you from our calls last week and the week prior.

Not sure how far along you are on the G650ER acquisition. The last time we spoke, you mentioned that you were pursuing serial number 6017 with Mesinger's team. If you are not fully committed to that option, I wanted to float another, more unique, opportunity to you.

Several months ago, we purchased hours through Vista Jet for use in Mente's sister company, Four Corners Aviation, and able to offer them to the market at a significant discount to current rates. Four Corners is a traditional management company, with several new concepts we are rolling out to the market. One is the Insight Card. With the Insight Card we are able to provide you with a bespoke, asset light aviation solution, without the capital and operational burdens of what you are getting ready to go through with the 650.

If, over the next year, you are planning to fly the G650ER 100-400+ hours, we can set up a program to fly you on a Vista Jet Global 5000 or 6000 with a known cost basis. Here are the benefits as I see it:
1.     No capital outlay or market risk
2.     No operational infrastructure costs (training, hangar, etc.)
3.     Scalable hourly program, that can flex with your utilization needs
4.     Simple entry and exit
5.     Known cost basis verses the unknows of ownership
6.     The knowledge & confidence that you're not buying at the top of the market

Let me know if this is of interest. All the best,

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

CONFIDENTIAL

**From:** Cameron Gowans [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=34C78E637FC342A6A5F13591A11C7B59-CAMERON GOW]
**Sent:** 5/6/2022 9:19:05 AM
**To:** toberts@salesforce.com
**CC:** Jim Lewis [JLewis@mentegroup.com]
**Subject:** Follow up from Mente / FCA
**Attachments:** Freedom Overview sfdc 05062022.pdf; Insight w Priority Availability sfdc 05062022.pdf

Teddy –

Great to talk with you yesterday – I hope you have a fantastic day with JDRF!  For your perusal attached is the overview on the Insight Opportunity with VistaJet and an overview of our Freedom Program – offering Corporate Jet as a Service.

Happy to connect next week as follow up – let me know what works for you.  Have a great weekend.

CAM

**Cameron B. Gowans**
**President + Chief Commercial Officer**

FOUR CORNERS
A V I A T I O N

3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:   +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

CONFIDENTIAL

**From:**      Cameron Gowans [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=34C78E637FC342A6A5F13591A11C7B59-CAMERON GOW]
**Sent:**      4/8/2022 4:10:16 PM
**To:**        kamus17@651management.com
**CC:**        Jim Lewis [JLewis@mentegroup.com]
**Subject:**   Four Corners Aviation - Insight with Vista Opportunity
**Attachments:** Insight Vista Opportunity 65104082022.pdf

Dear Alyssa –

Following our previous conversations, please see the attached on the block of large cabin hours.  This is a pretty unique opportunity to gain access to the Vista Jet fleet until September 2023.  Let Jim or me know what questions we can answer.  I'm available all weekend or next week.

Thanks!

CAM

**Cameron B. Gowans**
**President + Chief Operating Officer**

FOUR CORNERS
AVIATION

3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:   +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

CONFIDENTIAL                                                                    FCA004673

| | |
|---|---|
| **From:** | Cameron Gowans [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=34C78E637FC342A6A5F13591A11C7B59-CAMERON GOW] |
| **Sent:** | 4/8/2022 3:58:12 PM |
| **To:** | Scott Stuart [Scott@sageviewcapital.com] |
| **CC:** | kathy@sageviewcapital.com |
| **Subject:** | Insight with Vista opportunity |
| **Attachments:** | Insight Vista Opportunity SAG 04082022.pdf |

Scott -

For your perusal, please see the attached overview of the Vista opportunity.  There are 2 airplanes – limited hours on the  Global 7500 and then Global 5000/6000, with a minimum block of 150 hours at $12,500/hour before taxes and incidentals to be used from mid April until September 2023.   There are no downgrade provisions with the Global 7500, but there are with the Global 5000/6000.  If you downgraded to the Challenger 350, the implied hourly rate is $10,570.

I'm reviewing the NetJets documents again this evening.  If you have any questions, please just let me know.

Thanks,

CAM

**Cameron B. Gowans**
**President + Chief Operating Officer**

FOUR CORNERS
AVIATION

3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:  +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

CONFIDENTIAL                                                                                                          FCA004718

**Sent**:   6/3/2022 2:20:48 PM
**To**:    msmith@freeportlng.com
**CC**:    Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject**:  Introduction to Four Corners
**Attachments**:  Insight Card - Vista Hours - M Smith - 060222.pdf

Michael,

I wanted to follow up with you from our calls last week and the week prior.

Not sure how far along you are on the G650ER acquisition. The last time we spoke, you mentioned that you were pursuing serial number 6017 with Mesinger's team. If you are not fully committed to that option, I wanted to float another, more unique, opportunity to you.

Several months ago, we purchased hours through Vista Jet for use in Mente's sister company, Four Corners Aviation, and able to offer them to the market at a significant discount to current rates. Four Corners is a traditional management company, with several new concepts we are rolling out to the market. One is the Insight Card. With the Insight Card we are able to provide you with a bespoke, asset light aviation solution, without the capital and operational burdens of what you are getting ready to go through with the 650.

If, over the next year, you are planning to fly the G650ER 100-400+ hours, we can set up a program to fly you on a Vista Jet Global 5000 or 6000 with a known cost. Here are the benefits as I see it:
1.  No capital outlay or market risk
2.  No operational infrastructure costs (training, hangar, etc.)
3.  Scalable hourly program, that can flex with your utilization needs
4.  Simple entry and exit
5.  Known cost basis verses the unknows of ownership
6.  The knowledge & confidence that you're not buying at the top of the market

Let me know if this is of interest.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

CONFIDENTIAL                         

**Sent**:          5/9/2022 3:05:49 PM
**To**:            Frank Vento [frank.j.vento@aero.bombardier.com]
**CC**:            Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject**:    Insight Program
**Attachments**:  Insight w Vista 05092022.pdf

Frank,

As discussed earlier today, Four Corners is offering an exclusive opportunity to a select group of industry partners.

Four Corners has made an advanced purchase of Global 5000/6000 hours through VistaJet.  We are offering access to the hours through our Insight program.  Currently, VistaJet is selling their hours in the market for $16,000-$17,000+ incidentals and fuel surcharges.  This is an opportunity for you to offer the same hours to your client for significantly less.  Our recommended sale price is $12,500+incendentals.  However we will allow you to set the price to whatever level you can.  We will pay you anything above $12,250.  Right now, we are offering the hours in blocks of a minimum of 150 hours and your clients can contract directly with FCA.

After you've had a chance to review, please give me or Cam Gowans a call to discuss further.

Brian


**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

CONFIDENTIAL                                       FCA021663

**From**:          David Hayes [dhayes@mentegroup.com]
**Sent**:          6/6/2022 11:07:06 AM
**To**:            Ben Brunton [gralomedical@gmail.com]
**Subject**:       Alternative Lift Opportunity
**Attachments**:   Insight w Vista 06062022.pdf

Ben,

We have an excellent opportunity to resale some Vista Jet Global 5000/6000 shares that we purchased, at a rate about 30% below current market price.  Thought you might be interested in this for an interim solution while we work through what the best jet for you would be.  These shares are sold in 150 blocks and good until September 2023, so you'd have 16 months to use them.  You might find that the cost is less than the all-in costs (including fixed costs) for the Gulfstreams.

I've attached a PowerPoint for your review that outlines some of the particulars of the program.  This probably wouldn't work for your shorter trips since there's a 2.3 hour minimum per flight, but would be great for Turks & Caicos, Europe, or other longer trips.  And there's an opportunity to downgrade to a smaller Challenger 350 at a reduced hourly rate if needed.

Take a look and let me know what you think.

Best,

David Hayes
Managing Director - Southeast
Mente Group
3201 Dallas Pkwy, Suite 777
Frisco, TX
214.351.9595 – office
407.414.1466 – cell
www.mentegroup.com



   

CONFIDENTIAL                                                                          FCA027867

**From**:        David Hayes [dhayes@mentegroup.com]
**Sent**:        6/24/2022 3:37:16 PM
**To**:          wrighg1@kyndryl.com
**Subject**:     Mente Group and Four Corners Aviation
**Attachments**: Insight w Vista 2022.pdf

Graham,

I hope this email finds you well.  Brian and I were talking this morning, and he asked that I forward some information to you about our sister company, Four Corners Aviation.  They provide charter, jet card and aircraft management services for our clients.  If you need any type if interim lift while Kyndryl decides on next steps, they can help.

Of particular interest may be an option with have with VistaJet.  We have acquired several blocks of time on a Global 5000/6000 and are actively selling those in the market today.  We are currently offering the shares at approximately 30% below current Vista Jet market rates, and the block of time is valid until September 2023.  We manage and book the trips through Four Corners, so you just have one point of contact, and we take care of the rest.  I know charter and supplemental lift options are more difficult to find in today's environment, so I wanted to make you aware that this option exists.

If you ever need anything, please don't hesitate to reach out.

Kindest regards,

**David Hayes** | Managing Director | Mente Group
3201 Dallas Parkway, Suite 777, Frisco, TX 75034
Email: dhayes@mentegroup.com
Office 214-351-9595 | Cell 407-414-1466 | www.mentegroup.com

  

CONFIDENTIAL                                                                                 FCA027882

**From:** Michael Rodgers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A478948D9C344548DBFB5C006347F13-MICHAEL ROD]
**Sent:** 6/1/2022 2:20:58 PM
**To:** Kristi Rustin [krustin@gentlecreek.com]
**Subject:** RE: Question
**Attachments:** Insight w Vista 05242022.pdf

Please see attached.

Thanks,

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629

  

www.mentegroup.com      www.fourcornersaviation.com

---

**From:** Kristi Rustin <krustin@gentlecreek.com>
**Sent:** Friday, May 27, 2022 4:39 PM
**To:** Michael Rodgers <mrodgers@mentegroup.com>
**Subject:** RE: Question
**Importance:** High

**EXTERNAL EMAIL: Use Caution**

Hi Michael,

**Please see below responses and attached.**

Also, I want to make sure that you know and saw that we sent you a "welcome" email to your gmail account back on 4/1/22 with a lot of good information.   I will cut and paste the email info to the bottom of this one in case you need it.

**Kristi Rustin**
Sales Director
Gentle Creek Country Club

3131 E. Prosper Trail
Prosper, TX 75078
Club: (972) 346-2500
Mobile: (972) 346-0545
krustin@gentlecreek.com
www.gentlecreek.com
arcisgolf.com

CONFIDENTIAL                                                                                          FCA028053

**From:** Michael Rodgers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A478948D9C344548DBFB5C006347F13-MICHAEL ROD]
**Sent:** 5/25/2022 3:14:55 PM
**To:** john.j.donofrio@JPMCHASE.COM
**Subject:** Lift Solutions
**Attachments:** Insight w Vista 05242022.pdf

John,

Good afternoon, I hope you are doing well.  By way of quick introduction, I am the CFO for Aquila Aviation Ventures, and several years prior was a banker at JP Morgan.  At Aquila, we have two primary operating companies – an aircraft advisory and consulting firm, and a management firm.  As I recall, JPMorgan Chase owned in its flight department at least one, if not multiple, Gulfstreams, including a G600.  I am not sure if the current landing requirements recently imposed have impacted your usage, but I wanted to pass along an offering we have.

I've attached an overview, but brief summary – we have blocks of hours to sell on a Global 5000/6000 through VistaJet, at hourly rates significantly below current market.  Not sure your situation, but perhaps an interim solution for you if necessary.

Best,

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629

 

www.mentegroup.com        www.fourcornersaviation.com

CONFIDENTIAL                                                                                                FCA028197

**From:** Michael Rodgers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A478948D9C344548DBFB5C006347F13-MICHAEL ROD]
**Sent:** 5/25/2022 3:02:00 PM
**To:** milton.e.hobbs@jpmchase.com
**Subject:** Lift Solutions
**Attachments:** Insight w Vista 05242022.pdf

Milt,

Good afternoon, I hope you are doing well.  By way of quick introduction, I am the CFO for Aquila Aviation Ventures, and several years prior was a banker at JP Morgan.  At Aquila, we have two primary operating companies – an aircraft advisory and consulting firm, and a management firm.  As I recall, JPMorgan Chase owned in its flight department at least one, if not multiple, Gulfstreams, including a G600.  I am not sure if the current landing requirements recently imposed have impacted your usage, but I wanted to pass along an offering we have.

I've attached an overview, but brief summary – we have blocks of hours to sell on a Global 5000/6000 through VistaJet, at hourly rates significantly below current market.  Not sure your situation, but perhaps an interim solution for you if necessary.

Best,

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629

     

www.mentegroup.com     www.fourcornersaviation.com

CONFIDENTIAL                                                                                                                 FCA028224

**From:** Michael Rodgers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A478948D9C344548DBFB5C006347F13-MICHAEL ROD]
**Sent:** 5/4/2022 4:40:29 PM
**To:** tdtaylor@cardinalsystem.com
**Subject:** Global 6500
**Attachments:** Insight Vista Opportunity 04082022.pptx

Troy,

Afternoon, I hope all is well.  I thought I would send this over to you – no idea what your current aircraft situation
is.  Don't know if you own, use Wheels Up or NetJets, or perhaps charter card.  At some point, would love to introduce
you to our CEO…  regardless, wanted to send the attached to you.

We're in process of marketing available hours on a Global 6500 at $12,500 / hour - - - which is significantly below current
market rates of $16,000 / hour for this aircraft.  Thought I would send your way in case it might be a good solution for
you depending on your anticipated flight needs.

Best,

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629

  

www.mentegroup.com          www.fourcornersaviation.com

CONFIDENTIAL                                                                                      FCA028347

**From:** Michael Rodgers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A478948D9C344548DBFB5C006347F13-MICHAEL ROD]
**Sent:** 4/12/2022 10:34:35 PM
**To:** jason.maurin@louisianacat.com
**Subject:** Follow-up
**Attachments:** Insight Vista Opportunity 04082022.pptx

Jason,

Good evening, I hope you are doing well.  Thanks again for giving us an opportunity to propose on the charter flight; please keep us in mind for future opportunities.  I won't inundate you with marketing materials, but I thought I might take a brief moment and give you a quick overview on a few aspects of our business:

1)      To the extent it might be beneficial, please see the attached power point presentation.  We recently purchased a large block of hours for use on VistaJet's fleet of Global 5000/6000 aircraft.  We are selling these in minimum blocks of 150 hours, at an hourly rate of $12,500 – which is significantly off current market rates of $16,000 per charter hour.  Depending on your flight needs over the next 18 months, this could be a nice supplemental lift option.

2)      Beyond that, if you're looking for an outsourced lift solution, we have a potential solution.  With our Insight Card program, we shop every flight for our clients.  For example, Ray Dalio is a client on the Insight Program.  He has a fractional plan (similar to you all).  Every trip he takes, we source the most cost-effective solution – we compare his fractional option, a charter on our fleet, and a charter from the broader market – we optimize cost and time on every flight he takes.

3)      If you ever want to consider aircraft ownership in the future, keep us in mind.  We have a wide range of options – from sourcing aircraft, to leasing it to you, to completely outsourcing your flight department to us…  we have a unique lift solutions platform that offers a wide variety of optionality.

If you think potential for us to partner, let me know – happy to come down with our managing director and visit in more detail.  Give me an excuse to come down and see ya.

All the best,

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629



www.mentegroup.com          www.fourcornersaviation.com

CONFIDENTIAL                                                                                                    FCA028555

**From:** Michael Rodgers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A478948D9C344548DBFB5C006347F13-MICHAEL ROD]
**Sent:** 4/12/2022 10:23:35 PM
**To:** kimberly.davis@holtcat.com [Kimberly.Davis@holtcat.com]
**CC:** paul.hensley@holtcat.com
**Subject:** Follow-up
**Attachments:** Insight Vista Opportunity 04082022.pptx

Kimberly / Paul,

Good evening, I hope you are doing well.  Thanks again for giving us an opportunity to propose on the charter flight; please keep us in mind for future opportunities.  I won't inundate you with marketing materials, but I thought I might take a brief moment and give you a quick overview on a few aspects of our business:

1)      To the extent it might be beneficial, please see the attached power point presentation.  We recently purchased a large block of hours for use on VistaJet's fleet of Global 5000/6000 aircraft.  We are selling these in minimum blocks of 150 hours, at an hourly rate of $12,500 – which is significantly off current market rates of $16,000 per charter hour.  Depending on your flight needs over the next 18 months, this could be a nice supplemental lift option.

2)      Beyond that, if you're looking for an outsourced lift solution, we have a potential solution.  With our Insight Card program, we shop every flight for our clients.  For example, Ray Dalio is a client on the Insight Program.  He has a fractional plan (similar to you all).  Every trip he takes, we source the most cost-effective solution – we compare his fractional option, a charter on our fleet, and a charter from the broader market – we optimize cost and time on every flight he takes.

3)      If you ever want to consider aircraft ownership in the future, keep us in mind.  We have a wide range of options – from sourcing aircraft, to leasing it to you, to completely outsourcing your flight department to us…  we have a unique lift solutions platform that offers a wide variety of optionality.

All the best,

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629



www.mentegroup.com          www.fourcornersaviation.com

CONFIDENTIAL                                                                                      FCA028580

**Sent**: 6/1/2022 2:18:58 PM
**To**: Joel Gregory [Joel@LandmarkProperties.com]
**Subject**: Follow-up
**Attachments**: Insight w Vista 05242022.pdf

**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629

 

www.mentegroup.com          www.fourcornersaviation.com

CONFIDENTIAL

**From:**      Vincent Kavanagh [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0901D546AD1847EF894406E6997B7884-VINCENT KAV]
**Sent:**      7/8/2022 5:10:58 PM
**To:**        Rmintz@eurofreshfoods.com
**Subject:**   VistaJet hours
**Attachments:** Insight w Vista 05242022.pdf

**Importance:**   High

Hi Robert,

I hope all is well.

Let me know your thoughts on the attached. This could be ideal interim lift for you & yours.

Best,

Vince.


Vincent Kavanagh | Executive Vice President, Head of Sales | Four Corners Aviation
3201 Dallas Parkway, Suite 777, Frisco, TX 75034
Email: VKavanagh@fourcornersaviation.com
Office 214-351-9595 | Direct 954-955-4582 | www.fourcornersaviation.com

  

CONFIDENTIAL                                                                            FCA031143

**From:** Vincent Kavanagh [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0901D546AD1847EF894406E6997B7884-VINCENT KAV]
**Sent:** 7/4/2022 10:32:34 PM
**To:** nataliebaragwanath@gmail.com
**Subject:** RE: New client enquiry
**Attachments:** Insight w Vista 05242022.pdf

**Importance:** High

Hi Nat,

Always great to hear from you.

The news is not out in the public domain just yet about my move as I exited Wheels UP/Air Partner last week; later this week there will be an announcement and an interview with Doug Gallan the following week.

The deal I am talking to Yonel about regarding the VistaJet hours that we have purchased from an existing client of our own (an aircraft owner that we manage with our sister company Mente Group). All information is attached but if your client wants consistency, a guaranteed level of service and an absolute steal of a deal/rate; I would only recommend purchasing the hours that she feels she may need between now and Sept '23. After Set '23 these hours will now longer be available as the contract terminates. After Sept '23, the aviation market will be in a different place to today and she could then look at a longer commitment only then; allowing her to avoid an absolute premium in today's current market.

I would love to discuss the VistaJet deal with her but also our 'Freedom Program' that I discussed with you briefly – *your* aircraft, *your* crew, guaranteed availability, 5yr contract, fixed rates and we purchase the aircraft for you...therefore we have the capital outlay and cost of capital and depreciation, not the client. The clients chooses the aircraft, its livery, gets to select the crew etc.

Best,

Vinny x

Vincent Kavanagh | Executive Vice President, Head of Sales | Four Corners Aviation
3201 Dallas Parkway, Suite 777, Frisco, TX 75034
Email: VKavanagh@fourcornersaviation.com
Office 214-351-9595 | Direct 954-955-4582 | www.fourcornersaviation.com

  

**From:** kavanaghv@googlemail.com <kavanaghv@googlemail.com>
**Sent:** Monday, July 4, 2022 9:39 PM
**To:** Vincent Kavanagh <vkavanagh@fourcornersaviation.com>
**Subject:** Fwd: New client enquiry

**EXTERNAL EMAIL: Use Caution**

CONFIDENTIAL

FCA031180