# Exhibit 10

Page 1

```
 2              UNITED STATES DISTRICT COURT

 3              SOUTHERN DISTRICT OF NEW YORK

 5  PIONEER BUSINESS SERVICES, LLC
    D/B/A FOUR CORNERS AVIATION
 6  SERVICES,,

 7                     Plaintiff,

 8                v.        Case No.
                            1:22cv6206
 9  ·VISTAJET US, INC.,

10                     Defendant.

12         REMOTE VIDEOTAPED DEPOSITION OF

13                  THOMAS FLOHR

14               February 22, 2023

23  Reported by:
    Bonnie Pruszynski, RMR, CA CSR No. 13064
24  Job No. 222339
```

1               T. Flohr

2   THOMAS FLOHR,

3           called as a witness, having been first

4           duly sworn, was examined and testified

5           as follows:

6   EXAMINATION

7   BY MR. HAVELES:

8       Q.   Okay.  Mr. Flohr, could you tell us

9   where you reside, please?

10      A.   Yes.  I reside in Dubai, and the

11  address is -- the Address Building,

12  Apartment 3504, Address Boulevard, Dubai UAE.

13      Q.   Thank you.

14           Mr. Flohr, I'm taking your

15  deposition today in accordance with the

16  court's order, and during the course of the

17  deposition, I'm going to ask you a number of

18  questions.  If you don't understand any of

19  them, you should let me know, and I will be

20  happy to rephrase the question so it is

21  clearer.

22           I will show you documents during

23  the course of the deposition.  They will come

24  up through the shared file program.  Have you

25  opened up the shared file program, the second

1  T. Flohr
2  with VistaJet.
3       Were you aware that SoftBank was --
4  expressed some urgency at the end of June
5  about getting approval of a transfer of the
6  second agreement?
7       A.   I don't recall that, sir.
8       Q.   Okay.  Now focusing on page one of
9  the e-mails, VJ 1927, in the interim, in the
10 middle page, Mr. Deiana writes to Mr. Moore
11 on June 24th at 19:03:  "Hi, Ian.  We just
12 got the below from SB.  I'm assuming we won't
13 have an answer today, but let me know your
14 thoughts.  Dan."
15      Mr. Moore then responds, you know,
16 some 20 minutes later, 24 minutes later:
17 "This has just been sent to us in the last
18 24 hours," presumably referring to the
19 brochure that's attached, and he goes on to
20 say, "If this gets to Thomas, which it will,
21 then the entire relationship is ruined."
22      Did -- was the entire relationship
23 that VistaJet had with SoftBank ruined as a
24 result of FCA's conduct in the FCA brochure?
25      A.   Can you repeat the question?

1                T. Flohr

2       Q.    Sure.

3             Was VistaJet's relationship with

4    SoftBank ruined as a result of FCA's actions

5    in the FCA brochure?

6       A.    My judgment would be it was harmed.

7       Q.    Does it still exist?

8       A.    I don't think so.  You would need

9    to ask Ian Moore.

10      Q.    Do you recall telling Mr. Moore

11   that nothing further should be done with

12   SoftBank because of this brochure, the FCA

13   brochure?

14      A.    I don't recall that, sir.

15      Q.    Let's mark as Exhibit 16 a series

16   of screenshots of a WhatsApp exchange between

17   Mr. Flohr and Mr. Moore on June 24, 2022,

18   bearing the Bates Numbers VJ 8994 through 98.

19            (Exhibit 16, VJ00008994-998 marked

20      for identification, as of this date.)

21      Q.    Ms. Henneberry will tell you when

22   Exhibit 16 is available.

23            MS. HENNEBERRY:  Exhibit 16 is

24      available.

25      A.    Okay.  I'm going to refresh.

1                    T. Flohr

2            Okay.  16, here it is.  Usual

3    loading process.

4            Okay.  It loaded.

5       Q.   Just take a moment to go through

6    the screenshots and tell me whether you

7    recall this WhatsApp exchange with Mr. Flohr

8    on June 24.

9       A.   Okay.  I have glanced over it.

10      Q.   Okay.  Do you recall this text

11   exchange?

12      A.   Vaguely, but not in detail.

13      Q.   Did you see a copy of these

14   screenshots of your WhatsApp exchange in

15   connection with preparing for your

16   deposition?

17      A.   I saw one page but not the whole

18   thing.

19      Q.   Okay.  We're going to walk through

20   it page by page.  Let's start with the first

21   page, 8994.

22           Do you recall receiving a copy of

23   the brochure via this WhatsApp --

24      A.   No, I don't --

25      Q.   -- exchange with Mr. Moore?

1                    T. Flohr

2      A.    Sorry.  I interrupted you.

3      Q.    I'm saying, do you recall receiving

4  a copy of the brochure via this WhatsApp

5  exchange?

6      A.    No, I don't recall that, but I

7  recall that I saw the brochure.  How I got

8  it, I don't remember.

9      Q.    Am I correct that the green

10 balloons are comments by Mr. Moore and the

11 white balloons are comments by you in this

12 WhatsApp exchange?

13     A.    I mean, it would suggest that.

14     Q.    Okay.  All right.  In the second

15 balloon after the PDF of the brochure, it

16 states:  "This is who SB sold Marcelo's hours

17 to."  Did you have an understanding to whom

18 Mr. Moore was referring when he said

19 "Marcello's hours"?

20     A.    Do you ask this in general?

21     Q.    I'm now asking, when you saw this

22 text exchange, or you received this message

23 from Mr. Moore, did you have an understanding

24 of to what he was referring when he said

25 "Marcelo's hours"?

1                    T. Flohr

2      A.    I don't want to speculate what I
3   thought a couple of years ago.
4      Q.    Well, this is not a couple of years
5   ago.  This is only nine months ago.
6      A.    Then I would make the same
7   statement.  I wouldn't speculate what I was
8   thinking nine months ago.
9      Q.    Okay.  In the next balloon, it
10  states:  "Strictly in the contract they could
11  not do this."
12           Did Mr. Moore ever explain to you
13  in the two telephone calls or so that the two
14  of you had over that next several days what
15  it was in the contract that prohibited FCA
16  from sending out this brochure?
17     A.    I don't recall an explanation of
18  Ian on that.
19     Q.    Okay.  In the next balloon, it
20  states:  "We were told it was for a select
21  few of the Four Corners client base."
22           Did Mr. Moore ever tell you who it
23  was who said that and to whom this statement
24  was made?
25     A.    I don't recall that.

**$**

**$11** 98:8

**1**

**1** 10:25 11:7 12:16 57:8 61:16,18
**10** 47:21 49:16 57:6, 15,17,23 64:19
**10,000** 97:12,13,16
**100** 62:24 83:18
**10:02** 93:16
**10:11** 93:21
**10:29** 107:17
**10:34** 107:20
**10:38** 110:25
**11** 59:24 64:20,23 65:2,4,10 70:21
**12** 14:19,22,24 15:4,7 66:24 67:7,10,14 70:21
**12,500** 105:3
**12.5k** 104:8
**13** 69:3,7,11,14 70:22
**1311** 44:21
**13K** 105:8
**14** 71:7,13,15,18 85:5 93:23
**15** 74:8,13,18,20
**16** 69:4 77:15,19,22, 23 78:2 96:21
**17** 106:3,6,8
**1700** 64:22
**1701** 64:22
**18** 37:10 42:6
**1803** 67:9
**1805** 67:9
**1885** 69:5
**19** 16:24 44:20 83:10

94:25
**1907** 71:12
**1909** 87:17
**1910** 90:8,24 91:17 92:15
**1911** 92:23 93:24
**1912** 94:10,14
**1914** 95:2,3
**1921** 71:12
**1927** 74:12 76:9
**1946** 74:12
**1984** 8:25 9:3,6
**19:03** 76:11
**1:22-cv-6206** 4:12
**1st** 60:19

**2**

**2** 13:4,7,13,16,21
**20** 48:10 49:14 74:22 76:16
**2000** 9:12
**2000s** 10:20
**2004** 10:24 20:8,15, 24 21:4
**2010** 21:18,19
**2020** 36:14,25 37:10 42:6 44:20 46:3 48:19 51:4 52:14 54:9 55:11 56:7,16, 22 60:22 62:13 63:9 64:11
**2022** 13:9 25:2,9,22 28:7 33:8 55:15,16, 20 56:4,13 57:8 60:19 61:16 63:11 64:3,21 66:20 67:3,8 68:23 69:5 71:9,11 74:11 77:17 106:4 108:8 109:15
**2023** 4:5 62:15
**22** 4:4
**23** 50:5 71:9 72:10

73:5
**24** 46:3 50:23 71:11 74:11 76:16,18 77:17 78:8 97:24 107:23 108:12,17
**24th** 76:11 107:11
**25** 51:4 72:11 73:5 106:4 107:3
**26** 52:14 53:10
**266** 43:3,5
**27** 64:21 106:5

**3**

**3** 37:9,12,17,22
**3,950,000** 49:17
**3.1** 63:9
**3.4.1** 61:8
**3.4.2** 62:9
**3.4.3** 62:18
**3.4.4** 63:3
**30** 19:24 54:13 62:14
**31** 54:9
**3504** 5:12
**39** 15:6,10 37:11 52:15

**4**

**4** 42:4,8,18
**42** 16:8,13
**45** 19:24
**4636** 37:11 41:7
**4637** 40:2
**4638** 38:18
**4669** 46:4
**4670** 50:3
**4671** 47:5,6
**4672** 46:4
**4688** 51:5

**4689** 51:5
**4738** 52:15
**4what** 8:24

**5**

**5** 13:9 44:19,22 45:4,7 67:8
**5000** 71:5
**5019** 54:10
**5020** 55:7

**6**

**6** 46:2,5,9,12
**63** 57:10
**64** 57:11
**66** 42:7

**7**

**7** 51:3,6,8,12
**7420** 106:5,23,24
**7500** 71:5 86:2,3
**757** 57:10
**765** 57:14 59:10,17 60:12,14 61:5
**766** 59:17 62:6
**768** 59:23
**773** 59:23
**7:37** 4:5
**7:39** 6:11
**7:44** 6:14

**8**

**8** 52:13,16,18
**80-page** 59:5
**81** 57:24 59:7 60:13
**837** 57:14
**88** 69:6

**8994** 77:18 78:21
**8995** 82:9 96:25 97:6, 7
**8996** 99:6,7
**8997** 103:19
**8998** 104:15
**8:57** 58:13

**9**

**9** 54:8,14,16
**90s** 7:22
**98** 77:18
**9:10** 58:18
**9:21** 107:5
**9:29** 107:3

**A**

**a.m.** 4:5 6:11,14 58:13,18 93:16,21 107:17,20 110:25
**abbreviation** 14:8
**ability** 100:12
**absolutely** 18:7 20:21 66:18
**acceleration** 95:10
**access** 110:17
**accordance** 5:15 81:25
**accurate** 6:25
**acquired** 33:4 63:24
**acquisition** 26:16 33:7
**actions** 77:4
**activities** 24:25 25:7, 23,24 26:11 29:17 33:10,16 71:4
**acts** 84:4
**actual** 99:19
**added** 61:13

**addendum** 59:16,19 60:9,17 61:5,18,25 62:7,22 63:10,15 87:24 109:14

**addition** 16:13

**address** 5:11,12 12:13 89:18

**addressed** 97:20

**adverse** 102:14

**advise** 91:3

**advised** 15:19 68:5

**agree** 97:18

**agreeing** 43:17,22 98:6

**agreement** 36:11,14, 20,25 37:4 39:11,17 41:23 43:13,19 44:2 52:2,5,9 54:2,3,11 55:8,11 56:6,15,16, 22 60:2,6,19,23 62:14 63:9 64:6,14 66:13 67:5 68:22 70:5 75:25 76:6 100:16 106:21 109:19

**agreements** 34:21 40:10,11 57:12 59:2 60:21

**aircraft** 20:19,23 21:3 25:16 26:14,17 39:18 63:8 64:8,15 71:5 96:8 100:13,18

**Akerman** 4:16

**alarm** 96:10

**alerted** 15:11,19,24

**Alina** 57:8

**allowed** 84:25

**amended** 10:25 11:9 12:24 13:4,8,22

**America** 9:21

**American** 9:10

**amount** 49:18 84:14

**anger** 99:17 100:24 103:16 104:4

**angry** 82:23 83:3,12 100:9

**annual** 49:17

**answering** 7:3 89:6

**answers** 90:20

**Apartment** 5:12

**appears** 52:4

**Apple** 12:3,4,6,9

**approached** 56:5,12 64:4,12 66:11,21

**approval** 29:3 76:5

**approximately** 33:19

**April** 36:14 57:8 60:19,20 61:16,18 63:11 64:21 65:24 66:20 109:15

**arbitrage** 95:11,17, 20 96:3,7 98:23

**arbitraging** 96:18

**arrow** 11:24

**arrows** 14:20

**asks** 50:12

**asserted** 108:24 109:6

**asset** 9:10

**assignment** 60:2,5 66:15 75:24

**assisting** 30:22

**assuming** 76:12

**assumption** 60:2,6

**attached** 54:11 57:11 74:9 76:19

**attachment** 71:9

**attention** 106:22

**attorneys** 61:24 89:18

**audio** 81:12,13,24 82:6

**Austria** 21:10,16

**authority** 28:18

**authorized** 61:25

**Availability** 71:11

**Aviation** 14:9

**aware** 14:3,15 15:18, 23 16:17 17:2,9,10 22:6 23:7 31:15,24 32:4,5,12,25 33:5,13, 17,25 34:3,15,23 35:3 36:13,17 60:20 62:12,21 63:7,15 76:3 83:4,6 87:23 90:8 95:25 96:16 101:13,18

**awareness** 70:17

**B**

**back** 6:13 11:5 14:14 20:8,15,24 32:13 35:11 36:21 56:8 58:17 60:8 70:7,8 85:3,5 93:20 95:19 96:21 99:3 107:19

**background** 8:6 29:23

**balloon** 79:15 80:9, 19 81:3,7,10 82:9 83:16 84:7 97:21 99:12 102:25 103:6, 21 104:11

**balloons** 79:10,11 101:3

**Ballpark** 21:18

**base** 80:21

**based** 21:8 22:14 91:6,16 92:15 94:2, 17 95:22

**basically** 9:20

**basis** 89:25

**bastards** 104:10

**Bates** 37:10 38:18 42:6 43:4 44:21 46:3 47:5 50:3 51:5 52:15 54:10,13 55:6 57:7, 10,13 59:7,22 61:5 64:21 67:9 69:5 71:12 74:10,11 77:18 106:4

**bearing** 46:3 51:4 54:10,12 57:7,9,13 64:21 69:5 77:18 106:4

**bears** 42:6 71:12 74:10,11

**begin** 56:13

**behalf** 4:16,19 29:4 40:11

**behavior** 18:7

**believed** 99:22

**bells** 96:10

**benefit** 84:12

**big** 16:21 99:10,12

**billions** 83:10

**bit** 11:5 48:11 54:23 98:18

**blocks** 62:2

**boilerplate** 46:21 51:22 67:20

**Bonnie** 110:19

**booking** 82:12,13, 16,21 83:17,20,23

**Bosanac** 57:8

**bottom** 14:21 38:19 41:8,17 44:7 50:12 51:25 53:7 61:4 68:14 104:6

**Boulevard** 5:12

**brand** 82:25 83:11 84:11 85:2,25 86:21, 25 87:3 92:7 94:9,11, 21,23 101:9

**brazen** 103:23

**breach** 81:4

**break** 7:9,12,14,15 49:3 58:5,8

**Brian** 31:7

**briefly** 7:20

**bro-** 73:6 85:17

**brochure** 15:12,20, 25 16:14 70:16 71:3, 10 72:5,9,13,20,22

73:7,12,14 74:9 76:19,24 77:5,12,13 78:23 79:4,7,15 80:16 82:15 84:21,22 85:4,12,18,20,24 96:17 98:17 99:4 105:25 108:17,18

**broke** 84:24

**broken** 84:21

**brokers** 15:10,18 16:6

**browser** 11:16,21, 24,25 12:12

**bucking** 89:17

**build** 9:23 83:11

**Building** 5:11

**built** 16:24 83:10 101:5,7

**bullies** 103:24

**bully** 104:3

**business** 4:8 10:5,8 14:11 16:24 20:16, 17,20,24 21:2 22:15 24:25 25:7,11,14 27:10 28:20 29:16,22 33:16 34:21 50:25 60:4 70:18 90:25 95:17 98:11

**businesses** 10:2,20 25:20

**button** 11:16,20 12:8,11

**buyer** 75:22,23

**buying** 26:13

**C**

**Caffery** 57:9

**calendar** 28:7

**call** 19:16 22:6 31:2 34:8,12 41:25 44:10, 14 45:19,22,23,25 48:21 49:4 50:13,21 52:11 53:11,15

**called** 5:3 9:11 34:4, 15

Index: calls..days

**calls** 34:14 40:20 73:8,9,11,14 80:13

**capitals** 82:13

**caps** 99:13,14

**Card** 71:10 87:19

**carries** 38:12 46:25

**carry** 83:24

**case** 4:11 14:12 18:17 19:9

**cash** 68:17 81:5 97:11

**catch-up** 29:14

**cetera** 23:3 28:3

**CFO** 30:16,17,18

**chain** 38:2,11 42:5, 22,24 43:3 44:20 45:15 46:3,20,24 47:4 51:4,19 52:14 53:3,4 57:7 58:24 64:20 65:9,15 68:15 69:4,23 75:17

**chairman** 4:24 21:22 22:7 23:5 31:3 47:10, 11,14

**challenger** 64:7,14 75:22,23 106:21

**chance** 58:9

**charge** 63:17,23

**charged** 101:20 102:4,17

**charging** 101:24

**Charlotte** 27:15

**chart** 23:22 24:2 26:3

**charter** 20:18,22 25:21 26:2 36:10 52:9

**chartering** 25:15

**chat** 40:21

**chief** 26:20 27:2

**Chris** 4:21

**Christina** 39:9 43:9 53:11

**Christine** 56:4 64:4, 10,12

**chronological** 39:24

**circle** 11:22

**circles** 91:20

**circular** 11:23

**circumstances** 7:20 104:12

**city** 21:8

**claims** 108:23 109:10

**clarifications** 41:11, 14,20

**clarified** 42:2

**clarifying** 41:22

**Claure** 39:14,18 52:7 53:16 54:6 55:16,21

**clearer** 5:21

**click** 12:14,18 45:8

**client** 30:23 80:21

**clients** 15:17 20:18

**close** 93:7

**coach** 29:23 35:22

**coffee** 7:11

**Colhoun** 27:15

**Comdisco** 9:11,20

**comfortable** 6:20

**commenced** 108:25

**comment** 97:11,14 100:2 104:23 105:11

**comments** 79:10,11 98:23

**commercial** 26:20 27:2

**committee** 27:9,13, 20,22 28:19 29:3,8, 10,12

**common** 41:13

**communications** 31:25 33:9 72:8

**companies** 24:10 25:2 30:23 34:7

**company** 9:9,11,12, 18 10:11,12,19 21:22,23,24 22:7,23 23:3,8,19 24:3 25:10 30:18,19,20 34:3,15 83:10 87:21 95:14 98:7 102:23

**company's** 82:24

**computer** 9:9,10 10:6

**concept** 35:23 36:3

**conclusion** 47:15

**conditions** 16:23

**conduct** 76:24 108:18

**confer** 7:11 92:20 107:14

**conference** 52:7

**conferred** 68:6

**conferring** 39:16

**confidential** 85:19, 22 86:19 87:2,9,19 88:6,15,25 89:20 90:8,12,23 91:8,18 92:3,9,10,12,16 94:4, 6,8,18 95:4,21

**confidentiality** 84:15,25 87:5,6,7 92:6 101:11

**confirm** 55:23

**conflict** 95:13

**confused** 17:3

**confusing** 92:5,6

**confusion** 16:15,18, 22 17:15,21 18:6

**connection** 36:25 60:18 78:15

**consent** 28:18

**consistent** 52:4

**consult** 57:3

**consume** 6:8

**consumer** 16:14

**contact** 103:11

**continuation** 10:4 42:5 45:15 106:19

**continue** 89:12

**Continuing** 93:23

**contract** 80:10,15 83:7 99:19,23

**controlled** 86:23

**convenient** 58:4

**conversation** 33:15, 18,19 43:16,25 50:7

**conversations** 33:12,22 72:12,15,19 73:4 108:11

**copied** 72:6

**copy** 31:21 40:7 43:8 47:8 53:24 55:10 70:15 71:2 72:4 78:13,22 79:4 110:9

**corner** 11:24,25 38:19

**Corners** 14:9 73:12, 14 80:21

**correct** 17:20 19:19 22:2 27:7 40:3 79:9 86:4 87:8 101:24 102:2,15

**corrections** 110:11

**correspondence** 107:24

**counsel** 4:13,21 7:12 99:4 105:18 108:14, 19

**counterclaim** 13:5, 8,22 14:4,16

**counterclaims** 109:5,11

**counterplaintiff** 4:20

**countries** 21:13

**country** 21:7,16

**couple** 14:24 16:10 19:21 73:10 80:3,4

**court** 4:10 6:25 7:6 110:13

**court's** 5:16

**covenant** 63:7

**cover** 85:14,21,23

**criminals** 103:12,14

**Critical** 75:22

**criticisms** 109:19

**criticized** 109:13

**cross** 109:24

**current** 21:20 28:4 62:23

**customary** 41:21,25

**customer** 34:25 40:10 41:15,24

**customers** 15:11,23 16:6,17 17:2,11,14, 17,20,25 18:3 25:16, 21 63:17 101:20 102:4,18

**cut** 83:5

---

**D**

**damaging** 15:16

**Dan** 76:14

**Daniele** 66:2

**date** 4:4 11:3 13:6 37:13 42:10 44:24 46:6 51:7 52:17 54:15 55:24 57:16 62:13 64:24 67:11 69:8 71:14 74:14 77:20 106:7

**dated** 37:10 42:6 44:20 46:3 50:5 51:4 52:14 54:9 57:8 64:20 67:8 69:4 71:9, 11 74:10 106:4

**dates** 68:9 72:17

**David** 32:21,23 71:8

**day** 31:21 53:15

**days** 18:12 19:21 80:14

**deal** 54:2

**deals** 32:7

**decide** 53:12

**declining** 90:11

**deemed** 61:13

**deep** 26:2

**defendant** 4:19

**deferring** 102:22

**definition** 23:21

**degree** 8:11,14,17

**Deiana** 66:2,12,21 69:22 76:10

**delay** 40:19

**denied** 96:2

**density** 75:11

**deny** 100:12

**depends** 104:18

**deposing** 81:20

**deposition** 4:6 5:15, 17,23 6:24 7:17,21 11:2,10 12:25 14:7 18:11,18 19:3,12 20:6 31:16 61:17 78:16 90:2 110:8,16, 25

**depositions** 7:25 18:15 19:8 75:8

**der** 27:15

**describe** 7:20 8:5

**description** 9:5

**desire** 31:5

**desperate** 68:17

**detail** 16:5 18:20 31:14 45:20,25 47:2, 23 53:6 54:7 62:16 63:13 64:2,17 70:7 78:12 88:3 96:20

**detailed** 48:24 49:5 98:24

**details** 10:9,21 16:4 32:18,20 36:18 37:5 42:25 44:18 49:11

52:12 56:17,25 60:24 61:2 69:2 73:22 82:17 83:9 99:25

**determine** 104:21

**develop** 48:8 49:9

**developed** 35:4

**developing** 35:13 48:3,14,18

**development** 30:24 36:20 48:25

**differently** 36:4

**digits** 43:4

**diploma** 8:18,23 9:6

**direct** 23:18 24:8

**direction** 83:25

**directions** 73:23 84:2

**directly** 17:14 21:12 27:5 29:7 30:8

**director** 22:8

**disclosed** 85:20,23 87:20 90:9 91:9 101:14,23 102:3,17

**disclosing** 101:9

**discount** 47:21 49:16,20

**discuss** 27:25 30:15 50:7 68:15

**discussed** 26:4 40:22 43:10 108:13

**discussion** 6:12 68:25

**discussions** 29:25 30:11 31:12 39:16 40:24 47:19 48:7 49:8,19 54:5 55:23 56:14,20,24 57:4 61:23 62:4 67:3 68:7, 21 70:4 105:17,23 107:9 108:6,16,22 109:4,9

**dispute** 108:13

**disregard** 99:19

**disregarded** 99:23

**dissatisfaction** 109:18

**disseminated** 86:22

**District** 4:10,11

**dive** 26:3

**document** 6:21 13:2, 25 14:20 15:2 37:21 42:16 54:20 57:19 58:8 59:5,17,22,25 82:2 85:13 101:13

**documents** 5:22 18:10 19:25 37:7 60:18 101:19

**dollar** 84:12

**dollars** 83:11

**doubt** 91:10

**downloading** 75:15

**draft** 52:2

**draw** 106:22

**Dubai** 5:10,12 22:16

**due** 105:8

**duly** 5:4

---

**E**

**e-mail** 6:2 31:18 32:10 37:9,25 38:9, 11,18,21,23 39:9 40:4 41:6,8,18 42:5, 19,22,23 43:3,6,15 44:5,20 45:15,18,21 46:2,20,24 47:4,7 48:10 49:13 50:3,8, 22 51:4,19,25 52:14, 25 53:3,4,8,9,16 54:9 55:6 57:7 58:24 64:20 65:9,15 67:8, 19,23 68:2,4,14 69:4, 19,23 71:8 72:6 74:9, 24,25 75:16,21 106:4,14,16,20 107:3,4

**e-mailing** 32:2

**e-mails** 31:21,22 45:17 68:19 69:24

70:20 75:2 76:9 106:23 107:2,6,7,25

**earlier** 31:16 32:9 35:18 36:22 82:10 84:5

**early** 39:16

**earned** 32:15

**easiest** 7:6

**Eastern** 4:5

**economics** 68:15

**Edge** 33:2,4

**education** 8:20

**educational** 8:6

**effort** 98:8

**efforts** 104:21

**eight-page** 106:16

**electronic** 81:21,23 82:2,4

**emphasis** 97:20

**emphatic** 97:19

**employed** 33:2

**employee** 32:24 33:3 66:9

**employees** 19:9

**employment** 9:5

**end** 53:12 56:6 59:4 70:16 76:4 105:13 110:24

**ending** 56:15

**ends** 39:25

**engaging** 28:20

**enter** 12:14

**entered** 36:14 82:3

**entire** 26:21 40:20 76:21,22 101:11

**entities** 22:9 23:9 25:19 27:3 29:18 30:3,7,8,13,14 34:7 35:2,6

**entitled** 17:9 26:5 59:25 71:10 83:7

89:16 91:14,22 92:18

**entity** 20:9,12 22:4 24:3 36:15

**entrepreneur** 9:14, 25 10:8

**entrepreneurs** 29:22

**equity** 34:9,13,19

**Europe** 9:23

**European** 9:21

**European-based** 9:8

**evening** 100:8 107:11

**evidence** 102:13,20

**exact** 23:14

**EXAMINATION** 5:6

**examined** 5:4

**examples** 20:4

**excerpts** 19:2,7

**exchange** 28:2 45:19 53:25 67:8,23 68:3 69:20 74:9 77:16 78:7,11,14,25 79:5,12,22 81:14 82:5,22 96:22 105:14,18 106:20 107:10,23 108:12

**exchanged** 107:25

**exchanges** 72:12

**executive** 27:8,12,20 28:19 29:3,8,9,12

**executives** 22:23 29:21 39:13

**exhibit** 6:19 10:25 11:7,17 12:16,17,18, 20 13:4,7,13,16,21 37:9,12,17,22 42:4,8, 18 44:19,22 45:4,7 46:2,5,9,12 51:3,6,8, 12 52:13,16,18 54:8, 14,16 57:6,15,17,23 58:20 64:19,20,23 65:2,4 66:24 67:7,10, 14 69:3,7,11 71:7,13, 15 74:8,13,17,18,20

77:15,19,22,23 85:4,5 93:23 96:21 105:15 106:3,6,8

**exhibits** 6:17 70:21

**exist** 77:7 97:17

**existed** 95:25

**expand** 21:15

**expect** 83:24

**experience** 7:25

**explain** 80:12 99:21

**explained** 84:4

**explanation** 80:17

**expressed** 16:18 73:15 76:4 109:17

**expressing** 17:15,21 98:13

**expression** 99:15

**extended** 62:14

**extent** 91:4

**extremely** 73:16,18,21 82:23

**F**

**fact** 56:2 101:22

**FCA** 14:8,9,13,16 15:11,13,19,21,24,25 16:16,20 17:5,16,22 18:7,16 19:8 57:12 60:4,21,23 61:25 63:17,19,23 66:14,22 67:5 70:16,17,24 71:3,10 72:9,13,20 73:6 74:6 76:24 77:5,12 80:15 83:7 84:9 85:15 87:25 95:11 96:2,18 98:8 99:23 100:12,17 101:6,14,18,23 102:3,4,16 103:14,17,24 104:3,22 105:2,4,19,24 107:10 108:2,8,13,24 109:15,20

**FCA's** 16:14 71:4 76:24 77:4 108:18 109:10

**FCA/MENTI** 66:13 70:23

**February** 4:4 55:16,20 56:4,13,20

**Ferreira** 69:21

**fields** 12:12

**file** 5:24,25 6:9 75:11,12,13

**filed** 13:9,22 14:4,16

**final** 52:9 62:13

**finalize** 43:12,18,25

**finance** 9:9,11,24 10:6 25:23

**financial** 30:13,15 41:14,23

**finding** 56:5,6

**finish** 88:22 96:5

**finished** 8:6 15:8 61:10

**firms** 9:16

**five-minute** 58:5

**flight** 15:13 25:11 63:18,23 82:12,13,16,21 83:17,20,23 96:7,19 98:9

**flights** 20:22

**Flohr** 4:1,7,23 5:1,2,8,14 6:1,9,24 7:1,16 8:1 9:1 10:1 11:1,10,25 12:1,19,22 13:1,2,12,17,19 14:1,12 15:1,5 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1,5 37:1,21 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1,14 52:1 53:1 54:1 55:1 56:1 57:1,20 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1,17 78:1,7 79:1 80:1 81:1 82:1,6 83:1 84:1 85:1 86:1 87:1 88:1 89:1,9,21,25 90:1,4 91:1,23 92:1 93:1,3,24 94:1 95:1,5 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1,23 108:1 109:1 110:1,7,20

**flying** 47:17

**focus** 25:25 74:23

**focusing** 76:8

**folder** 11:9,17 13:10 37:15 42:12 45:2 65:2,5 67:13 69:10

**follow** 12:20 13:11

**form** 10:2,12,22

**formed** 9:7 10:13,20 20:8,10,15,20,24 21:4,9 36:11

**forward** 100:13

**forwarding** 69:19 81:11

**forwards** 53:24

**Foundation** 102:7

**founder** 39:2

**four-page** 37:25 38:9 46:20

**Fourteen** 85:7

**Francesca** 105:21,22,24

**Frankly** 48:11

**frequently** 29:11 30:5

**Friday** 100:8,24 104:5

**front** 59:11,12,13

**frustration** 99:16,17

**full** 92:24

**fund** 34:2,5,6,8,9,10,14,19

**furious** 98:3,14

**G**

**Game** 97:22,24

**gave** 68:13 90:19

**general** 16:4 17:12,13 18:5 20:5 25:10,12 27:25 33:11 35:9 55:22,25 56:24 60:25 68:24 79:20 99:15 100:23 103:16 104:4

**generally** 16:21 17:25 33:5 34:3 70:6

**gentleman** 103:10

**Germany** 8:9

**give** 9:4 15:3 22:11 23:15 32:8 58:8 59:3 62:25 63:12 73:23 84:2 89:14 100:19 110:13

**giving** 7:21 29:20

**glanced** 18:19,22,23 72:22 78:9

**global** 4:24 21:25 22:9,13,18 23:3,12,17 24:9,12 26:23 27:10 39:5,7 71:5 83:11 86:2,3 96:8

**Goldfeder** 31:7,17 32:6

**Goldfeder's** 32:11

**good** 4:2 31:3 43:11 59:15

**good-bye** 110:18

**graduate** 8:22

**green** 79:9

**group** 26:21 36:15 37:2 39:3,6 54:12 55:12 56:14 57:13 60:3,21 62:14 66:14,22 70:23,24

**guess** 23:20 104:2

**Gutchess** 4:18 19:17 58:3 81:18 89:2,7,10,22 90:3 92:4 93:9 102:6,19 109:24,25 110:5

**guy** 66:6

**guys** 84:6

**H**

**hand** 74:3

**handing** 74:4

**Hanlon** 50:18

**happening** 68:10

**happy** 5:20 49:15

**hard** 102:25

**harmed** 77:6

**Haveles** 4:15 5:7 6:6,15 11:8 12:7 58:7,19 81:18 89:4,12 92:8 93:12,22 107:13,21 109:22 110:3,7,22

**head** 91:15

**heading** 87:17

**heard** 56:24 60:25 66:3 95:8,9

**hearing** 48:23

**hedge** 33:25 34:4,6,8,10,13,14,19

**held** 4:7 6:12

**helps** 66:7

**Henneberry** 4:16 11:13 12:10 13:9,13 37:14,17 42:11,13 44:25 45:4 46:7,9 51:8 52:18 54:16 57:17 64:25 65:4 67:12,14 69:9,11 71:15 74:15,20 77:21,23 106:8

**hey** 35:18,20 39:21

**higher** 105:8

**hiring** 83:20

**history** 9:5

**hit** 11:15,20 12:14 42:13

Case 1:22-cv-06206-ALC-BCM   Document 139-10   Filed 05/26/23   Page 14 of 19

Index: holding..Marcelo

**holding** 21:24 22:7 23:8 30:18,20

**Holdings** 21:25 22:10,14,18 23:12,17 24:9,12 26:23 39:5

**honor** 82:11,16,20 83:23

**Horizon** 83:17

**hour** 105:3

**hours** 15:13 56:22 60:22 62:2 63:18,24 64:5,15 66:12,22 71:4 76:18 79:16,19, 25 83:8 88:2 92:25 93:2,4,6,7 95:12 96:7,19 98:9 101:16 104:22 105:5 106:22

**huge** 84:14

---

**I**

**Iain** 4:21

**Ian** 17:6,18 18:23 26:19,20 27:14 28:11,25 35:15,18 39:21 70:9 71:8 76:11 77:9 80:18 98:11 100:3,6 103:3 105:22

**idea** 43:11

**identification** 11:2 13:5 37:13 42:9 44:23 46:6 51:7 52:17 54:15 57:16 64:24 67:11 69:8 71:14 74:14 77:20 106:7

**identify** 88:13

**illegal** 84:8,9,13,20, 24

**implying** 16:15

**important** 6:23 98:18

**impose** 63:16

**impression** 20:6

**in-house** 4:21

**including** 86:23

**increased** 62:23

**independent** 9:13

**indicating** 53:25

**indirect** 24:8

**individual** 27:21

**inflation** 105:8

**inform** 71:3

**information** 28:3 85:20,22 87:19 88:5, 14,20,24 89:20 90:9, 12,24 92:3,10,11,15 94:7,12,24 101:10, 14,22 102:3,16

**infrastructure** 83:12

**Insight** 71:10 87:18

**instructions** 100:20

**insult** 99:13,14

**intending** 97:15

**interim** 76:9

**International** 23:16 24:16 40:12

**internet** 12:13

**interpretation** 92:13

**interrupted** 79:2

**intimately** 31:11

**introduce** 4:13

**investment** 34:9 84:12

**investor** 39:6

**invite** 50:21

**involved** 31:5 41:13 47:18

**involvement** 29:15 30:22 31:6 37:3

**involving** 26:16

**issues** 92:7

---

**J**

**Jaa'rome** 4:3

**January** 55:15,20

**Jeff** 4:18 91:19

**Jenna** 57:9

**Jet** 33:2,4

**jets** 25:11

**job** 7:23

**joined** 9:10 33:6

**judge** 82:4 89:15 92:21 96:14 97:15 105:6

**judgment** 77:6 84:10 87:15 91:2,11,15 94:5 95:10,13 96:9 102:23

**July** 108:3,8

**jump** 31:2

**June** 69:4 70:16 71:9 72:10,11 73:5 74:11 76:4,11 77:17 78:8 97:24 106:4 107:3, 11,23 108:12,17

---

**K**

**keeping** 97:11

**Ken-** 65:24

**Kennedy** 56:4,12 64:4,10,12 109:15

**key** 86:11

**kill** 100:3,6,21

**kind** 26:11 68:22 98:17

**knowledge** 17:10 36:7 70:17 88:19,23 89:8,17,19 91:15,24 92:2,16 94:2,17 95:22 104:25 105:2

**Kulawik** 4:21 19:18

---

**L**

**Langman** 38:24,25 39:2,8,15 40:5,6,9,18 41:2 43:7,17,23 44:9 53:9,14,23

**language** 61:25 67:21 96:3

**Lawrence** 32:22,23 33:9,13,20 71:8 72:8

**laws** 84:21

**lawsuit** 108:6,24 109:6

**lawyer** 91:3

**lawyers** 19:13,14 20:12 22:6 24:20 26:4,24 88:7,10,11, 16 89:5 91:12 92:20, 22 95:16 96:12,14 102:22 108:2

**leading** 102:8,9,10, 12,13

**learn** 55:14,19 56:11, 19 63:21 64:3,11 65:23 66:10,19

**lease** 47:16,20

**leave** 85:4

**left** 11:25 97:2

**legal** 20:12 22:25 74:3,5 91:10 92:13 96:10

**legality** 92:5

**legs** 7:10 58:6

**lengthy** 57:19

**Leona** 17:7,17 19:5 28:8,14 43:12 49:22 52:3

**letters** 107:25

**level** 8:22 26:23 30:18,20 33:21 70:8

**levels** 30:19

**link** 6:2,9

**LLP** 4:16

**load** 45:10 57:21 58:9 71:17

**loaded** 58:22 69:15 74:16 78:4 85:10,11

**loading** 15:2 37:24 42:17 45:12 51:17 52:22 54:19,20,24

58:2 65:11 69:14 71:22 75:3 78:3 85:9 97:4

**logo** 85:15 86:4

**logos** 82:24

**London** 66:7

**long** 10:7 19:23

**long-winded** 48:12

**longer** 48:22 54:22 75:12 110:17

**looked** 43:15 45:16 56:16 70:21 98:21,22 104:16

**Lori** 50:18,19

**lot** 48:22 75:5

**lower** 15:14

**Ludwig** 8:10

---

**M**

**mad** 84:18

**Madam** 106:11

**made** 41:15 80:24 99:11 100:2 105:10 108:8

**magistrate** 89:15

**main** 20:25

**make** 6:19,24 7:4,6 19:24 36:7 41:11,21 59:10 80:6 91:2,11, 14 95:7 98:7 102:22 104:9,20 110:10

**makes** 29:23 39:10 105:9

**making** 41:13 50:9, 15 56:18

**management** 30:12

**managers** 30:2

**managing** 22:4

**Marcel** 39:13

**Marcello's** 79:19

**Marcelo** 39:14 52:5

**Marcelo's** 47:17 79:16,25

**March** 37:10 42:6 44:20 46:3 48:10,19 49:14 50:5,23 51:4 52:14 53:10 54:9 56:21

**mark** 11:6 13:7 37:9 42:4 44:19 46:2 51:3 52:13 54:8 57:6 64:18,19 66:24 67:7 69:3 71:7 72:2 74:8 77:15 106:3

**marked** 11:2 13:5 37:12 42:9 44:23 46:5 51:6 52:16 54:14 57:15 64:23 67:10 69:7 71:13 74:13,18 77:19 106:6

**market** 15:15 18:6 28:2 55:25

**marketing** 9:17,18 15:12,20,25

**marketplace** 16:23

**massive** 95:13

**mate** 82:12

**matter** 4:8 75:21 86:11

**matters** 28:2

**Maximilian** 8:10

**means** 26:13 87:7,9 88:8 92:9

**meant** 97:23 100:7,22

**media** 58:16 93:19

**Meer** 27:15

**meet** 19:11 29:12

**meeting** 19:20 20:2

**meetings** 30:12

**member** 22:4

**Menti** 66:22 70:24

**message** 79:22 81:8,12,13 82:6,10 100:15

**met** 19:13 31:10

**middle** 76:10 97:8,9 104:17

**midstream** 7:10

**million** 98:8

**mind** 15:22 35:24

**minute** 85:5

**minutes** 19:24 76:16

**missed** 98:17

**Misstates** 102:20

**mistake** 99:11

**modifying** 41:22

**Molly** 4:16 11:12 12:7

**moment** 13:23 38:2,9 42:20 45:10,14 46:15 51:20 52:24,25 59:18,25 65:7,13 67:22 69:16 78:5 84:10

**money** 98:4 104:10

**monitoring** 29:16

**month** 31:16 69:4

**months** 18:17 80:5,8

**Moore** 18:23 26:19,20 27:14 28:11,19,22,25 29:9 30:7,9,10 35:15,18 38:24 40:6,25 41:9,19,22 43:8,14 47:9 53:24 66:11,20 67:3,24 68:5,13 69:19,23 70:3,11,24 71:8 72:7,13,20 73:5,19 76:10,15 77:9,10,17 78:25 79:10,18,23 80:12,22 81:7,13,20 82:7,14,20 83:22 84:3,4 96:23 97:23 98:3,6 99:10,18,21 100:2,10,16,19,25 103:22 104:7,18,20 105:7,17,22 107:5,9 108:6,11,23 109:5,18

**Moore's** 97:11,13

**morning** 4:2 6:18 7:9 18:12 40:21 50:14 110:18

**motion** 108:7

**move** 11:8 14:21,22 91:21

**moved** 60:25

**moving** 86:17

**multi-billion** 84:11

**multipage** 106:14

**multiple** 6:22

**Munich** 8:9 9:9

**Munich-based** 9:18

**N**

**names** 4:3 15:22 16:5 110:15

**nature** 20:14 55:24

**negotiate** 40:10

**negotiated** 39:12 68:22 109:14,20

**negotiation** 37:3 40:8

**negotiations** 57:4 70:11

**Nick** 27:14

**night** 100:24 104:5

**non-existent** 16:15

**non-lawyer** 96:10

**normal** 90:25

**note** 14:13 44:8

**notice** 10:25 11:9 12:24

**noting** 6:16 15:12

**number** 4:11 5:17 37:10 38:18 39:11 43:4 44:21 47:5 50:3 54:10 55:6 58:16 59:8,23 61:5 71:18,24 73:20 74:10 93:19 97:16

**numbered** 61:8

**numbers** 42:7 46:4 51:5 52:15 54:13 57:10,13 64:21 67:9 69:5 71:12 74:11

77:18 106:5

**O**

**objection** 89:2,10,22,25 102:6,19

**observations** 39:11

**obtain** 8:11,14,17

**occasional** 28:2 33:22

**occasionally** 30:25 33:11 53:5

**occur** 19:20

**occurring** 68:7 69:20

**October** 13:9,23 14:17

**offer** 40:22 41:3,12,15 49:16 87:22 104:8,17

**offered** 15:12,15,21 25:2

**offering** 16:2 47:21 49:20 83:2

**office** 66:7

**officer** 22:3 23:12 26:21,22 27:2

**officers** 19:8 22:17,20,21 23:7,10 30:2,12

**offices** 21:12 22:19

**open** 12:18,22,23 13:12,15,19 15:4 21:11 37:20,23 38:7 42:15 45:2 46:16,18 51:10,13,14,18 54:25 55:4 57:25 58:21 65:12 97:7

**open-ended** 36:8

**opened** 5:25 37:20 38:4

**opening** 13:20 38:6 46:13 65:10 67:18 106:12

**operate** 10:7 21:7

**operated** 10:13 25:8

**operating** 28:16 29:17 30:13,14,19,22

**operations** 20:16,17,18 25:15

**opportunities** 87:22

**Opportunity** 87:18

**opposed** 72:12 92:19

**oral** 33:14,19

**order** 5:16 18:18 39:24 108:7

**org** 22:24,25 23:15,22 26:3

**organization** 21:21 27:24 33:3,7 66:5

**organizational** 23:25

**outlined** 47:10,14

**overseeing** 29:16

**owned** 20:23 22:9 24:2,3,9,10,14,15,17,21,22

**owns** 34:6

**P**

**PA** 50:19

**package** 59:22

**pages** 6:22 46:16,23 54:25 57:24 59:6,17,23 65:8,14 67:21 71:24 74:22,24,25 75:5,13 86:23 98:18 106:13

**paid** 98:9 101:15 105:4

**paragraph** 15:6,10 16:8,13 40:18 47:10 49:13

**paragraphs** 14:25 47:22

**parallel** 10:15

**part** 48:19 55:15,20

60:17 81:13

**partially** 9:19 10:14 24:2,10,14,17,22

**participate** 48:2,7, 14,17,21

**participating** 42:21 68:21

**parties** 20:23 40:11 62:2 73:8 82:3

**party** 24:11 56:9,23 66:14 75:24

**pass** 88:11,16 89:4 91:2 96:11

**passed** 93:11 95:15

**past** 34:22

**path** 35:17

**pause** 7:2

**payment** 49:17

**PC** 12:3

**PDF** 59:2,24 60:13 79:15 82:10

**pending** 7:14

**people's** 83:2

**percent** 47:21 49:16 62:24 83:18 97:12, 13,16

**performance** 30:14, 16

**performed** 25:8

**period** 33:8 55:16 72:10 73:6

**periodic** 29:25

**person** 12:6 27:21 35:12,19,20,21 70:10

**personal** 37:3 91:24, 25 92:16 94:2,17 95:22 105:2

**personally** 91:7

**Peter** 4:15 58:3 92:4

**philosophy** 29:19

**phone** 48:21 49:4 52:11 81:22

**photograph** 86:20 87:12

**pictures** 98:19

**pinpoint** 66:4

**Pioneer** 4:8 14:5,11 60:3

**place** 22:14 43:16

**plaintiff** 4:17 14:8,11

**play** 36:19,23

**point** 58:4 70:2 73:25 74:2 95:20 97:18 104:11

**points** 40:8

**political** 8:8

**pop** 11:17

**position** 21:21

**positions** 9:15

**possibility** 47:20

**post** 9:9,13

**PR** 104:10

**precise** 23:15

**prejudging** 36:8

**preparation** 20:5

**prepare** 18:11,18 19:12

**preparing** 78:15

**presence** 108:14,19

**present** 48:18 49:9

**president** 28:6,10,17 32:7

**press** 12:5

**prevented** 96:2

**previous** 7:22 90:18, 20

**price** 63:16,22 96:7, 19 101:19,23 102:4, 17 105:3

**pricing** 98:20,21,24 99:3 101:10,12 102:3,16

**principal** 22:14 35:12

**prior** 18:11 70:15 71:2

**private** 34:8,13,19

**probe** 17:10

**problem** 75:7

**procedure** 13:11 84:5

**proceed** 8:2 42:15

**process** 12:19 67:18 78:3

**produced** 105:14

**program** 5:24,25 6:20 8:19 36:14 40:10 54:11 55:7,11 56:6,16,22 60:23 62:13 63:9 64:6,13 66:13 70:5 75:25

**prohibited** 80:15 87:24 96:18

**prohibitions** 95:25

**proposal** 48:4,9,15, 18,24 49:5,9

**propose** 43:17

**proposed** 68:16

**protocol** 81:23 82:2

**provide** 20:18 25:20 39:17 41:19

**providing** 25:11,15, 21

**publicly** 86:22

**pulled** 36:22

**pulling** 97:3

**purpose** 25:13

**pursue** 8:20

**pursuing** 29:4

**put** 31:2

**Q**

**Qi** 19:5 28:9,17 29:2 43:8,18,25 44:15

47:8,19 48:3,8,9,17 49:8,21 50:4,7,12,14, 23 51:25 52:8 56:12 57:9 108:18 109:8,9, 13,19

**Qi's** 19:3

**question** 5:20 7:4,5, 14 14:14 16:25 17:23 18:2 23:24 24:5 25:17 28:24 29:2,6 38:14 41:16,20 43:20 48:5,12,22 49:2,7 50:8 55:18 56:10 66:17 72:24 73:2 76:25 86:10,13,16 88:19,22 89:13,24 90:4,6 91:23 92:19 95:8,19 96:5 100:14 101:25 102:8,9,11, 13,15 109:8

**questions** 5:18 13:16 14:25 16:11 26:6 32:14 36:2,6,8 75:19 86:13 107:22 109:23 110:2

**quickly** 57:25

**R**

**raises** 50:8

**Rajeev** 103:2,11,14

**rate** 104:9 105:7

**rates** 15:12,14,20,25

**reached** 54:3,4 92:24

**read** 15:6 16:8 61:7, 15,18 62:9,18 63:3 68:9 95:11 96:11 106:25 107:5 110:4,5

**reading** 15:8 61:11 65:18 95:6 102:21

**reads** 50:16

**reaffirming** 83:19

**real** 98:4

**reason** 47:25 48:6, 13,16,20

**recall** 10:9,21 13:3,

24 14:2,18 18:21 20:4,12 21:17 31:14 32:18,20 36:12,25 37:2,5 38:3,10,15,16 39:15 41:4 42:21,23, 25 43:16,22 44:3,12, 13,14,18 45:18,20,25 46:23 47:2,18,23 49:11,19 50:9,10,14, 17,20 51:2,21 52:6, 11 53:2,4,6 54:3 55:10,13,24 56:3,17 57:5 59:20 60:7,24 61:19,22 62:3 63:14, 20 65:8,14,22 66:23 67:2,6,23 68:2,11,12, 19,20,24,25 69:22,25 70:2,6,7,10,13,25 71:6 72:7,16,18,21 73:3,10,13 76:7 77:10,14 78:7,10,22 79:3,6,7 80:17,25 81:16 82:14,17,19,23 97:22,25 99:25 101:17,21 104:12 105:16,20 106:2 107:12 108:4,5,9,10, 15,20 109:2,7,12,16

**received** 9:6 39:9 79:22

**receiving** 69:23 70:15 71:2 78:22 79:3

**recess** 58:14 93:17 107:18

**recollection** 37:8 45:22 53:14,20,22 68:5 107:8

**recommend** 22:25 26:3

**recommended** 49:15

**record** 4:14 6:7,11, 12,14 58:10,13,17 93:13,16,20 107:14, 17,20 110:23

**refer** 14:7 22:5 23:22 24:19 36:21 90:10,14 91:11 103:24

**reference** 70:23

**referring** 14:10 26:12 76:18 79:18,24 90:16,17,21 97:13 103:13

**refers** 47:11,13

**reflected** 50:22

**refresh** 11:15,20,21 12:8,10,15 13:15 37:8,19 42:12,13,15 45:6,21 46:11 51:11 52:20 53:14,19,21 54:18 65:6 68:4 69:13 77:25 107:7

**Refreshing** 57:22

**reiterating** 83:19

**related** 7:21 24:11

**relations** 30:23

**relationship** 15:17 16:16,19 17:4,15,22 35:5,14 36:23 39:4 40:14 56:15 74:6 76:21,22 77:3 100:11

**relationships** 23:22 34:22

**reload** 67:16

**remaining** 56:21 60:22

**remember** 54:7 79:8 103:11 105:12

**remotely** 4:7

**renew** 81:24

**repeat** 24:5 25:3,17 43:20 55:18 73:2 76:25 94:19

**rephrase** 5:20 66:16

**reply** 52:3

**report** 27:5 28:9 32:8,11 68:13

**reporter** 6:25 7:7 110:13,21

**reporting** 4:4 28:12, 14

**reports** 28:11,25 29:8 32:10,14

**represent** 65:16 81:19

**representing** 94:13

**reputation** 15:16

**request** 50:9,15 81:25

**required** 81:22

**resell** 62:2 83:7

**reselling** 71:4 88:2

**reserve** 110:3

**reside** 5:9,10

**respect** 23:24 24:7 70:4

**respond** 98:5

**responding** 68:12

**responds** 76:15 98:3 99:12 100:25 104:18

**response** 82:15 97:10

**responsibilities** 27:2 28:13,15

**responsibility** 27:19,23 29:20 35:13

**responsible** 23:2

**rest** 94:12,23

**restraining** 108:7

**restriction** 63:22

**restrictions** 63:16

**restroom** 7:11

**result** 54:5 76:24 77:4

**results** 30:3

**revenue** 32:14

**reverse** 39:23

**review** 18:10 67:13 69:10 91:6,17 110:10

**reviewed** 52:8

**Rhone** 39:2,6

**right-hand** 38:19

**role** 27:23 30:21 31:4

36:3,19,23

**rollover** 62:22

**Rubli** 4:22 19:17

**ruin** 101:4,7

**ruined** 76:21,23 77:4

**ruins** 101:10

**rules** 102:12

**rumors** 55:25

**run** 17:7 29:21 39:21 98:11

**running** 70:9

---

**S**

**sale** 26:16 63:18,23 104:22

**sales** 9:19 17:7 27:4 30:3 31:13,19 32:8 33:10,20 35:10

**SB** 36:15 37:2 54:12 55:12 56:14 57:13 60:3,21 62:14 76:12 79:16 104:19,21 105:7

**SBG-VJ-002-001265** 42:7

**SBG-VJ-002-001265-266** 42:8

**SBG-VJ-002-001310-311** 44:22

**SBG-VJ-002-1310** 44:21

**schedule** 50:12

**scheduled** 45:23

**scheduling** 50:20

**school** 8:7

**Schramm** 27:16

**science** 8:8

**scope** 24:24 25:4,6

**screen** 11:7,17 13:15 104:16

**screenshots** 77:16

78:6,14

**scroll** 6:21 38:2 58:23,25 60:8

**second-to-last** 49:13 81:2

**secondary** 8:7

**secret** 87:8

**secretive** 87:11 92:9

**section** 61:7 62:9 63:3,9

**select** 80:20

**sell** 104:19

**selling** 26:14 56:8 105:3

**send** 44:8

**sending** 50:21 80:16

**sends** 51:25

**senior** 39:13

**sense** 29:24 105:9, 10

**sensitive** 101:9

**separate** 64:6

**separating** 55:17,21

**September** 62:15

**series** 77:15

**services** 4:9 14:11 25:11,20,21 39:18

**set** 44:15 45:19

**severely** 15:15

**shared** 5:24,25 6:8 70:22

**shares** 39:8

**shot** 98:4 104:16

**show** 5:22 19:25 37:6

**showed** 20:3

**showing** 6:16

**shows** 74:22

**sign** 110:4,6,12

**signed** 56:7 60:18,21 63:10 82:3 99:20,24

**significantly** 15:14

**single** 82:11,12,16, 20 83:17,20,23

**sir** 7:18 21:17 31:14, 20 35:3,8 37:24 38:20 41:16 46:17 47:24 51:2,15 55:13, 18 57:5 60:15 61:14 62:16 64:2,17 66:23 67:6 71:6,19 76:7 77:14 85:8 95:6 103:6 110:21

**situation** 39:20 91:11 105:19

**slide** 75:8

**slightly** 23:23

**slow** 75:4

**slower** 75:13

**Softbank** 34:2,4,16, 22,24 35:5,14 36:4, 11,15 39:10,12,17 41:3 43:7,24 44:2 48:19 49:10,20 54:4 55:17,21 56:4,14 61:2 64:4,7,10,12,14 66:11,20 67:4 68:8, 23 70:4 75:22,25 76:3,23 77:4,12 101:15 103:10 104:21 105:5 106:20 109:20

**sold** 79:16

**solely** 25:25

**solution** 47:16 49:15

**sounds** 47:12

**Southern** 4:10

**speak** 7:3 17:14 18:2,3 43:11 44:16

**specific** 15:22 86:10

**specifically** 17:12 18:5,13 35:7

**specifics** 51:2 68:11 97:25

**speculate** 40:15 80:2,7 83:21

**spellings** 110:14,19

**spent** 83:10

**split** 49:2

**spoke** 17:20 31:17

**start** 7:5 9:22 58:16 78:20 85:21 93:19

**starting** 18:11

**starts** 59:23 61:12 85:12

**startup** 9:21

**state** 84:8 98:2

**statement** 33:17 53:13 56:18 63:20 80:7,23 83:19 100:24 103:17 104:5

**states** 4:10 15:10 16:13 79:16 80:10,20

**stating** 82:11

**stayed** 9:11

**steps** 100:11

**Sternberg** 39:10 43:7,19,23 44:8,15 45:19 47:8,19 48:10 50:4,6,13,23 52:2,3,7 53:10,16,25 54:6

**Steven** 38:24

**stop** 70:11

**stopping** 58:4

**strategic** 27:25

**strategy** 9:18

**stretch** 7:10 58:5

**Strictly** 80:10

**strike** 49:25 81:4

**strongly** 22:24

**struck** 63:10

**structure** 22:24 23:2,15 101:12

**structures** 40:23,25

**studied** 8:8

**study** 18:20

**subject** 75:21 109:24

**submitted** 11:16

**subsidiaries** 21:13 23:4,25 24:8,9,13 25:8

**subsidiary** 23:17,19, 21

**subsidized** 104:19, 22

**substance** 72:18 73:3,11

**sudden** 16:22 83:2

**suggest** 43:23 79:13

**suggested** 41:2 43:14

**suggesting** 44:9 48:22,24

**suggestion** 44:3 84:3

**suggestions** 41:21

**suggests** 53:17 81:15

**supposed** 87:8

**Swan** 105:21,24 107:4,9

**swipe** 103:21

**swiped** 97:10

**swiping** 82:10

**Switch** 70:14

**sworn** 4:25 5:4

**Systems** 60:4

---

**T**

**tab** 12:15

**table** 75:9

**takes** 45:10 46:15 54:20 75:13

**taking** 5:14

**talk** 11:5 16:4 17:17 20:11 75:18

**talking** 73:11

**talks** 40:7,19

**tape** 93:11

**team** 22:25 35:10

**technically** 46:19

**technology** 10:6

**telephone** 43:24 52:6 72:11,19,25 73:4,8 80:13

**telephonic** 72:14

**telling** 70:3,11 77:10 82:14 100:10,16

**temporary** 108:7

**Ten** 55:3

**term** 61:18

**terminate** 70:3 74:6 100:11,16

**termination** 62:12

**terms** 16:22 41:12, 14,23 43:18 48:3,8, 18 49:9 52:9 62:21 63:10 109:14

**testified** 5:4 31:17 32:6,12 33:14

**text** 72:12 78:10 79:22 82:5,21 85:14 105:13,17 107:10,23 108:12

**thing** 78:18

**things** 75:20

**thinking** 80:8

**Thomas** 4:7,23 5:2 35:19 43:12 49:15 52:5 53:11 76:20

**thought** 80:3

**thoughts** 76:14

**thousands** 31:20 68:18 69:24

**three-page** 67:19

**thumbs** 104:7

**time** 4:5,6 6:8,11,14 9:7 20:20,23 33:8 40:20 43:10 44:9 54:23 55:16 57:20 58:13,17 61:16 70:2 72:10 73:6,25 74:2 83:6 85:10 93:10,16, 20 96:17 99:5 100:8 107:17,20 108:11 109:23 110:9,25

**Tobias** 27:16

**today** 5:15 6:24 43:10 61:17 76:13 108:12

**Today's** 4:4

**told** 74:2 80:20 82:19 83:22 99:19

**tons** 32:9

**top** 11:21 15:7 21:24 22:7 23:5,8,20 40:4 50:4,22 103:21 106:23

**topic** 18:4 70:14

**trading** 9:23 25:24 26:10,11,13,15

**transactions** 28:20 29:4

**transcript** 7:2 89:14 110:10

**transcription** 7:7

**transcripts** 18:14

**transfer** 56:21 64:5, 13 66:12,21 67:4 68:16 70:5,12 76:5 106:21

**transferred** 60:23 63:19

**transferring** 56:8

**transmitted** 48:9

**trends** 28:2

**TSG** 4:3

**turn** 38:17 39:22 41:5 43:2 44:4 47:4 49:24 50:2,11 55:5 62:5 82:8 87:16 90:7 94:10,14,25 98:15 103:18 104:14

**turning** 91:20

**two-and-a-half** 93:2,4,6,7

**two-page** 42:19 51:19 52:25 59:16

**two-way** 32:2

**type** 12:12

**typical** 39:20 40:9, 14,17

---

**U**

**UAE** 5:12 22:16

**ultimately** 21:11

**Um-hum** 41:10 61:9 63:5 65:18 67:25 96:24 99:9

**unable** 88:13

**understand** 5:18 14:10 45:11

**understanding** 79:17,23 81:6

**unit** 31:13,19 32:16

**United** 4:10 28:17

**university** 8:9,10,12, 16,20

**unrelated** 24:4

**up-front** 49:17

**upload** 75:14

**upper** 11:24

**upset** 73:16,18,21

**urgency** 76:4

**usage** 63:8

**USD** 49:17

**usual** 46:21 50:24 67:17,20 78:2 98:10

**utilizing** 95:11

---

**V**

**vaguely** 39:19 78:12

**van** 27:15

**verbal** 54:2,3

**version** 81:21 82:5

**versus** 4:9 92:7

**vice** 32:7

**video** 4:6 93:6

**virtual** 75:7

**Vista** 4:24 7:23 8:4 9:7 10:12,13,18,23 11:5 21:21,25 22:9,13,18 23:12,17 24:4,9,11,14 25:19 26:23 39:5,6 40:11 66:9 71:11 87:18,25 88:2 94:13

**Vistajet** 4:9,19,20 10:3 13:22 14:4,16 15:11,13,14,19,24 16:16,18,19 17:3,4,16,22 18:16 20:9,15 21:4,7 22:4 23:16,20 24:16,18,21,22,25 25:7,19 27:3,9,10 28:7,10,16 29:5,17 30:3 31:8,13 32:15 33:3,7,21 34:20,21,25 35:6 36:16 39:5 40:12 44:2 54:4,12 55:12 56:5,8,13 57:12 60:3,20 64:5,7,13 68:16 76:2,23 82:15,20 83:7 86:4,24 87:20,24 95:11 98:7 100:13,17,18 101:15,19 105:5 108:2 109:6

**Vistajet's** 13:4,8 15:16 77:3 109:10

**VJ** 37:10 46:4 51:5 52:15 54:10 57:10,14 59:10 60:12 61:5 62:6 64:21 67:9 69:5 71:12 74:12 76:9 77:18 93:24 94:14 95:2 106:5

**VJ00000757-837** 57:15

**VJ00001700-701** 64:23

**VJ00001803-805** 67:10

**VJ00001885-888** 69:7

**VJ00001907-921** 71:13

**VJ00001927-946** 74:13

**VJ00004636-639** 37:12

**VJ00004669-672** 46:5

**VJ00004688-689** 51:6

**VJ00004738-739** 52:16

**VJ00005019-030** 54:14

**VJ00007420-427** 106:6

**VJ00008994-998** 77:19

**VJ5020** 54:13

**W**

**wait** 86:7

**walk** 6:8 75:23 78:19

**wanted** 7:24 72:2

**wanting** 106:20

**ways** 56:6

**web** 86:22,23

**website** 12:13

**week** 31:18 32:8 33:15,19,20,23

**weekly** 29:13 31:19

**weird** 85:9

**wet** 47:16,20

**Whatsapp** 77:16 78:7,14,23 79:4,12 81:8,14 96:22

**white** 79:11 82:9 103:6

**wholly** 24:17,21

**wider** 15:15

**Williams** 4:3 58:11 110:23

**withdraw** 14:5 48:15 65:24 66:25 72:9 87:6

**withdrawn** 28:5

**witnesses** 18:16

**word** 31:3 84:23

**words** 17:20 73:21

**work** 34:13 35:21 84:5

**worked** 9:8

**works** 31:8 66:6 105:22

**world** 25:12

**worldwide** 101:11

**write** 97:12 99:13 100:3 101:2 103:23 104:8 105:9

**writes** 53:10 76:10 99:10,18

**writing** 103:3,4,5

**wrote** 97:23 99:22 105:11

**Y**

**year** 8:24 9:12 10:22 14:17 28:7 32:19 62:13,23

**years** 10:10 16:24 50:25 80:3,4 83:10

**yesterday** 6:3

**York** 4:11

**Z**

**Zoom** 4:8