# Exhibit 11

```
 1    UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 2    ----------------------------------------X
      PIONEER BUSINESS SERVICES, LLC D/B/A FOUR
 3    CORNERS AVIATION SERVICES,

 4                            Plaintiffs,
                  -against-
 5                              Case NO.:
                                1:22cv6206
 6
      VISTAJET US, INC,
 7
                            Defendants.
 8    ----------------------------------------X

 9
              DEPOSITION OF BRIAN GOLDFEDER
10            DATE: January 20, 2023

11

12

13

14

15

16    Reported by:
      Gabriella Tutino
17    Job No. 221654

18

19

20

21

22

23

24

25
```

1                     Brian Goldfeder

2           THE VIDEOGRAPHER: We are on the record.

3      Today's date is January 20, 2023. The time on the

4      video is 9:29 a.m. This is video one in the

5      deposition of Brian Goldfeder in the matter of

6      Pioneer Business Services LLC versus VistaJet US

7      Inc. in the US District Court, Southern District

8      of New York, case 1:22VC6206. This deposition is

9      taking place at 1251 Sixth Avenue, New York New

10     York. The videographer is Dmitry Zvonkov, the

11     court reporter is Gabriella Tutino both with TSG.

12     Will Counsel please identify themselves for the

13     record.

14           MR. HAVELES: Peter Haveles of Akerman LLP

15     on behalf of plaintiff.

16           MS. HENNEBERRY: Molly Henneberry,  Akermam

17     LLP.

18           MS. NIWOROWSKI: Joanna Niworowski from AXS

19     Law Group on behalf of defendants.

20           THE VIDEOGRAPHER: Will the reporter please

21     swear in the witness.

22

23     B R I A N  G O L D F E D E R, after having first been duly

24     sworn by a Notary Public of the State of New York, was

25     examined and testified as follows:

1                       Brian Goldfeder

2          filed in this case by VistaJet.

3               (Whereupon, a counterclaim was marked as

4          Goldfeder Exhibit 3 for Identification.)

5      Q. Take a moment to look at the document. You don't have

6   to read it in detail, but look through it so you can determine

7   whether you've ever seen this document or not. That's my only

8   question, have you seen this before?

9      A. I have not seen this before.

10     Q. Okay.  I ask you to turn to page 12.  Take a moment to

11  read to yourself paragraph 39. If you want to look at anything

12  before or after, you're welcome to, I'm going do ask you a

13  couple of questions about paragraph 39, okay?

14     A. Okay.

15     Q. All set. Can't say mh-hm, you have to say yes or no?

16     A. Yes.

17     Q. Are you aware of any brokers who advised VistaJet

18  about the FCA marketing brochure as described in paragraph 39?

19     A. I am not.

20     Q. In the phone call that you had, did anyone, did that

21  person talk about the FCA marketing brochure in the manner

22  that's described in paragraph 39?

23     A. No.

24     Q. Take a moment to read paragraph 42 to yourself. In

25  paragraph 42 it states, FCA's brochure is likely to cause

1                        Brian Goldfeder

2  consumer confusion by implying a non existent partnership with

3  VistaJet and FCA and by creating the false impression that

4  VistaJet was either connected to or vouch for the quality of

5  the goods and services that FCA offered, including locating

6  charter alternatives, and flight administrative and management

7  services. Other than discussions internally at VistaJet, are

8  you aware of any communications be they oral or written in

9  which someone outside of VistaJet expressed such confusion?

10     A. Yes.

11     Q. Is that the one phone call you referred to?

12     A. Yes and another e-mail is that someone asked if a trip

13  had been quoted to FCA.

14     Q. I'll show you that e-mail later on. Other than that

15  phone call and e-mail, those are the only two communications

16  with external parties that you believe has any relevance about

17  potential for confusion?

18     A. Yes.

19     Q. I ask you to turn to page 17. Take a moment to read

20  paragraph 71 to yourself?

21     A. Okay.

22     Q. Paragraph 71 states, FCA use of the VistaJet marks is

23  described above constitutes a false designation of origin in

24  violation of 15USC Section 1125A1 because it is without VJL or

25  VistaJet's consent and is likely to cause confusion common to

1                      Brian Goldfeder

2   cause a mistake and to deceive as to the origin or source of

3   FCA services, and or to cause consumers to believe mistakenly

4   that FCA and or FCA's insight card is part of VistaJet's

5   services including the VistaJet program, is sponsored,

6   licensed, endorsed or approved by VistaJet or is otherwise

7   affiliated with VistaJet through a cobranded partnership that

8   does not exist. In the two communications that you identified,

9   was there any reference to the FCA insight card?

10      A. There was not.

11      Q. In the two communications that you identified, we'll

12   look at the e-mail and talk about the call in detail

13   momentarily, were there any communications where either party

14   indicated that it believed that FCA was sponsored, licensed,

15   endorsed or approve by VistaJet?

16      A. During the phone call, the client who called me, we

17   were in a conversation. A man named Ryan Auer, who works for a

18   company called Air Partner. He said that he believed that his,

19   Four Corners Aviation had bought a program for his clients.

20      Q. Okay, we'll come back to that. Did he indicate, did he

21   say that he believed that VistaJet sponsored FCA?

22      A. He did not.

23      Q. Or that VistaJet licensed or endorsed or approved of

24   the FCA?

25      A. He did not.

Brian Goldfeder

1    Q. Let me ask you to turn to page 19. I'd like you to

2  take a moment to read paragraph 86. Let me know when you're

3  finished. All done?

4    A. Yes.

5    Q. Thank you. Paragraph 86, FCA's knowing and deliberate

6  conduct is likely to result in consumers purchasing its

7  services in the mistaken belief that they originate with or

8  are offered under the auspices of VistaJet. Are you aware, do

9  you have any information or knowledge that consumers, third

10  parties purchased services from FCA in the mistaken belief

11  that FCA services originated where they were offered under the

12  auspices of VistaJet?

13    A. No.

14    Q. To prepare for your deposition today, did you review

15  any documents?

16    A. I took a look at the e-mail that was sent.

17    Q. Other than that e-mail did you look at any other

18  documents?

19    A. No.

20    Q. To prepare for your deposition, did you meet with

21  anyone else? That's a yes or no. I'm not going to ask for the

22  substance until I learn more about the meeting itself?

23    A. Can you be more specific.

24    Q. Did you have any meetings with anyone for the purpose

1                    Brian Goldfeder

2    Q. Let me ask you to turn to page 19. I'd like you to

3  take a moment to read paragraph 86. Let me know when you're

4  finished. All done?

5    A. Yes.

6    Q. Thank you. Paragraph 86, FCA's knowing and deliberate

7  conduct is likely to result in consumers purchasing its

8  services in the mistaken belief that they originate with or

9  are offered under the auspices of VistaJet. Are you aware, do

10  you have any information or knowledge that consumers, third

11  parties purchased services from FCA in the mistaken belief

12  that FCA services originated where they were offered under the

13  auspices of VistaJet?

14    A. No.

15    Q. To prepare for your deposition today, did you review

16  any documents?

17    A. I took a look at the e-mail that was sent.

18    Q. Other than that e-mail did you look at any other

19  documents?

20    A. No.

21    Q. To prepare for your deposition, did you meet with

22  anyone else? That's a yes or no. I'm not going to ask for the

23  substance until I learn more about the meeting itself?

24    A. Can you be more specific.

25    Q. Did you have any meetings with anyone for the purpose

1                      Brian Goldfeder

2       A. No.

3       Q. Or Exhibit 5 rather?

4       A. No.

5       Q. Were you aware that on July 1, 2022, counsel for FCA

6   sent a letter provided notices of default and advising FCA

7   that it would no longer be able to use the VistaJet aircrafts

8   unless it cured those defaults?

9       A. No.

10      Q. Separate and apart from brokers, have you ever had any

11  conversations with any VistaJet customers about FCA?

12      A.  No.

13      Q. Have you ever any discussions with any -- withdraw

14  that.

15          Other than brokers, have you ever had any discussions

16  with any potential or new customers of VistaJet regarding FCA?

17      A. No.

18      Q. Okay. So now let's talk about your communicates with

19  Air Partners. And they're two you've identified. The telephone

20  conversation with Mr. Auer and your e-mail exchange; correct?

21      A. Correct.

22      Q. Are there any other communications with Air Partner

23  about FCA or the Mente Group other than those two

24  communication?

25      A. No.

1                     Brian Goldfeder

2     Q. Have you had communications with any other charter

3  broker about FCA or Mente Group as it relates to use of the

4  VistaJet hours?

5     A. No.

6     Q. So the telephone conversation, do you recall when that

7  occurred?

8     A. It was on or around July 6th.

9     Q. What causes you to recall that the conversation was on

10  or about July 6th?

11     A. Because, I remember Tony my boss was off, and I made a

12  note in my notebook to talk to him about it the following day.

13     Q. Did you provide anyone, any counsel, a copy of your

14  notation in the notebook about your call with Air Partner in

15  connection with the production of documents in this case?

16     A. No, it was a scribble pad. Just wrote a quick note to

17  talk to Tony the following day.

18     Q. Other than saying talk to Tony, did it say anything

19  else?

20     A. No.

21     Q. Do you still have that scribble pad?

22     A. No.

23     Q. When was it destroyed?

24     A. I don't recall.

25     Q. Was it destroyed before -- was it destroyed at or

1                        Brian Goldfeder

2   around the time of your conversation with Tony?

3        A. I don't recall.

4        Q. Was it destroyed on or after July 17, 2022?

5        A. I don't recall.

6        Q. Did you make any notations about the conversation that

7   you had with Mr. Auer on that note?

8        A. No.

9        Q. So, how long did your -- first of all, who is Mr.

10  Auer? What's his capacity at Air Partners to the best of your

11  knowledge?

12       A. He's a broker for Air Partner.

13       Q. Do you know what his title is?

14       A. I believe director of business development, but I'm

15  not hundred percent on that.

16       Q. Prior to your receiving the call from Mr. Auer on or

17  about July 6, 2022, had you had business dealings with

18  Mr. Auer in your capacity as sales manager?

19       A. Yes.

20       Q. How frequently did you communicate with Mr. Auer prior

21  to that July 6th call?

22       A. Couple times a week.

23       Q. And in those calls you would speak to him about a

24  couple times a week, what was generally the nature or the

25  substance of those conversations?

1                    Brian Goldfeder

2      A. Regarding trips, future trips, currently booked trips.

3      Q. When -- in those various conversations prior to

4  July 6th was there any reference to FCA or Mente Group in

5  those conversations?

6      A. No.

7      Q. In those conversations prior to July 6th was there any

8  discussion or mention of flights that were provided by

9  VistaJet or -- withdraw that.

10         During your communications prior to July 6th with

11  Mr. Auer were there any discussions at any time about

12  providing flights for the Dalio family office?

13      A. That was the end client. We've done a couple flights

14  together.

15      Q. Prior to July 6th?

16      A. Correct. But I do not know of the clients, brokers

17  have a bunch of clients. They ask for trips profile, they

18  don't tell us who the passengers are until time for booking.

19      Q. Do you recall when Mr. Auer had conversations with you

20  about ultimately booking flights for the Dalio family office?

21      A. I don't recall exactly those trips. We've done a lot

22  of business together for a lot of different clients.

23      Q. Do you recall whether they were before or after

24  April 1, 2022?

25      A. I believe both.

1                       Brian Goldfeder

2       Q. Do you recall were there any of those, between April1

3    and July 1, 2022?

4       A. I don't have recollection of which flights flew. I

5    know we've done flights for them before with Air Partner. But

6    to the dates of those flights flying, I can't speak to.

7       Q. Okay. What about with respect to EF Falcon or its

8    principal Peter McCosling, any discussions with Mr. Auer at

9    all about providing VistaJet flights for EF Falcon or

10   Mr. McCosling?

11      A. The name doesn't come to mind.

12      Q. Any discussions with Mr. Auer about providing VistaJet

13   flights for any members of senior management including its

14   chairman of Coca-Cola?

15      A. No.

16      Q. So you get the call with Mr. Auer on July 6th. Who

17   initiated that call?

18      A. I did.

19      Q. What was the purpose of your calling him?

20      A. I had quoted him a trip, he asked me for a quote the

21   week before. I don't recall the exact routing, I believe it

22   was touching Saudi Arabia but I don't remember the exact

23   routing. But you know part of the job after quoting is

24   following up and seeing where the quote is at in order to

25   close the deal. He said --

                          Brian Goldfeder

1

2     Q. Piecemeal, so we don't get it all bunched together?

3     A. Yes.

4     Q. Do you recall whether he identified the customer for

5  whom you were quoting the Saudi Arabia trip?

6     A. I don't recall.

7     Q. You called him to tell him about your quote and then

8  tell me, did the conversation start with your saying, here's

9  my quote?

10    A. I already quoted the trip. So I called him and said

11 how are you, how is my pricing looking.

12    Q. Then what was his response?

13    A. Do you know anything about Four Corners Mente

14 Aviation.

15    Q. That was his question to you?

16    A. Yes. He said that he believed that Four Corners Mente

17 Aviation had purchase a VistaJet program for I guess the

18 client that I quoted the trip for. Air Partners is my client,

19 as I mentioned they don't tell me who is flying. But he said

20 do you know about Four Corners Mente Aviation. To my

21 recollection I Googled it, because I never heard of it before.

22    Q. Before you Google, let's just stay with the phone call

23 unless you Googled during the call?

24    A. I did.

25    Q. You Googled during the call?

Brian Goldfeder

1    A. I said, looks like a broker.

2    Q. Okay.  Do you recall the two of you saying anything

3    else about Four Corners in that conversation?

4    A. All I said was looks like a broker. He said, I think

5    they might have bought a VistaJet program for one of my

6    clients.

7    Q. Okay. So when you had this conversation you were

8    unaware that there was the agreement as of April 1st where the

9    soft bank hours were given to FCA for the right to, FCA to

10   resell as opposed to acting as a broker?

11   A. I was unaware.

12   Q. Other than you saying it looks like a broker, do you

13   recall saying anything else to him?

14   A. He asked me if I could look into it. I said, we don't

15   discuss VistaJet program agreements, just like I don't discuss

16   broker agreements with anyone else.

17   Q. Have we now gone through the entirety of the

18   conversation that you and Mr. Auer had about FCA?

19   A. He dropped it after that.

20   Q. Okay.  So then, you make a note to yourself to call,

21   to speak to Tony when he gets back to the office?

22   A. The reason I had wanted to speak to Tony.

23   Q. I didn't ask the reason. Is this the next that

24   happened, you made a note to yourself, call Tony because

1              Brian Goldfeder

2  anything else to him?

3     A. I just raised it as unusual.

4     Q. Did you tell him about the conversation you had with

5  Mr. Auer?

6     A. Yes.

7     Q. So you told him about the conversation.  You told him

8  about the research you did when you looked at the time line;

9  correct?

10    A. Correct.

11    Q. Anything else besides those two things that you

12  conveyed to Mr. Nguyen?

13    A. No.

14    Q. What was Mr. Nguyen's response?

15    A. Let's keep an eye on it, but that was the extent of

16  it.

17    Q. Okay. Did you have any followup conversation or

18  further conversations with Mr. Nguyen after you had that

19  initial report to him?

20    A. Not to my recollection.

21    Q. Did you speak to anyone else besides Mr. Nguyen after

22  that conversation?

23    A. No.

24    Q. Did you monitor or followup on things after you had

25  that conversation with Mr. Nguyen?

1                      Brian Goldfeder

2       A. No.

3       Q. So did you have any idea -- I'll withdraw that.

4          Did you have any further discussion with Mr. Auer

5    about FCA or Mente after that July 6th call?

6       A. No.

7       Q. Did you make any notes or send any e-mail about the

8    July 6th conversation with Mr. Auer?

9       A. No.

10             MR. HAVELES: Let's mark as Exhibit 7 an

11             e-mail exchange, the last of which is dated

12             July 20, '22 from Ron Muller to Brian Goldfeder.

13             Bears the Bates numbers VJ9061 through 64.

14             (Whereupon, e-mail exchange was marked as

15             Goldfeder Exhibit 7 for Identification.)

16       Q. Take a moment just to look at it and then I'll ask you

17    some questions.

18       A. Okay.

19       Q. Is this the e-mail to which you referred earlier in

20    your deposition as the other conversation that you had?

21       A. Yes.

22       Q. Let's go through it.  First, Mr. Muller, do you know

23    what his position is at Air Partner?

24       A. I believe he's also director of business development.

25       Q. Prior to the July 20th e-mail exchange with Mr.

Brian Goldfeder

1   Muller, had you had business dealings with him from time to

2   time in your capacity as a sales manager in VistaJet?

3   A. Yes.

4   Q. So I note in your title on the e-mail it describes you

5   as senior sales manager. Were you once just a sales manager

6   then promoted to senior sales manager or was the title always

7   senior sales manager?

8   A. It was always senior sales manager.

9   Q. What were the nature of your business dealings with

10  Mr. Muller or Muller?

11  A. Muller.

12  Q. Prior to the July 20th exchange?

13  A. Ron is a broker and quoting trips and working on trip.

14  Q. Prior to the July 20th e-mail, had you had any

15  discussion with Mr. Muller about FCA or Mente Group?

16  A. No.

17  Q. I meant to ask, in your conversation with Mr. Auer did

18  he ever refer to seeing a FCA brochure?

19  A. No.

20  Q. Coming back to Mr. Muller, is this e-mail exchange the

21  full extent of the communication you had with Mr. Muller as it

22  relates to FCA or Mente Group?

23  A. It is, yes.

24  Q. Did you have any telephone conference with Mr. Muller

1                          Brian Goldfeder

2    after this e-mail exchange with respect to FCA or Mente Group?

3        A. Not to my recollection.

4        Q. So, let's go to the back of the document and start at

5    the very bottom of page 9062. That's chronologically the first

6    e-mail.  It's from you to Mr. Muller with a CC to yourself.

7    Let me ask why, when you're sending it from your VistaJet

8    mailbox, why do you CC yourself?

9        A. These e-mails, sending quotes are automatically

10   generated from our system. And so I CC myself so I had a copy

11   easily referenceable. I can look it up another way but this is

12   the easiest way to reference it.

13       Q. Okay. Subject is quotation global 6,000, and then

14   there's text afterwards. Is the text Dear Ron Muller, et

15   cetera, is that computer generated or something you type

16   yourself?

17       A. It's computer generated. Dear Ron Muller thank you for

18   your inquiry is computer generated. The please find attached

19   offer with the price is computer generated and then I added

20   the note, very limited availability stop is required and

21   included in the price.

22       Q. So. Prior to July 20th did Mr. Muller ask you for this

23   quote?

24       A. He did.

25       Q. How so?

1                    Brian Goldfeder

2     A. I believe phone call.

3     Q. What did he tell you in the phone call in which he

4  asked for the quote?

5     A. He just asked for the quote.

6     Q. Nothing more?

7     A. Nothing more.

8     Q. When you said he asked for the quote, how did he ask

9  for the quote? I'm ignorant on these kind of stuff, so educate

10 me?

11    A. So typically, how's it going, can you quote me this

12 trip. I say absolutely, we'll send it over shortly.

13    Q. When you say this trip, does he give you a departure

14 point and an arrival point?

15    A. Correct. The details typically are departure point,

16 arrival point, amount of passengers, type of aircraft and date

17 and time.

18    Q. So he gave you all the information?

19    A. He did.

20    Q. Did he tell you anything about the customer?

21    A. He did not.

22    Q. You received an e-mail back a little bit later that

23 day, kind of hard to tell the times because of the, we're not

24 sure of the time convention being used in the e-mail. An

25 e-mail comes back later that day from Mr. Muller saying,

1                     Brian Goldfeder

2   thanks can you see if this was quoted to four corners direct

3   please. Between the two e-mails, your computer sending the

4   quote and him coming back with, Mr. Muller coming back with

5   this request, had you had any telephone communications with

6   him about the quote?

7       A. Not to my recollection.

8       Q. And no other e-mail communications about the quote;

9   right?

10      A. No.

11      Q. So, when you received this request or this query from

12  Mr. Muller, can you see if this was quoted to four corners

13  direct please, what did you do when you saw that request?

14      A. I checked for similar quotes on the wholesale side of

15  the business. Many times an end client will ask multiple

16  brokers for a quote and we give everybody the same price is

17  how we do business to keep that playing field fair and our

18  system highlights if it's been quoted to more than one party

19  on the wholesale side of the business.

20      Q. Given what you had seen when you did research after

21  your call with Mr. Auer, there being an FCA account, did you

22  look on the retail side to see if FCA had done anything?

23      A. I did not.

24      Q. You don't know, you didn't look at the retail side to

25  see what FCA had requested or booked?

1                         Brian Goldfeder

2       A. I'm not privy to that information. And it's

3  confidential information that the program side deals with.

4       Q. You would only know if FCA reached out as a broker and

5  asked could you do something?

6       A. Correct.

7       Q. Not if FCA did something in connection with hours that

8  it had purchased and had a right to resell?

9       A. That's correct.

10      Q. On the next e-mail which is sent later that evening to

11  Mr. Muller you respond, just you on this Ron. Was this reply

12  sent after you looked at the wholesale system?

13      A. Yes.

14      Q. Since, why did you say just you on this Ron?

15      A. There were no similar quotes. The specific routing had

16  only been quoted to Ron.

17      Q. With respect to what you looked at in the wholesale

18  system without knowing what was on the retail side?

19      A. Correct.

20      Q. You send an e-mail back. Now the time conventions are

21  totally confusing because we don't know, the way the e-mail

22  works, sometimes it's coming using the UK system, as you see

23  up in the very top. And sometimes it's using American time

24  zones. So I don't know what time zone we're in for the next

25  e-mail. But you send an e-mail saying, and sorry for the

                          Brian Goldfeder

1

2    delay. It looks like it's sent at the same, when you look at

3    the minutes and seconds and ignore the five-hour time

4    difference between New York and the UK. Did you send that

5    e-mail like seconds later to apologize?

6        A. I was in Europe in July at one point working at the

7    office so that could be.

8        Q. Also it's because of the e-mail server messes things

9    up. I've had e-mails with all kinds of inconsistent time zones

10   in the same change. That's a document production issue, don't

11   worry about that. Do you recall sending immediately after a

12   short little apology note to Mr. Muller saying sorry for the

13   delay?

14       A. I pride myself on quick communication. It's a way I

15   retain clients personally. So I was just apologizing for

16   taking a while to get back to him.

17       Q. He writes back, thanks so much bud. Is that now the

18   entirety of the discussion that you and Mr. Muller have had

19   prior to your deposition today about FCA?

20       A. It is, yes.

21       Q. Did you ever find out whether FCA through the retail

22   side with hours it had purchased for resell had sought to book

23   a similar flight in later in July?

24       A. Not for this one, no.

25       Q. Going to the quote back, this is a quote for flights

1                    Brian Goldfeder

2  for July 20, 2022?

3    A. July 26, 2022.

4    Q. 26, 2022?

5    A. Correct.

6    Q. I was looking at page 9063 it says July 20th?

7    A. If you look at where it says trip, it says the date of

8  the quote.

9    Q. Were you aware that to the extent that flights were

10 being obtained or that VistaJet had advised FCA that it was

11 not going to provide any flights after July 18th unless they

12 cure the alleged defaults?

13   A. I was not aware.

14   Q. So you have no idea whether this trip that Mr. Muller

15 is reaching out to you on has something to do with finding an

16 alternative flight because VistaJet aircrafts were not

17 available to the Dalio family office -- withdraw that.

18       Do you know who the customer was for this quote?

19   A. I don't.

20   Q. You don't know if this quote was for a customer of FCA

21 that was not going to be able to use the VistaJet aircraft

22 because of the legal correspondence starting on July 1?

23   A. I do not.

24   Q. In your discussions with Mr. Muller apart from this

25 e-mail exchange, any reference to the FCA brochure?

1                          Brian Goldfeder

2       A. No.

3       Q. Has anyone outside of the VistaJet organization ever

4   said anything to you about the FCA brochure?

5       A. No.

6       Q. Have you ever had any discussions with anyone within

7   the FCA organization, sorry within the VistaJet organization

8   about the FCA brochure?

9       A. No.

10      Q. Do you continue to have dealings from time to time

11  with Mr. Auer and Mr. Muller?

12      A. I do.

13      Q. Have any of them asked you about FCA in those

14  conversations since the July 6th and July 20th exchanges?

15      A. No.

16      Q. Have you told either Mr. Auer or Mr. Muller that

17  VistaJet is in litigation with FCA?

18      A. No.

19      Q. When did you first learn that FCA and VistaJet were in

20  litigation?

21      A. When counsel contacted me.

22      Q. About your deposition?

23      A. Correct.

24      Q. Did Mr. Muller ever explain to you why he was asking

25  whether FCA had asked about quotes, to get quotes for this

1                    Brian Goldfeder

2  Saudi Arabia flight?

3     A. No.

4     Q. Have we exhausted your knowledge about all

5  communications that anyone from VistaJet -- withdraw that.

6        Are you aware of anyone other than yourself at

7  VistaJet having discussion with anyone outside the VistaJet

8  organization about FCA?

9     A. Sorry could you repeat that.

10    Q. Are you aware of anyone in the VistaJet organization

11  other than you having discussion with third parties IE people

12  who are not employed by VistaJet about FCA?

13    A. I am not aware.

14    Q. Have you seen any complaints from anyone outside of

15  the VistaJet organization about the FCA brochure?

16    A. Not to me.

17    Q. Regardless to who it's directed, have you ever seen

18  any e-mails or documents where people complained or expressed

19  concern or confusion about the FCA brochure?

20    A. No.

21    Q. Has anyone within VistaJet other than counsel ever

22  told you about complaints or comments received from parties

23  outside the VistaJet organization about the FCA brochure?

24    A. No.

25    Q. Have anyone other than counsel ever told you that

Page 68

```
 1                        Brian Goldfeder

 2   VistaJet has received comments from parties outside the

 3   VistaJet organization that they are confused about the

 4   relationship between FCA and VistaJet?

 5        A. No.

 6               MR. HAVELES: Let's go off the record. I

 7          want to confer with my colleague and then we'll

 8          be able to wrap up when we come back or maybe a

 9          couple minutes afterwards if she has some

10          questions about things that I have forgotten.

11               MS. NIWOROWSKI: Short redirect.

12               THE VIDEOGRAPHER: This ends unit 2. We're

13          off the record at 11:17.

14               (Off the record.)

15               THE VIDEOGRAPHER: This begins Unit 3. We

16          are on the record at 11:29.

17               MR. HAVELES: We have no further questions

18          subject to any further examination after your

19          cross.

20

21   EXAMINATION BY MS. NIWOROWSKI:

22        Q. Great, all right I have a few redirects. Earlier you

23   were asked about your work laptop and work phone. Do you

24   remember that?

25        A. Yes.
```

1                         Brian Goldfeder

2      Q. And, you said that you only keep work files on your

3  work laptop; is that correct?

4      A. Correct.

5      Q. The same thing with your work phone?

6      A. Correct.

7      Q. In connection with this litigation, did anyone from

8  VistaJet ask you to search your work laptop for documents

9  responsive?

10      A. They did.

11      Q. Did anyone from VistaJet ask you to search your work

12  phone for documents?

13      A. Yes.

14      Q. And, did you search your work laptop?

15      A. I did.

16      Q. And where did you search on your laptop?

17      A. Both the local drive and any file drives I use to

18  store information.

19      Q. How did you search for responsive documents?

20      A. Key words.

21      Q. What key words did you use?

22      A. FCA and Four Corners Aviation.

23      Q. Did you search your work phone for responsive

24  documents?

25      A. I did.

**1**

**1** 12:11,13 13:11 25:21 29:5,14 30:6, 15,20,23 31:16,23 33:12 41:21 48:5 51:24 52:3 65:22 73:9

**10:35** 47:14

**10:50** 47:17

**11** 8:24 33:6

**11-month** 22:25

**11211** 6:8

**1125A1** 18:24

**11:17** 68:13

**11:29** 68:16

**11:35** 74:9,11

**12** 17:10

**120** 11:10

**1251** 5:9

**15USC** 18:24

**17** 18:19 50:4

**18th** 65:11

**19** 20:2

**1946** 35:8

**1:22VC6206** 5:8

**1st** 25:3 54:9 72:24

**2**

**2** 12:22 13:2,11 14:2 68:12

**20** 5:3 58:12 65:2

**2015** 8:4

**2016** 9:3,21 22:6,8,20

**2019** 22:24 23:24 26:12 33:19 34:7

**2020** 12:24 27:21

**2022** 15:3 23:25 25:3, 12,16,21 26:3 27:11, 14 29:5,14 30:6,15

31:23 33:12 35:4 40:5 44:23 45:11 48:5 50:4,17 51:24 52:3 65:2,3,4

**2023** 5:3 74:15

**20th** 58:25 59:13,15 60:22 65:6 66:14

**22** 58:12

**24** 35:4

**26** 65:3,4

**27** 44:23

**29** 12:24 15:3

**29th** 13:16 14:23 15:8,19 16:3

**3**

**3** 16:25 17:4 30:20,23 31:15,16 68:15

**30** 25:21

**302022** 26:11

**30th** 25:4

**332** 6:7

**39** 17:11,13,18,22

**4**

**4** 13:7 29:12,21 30:19, 20,23 31:16 32:5 47:25

**42** 17:24,25

**45** 21:16,21

**49** 45:7

**4J** 6:8

**5**

**5** 35:3,10 42:13 48:3

**5/24/2022** 35:7

**6**

**6** 44:21 45:5 50:17

**6,000** 60:13

**64** 58:13

**6th** 49:8,10 50:21 51:4,7,10,15 52:16 58:5,8 66:14 71:13, 15

**7**

**7** 32:6,8 58:10,15 70:15,16

**71** 18:20,22

**7447** 45:2

**7502** 45:3

**765** 29:25 30:19

**766** 29:25

**768** 30:8,11

**774** 30:9,11,12

**8**

**8** 32:6,15

**837** 29:19

**86** 20:3,6

**9**

**9062** 60:5

**9063** 65:6

**9:29** 5:4

**A**

**a.m.** 5:4 74:11

**abroad** 46:10,11

**absolutely** 61:12

**accepted** 32:23

**accepts** 32:16

**access** 10:10

**accordance** 32:11

**account** 9:23 12:6,8 22:9,11,23 23:6 38:7, 9,17 56:3,4,5 62:21

**acquired** 40:4,24

**acquisition** 40:23 41:4,8 42:5

**acting** 54:11

**Ad** 23:9

**add** 22:16

**added** 60:19

**addendum** 30:5,18

**additional** 11:16

**address** 6:6 12:3 35:25

**addressed** 46:19

**administrative** 18:6

**advertising** 7:25

**advised** 17:17 65:10

**advising** 48:6

**affiliated** 19:7 28:2

**agreement** 27:22,25 28:14,23 29:5,10,17, 20 30:15,24,25 31:7, 21,23 32:2 33:16 44:25 54:9 73:16

**agreements** 33:13 54:16,17

**agrees** 32:18

**Air** 19:18 34:3 48:19, 22 49:14 50:10,12 52:5 53:18 58:23

**aircraft** 9:15,17 31:18,22 40:16,17, 19,22 41:2 45:13 61:16 65:21

**aircrafts** 40:22,23 48:7 65:16

**airplanes** 8:12 9:18, 20

**airport** 8:11,12,23 9:6

**Akermam** 5:16

**Akerman** 5:14

**alleged** 15:16 16:4, 15 65:12

**allegedly** 15:5

**aloud** 13:14 33:6,7,8

**alternative** 65:16

**alternatives** 18:6

**amended** 12:14,23, 25 16:25

**American** 63:23

**Americas** 23:3

**amount** 61:16

**answers** 47:20

**anytime** 16:14

**Apartment** 6:8

**apologize** 6:25 64:5

**apologizing** 64:15

**apology** 64:12

**applying** 8:25

**appointment** 12:19

**approval** 31:5

**approve** 19:15

**approved** 19:6,23

**April** 25:3,15 29:5,14 30:6,15 31:23 33:12 51:24 54:9

**April1** 52:2

**Arabia** 52:22 53:5 67:2

**area** 9:8

**arising** 16:16 32:21

**arose** 15:17 16:5

**arrangements** 73:2, 5,9

**arrival** 61:14,16

**asks** 44:8

**aspect** 36:10

**assigned** 29:7

**assignment** 30:14, 25 32:13,16,24 33:3, 10,13,16

**assigns** 32:9

**assume** 32:19

**assumed** 29:7

**assumption** 30:15 33:10,13

**attached** 29:16 35:5 45:2 60:18

**attachment** 29:13

**attachments** 35:14

**attention** 38:10

**attorneys** 46:17

**audibly** 7:17

**Auer** 19:17 34:3 48:20 50:7,10,16,18, 20 51:11,19 52:8,12, 16 54:19 57:5 58:4,8 59:18 62:21 66:11,16 70:8 71:3,18,21 72:13

**August** 8:25

**auspices** 20:9,13

**automatically** 60:9

**availability** 28:20 35:7 55:14,16,23 60:20

**Avenue** 5:9

**aviation** 6:12 8:22 9:8,10,11,12 19:19 53:14,17,20 69:22 72:14,17

**aware** 12:15 13:17 16:4,18 17:17 18:8 20:9 25:14 27:21,24 29:10 31:6,20 32:12, 23 33:11 35:20 45:11 46:23,24 48:5 65:9, 13 67:6,10,13 72:5,8

**awareness** 33:23

**AXS** 5:18 21:8,9

- - -

**B**

**baby** 55:4

**back** 8:18 9:24 11:11 13:10 16:19 19:20 22:5 30:18 35:23

42:13 54:22 56:10,16 59:21 60:4 61:22,25 62:4 63:20 64:16,17, 25 68:8 70:7

**background** 7:23

**bags** 9:15

**bank** 27:22 28:2 32:8,12,24 33:3 45:12 54:10

**Bank's** 32:17

**banks** 32:10

**banter** 26:19

**Bareli** 46:22

**base** 6:17

**based** 8:23 28:22 45:22

**basic** 6:17

**basically** 8:20

**basis** 26:12 39:13

**Bate** 29:18

**Bates** 29:24 35:8 45:2 58:13

**bear** 73:20

**bearing** 29:18 72:10

**Bears** 35:7 58:13

**beginning** 35:23 42:20

**begins** 47:16 68:15

**behalf** 5:15,19 14:24 15:4

**belief** 20:8,11

**believed** 19:14,18,21 53:16

**Bernardo** 21:10

**bit** 61:22

**black** 24:20

**blocks** 31:2,9,12

**bobble** 7:17

**body** 42:14

**bold** 13:12

**book** 64:22

**booked** 40:11 51:2 55:19,25 56:2,3 62:25

**booking** 51:18,20

**bookings** 28:21

**bookmark** 11:23

**boss** 16:9,18 38:5 49:11 55:8

**bottom** 30:20 60:5

**bought** 19:19 54:6

**bound** 32:22

**break** 7:12,13,14,15 47:9,10,18

**breath** 7:2

**breaths** 38:10

**Brian** 5:1,5 6:1,5 7:1 8:1 9:1 10:1 11:1 12:1,4 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1,14 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1, 12 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1,13

**briefly** 7:22 8:16

**bringing** 23:7

**brochure** 13:23 14:25 15:6,10,13,17, 21 16:5,16 17:18,21, 25 35:6,9,17,20 37:17 38:25 39:22 42:11 44:19 47:24 59:19 65:25 66:4,8 67:15,19,23

**broker** 23:9,10 40:11,13,20,21,22 41:25 49:3 50:12

54:2,5,11,13,17 59:14 63:4

**brokerage** 41:16

**brokering** 41:22 42:5

**brokers** 17:17 23:11, 12 40:15,16,17 48:10,15 51:16 56:22 62:16

**Brooklyn** 6:7

**bud** 64:17

**bunch** 51:17

**bunched** 53:2

**business** 5:6 6:11 23:7 27:10 28:5 31:18 33:20 34:7,17, 20 36:4 37:6 39:4,13 41:9 42:21 50:14,17 51:22 58:24 59:2,10 62:15,17,19

- - -

**C**

**Caffrey** 46:3,4

**calendar** 26:3

**calender** 27:10,14

**call** 16:8,9,17,19,20 17:20 18:11,13 19:12,16 26:5,7 34:2, 3,13 49:14 50:16,21 52:16,17 53:22,23,25 54:21,25 55:8,20 56:9 58:5 61:2,3 62:21 71:13,15

**called** 19:16,18 53:7, 10

**calling** 52:19

**calls** 50:23

**Cameron** 34:21

**capacity** 24:17 26:21 36:5,25 40:8 50:10, 18 59:3

**card** 19:4,9

**Carolina** 38:2

**carriage** 31:19

**case** 5:8 6:10 10:5,8, 23 12:24 14:3 17:2 21:7 33:25 49:15 72:6

**cater** 22:16

**center** 8:6

**certificates** 8:8

**certification** 8:11,14

**certified** 8:10,13

**cetera** 26:20 60:15

**chain** 35:6,12 36:25 44:22 45:4

**chairman** 42:19 52:14

**challenger** 45:13

**chance** 7:3

**chances** 22:19

**change** 23:5,15 64:10

**changed** 39:8 44:5

**chart** 27:18

**charter** 18:6 23:8,9, 10 40:13,17,20,21 41:2 49:2 55:22

**checked** 62:14

**chief** 36:9,16

**Christopher** 44:24

**chronologically** 60:5

**claims** 13:22 14:14

**clarify** 10:19

**clearer** 7:11

**client** 19:16 22:9,15, 16 37:10 40:11 51:13 53:18 62:15

**clients** 19:19 51:16, 17,22 54:7 56:22 64:15

**close** 52:25

**closing** 32:8,21 33:9

**closings** 32:15

**cobranded** 19:7

**Coca-cola** 52:14
73:2,6

**code** 8:24

**coin** 28:16

**colleague** 68:7

**college** 8:18,19 9:9

**comfortable** 7:6

**commenced** 16:12,
14

**comments** 7:18 16:7
67:22 68:2

**commercial** 36:9,10

**common** 18:25

**communicate** 22:17
50:20

**communicates**
48:18

**communication**
14:6 15:23 22:13,14
25:14 34:24 48:24
59:22 64:14

**communications**
18:8,15 19:8,11,13
26:15 43:6 44:4
46:17 48:22 49:2
51:10 62:5,8 67:5
72:6,10 73:19

**companies** 41:11

**companies'** 40:21

**company** 19:18 22:7
36:10 41:12

**complained** 67:18

**complaints** 67:14,22

**compound** 7:10

**computer** 60:15,17,
18,19 62:3

**concern** 67:19

**concluded** 74:10

**concludes** 74:7

**conduct** 20:7 72:13

**conducted** 72:17

**conducting** 23:19

**confer** 11:20 47:11
68:7

**conference** 21:17,
22 59:25

**confidential** 28:7
46:16 63:3

**confused** 68:3

**confusing** 63:21

**confusion** 13:23
15:4 16:4,16 18:2,9,
17,25 67:19

**confusions** 15:16

**connected** 18:4

**connection** 9:25
10:23 40:25 49:15
63:7 69:7

**consent** 18:25

**consented** 33:12,16

**consents** 33:10

**constantly** 55:22

**constitutes** 18:23

**consumer** 18:2

**consumers** 19:3
20:7,10

**contact** 23:12

**contacted** 66:21

**contacting** 23:11

**contained** 32:19

**context** 13:10

**continuation** 44:22

**continue** 38:18
41:25 66:10

**continued** 8:21
70:22

**continuing** 8:6

**contract** 32:11,18,
21,22

**contracts** 33:11

**convention** 61:24

**conventions** 63:20

**conversation** 19:17
48:20 49:6,9 50:2,6
53:8 54:4,8,19 56:20
57:4,7,17,22,25 58:8,
20 59:18

**conversations** 43:9
48:11 50:25 51:3,5,7,
19 57:18 66:14

**conveyance** 32:16

**conveyed** 57:12

**conveys** 32:9

**convoluted** 7:9

**copy** 11:2 12:14
35:16 49:13 60:10

**corner** 29:24

**corners** 6:12 19:19
53:13,16,20 54:4
62:2,12 69:22 72:14,
16,17,20

**correct** 9:4,5 24:2,
13,25 25:13 34:4
38:16 44:13,14
48:20,21 51:16 55:3
57:9,10 61:15 63:6,9,
19 65:5 66:23 69:3,4,
6 70:25

**correspondence**
65:22

**counsel** 5:12 6:21
7:2 13:17 14:6 15:24
21:5,6,8 29:15 45:21
48:5 49:13 66:21
67:21,25

**counterclaim** 16:25
17:3

**couple** 6:17 17:13
50:22,24 51:13 68:9

**courses** 8:5

**court** 5:7,11 6:20
7:16 16:14 29:4

**covenant** 31:16

**creating** 18:3

**cross** 68:19

**cure** 65:12

**cured** 48:8

**custodian** 11:14

**customer** 13:23
15:4,16 16:4,15
22:13 31:4 53:4
61:20 65:18,20

**customers** 31:3
48:11,16

**D**

**d/b/a** 6:12

**Dalio** 51:12,20 65:17
72:2,7,11

**Daniele** 37:19,20

**date** 5:3 32:8,22 33:9
35:17 61:16 65:7

**dated** 29:14 30:6
35:4,7 44:23 58:11

**dates** 30:15 52:6

**David** 39:25

**day** 13:16 23:18
49:12,17 61:23,25

**day's** 43:21

**days** 11:6

**De** 36:21,22

**deal** 52:25

**dealing** 40:7 42:21

**dealings** 26:12,15,
20,23 33:20 34:7,14,
17 36:2,4,7,24 37:5,
6,25 38:18,20 39:4,
13,15 40:10,25 41:4,
5 42:4 43:22 47:4,5,6
50:17 59:2,10 66:10
72:7

**deals** 22:15 63:3

**Dear** 60:14,17

**December** 25:11

**deceive** 19:2

**deep** 7:2

**default** 48:6

**defaults** 48:8 65:12

**defendants** 5:19

**defined** 30:24

**degree** 8:2

**Deiana** 37:19,20

**delay** 64:2,13

**delayed** 31:6

**deliberate** 20:6

**demand** 23:8 28:12,
20

**department** 25:9,10

**departure** 61:13,15

**deposed** 7:20

**deposition** 5:5,8
6:13 11:18 12:14,15,
16 14:17,20 15:9,11,
15 20:15,21 21:19
22:2 31:7,13 33:25
34:10,11 35:19 47:21
58:20 64:19 66:22
74:10

**describe** 8:16

**describes** 59:5

**designation** 18:23

**destroyed** 49:23,25
50:4

**detail** 7:7 17:6 19:12

**detailing** 34:21

**details** 61:15

**determine** 17:6

**development** 50:14
58:24

**devices** 72:18

**dichotomy** 28:15

**difference** 28:18
40:19 64:4

**direct** 36:12 38:15
47:5 62:2,13

**directed** 67:17

**directing** 9:17

**directly** 24:13,18
36:17,22

**director** 50:14 58:24

**discharge** 32:20

**disclosure** 12:23,25 14:21

**disclosures** 12:23 14:2

**discount** 27:7

**discovered** 11:16

**discuss** 27:8 28:8 54:16 55:2

**discussed** 45:8

**discussion** 11:15 27:16 37:12 41:6 51:8 58:4 59:16 64:18 67:7,11

**discussions** 16:20 18:7 21:25 26:2,8,25 27:2,3,4,9,13 37:13, 16 38:21,24 39:16, 17,18,21 42:7,10 44:15,18 45:12 46:13 48:13,15 51:11 52:8, 12 65:24 66:6

**dispute** 12:16 73:20

**disseminated** 47:24

**dissemination** 13:23 14:24 15:5,10, 13,20 16:5,16

**distributed** 47:24

**District** 5:7

**dive** 10:19

**divulge** 14:5 15:23

**Dmitry** 5:10

**document** 10:4,23 13:3,6,16 14:8,11,15 17:5,7 30:4 35:15,23 44:25 45:7 60:4 64:10 72:5

**documents** 10:4,12, 17 11:16 20:16,19 21:22 29:16 30:10 49:15 67:18 69:8,12, 19,24 70:6,10,18 72:6,9 73:5

**dot** 12:4,5

**dotted** 24:20

**drive** 10:17,20,22 11:2,12,17 69:17

**drives** 69:17

**dropped** 54:20

**duly** 5:23

**dumping** 9:18

**duties** 32:11

---

**E**

**e-mail** 11:25 12:3,6,8 18:12,14,15 19:12 20:17,18 29:13,14, 20,22,23 35:4,6,9,12, 25 42:13 43:7,8 44:15,22 45:4,9 48:20 58:7,11,14,19, 25 59:5,15,21 60:2,6 61:22,24,25 62:8 63:10,20,21,25 64:5, 8 65:25 70:11,12,13 72:22

**e-mails** 60:9 62:3 64:9 67:18 70:3

**earlier** 58:19 68:22

**easiest** 60:12

**easily** 60:11

**Edge** 39:25 40:4,8, 10,24 41:2,10,12,14, 20

**educate** 61:9

**education** 7:23 8:6

**EF** 52:7,9 73:9,13

**effect** 32:2

**employed** 34:23 41:23 67:12

**employee** 34:24 36:5

**employees** 31:19 41:23

**employment** 8:16 9:24 22:6

**end** 25:11 35:5 51:13 62:15

**endorsed** 19:6,15,23

**ends** 47:13 68:12

**enthusiastic** 9:10

**entire** 24:9,11 44:25

**entirety** 54:18 56:19 64:18

**entitled** 30:5 35:6

**entity** 12:20 27:22

**equivalent** 28:24

**errata** 74:4

**Essentially** 28:24

**Europe** 64:6

**European** 37:23

**evening** 63:10

**exact** 52:21,22

**examination** 6:3 68:18,21 70:22

**examine** 10:22

**examined** 5:25 71:6

**exchange** 45:9 48:20 58:11,14,25 59:13,21 60:2 65:25

**exchanged** 35:14

**exchanges** 66:14

**excuse** 8:25 21:12 34:13 38:9

**executed** 29:15

**executive** 9:23 22:9, 11,23,25 23:4,6 38:6, 7,8,9

**executives** 23:19

**exhausted** 67:4

**exhibit** 12:11,13,22 13:2,12 14:2 16:25 17:4 29:12,21 30:19 32:5 35:3,10 42:13 44:21 45:5 47:25 48:3 58:10,15 70:15, 16

**exhibits** 7:5

**exist** 19:8

**existence** 33:24 34:12 35:20

**existent** 18:2

**existing** 24:25

**expect** 13:4 29:22

**expecting** 11:21

**explain** 66:24

**expressed** 18:9 67:18

**extent** 37:25 43:21 57:15 59:22 65:9

**external** 18:16 40:12

**eye** 57:15

---

**F**

**failure** 11:12

**fair** 62:17

**Falcon** 52:7,9 73:10, 13

**false** 18:3,23

**familiar** 39:24 45:8

**family** 51:12,20 65:17 72:2,7,11

**FBO** 8:24 9:13

**FCA** 6:14 10:4 12:16 15:10,17 16:8,12,17 17:18,21 18:3,5,13, 22 19:3,4,9,14,21,24 20:11,12 25:15 26:3, 8 27:14 29:6,8,15,18 30:16,25 31:8,11 32:9,15,23 33:3,11, 13,17 34:8,12,15,18, 21,25 35:20,22 37:14,16 38:22,25 39:19,22 42:8,11 44:16,18 45:24 46:14 47:6,24 48:5,6,11,16, 23 49:3 51:4 54:10, 19 56:4,5 58:5 59:16, 19,23 60:2 62:21,22, 25 63:4,7 64:19,21 65:10,20,25 66:4,7,8, 13,17,19,25 67:8,12, 15,19,23 68:4 69:22 71:8,23 72:14 73:20

**FCA's** 13:22 14:24 15:5,20 16:5 17:25 19:4 20:6 33:13

**federal** 16:14

**feel** 7:7

**Ferreira** 38:2,4,19, 21,24

**field** 38:2 46:2 62:17

**fields** 35:25 37:19 45:17

**file** 69:17

**filed** 17:2

**files** 10:3 11:3,7 69:2

**filling** 9:19

**find** 60:18 64:21 70:10,17 72:20

**finding** 65:15

**finish** 11:23 13:20 40:16

**finished** 20:4

**Fiona** 46:22,23,24

**fit** 55:23

**five-hour** 64:3

**fixed** 8:23 28:19

**fleet** 23:3,8 24:3,5,17 36:19

**flew** 52:4

**flight** 18:6 22:13 27:7 64:23 65:16 67:2 73:2,5,9

**flights** 23:9,10 28:3, 4,21 39:17 40:21 42:25 43:4 51:8,12, 13,20 52:4,5,6,9,13 55:10,12,17,18,19, 21,23,25 56:2 64:25 65:9,11 71:25 72:11

**Flohr** 42:16,18,22 43:10,12,15,22,25 44:16,18

**flying** 52:6 53:19

**focus** 56:8

Index: followup..K-A-E-P

**followup** 57:17,24

**force** 32:2

**foregoing** 32:16

**forgotten** 68:10

**forward** 6:15

**founder** 42:19

**Francesca** 39:3,4 44:24

**free** 7:7

**frequently** 26:15,17, 23 43:3,25 50:20

**fueling** 9:15

**full** 6:11 59:22

**fully** 29:15

**future** 51:2 55:18,19

---

**G**

**Gabriella** 5:11 74:5

**gaps** 55:23

**gave** 47:20 61:18

**general** 8:2 40:15 45:21

**generally** 50:24

**generated** 60:10,15, 17,18,19

**GF** 12:11

**give** 7:2 14:19 61:13 62:16 74:5

**giving** 23:20 33:25 34:11 44:7

**global** 42:19 60:13

**goal** 9:11

**Goldfeder** 5:1,5 6:1, 5,9 7:1,20 8:1 9:1 10:1 11:1 12:1,4,12 13:1,2 14:1 15:1 16:1,24 17:1,4 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1,21 30:1 31:1 32:1 33:1 34:1 35:1,10 36:1

37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1,5 46:1 47:1,18 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1,12,15 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1, 13

**Good** 6:9

**goods** 18:5

**Google** 53:22

**Googled** 53:21,23,25

**Gowins** 34:21

**graduate** 8:3,5

**graduated** 8:19

**graduating** 9:9

**graduation** 8:21,22

**Great** 8:16 68:22

**greeting** 9:16

**ground** 6:18 9:15,18, 19

**group** 5:19 21:8 24:15 29:17 30:6,16 31:8 32:2 33:17,21, 24 34:15,25 38:13 45:14 48:23 49:3 51:4 59:16,23 60:2 73:16

**Group's** 33:12

**guaranteed** 28:19

**guess** 53:17

**guests** 31:20

**guidance** 23:20

**guy** 55:4

**guys** 47:11

---

**H**

**hand** 6:22

**handed** 22:14

**handling** 9:15

**hands** 6:22

**hands-on** 42:25 43:3

**happened** 54:25

**hard** 11:2 61:23

**Haveles** 5:14 6:3,9 11:11,21 12:11,22 14:7 15:25 16:24 29:12 35:3 44:21 46:18 47:8 58:10 68:6,17 70:15,22 73:22,25

**head** 7:17 13:5

**heading** 13:11

**heard** 9:5 53:21

**Henneberry** 5:16

**high** 7:22 9:12

**higher** 24:8

**highlights** 62:18

**Historically** 45:23

**history** 8:16 22:5

**hits** 72:20

**hoc** 23:9

**home** 11:5,6,7

**hour** 47:20

**hourly** 28:19

**hours** 14:25 29:6 31:2,9,12 45:13 49:4 54:10 63:7 64:22

**how's** 61:11

**hundred** 50:15

**Hybrid** 11:6

---

**I**

**Iain** 46:6,9

**Ian** 35:4 36:2,5 37:4, 11

**idea** 58:3 65:14

**identical** 56:23

**Identification** 12:13

13:2 17:4 29:21 35:11 45:5 58:15

**identified** 11:14 14:3,8,12,21 19:8,11 28:15 35:24 39:3 48:19 53:4

**identifies** 13:13

**identify** 5:12 13:18

**ignorant** 61:9

**ignore** 64:3

**immediately** 64:11

**implying** 18:2

**important** 6:19

**impression** 18:3

**include** 39:10

**included** 60:21

**including** 13:13 18:5 19:5 52:13

**inconsistent** 64:9

**increased** 43:22

**individual** 13:18,21 39:24 46:3

**individuals** 11:20 21:18

**industry** 9:12 40:16

**inform** 31:25

**information** 13:21 14:13 20:10 28:5,7 61:18 63:2,3 69:18

**initial** 12:23 14:2,21 57:19

**initiate** 23:12

**initiated** 52:17

**inquiry** 60:18

**inside** 73:8

**insight** 19:4,9 35:6

**instruct** 46:15

**integrated** 41:11

**interaction** 27:17 33:20 34:7,18,20 41:2,9,20 42:21

**interactions** 42:24 47:2

**interest** 8:19 32:10, 17

**interesting** 56:21,23

**internally** 18:7

**international** 8:23 27:17

**interviewed** 14:23 15:3,9,12,16

**involve** 71:23,25

**involved** 44:11

**issue** 27:7,10 64:10

**issued** 12:16

---

**J**

**James** 25:5

**January** 5:3 25:21

**Jeff** 21:10

**Jenna** 46:3

**Jenny** 46:4

**Jet** 39:25 40:4,8,10, 24 41:2,9,12,14,20

**JFK** 8:23

**Joanna** 5:18 21:10

**job** 8:20 9:12 22:19 26:11 52:23 55:21

**jobs** 8:20 23:20

**joined** 8:17 9:21 22:7,20

**July** 16:11,13 48:5 49:8,10 50:4,17,21 51:4,7,10,15 52:3,16 58:5,8,12,25 59:13, 15 60:22 64:6,23 65:2,3,6,11,22 66:14 71:13,15 72:24 73:9

**June** 35:4 44:23

---

**K**

**K-A-E-P** 6:7

**Kaep** 6:7

**Kennedy** 9:6,13

**Kevin** 34:18

**key** 69:20,21

**kind** 8:6 37:9 41:4 44:10 55:4 61:9,23

**kinds** 26:23 64:9

**knowing** 20:6 63:18

**knowledge** 9:11 15:20 20:10 33:23 35:2 47:23 50:11 67:4

**Kulawik** 44:24 45:18, 20,22,24

**L**

**laptop** 10:3,13,15,18, 23,25 11:2 68:23 69:3,8,14,16 70:4,9 72:10 73:4,12,15,19

**large** 24:14

**Lastly** 7:12

**lavatories** 9:18

**law** 5:19 21:8

**Lawrence** 39:25 40:3,25 41:5 42:4,7, 10

**lawyers** 6:10 21:7,9 46:10

**learn** 13:25 14:7,12 20:23 27:25 28:4 29:4 66:19

**learning** 33:24

**leave** 24:8 25:8

**left** 9:2

**leg** 28:22

**legal** 46:25 65:22

**legs** 7:13 28:22

**Leona** 26:12

**letter** 48:6

**liabilities** 32:10,18, 20

**licensed** 19:6,14,23

**life** 9:10

**limitation** 31:25

**limited** 31:21 47:2,3 60:20

**list** 55:9,12,20

**litigation** 10:2 16:13, 14 66:17,20 69:7

**LLC** 5:6

**LLP** 5:14,17

**loading** 9:15

**local** 10:20,22 11:2 69:17

**located** 37:23

**locating** 18:5

**location** 55:25 56:2

**London** 46:12

**long** 9:10 21:15 41:25 50:9

**longer** 48:7

**looked** 47:24 55:9, 12,16,24 56:13 57:8 63:12,17 70:23

**loss** 34:18 44:11

**lot** 7:16 21:6 51:21,22

**lower** 29:24

**M**

**machinery** 8:12,13

**made** 32:12,24 49:11 54:25 56:7,9

**mailbox** 11:25 60:8

**maintain** 10:12,17 11:2,7

**Majority** 39:16

**make** 6:24,25 7:8,10 9:5 16:7 22:16 33:8 50:6 54:21 56:12 58:7 74:4

**making** 23:19 24:7 72:25

**man** 19:17

**Managed** 22:13

**management** 18:6 24:3,15 27:18 52:13

**manager** 22:25 23:14 24:11,12,25 25:4,6,20 26:10,21 33:19 34:6 37:2 38:12 40:8 41:21 50:18 59:3,6,7,8,9

**managers** 24:21

**manner** 7:4 17:21

**March** 25:21

**mark** 12:11,22 16:24 29:12 35:3 44:21 58:10

**marked** 12:12,25 17:3 29:20 35:10 45:4 58:14

**market** 23:9 28:24

**marketing** 17:18,21

**marks** 18:22

**marshalling** 9:17

**matter** 5:5 13:12

**matters** 12:9 37:7

**Matthews** 36:14,15, 17,23,24 37:4

**May-june** 45:11

**Mccosling** 52:8,10 73:10,13

**meant** 59:18

**meet** 20:21 21:18

**meeting** 15:11,12 20:23 21:11,15,18 43:19,25

**meetings** 20:25 27:2

**member** 30:24 31:17

**members** 52:13

**memory** 47:19

**Mente** 33:21,24 34:15,25 45:14 48:23 49:3 51:4 53:13,16, 20 58:5 59:16,23

60:2

**mention** 51:8

**mentioned** 53:19

**message** 71:10,20

**messages** 10:8 70:3,7,23,24 71:2,5, 17,19,21

**messes** 64:8

**met** 34:14 37:23 43:12,15

**mh-hm** 17:15

**Miami** 21:13,14

**mind** 52:11

**minutes** 21:16,21 47:9 64:3 68:9

**mistake** 19:2

**mistaken** 20:8,11

**mistakenly** 19:3

**mister** 46:13

**modify** 47:20

**Molly** 5:16

**moment** 9:25 13:3 17:5,10,24 18:19 20:3 30:9,19 32:6 45:7 47:25 58:16

**momentarily** 19:13

**monitor** 57:24

**months** 8:24,25

**Moore** 35:4 36:2,5, 13,25 37:4,6,13,16

**morning** 6:9

**move** 25:10

**moved** 22:23 25:9 38:17

**moves** 7:17

**Muller** 58:12,22 59:2, 11,12,16,21,22,25 60:6,14,17,22 61:25 62:4,12 63:11 64:12, 18 65:14,24 66:11, 16,24 70:8 71:3,5,11 72:22

**multi** 27:22 28:20,23

**multiple** 62:15

**N**

**N-G-U-Y-E-N** 25:25

**named** 19:17

**narrow** 16:12

**nature** 22:18 26:25 28:5 36:7,24 37:11 39:15 40:10 41:5,20 42:24 43:19 44:4 50:24 59:10

**neighborhood** 11:10

**Nguyen** 25:23 26:2,8 27:19 37:3 55:7 56:9, 25 57:12,18,21,25

**Nguyen's** 56:16 57:14

**Nicholas** 36:14

**Nick** 37:4

**Nicky** 36:21,22

**Niworowski** 5:18 11:19 14:4,10 15:22 46:15 68:11,21 70:16,20 73:24

**nodding** 7:16

**non-program** 31:18

**noontime** 7:13

**Notary** 5:24 74:12

**notation** 49:14

**notations** 50:6

**note** 49:12,16 50:7 54:21,25 56:9 59:5 60:20 64:12

**notebook** 49:12,14

**notes** 58:7

**notice** 12:12,14,15 28:3 55:14

**noticed** 28:4 55:10

**notices** 48:6

**notified** 14:16 16:9

**November** 12:24 13:16 14:23 15:3,8, 19 16:3

**nudge** 29:3

**number** 29:25 35:8, 24 45:2 74:8

**numbers** 29:18 43:21 44:7 58:13

---

**O**

**object** 7:3 46:15

**Objection** 14:4

**obligation** 32:10,17

**Obligations** 32:19

**obtained** 8:8 65:10

**occasionally** 27:6

**occur** 16:10 21:11

**occurred** 15:5 49:7

**October** 23:2,25 39:12 41:21 43:23

**offer** 60:19

**offered** 18:5 20:9,12

**office** 11:5,6,9 24:14 26:17 46:12 51:12,20 54:22 55:2 56:10,16 64:7 65:17 72:2,4,7, 11

**officer** 36:9,16

**offices** 24:16 37:23 43:16,18

**official** 31:19

**officials** 31:19

**operate** 8:12,13

**operated** 9:6

**operational** 22:17

**operator** 8:23

**opportunity** 74:3

**opposed** 38:7 54:11 72:16

**oral** 18:8

**order** 52:24

**orderly** 7:4

**organization** 27:18 39:10 66:3,7 67:8,10, 15,23 68:3

**origin** 18:23 19:2

**originate** 20:8

**originated** 20:12

**overseeing** 36:9

---

**P**

**pad** 49:16,21

**pages** 29:23 30:8,12 45:6,9 56:12

**paragraph** 13:7,13 14:15 17:11,13,18, 22,24,25 18:20,22 20:3,6 30:20,23 31:15 32:6,8,15 33:6 42:14

**paragraphs** 13:13

**part** 19:4 30:23 52:23

**part-time** 8:20

**parties** 18:16 20:11 31:2,9,12 35:5 47:24 67:11,22 68:2

**Partner** 19:18 34:3 48:22 49:14 50:12 52:5 58:23

**Partners** 48:19 50:10 53:18

**partnership** 18:2 19:7

**party** 19:13 35:13 40:12 56:2 62:18

**passengers** 9:16 22:16 51:18 61:16

**passing** 37:24

**past** 23:2

**pause** 9:25

**pay** 38:10

**pending** 7:15

**people** 6:23 23:22 35:24 39:9 45:16 67:11,18

**percent** 50:15

**perfect** 74:5

**perform** 73:12,15,18

**performance** 32:19

**period** 25:15,20 45:11

**periodic** 26:12 39:13

**person** 17:21 37:19 39:3 43:12 46:6 56:17,18

**personal** 10:3,13 12:6,8 37:5,6 38:20

**personally** 64:15

**perspective** 6:20

**Peter** 5:14 6:9 52:8 73:10,13

**phone** 10:3,7,10 11:12,17 16:8,9,17, 19,20 17:20 18:11,15 19:16 26:5,7 34:2,3, 13 53:22 56:17 61:2, 3 68:23 69:5,12,23 70:2,5,17 71:6,11,17 72:10 73:4,13,15,18

**pick** 7:16

**picks** 29:4

**Piecemeal** 53:2

**Pioneer** 5:6 6:11

**place** 5:9 43:7

**plaintiff** 5:15 6:10,14

**planes** 45:13

**playing** 62:17

**pleasure** 31:18

**point** 30:20,23 31:16 41:22 61:14,15,16 64:6

**position** 9:22 24:24 58:23

**post** 8:5 41:8

**potential** 18:17 48:16

**practice** 71:2

**practices** 6:18

**preapproved** 31:5

**preparation** 15:8

**prepare** 20:15,21

**prepared** 35:22

**preparing** 15:15 21:19 31:7,13 34:11 35:19

**presented** 70:13

**president** 23:2 24:3, 4,5,8,17,22 25:22 36:19 38:12 39:12 43:23 44:2

**presidents** 24:18,19

**previous** 38:5

**price** 60:19,21 62:16

**pricing** 27:3,4,9 39:16 41:6 53:11

**pride** 64:14

**principal** 52:8

**print** 56:12

**prior** 9:8 13:15,25 14:15,23 15:3,10,15, 19 16:3 30:14 31:6, 12 33:24 34:5,10 35:19 39:12 40:7,24 41:21 50:16,20 51:3, 7,10,15 55:17 58:25 59:13,15 60:22 64:19

**privileged** 14:5 15:23

**privy** 63:2

**proceed** 7:3

**proceedings** 74:8

**process** 41:24

**Proctor** 34:15

**product** 28:12,20,21

**production** 10:23

**post** 8:5 41:8

49:15 64:10

**professional** 26:20

**profile** 51:17

**program** 19:5,19 27:22 28:11,14,19 30:5 31:3,4,17 33:16 39:9 53:17 54:6,16 56:21 63:3

**programs** 31:17

**promoted** 25:8 59:7

**promotion** 23:24

**promptly** 16:13

**provide** 10:7 41:14 49:13 65:11

**provided** 31:4 48:6 51:8

**providing** 51:12 52:9,12

**provision** 31:20

**public** 5:24 7:25 74:17

**purchase** 53:17

**purchased** 20:11 63:8 64:22

**purchasing** 20:7

**purpose** 20:25 21:19 52:19

**pursuant** 32:20

**put** 9:25

**putting** 11:22

---

**Q**

**Qi** 26:13,16,21,25 27:10,13,16

**quality** 18:4

**query** 62:11

**question** 7:2,8,15,18 13:20 14:9 16:12 17:8 53:15

**questions** 6:19 17:13 30:2,10 35:16 37:8,9,10 42:25 44:8,

9,10 58:17 68:10,17
70:20 73:22

**quick** 49:16 64:14

**quotation** 60:13

**quote** 27:5,6 30:25
31:17 52:20,24 53:7,
9 60:23 61:4,5,8,9,11
62:4,6,8,16 64:25
65:8,18,20

**quoted** 18:13 52:20
53:10,18 55:15 62:2,
12,18 63:16

**quotes** 56:23 60:9
62:14 63:15 66:25
71:25 72:3

**quoting** 52:23 53:5
59:14

**R**

**raised** 57:3

**reach** 37:11

**reached** 37:10 63:4

**reaching** 65:15

**read** 7:6 13:14 17:6,
11,24 18:19 20:3
30:19 32:6 33:5,8
73:23 74:3

**ready** 13:15 15:11
21:2 30:2,21

**real** 29:3

**reason** 54:23,24

**recall** 27:9 38:14
47:5 49:6,9,24 50:3,5
51:19,21,23 52:2,21
53:4,6 54:3,14 64:11

**recalled** 47:19

**received** 16:8,17
61:22 62:11 67:22
68:2

**receiving** 50:16

**recess** 47:15

**recollection** 52:4
53:21 57:20 60:3
62:7 71:16

**record** 5:2,13 6:4,6
7:18 47:12,14,17
68:6,13,14,16 74:2,6,
9

**redirect** 68:11

**redirects** 68:22

**refer** 59:19

**reference** 19:9 42:15
51:4 60:12 65:25

**referenceable** 60:11

**referred** 18:11 58:19

**referring** 6:14 28:10
70:23

**refers** 42:15

**regular** 7:12

**related** 10:12 12:9
71:8 72:10

**relates** 49:3 59:23

**relating** 37:7

**relation** 32:20 39:17

**relations** 7:25

**relationship** 28:5
41:8,9 68:4

**relationships** 24:21

**relative** 10:8

**relevance** 18:16

**rely** 23:11

**remainder** 35:15

**remember** 49:11
52:22 68:24

**remit** 24:10

**remote** 45:23

**removed** 16:13
31:20

**repeat** 67:9

**rephrase** 7:10

**reply** 63:11

**report** 24:16,21
25:22 36:17,19,22
38:15 39:9 44:7
57:19

**reported** 16:18 24:9,
12,18 37:3,4 38:13

**reporter** 5:11,20
6:20 7:16 29:4

**reporting** 36:10,12,
13,25

**reports** 24:15 36:11

**represent** 42:15

**request** 62:5,11,13

**requested** 62:25

**requests** 10:4 72:5

**required** 11:13 60:20

**research** 56:6,8,9
57:8 62:20

**resell** 31:2,9,12
54:11 63:8 64:22

**reserve** 11:18 73:23

**respect** 10:25 13:22
15:9 44:13 52:7 60:2
63:17 73:13

**respond** 7:17 63:11

**responding** 44:8

**response** 53:12
57:14 72:3

**responsibilities**
9:14 22:7,12 23:5,15
24:4,13

**responsible** 23:7,8,
18 39:8

**responsive** 10:4
69:9,19,23 70:5,10,
18

**restrictions** 22:17

**restroom** 47:10

**result** 15:5 20:7

**retail** 28:11,13,14,16,
18 62:22,24 63:18
64:21

**retain** 64:15

**revenue** 36:16 43:2,
4 44:11

**review** 20:15

**revisit** 22:5

**right-hand** 29:24

**rights** 32:10,17

**role** 22:10 38:5

**Ron** 58:12 59:14
60:14,17 63:11,14,16
70:8

**room** 47:10

**rose** 25:5,14,18

**route** 55:9

**routing** 52:21,23
55:10 56:24 63:15

**Rubli** 46:6,7,9,14

**rules** 6:18

**runs** 8:23

**Ryan** 19:17 70:8

**S**

**sale** 14:25

**sales** 22:24,25 23:3,
4,8,12,14,19 24:5,6,
16,17,21,24 25:4,6,
20 26:10,21 33:19
34:6 36:20 37:2 38:6,
7,17 39:9,10 40:8,23
41:6,21 42:21 43:21
44:7 50:18 59:3,6,7,
8,9

**Saudi** 52:22 53:5
67:2

**saved** 71:10,17

**saving** 71:2

**SB** 27:23 28:2,6 29:6,
7,17 30:6,16,24 31:8,
21 32:2 33:12,16
73:16

**school** 7:22 8:11

**screen** 21:23

**screenshots** 56:12

**scribble** 49:16,21

**search** 11:12 69:8,
11,14,16,19,23 70:2,
5,9,17 72:9,17 73:4

**searches** 72:13
73:12,15,18

**seconds** 64:3,5

**Section** 18:24 31:16

**sell** 55:21,22

**selling** 23:9 40:21

**sells** 28:11,12,13

**send** 58:7 61:12
63:20,25 64:4

**sending** 60:7,9 62:3
64:11

**senior** 22:25 27:17,
18 52:13 59:6,7,8,9

**sense** 7:9

**sentence** 33:9

**Separate** 48:10

**September** 25:4,16,
21 26:11

**series** 6:19

**served** 10:4

**server** 11:25 64:8

**service** 8:10,12 9:19
22:15

**services** 5:6 6:11
18:5,7 19:3,5 20:8,
11,12 22:9 41:14

**servicing** 9:20

**set** 17:15

**share** 46:16

**sharing** 16:20

**shelter** 8:22

**short** 33:6 47:8 64:12
68:11

**shortly** 61:12

**show** 7:5 18:14

**showing** 14:2

**shown** 21:22

**side** 28:16 38:17,18
42:21 62:14,19,22,24
63:3,18 64:22

**sign** 73:23 74:4

**signed** 27:21 74:14

**Silva** 36:21,22

**similar** 24:7 35:17 55:10,15 56:24 62:14 63:15 64:23

**simultaneously** 6:23

**sitting** 70:13

**Sixth** 5:9

**social** 26:19

**soft** 27:22 28:2 32:8, 9,12,17,24 33:3 45:12 54:10

**Soho** 11:10

**sold** 22:14 29:7

**solicit** 23:12

**sort** 26:17 28:23

**sorts** 37:12 41:6 44:12

**sought** 64:22

**source** 19:2

**Southern** 5:7

**speak** 6:21 41:15,17 50:23 52:6 54:22,23 55:7 56:10,16,22 57:21

**specific** 20:24 56:2 63:15

**specifically** 11:13

**specifics** 41:17

**spell** 6:4,6 25:24

**sponsored** 19:5,14, 21

**spot** 28:24

**spring** 25:3 40:5

**standalone** 41:12

**start** 53:8 60:4

**started** 6:18 22:6,23

**starting** 26:11 34:6 65:22

**starts** 35:14

**State** 5:24 6:4,6

**stated** 13:8

**states** 17:25 18:22 30:24 31:16 32:8

**stay** 53:22

**step** 55:4

**stop** 60:20

**store** 69:18

**strategy** 41:6

**Street** 6:7 11:10

**stretch** 7:13

**struck** 31:22

**structure** 36:11,12

**stuff** 61:9

**subject** 13:12 60:13 68:18

**subscribed** 74:14

**substance** 20:23 44:4 50:25

**supplement** 47:20

**support** 13:22 23:21

**supportive** 14:13

**supposed** 23:20

**Swan** 39:3,5,7,13,18, 21 44:24

**swear** 5:21

**sworn** 5:24

**system** 55:10 56:4, 24 60:10 62:18 63:12,18,22

**T**

**tail** 55:21,22

**tails** 55:21

**taking** 5:9 9:16 64:16

**talk** 11:19,23 17:21 19:12 43:12 48:18 49:12,17,18

**Tampa** 7:24 8:3

**team** 22:24 23:8,18, 22 24:7,9,11,12,14, 19 27:5 28:11,12,13 36:13 46:25

**team's** 36:10

**teams** 22:15 24:16 28:8,9,10

**telephone** 43:9 48:19 49:6 59:25 62:5

**ten** 8:25 47:9

**term** 31:4

**terminal** 9:17

**terms** 32:12,22 72:14

**testified** 5:25

**text** 10:8 42:14 60:14 70:7,24 71:2,5,10

**thereof** 32:12

**thing** 6:19 28:23 69:5

**things** 22:17 24:7 26:18 37:12 41:7 44:12 57:11,24 64:8 68:10

**this_____day** 74:15

**Thomas** 42:15,16,25

**thought** 56:21,23

**tied** 6:13

**time** 5:3 8:24 14:11 33:19 34:6,23 37:3,6 38:14 40:7 42:20 45:11 47:3 50:2 51:11,18 55:20 56:4, 13 57:8 59:2,3 61:17, 24 63:20,23,24 64:3, 9 66:10 71:15

**timeline** 28:3

**times** 50:22,24 61:23 62:15

**title** 22:19 32:10,17 38:14 39:8 50:13 59:5,7

**today** 6:13 7:5 14:15

**15:11 20:15 21:2 22:3 30:14 34:23 64:19**

**today's** 5:3 12:14 21:19 74:7

**told** 14:19,20 16:15 34:10,12 37:10 57:7 66:16 67:22,25

**tongue** 6:13

**Tony** 25:23 37:3 49:11,17,18 50:2 54:22,23,25

**top** 13:5 63:23

**topic** 13:22 43:13 46:19

**topics** 14:14 43:10

**Total** 74:8

**totally** 63:21

**touch** 6:17

**touching** 52:22

**transaction** 28:25

**transcript** 74:6

**transcripts** 74:3

**transfer** 32:13,16 45:13

**transferred** 29:7

**transfers** 32:9

**transmission** 29:13

**transmitting** 29:15

**trip** 6:24 18:12 22:14 28:23 52:20 53:5,10, 18 55:15 59:14 61:12,13 65:7,14

**tripartite** 29:5,17

**trips** 28:22 40:11 41:22 42:2,5 51:2,17, 21 59:14

**TSG** 5:11

**Tuesday** 21:12

**turn** 13:7 17:10 18:19 20:2 29:23 30:8 31:15 32:5 33:5 35:14

**Turning** 46:2

**Tutino** 5:11

**type** 28:24 56:3 60:15 61:16

**types** 40:15

**typically** 27:3 28:20 40:22 44:3,10,11 56:21 61:11,15

**U**

**U.S.** 12:20,21 30:16 44:2,13

**UK** 63:22 64:4

**ultimately** 51:20

**unaware** 54:9,12

**undergrad** 8:2

**undergrade** 7:25

**understand** 6:14 7:9 46:25 55:5

**Understood** 7:19

**unit** 47:13,16 68:12, 15

**units** 74:8

**university** 7:24 8:6

**unreasonably** 31:6

**unusual** 57:3

**upcoming** 14:16

**V**

**verse** 28:16

**version** 35:17

**versus** 5:6

**vice** 23:2 24:3,5,8,17, 18,19,22 25:22 36:19 38:12 39:12 43:23 44:2

**video** 5:4 21:17,21 29:3 43:9 74:8

**videoconferencing** 21:14

**violation** 18:24

**vise** 24:4

**Vista** 35:7 42:19

**Vistajet** 5:6 8:17 9:2, 21,24 11:5,25 12:5,9, 17,19,20,21,24 13:17 14:3,24,25 15:4,20 16:4,15 17:2,17 18:3, 4,7,9,22 19:5,6,7,15, 21,23 20:9,13 21:25 22:6 27:17,21 28:2,6, 11,14,19 29:6,18 30:5,15 31:5,8,21,22 32:3,11,18,21,22 33:10,11,12,15 34:24 36:5 37:7 38:5 39:4,9 40:11 41:9 42:20 44:2,13 45:12 48:7, 11,16 49:4 51:9 52:9, 12 53:17 54:6,16 59:3 60:7 65:10,16, 21 66:3,7,17,19 67:5, 7,10,12,15,21,23 68:2,3,4 69:8,11 72:7,25 73:9,19

**Vistajet's** 13:17 14:14 18:25 19:4

**VJ** 45:2

**VJ1927** 35:8

**VJ1933** 35:14

**VJ7447** 45:7

**VJ757** 29:19

**VJ765** 29:25 30:20

**VJ766** 31:15

**VJ769** 32:5

**VJ770** 33:5

**VJ9061** 58:13

**VJL** 18:24

**volunteer** 55:7

**vouch** 18:4

**VVJ1927** 42:14

---

**W**

---

**walk** 55:6

**wands** 9:18

**wanted** 54:23

**water** 9:19

**Wednesday** 21:12, 22

**week** 26:24 27:2 43:5 44:3 50:22,24 52:21

**when's** 47:3

**wholesale** 28:12,16, 17,18 62:14,19 63:12,17

**wise** 9:19

**withdraw** 34:5 48:13 51:9 58:3 65:17 67:5

**withheld** 31:6

**wonderfully** 74:5

**Wooster** 11:10

**words** 69:20,21

**work** 8:9 9:2,8,11 10:12,15,17,22,25 11:5,7,9 24:19 68:23 69:2,3,5,8,11,14,23 70:2,9,17

**worked** 8:11,22,24 9:13

**working** 28:13 40:22 59:14 64:6

**works** 19:17 39:25 45:23 63:22

**world** 24:14

**worry** 64:11

**wrap** 68:8

**writes** 64:17

**written** 18:8

**wrote** 49:16

---

**Y**

---

**year** 8:10 26:3 27:11, 14,22 28:20,23

**years** 7:24

**Yesterday** 71:22

**York** 5:8,9,10,24 6:7 21:13 24:13 43:15,18 45:23 64:4

---

**Z**

---

**zone** 63:24

**zones** 63:24 64:9

**Zvonkov** 5:10