# Exhibit 13

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    -------------------------------------x

4    PIONEER BUSINESS SERVICES, LLC
     d/b/a FOUR CORNERS AVIATION
5    SERVICES,

6                              Plaintiff,

7               -against-                Case No.
                                         1:22cv6206
8    VISTAJET US, INC.,

9                              Defendant.

10   -------------------------------------x

11                         January 23, 2023
                           9:32 a.m.
12

13

14         Videotaped Deposition of DAVID LAWRENCE

15   taken by Plaintiff, held at the offices of

16   Akerman LLP, 1251 Avenue of the Americas,

17   New York, New York, before Joseph R. Danyo,

18   a Shorthand Reporter and Notary Public within

19   and for the State of New York.

20

21

22   Job No. 221659

23

24

25

1                   Lawrence

2        plaintiff.

3             MS. NIWOROWSKI:   Joanna Niworowski of

4        AXS Law Group on behalf of defendants.

5   D A V I D    L A W R E N C E, having been first

6   duly affirmed by Joseph R. Danyo, a Notary Public,

7   was called as a witness and testified as follows:

8   EXAMINATION BY MR. HAVELES:

9        Q.   Good morning, Mr. Lawrence.  My name

10  is Peter Haveles, one of the lawyers for the

11  plaintiff Pioneer Business Services doing

12  business as Four Corners Aviation Services.

13             For the purposes of today's

14  deposition, I'm just going to refer to the

15  plaintiff as FCA using those initials.  Do you

16  understand that?

17       A.   Yes.

18       Q.   Great.  The defendant in this case is

19  VistaJet U.S. Inc., but I will use VistaJet to

20  refer to the U.S. entity.  If I want to refer to

21  other VistaJet entities, I will use the full

22  name.  Okay?

23       A.   Okay.

24       Q.   Great.  Have you given a deposition

25  ever before?

```
 1                     Lawrence
 2          Q.   Okay.  In your experience have you
 3   ever seen a contract where there wasn't a
 4   prohibition against selling at lower rates?
 5          A.   No.
 6          Q.   Okay.  If the contract did not
 7   contain a prohibition against lower rates, are
 8   you aware of any bases that would prohibit
 9   selling it at a price lower than what VistaJet
10   was charging?
11          A.   I leave that to legal counsel.
12          Q.   Okay, but the only basis for your
13   saying that FCA was prohibited from doing so is
14   your industry knowledge generally, which is based
15   on what contracts say and your discussion with
16   Mr. Moore via WhatsApp in June of 2022, is that
17   correct?
18          A.   That confirmed my suspicion I would
19   say.
20          Q.   Okay.  Alright.  Now I would like you
21   to read to yourself paragraph 42.  Tell me when
22   you're done reading it.
23          A.   Okay.
24          Q.   Okay.  Paragraph 42 states in part,
25   "In addition, FCA's brochure is likely to cause
```

1                              Lawrence

2    consumer confusion by implying a nonexistent

3    partnership between VistaJet and FCA, and by

4    creating the false impression that VistaJet was

5    either connected to or vouched for the quality of

6    the goods and services that FCA offered,

7    including locating charter alternatives and

8    flight administration and management services."

9              Do you have any knowledge or

10   information about such consumer confusion?

11        A.   Yes.

12        Q.   Okay, and what is the source or basis

13   of your knowledge of such consumer confusion?

14        A.   Two items.  One was the broker that I

15   met was confused by it.

16        Q.   Okay.

17        A.   That led to him questioning me, and

18   then we had a client.  A prospective client.

19        Q.   Okay.  Who was the broker?

20        A.   James Jones.

21        Q.   And who was the client?

22        A.   Ray Dalio.

23        Q.   Did you know Mr. Dalio had been a

24   client of FCA since 2020?

25        A.   I did not know that.

Page 32

                              Lawrence

1

2        Q.   Did you know that Mr. Dalio acquired

3    VistaJet hours from FCA, and VistaJet had been

4    told of that fact in April 2022?

5        A.   No.

6        Q.   Did you know that Mr. Dalio and his

7    family office used VistaJet hours through FCA in

8    April, May and June 2022 and was scheduled to use

9    hours in July until VistaJet terminated the right

10   to use the aircraft?

11       A.   No.

12       Q.   No one told you that?

13       A.   No.

14       Q.   Okay.  Turn to page 17, please.  Read

15   paragraph 71 to yourself, and then I will ask you

16   some questions, please.

17       A.   Okay.

18       Q.   Paragraph 71 states in part, "FCA's

19   use of the VistaJet marks as described above

20   constitutes false designation of origin in

21   violation of 15 U.S.C. Section 1125(a)(1) because

22   it is without VJL or VistaJet's consent and is

23   likely to cause confusion, to cause mistake, and

24   to deceive as to the origin or source of FCA's

25   services and/or to cause consumers to believe

1                         Lawrence

2    and assumption agreement among VistaJet, SB Group

3    and FCA, and it runs through page 773.  Take a

4    quick look at that, those pages, and tell me

5    whether you have ever seen that document before.

6         A.   I have not.

7         Q.   Okay.  So let me take you back to the

8    addendum, which is page 765.

9         A.   Okay.

10        Q.   Earlier I had asked you, when we were

11   talking about pricing, you said you had seen in

12   contracts prohibitions against selling.  When you

13   were at NetJets, what kind of contract language

14   did you experience in the agreements that would

15   prohibit selling the NetJets hours for less than

16   what NetJets was selling them for?

17        A.   It was just prohibited from the

18   contract to resell any hours on NetJets.

19        Q.   Okay.  So it was a prohibition

20   against resale?

21        A.   Yes, resale.

22        Q.   Okay.  So let me ask you to look at

23   paragraph 3.41, and then I will ask you some

24   questions.

25        A.   Okay.

```
 1                        Lawrence
 2        Q.    Section 3.4.1 states in the first
 3   sentence, "Member," which is SB Group, but
 4   becomes under the assignment we'll look at in a
 5   second FCA, "shall have the right to resell
 6   blocks of hours to third parties under the
 7   program to up to eight different customers during
 8   the term of the program provided that each such
 9   customer is pre-approved by VistaJet, which such
10   approval shall not be unreasonably withheld or
11   delayed."
12             Did anyone ever disclose to you prior
13   to your deposition today that the contract
14   granted FCA the right to resell blocks of hours
15   up to eight different customers?
16        A.    No.
17        Q.    In anything in 3.4.1, do you see any
18   language that would prohibit the member who has
19   the right to resell hours for selling at a price
20   less than what VistaJet charged for the hours on
21   its aircraft?
22        A.    No.
23        Q.    When I just showed you this and read
24   you this paragraph, were you surprised to see
25   that VistaJet, the agreement that Ms. Qi had
```

1                          Lawrence

2  negotiated for VistaJet allowed FCA the right to

3  resell blocks of hours up to eight customers?

4          A.   Yes.

5          Q.   Did Mr. Moore or Ms. Qi ever tell you

6  about that language prior to today?

7          A.   No, and they didn't tell me today.

8          Q.   I mean, when I say prior to today,

9  because other than your counsel, you have been

10  with me.

11          A.   Okay.

12          Q.   So, when I ask at depositions, it is

13  always up to the deposition.  So I suppose they

14  could have called you at 3 o'clock this morning,

15  but I'm guessing they did not.

16          A.   They did not.  No.

17          Q.   Even though there's a five-hour time

18  difference.

19          A.   Okay.

20          Q.   Alright.  Let me ask you to turn to

21  page 768, which is the first page of the

22  assignment and assumption.

23          A.   Okay.

24          Q.   If you look up in the first two

25  paragraphs, read the first two paragraphs to

1                     Lawrence

2    yourself.  It defines the parties and has an

3    initial recital clause.

4         A.   Okay.

5         Q.   The second recital clause just below

6    what you read says, "Whereas, SoftBank desires to

7    transfer all rights, obligations and liabilities

8    under the VistaJet contracts to FCA."

9              The VistaJet contracts are all the

10   ones recited in that recital clause you just

11   read.  Were you aware prior to your deposition

12   today that there was an assignment agreement

13   whereby SoftBank transferred all its remaining

14   hours under the agreements to FCA?

15        A.   Yes and no.

16        Q.   When you say yes and no, could you

17   explain, please?

18        A.   Well, the answer is no to that.  No.

19        Q.   Okay.  Were you aware that there were

20   1200 hours on the Global 5000/6000 aircraft that

21   FCA acquired by virtue of this assignment?

22        A.   I heard it from the broker, but it

23   was never confirmed to me.

24        Q.   Okay.  Did you ask Mr. Moore whether

25   VistaJet had consented to the transfer of 1200

1                    Lawrence

2    whether you obtained both with respect to your

3    communication with Mr. Jones?

4          A.   I believe I did.

5          Q.   Okay.

6          A.   I believe so.  I'm not positive.

7          Q.   Okay.

8               MS. NIWOROWSKI:  Peter, we can

9          discuss that later.

10              MR. HAVELES:  Yeah.  I'm not raising

11         it now.  I just have to lay a factual

12         foundation.

13         Q.   Alright.  Let's go to the message

14   with Mr. Jones, the first one at 10:12 was "Great

15   seeing you last week at NBAA."  I want to stop

16   there.  Did you see him at the conference back on

17   June 22?

18         A.   So it's the second one.  I just want

19   to be clear.  It's the second communication.

20         Q.   The second communication.  The first

21   one is just an attachment I'm looking at, right?

22         A.   The attachment, and then he put his

23   name, because I had never met him.

24         Q.   Oh, okay.

25         A.   Yep.

```
 1                    Lawrence
 2         Q.   Did you meet Mr. Jones at that time?
 3         A.   Yes.
 4         Q.   Okay.  Did you have a face-to-face
 5    conversation with him?
 6         A.   Yes.
 7         Q.   What do you recall about your
 8    face-to-face conversation with Mr. Jones on
 9    June 22?
10         A.   So it was just, it was after the
11    announcement of the merger before it was final.
12    So he knew I was part of VistaJet or going to be
13    working with Vista, and he had come across
14    something that he wanted to run by me.
15         Q.   Okay.  When you say he came across
16    something he wanted to run by you, did he tell
17    you what that was?
18         A.   Yes.
19         Q.   What did he say?  Just tell me as
20    best you can blow by blow that conversation that
21    the two of you had.
22         A.   He said, I'm trying to think, it's a
23    while ago.
24         Q.   I understand.
25         A.   He said that he came across Vista
```

1                     Lawrence

2   hours for sale by somebody other than Vista, and

3   he wanted to get my take on it.

4        Q.   Okay.  Is that the best of what you

5   recall him saying to you in that conversation?

6        A.   Yeah.

7        Q.   Just I discovered this, and I want

8   your take on it?

9        A.   Yes.

10        Q.   Okay.  Did you say anything in

11   response to him at that time?

12        A.   I said I don't know anything about

13   it.  Can you show me what you have.

14        Q.   Okay, and before the text message,

15   did he show you anything during your face-to-face

16   meeting?

17        A.   Yes.

18        Q.   What did he show you?

19        A.   He showed me this PDF.

20        Q.   And then he texted it to you

21   thereafter?

22        A.   Yes.  Exactly.

23        Q.   Okay.  Did you go through the PDF

24   with him when you were having the conversation?

25        A.   I skimmed it, and I said there's a

1                        Lawrence

2    lot here, can you send this to me, and then that

3    led to this.

4            Q.    Anything else about that conversation

5    with Mr. Jones?

6            A.    No.

7            Q.    Had you met, had you known Mr. Jones

8    prior to seeing him at the NBAA on June 22?

9            A.    I never met him.  I spoke to him once

10   prior.

11           Q.    Okay.  With what entity or

12   organization is Mr. Jones affiliated?

13           A.    I believe it's PRVT Broker.

14           Q.    What is PRVT?

15           A.    PRVT is one of dozens of brokers that

16   are out there.

17           Q.    A charter broker or aircraft broker?

18           A.    Charter broker.

19           Q.    Okay, and have you had business

20   dealings with him from time to time when you were

21   either with Jet Edge or NetJets?

22           A.    No.

23           Q.    Okay.  What occasioned you to speak

24   to him before you met him that day in White

25   Plains?

1                    Lawrence

2          A.   I've connections with another one of

3     his colleagues, and he was interviewing somebody

4     who had worked for me at NetJets.

5          Q.   Okay, and he called for a reference?

6          A.   He called for a reference.

7          Q.   Okay.  Did Mr. Jones tell you how he

8     obtained the brochure?

9          A.   No.

10         Q.   Did you ever ask him?

11         A.   No.

12         Q.   Did you see Brian Proctor at the NBAA

13    conference at White Plains on June 22?

14         A.   I wouldn't know him if -- I may have

15    bumped into him.  I don't know who he is.

16         Q.   When you saw Mr. Jones, was it during

17    the day at the conference?

18         A.   During the day.

19         Q.   Did you walk around to see if FCA had

20    had a table or booth at the conference?

21         A.   No.

22         Q.   So then Mr. Jones asked in the text

23    message of June 28th the week following, "Was

24    just curious if you read over this?  Was curious

25    your thoughts," and you replied, "Hey.  Likewise.

```
 1                      Lawrence
 2    Was great finally putting a face with the name.
 3    I read through it.  Pretty interesting.  Don't
 4    believe they are actually permitted resell Vista,
 5    so I'd be careful putting anybody on this.  Still
 6    looking into."
 7                Then Mr. Jones responds, "Thanks for
 8    getting back to me.  I already politely declined.
 9    Seems like too many shady things going on."  And
10    if you look at the next page, you respond, "For
11    sure."
12                Was that the entirety of your
13    exchange with Mr. Jones?
14         A.   Related to this, yes.
15         Q.   Yes.  Subsequent to this text, I'm
16    going to come back and talk about the text
17    exchange in a second, but subsequent to the text
18    exchange, did you have any telephone
19    conversations or video conversations with Mr.
20    Jones about the FCA issue?
21         A.   No.
22         Q.   So is this exchange the entirety of
23    your discussion with Mr. Jones, the broker, to
24    which you alluded earlier in your deposition
25    today?
```

1                        Lawrence

2          A.    Yes.

3          Q.    Okay.  So let's go back to your

4    message of 12:56.  You say, "Don't believe they

5    are actually permitted to resell Vista, so I'd be

6    careful putting anybody on this."

7                You at the time you wrote this, you

8    were not aware of the provision that I showed you

9    earlier in your deposition that said that FCA had

10   the right to resell up to eight customers, were

11   you?

12         A.    Correct.

13         Q.    Had you been aware of that contract

14   provision in June, would you have made that

15   statement to Mr. Jones that you don't believe

16   they were actually permitted to resell?

17         A.    I'm not sure.

18         Q.    Okay.  Mr. Jones said in the second

19   sentence of his message, "Seems like too many

20   shady things going on."

21               Did you ever ask him what he meant by

22   that?

23         A.    No.

24         Q.    Did he in this meeting with you,

25   face-to-face meeting on June 22, say anything to

1                    Lawrence

2    subject matter of this e-mail?

3         A.   No.

4         Q.   After receipt of this e-mail, did you

5    have any discussions with Francesca Swan about

6    the receipt of this e-mail?

7         A.   No.

8         Q.   Do you know who Francesca Swan is?

9         A.   Yes.

10        Q.   Who is she?

11        A.   She's the EVP of program sales at

12   Vista.

13        Q.   Okay.  Do you have either a direct or

14   dotted line reporting relationship with Ms. Swan

15   in your capacity?

16        A.   No.

17        Q.   What is your business relationship

18   since you joined the company in the end of June

19   with Ms. Swan in terms of dealing with program

20   sales?

21        A.   We are peers.

22        Q.   Program sales is part of the retail

23   side of this business, correct?

24        A.   Correct.

25        Q.   Before Mr. Malvesta sent this e-mail

1                     Lawrence

2    to you, did he mention the subject or talk to you

3    about it?

4         A.   I mean we talk 20 times a day.  It's

5    possible.

6         Q.   But you don't recall?

7         A.   I don't recall.

8         Q.   Is Mr. Malvesta still based on the

9    West Coast, or is he in New York?

10        A.   Yes, West Coast.

11        Q.   Okay.  The first sentence states,

12   "Working with a close contact of ours on doing a

13   direct deal with Ray Dalio/Bridgewater.  Another

14   one where Four Corners/Mente is trying to resell

15   them their cheap hours."

16             So am I correct that as of this time

17   you did not know that FCA had not only sold hours

18   to Mr. Dalio, but that he had started taking

19   flights in the beginning of April with the hours

20   that FCA had acquired, correct?

21        A.   Correct.

22        Q.   Did Mr. Malvesta ever tell you that

23   he learned that Mr. Dalio and Dalio family office

24   had been using VistaJet hours through FCA since

25   April?

```
 1                      Lawrence
 2          A.   No.
 3          Q.   So, in the first sentence, it says,
 4   "Working with a close contact of ours."  Do you
 5   know who that close contact is?
 6          A.   Yes.
 7          Q.   Who?
 8          A.   There's Ryan Auer.
 9          Q.   At Air Partners?
10          A.   At Air Partners.
11          Q.   Okay, and did Mr. Malvesta tell you
12   about his dealings at any time, either before or
13   after the e-mail he sent, about his working with
14   Mr. Auer about a direct deal with Ray Dalio and
15   Bridgewater?
16          A.   We may have discussed it, but the
17   e-mail was the first time.
18          Q.   But at any time either before or
19   after, do you recall him telling you what he was
20   doing with Mr. Auer with respect to Ray Dalio and
21   Bridgewater?
22          A.   No.  There was also Craig Ross,
23   Aviation Portfolio, and Ryan Auer worked
24   together.
25          Q.   Okay.  Aviation Portfolio is a
```

```
 1                    Lawrence
 2   different company?
 3        A.   Different, but they tag-team on a lot
 4   of things.
 5        Q.   Do you know when Mr. Malvesta was
 6   referring to close contact, whether he was
 7   referring to one or both of those individuals?
 8        A.   It could have been either/or.
 9        Q.   Okay, but you don't know, you're
10   speculating?
11        A.   I don't know.  Yeah.
12        Q.   Okay.  Did he ever identify to you,
13   Mr. Malvesta ever identify to you who the close
14   contact is?
15        A.   I know Craig and Ryan are both aware.
16        Q.   Both aware of Bridgewater?
17        A.   No.  Four Corners selling hours to
18   Ray.
19        Q.   Okay.  Do you know if they were aware
20   of the fact that the hours had been sold starting
21   in April?
22        A.   I didn't know until today.  I don't
23   know.
24        Q.   Okay.  Do you know whether they were
25   aware of the fact that Mr. Dalio and the Dalio
```

1                     Lawrence

2    family office had had consulting agreements with

3    Mente and Four Corners starting in 2021 and then

4    continuing in 2022?

5         A.   I don't know.

6         Q.   Now the second sentence states, "Four

7    Corners used to be just an auditing/advisory

8    function, but is now trying to sell products

9    including these cheap Vista hours that they

10   have."

11              When Mr. Malvesta talks about Four

12   Corners used to be an auditing/advisory function,

13   that's actually referring to the Mente business,

14   correct?

15        A.   Correct.

16        Q.   Okay, because, if you looked on their

17   website, Four Corners and Mente are treated

18   separately, right, based on your research?

19        A.   I don't know if they're one and the

20   same or separate.  I don't know.

21        Q.   Okay.  Separate business units or

22   divisions?

23        A.   I can't recall.

24        Q.   Okay.  Now in the last sentence of

25   that paragraph, Mr. Malvesta says, "It's

```
 1                     Lawrence
 2   confusing the client and the broker."
 3             Did Mr. Malvesta share any
 4   information about how it was confusing the
 5   client, i.e., Mr. Dalio or Bridgewater?
 6        A.   Not specifically to me, no.
 7        Q.   Okay, and did Mr. Malvesta share with
 8   you how it was confusing to the broker, the close
 9   contact, whoever it may have been?
10        A.   I mean it's clear we were trying to
11   sell them the Vista deal directly, and they were
12   getting hours cheaper from Four Corners.
13        Q.   And was that the only source of the
14   confusion, they could buy the hours cheaper from
15   Four Corners?
16        A.   Based on my understanding.  Yes.
17        Q.   Okay.  Have you ever had any
18   conversations with Mr. Malvesta about any other
19   brokers or clients being confused about FCA's
20   activities?
21        A.   Just other than James and Jason.
22        Q.   Okay.  So at the same time you
23   told -- well, when you told Mr. Moore was at the
24   meeting?
25        A.   Correct.
```

```
1                     Lawrence
2         Q.   Let me ask the question differently.
3   Outside of that meeting, did you ever have any
4   one-on-one conversations with Mr. Malvesta about
5   either client or broker confusion?
6         A.   Yes.
7         Q.   When?
8         A.   I'm sure after the NBAA.  Like I
9   said, I speak to Steve 20 times a day, so I told
10  him about the brochure before I called Ian.
11        Q.   Okay.  After you told Ian and after
12  the two of you had that meeting with Mr. Moore,
13  did you and Mr. Malvesta have any conversations
14  in which Mr. Malvesta told you about client
15  confusion?
16        A.   This would be the only other topic,
17  Ray Dalio.
18        Q.   This e-mail?
19        A.   Again, we likely spoke about it.
20        Q.   But you don't recall?
21        A.   I don't recall.
22        Q.   Okay.  Anyone other than Mr. Dalio or
23  Bridgewater?
24        A.   Not that I recall.
25        Q.   Okay.  Did he after you had that
```

1                    Lawrence

2          MS. NIWOROWSKI:   Um-hum.

3     Q.   Let me ask you a few more questions

4  about customers.  Are you aware of other parties

5  whom FCA arranged for the VistaJet hours to be

6  used?

7     A.   No.

8     Q.   Are you aware of arrangements being

9  made by FCA to fly VistaJet hours for Coca-Cola

10  management?

11     A.   No.

12     Q.   Are you aware of FCA arranging for

13  VistaJet hours to be used during the April, May

14  and June time period by E.F. Falcon and its

15  principal Peter McAusland?

16     A.   No.

17     Q.   Have you had discussions in your

18  capacity of managing the retail business with any

19  VistaJet customers who have ever been approached

20  by FCA?

21     A.   No.

22     Q.   Are you aware of any VistaJet

23  customers who were approached by FCA?

24     A.   No.  Just Dalio.  That's all.

25     Q.   Okay, but you didn't know that Mr.

1                          Lawrence

2    Dalio had been a preexisting FCA Mente customer

3    for at least two years, correct?

4         A.   Correct.

5         Q.   So, excluding Mr. Dalio, are you

6    aware of any other, any VistaJet customers being

7    approached by FCA?

8         A.   No.

9         Q.   And, as of April 2022, was Mr. Dalio

10   a customer of VistaJet?  Do you know?

11        A.   I don't know.  It predated my time.

12        Q.   Okay.  Have you heard or received any

13   complaints about confusion or deception from any

14   VistaJet customers?

15        A.   No.

16        Q.   Have you heard from or received any

17   complaints from any potential VistaJet customers

18   about confusion regarding FCA?

19        A.   If you consider the broker a

20   potential customer, then that's the one.

21        Q.   But your broker, that was the oral

22   conversation you and Mr. Jones had and then that

23   brief text exchange, correct?

24        A.   Correct.

25        Q.   And the only subject that was raised

1                           Lawrence

2    both in the oral conversation and in the text

3    exchange was about the price differential,

4    correct?

5           A.    I mean it was a resale.  It wasn't

6    specific to that.

7           Q.    Reselling for a lower price, correct?

8           A.    Just the concept.  Yeah.

9           Q.    Okay.  Other than the notion of

10   reselling, have you heard from any VistaJet

11   potential customers that they were confused by

12   FCA's brochure and activities?

13          A.    No.

14                MR. HAVELES:  Let's go off the record

15          for a second.  I want to confer with my

16          colleague for a couple of minutes and make

17          sure we have nothing else to cover.

18                THE VIDEOGRAPHER:  Going off the

19          record at 11:40 a.m.

20                (Recess taken)

21                THE VIDEOGRAPHER:  We're back on the

22          record at 11:49 a.m.

23                MR. HAVELES:  We have no further

24          questions of Mr. Lawrence.

25                MS. NIWOROWSKI:  I have no questions

1                    Lawrence

2    of my own.

3         MR. HAVELES:  Okay.  Do you reserve

4    the right to read and sign?

5         MS. NIWOROWSKI:  Yes, I do.

6         MR. HAVELES:  So, Mr. Lawrence, that

7    means you'll get a copy of the transcript.

8    You will have an opportunity to read it,

9    prepare an errata sheet and sign it a few

10   days after getting the transcript, and

11   your counsel will send it to you for that

12   process, but I have no doubt that Joe's

13   transcript will be superlative and you

14   will find not a single error.  Always

15   important to compliment the court

16   reporter.

17        THE COURT REPORTER:  I noticed one of

18   the previous transcripts was designated

19   confidential.

20        MR. HAVELES:  The transcript starts

21   as confidential subject to party's rights.

22   It's deemed confidential.  You don't have

23   to stamp confidential on it at this

24   juncture, because they have to formally

25   designate sections.  It just gives them

Index: $10,000..Alright

**$**

**$10,000** 89:4

**(**

**(a)** 54:2

**(b)** 54:4

**(c)** 54:7

**1**

**1** 3:3 18:13,16 20:22
44:5,8 55:8 56:16
69:7,11 99:24

**10** 101:16,21

**10:12** 61:14

**10:36** 56:15

**10:46** 56:19

**11** 51:18,19

**1125(a)(1)** 32:21

**11:40** 106:19

**11:49** 106:22

**11:50** 108:14,16

**12** 27:12

**1200** 50:20,25 70:20
71:19,21 72:10,14
73:2,5,9 80:24 81:5,
10

**1251** 3:12

**12:56** 67:4

**15** 20:14 32:21 69:7,
11

**16** 77:8,15

**16:52** 70:16

**17** 32:14

**18** 35:9 87:7 100:3

**19** 35:14

**1:22cv6206** 3:10

**1st** 51:23 89:12

**2**

**2** 20:19 24:4,7,17,19
56:20 78:23 79:4
108:15

**20** 14:14 93:4 98:9

**2002** 6:15 7:14

**2010** 10:10,11

**2011** 10:9

**2020** 11:3,5,9,21
12:17 31:24 32:22,23
53:10

**2021** 96:3

**2022** 13:2 20:22 24:6,
9 27:2,5 30:16 32:4,8
35:9 41:15 44:5,9
51:24 54:22 55:8
58:23 59:21,25 69:5,
10 77:13,18,23 90:23
91:3 96:4 100:6,11
101:3,19,22 105:9

**2023** 3:13 108:20

**22** 59:21,25 61:17
62:9 64:8 65:13
67:25 68:10 73:13
76:8 81:4

**22nd** 59:2

**23** 3:13 69:5,9 70:3,
18 71:3 81:4 87:15

**23rd** 71:5

**24** 77:12,13,18,23
78:14 86:16 87:16

**24th** 83:5

**28th** 65:23

**29** 24:6,9

**2:32** 103:17

**2:57** 77:13

**3**

**3** 21:2 24:17 26:24
27:3 49:14

**3.1** 52:6 53:17 54:23

**3.4.1** 48:2,17 75:6

**3.4.4** 52:5 54:21

**3.41** 47:23

**30** 108:2

**31** 77:9,15

**32** 59:21,25

**33** 59:22,25

**34** 77:19,24

**35** 10:23 80:19

**36** 77:19,24 83:17

**37** 90:24 91:3

**39** 27:14,16

**4**

**4** 22:14,25 25:3 44:3,4

**41** 101:19,22

**42** 30:21,24 101:20,
22

**5**

**5** 27:2,4 59:18,23

**5000/6000** 50:20
51:2 73:9 89:3

**6**

**6** 69:4,8

**7**

**7** 51:5,9 77:6,7 78:12,
20,22 87:6,8 90:23
91:2 101:19,22
102:15

**71** 32:15,18

**757** 44:6,13

**765** 46:15,17 47:8

**766** 46:18 52:4 54:20

**768** 46:25 49:21

**769** 51:5

**770** 51:18

**773** 47:3

**777** 53:4,5

**782** 53:14

**8**

**8** 51:6,9 77:6,16,21
78:12 80:20

**837** 44:6,13

**86** 35:14,15,18

**9**

**9** 90:22,25

**97** 6:12

**9:32** 3:14

**A**

**a.m.** 3:14 56:15,19
106:19,22 108:14,16

**ability** 28:17

**accept** 90:17

**accepts** 51:10

**acquire** 76:18

**acquired** 12:20 17:3
21:8 28:6 32:2 34:20
40:19,22 42:23 50:21
55:12,17 88:19,20
89:2,3,19 90:11
93:20 100:4

**acquisition** 41:19
57:5,6,10

**activities** 43:12 58:7
97:20 106:12

**actual** 21:15 22:17
78:7

**addendum** 44:11
46:18 47:8 52:4
53:18 54:21 75:7

**addition** 30:25

**additional** 78:18
87:25

**address** 24:20

**admin** 9:14

**administration** 31:8

**advertise** 21:7

**advertising** 75:14

**advice** 102:18 103:4,
13

**advising** 27:24

**affiliate** 40:23 82:25

**affiliated** 33:6 64:12

**affiliates** 83:6

**affirmed** 4:6 108:19

**afternoon** 70:18

**agreement** 15:19,20
47:2 48:25 50:12
53:6,10 54:18 55:6,7
74:12 89:13 90:11,12

**agreements** 21:9
47:14 50:14 52:13
54:11 96:2

**air** 13:14 94:9,10

**aircraft** 9:19 11:10,
12,14 12:5 14:18
15:21 16:23 32:10
34:15,25 48:21 50:20
51:2 52:7 53:23 54:2,
12,16,25 55:11 64:17
76:18 81:11 90:14

**Akerman** 3:12,23,25

**alerted** 27:17

**alerting** 27:24

**Alice** 38:23

**Alina** 44:5,9

**alleged** 21:16,18

**allowed** 29:4 55:11

**alluded** 66:24

**Alright** 14:10 16:3
18:7 30:20 39:6
44:14 46:13,17 49:20
53:9 58:13 60:22
61:13 69:2 70:12
79:7 87:4

**alternatives** 31:7

**Alvesta** 99:4

**amended** 18:14,23 24:5,8 26:25 27:4,9

**Americas** 3:12

**analysis** 8:2 9:16

**analyst** 6:25

**and/or** 32:25 33:2

**announcement** 62:11

**answering** 108:9

**app** 78:9

**apparent** 103:3

**applicable** 54:5

**applications** 7:6,8

**approach** 101:11

**approached** 104:19, 23 105:7

**approval** 48:10

**approved** 33:5 34:5 54:4

**approximately** 3:14 89:4

**April** 20:22 32:4,8 44:5,8 51:23 53:10 54:22 55:8 89:12 90:17 93:19,25 95:21 104:13 105:9

**arising** 21:16 26:18

**arranged** 104:5

**arrangements** 104:8

**arranging** 56:8 104:12

**asks** 21:2,12 80:6

**assigned** 7:5

**assignment** 44:11 46:25 48:4 49:22 50:12,21 51:13,21,24 52:25 54:22 90:12

**assigns** 51:10

**Association** 58:17

**assume** 11:21 72:18

**assumed** 25:20,25

**assumption** 47:2 49:22 51:21 84:15 85:17 90:12

**attach** 80:10

**attached** 69:10,19 70:5 77:8 87:6

**attaching** 77:14

**attachment** 61:21, 22 69:6 70:8 80:20

**attachments** 44:19, 20

**attend** 59:5,8

**attention** 52:4

**attorneys** 38:23

**auditing/advisory** 96:7,12

**Auer** 94:8,14,20,23

**auspices** 35:23 36:3 58:22

**authorized** 84:3

**Avenue** 3:12

**aviation** 3:7 4:12 54:5 56:2 58:17 94:23,25

**awaiting** 103:9

**aware** 17:23,24 18:6 23:12 25:6,13 30:8 33:9 35:8 50:11,19 51:14,23 52:11 55:4 67:8,13 89:17,22 90:5,10,16 91:6 95:15,16,19,25 99:10,24 100:7,9,10, 25 102:17,24 104:4, 8,12,22 105:6

**AXS** 4:4

---

**B**

**BA** 6:9

**back** 10:13 18:7

20:18 45:17 47:7 52:3,21 54:20 56:18 61:16 66:8,16 67:3 71:13 73:15 75:22,23 81:4 86:16 87:4 88:8 89:24 106:21

**background** 6:6

**balloon** 83:18 85:25

**bank** 6:22,24 7:2,8, 10

**banking** 7:6 8:5

**banks** 8:13 9:18

**based** 29:17 30:14 42:16 43:20 70:17 71:5 74:4 81:7 93:8 96:18 97:16

**bases** 29:4 30:8

**basic** 5:4

**basically** 22:15 108:2

**basis** 28:25 30:12 31:12

**Bates** 44:5,12 46:14 59:21,25 69:7,10 77:8,15,18,23 90:23 91:3 101:19,22

**bearing** 59:21 77:13, 23 90:23 101:19

**bears** 44:12 69:6 77:15

**beginning** 51:13 52:21 56:20 93:19

**begins** 46:25

**behalf** 3:23,25 4:4 53:12 56:6

**belief** 35:21 36:2

**Bernardo** 38:3,22 39:5

**big** 55:25

**billing** 29:16

**biology** 6:9

**bit** 8:25 18:8

**blew** 81:3

**blocks** 48:6,14 49:3

**blow** 62:20 81:5

**BNP** 8:15 46:6

**booth** 65:20

**Bosanac** 44:5,9

**bottom** 46:14 78:19

**brand** 8:11 74:10 75:3,15

**brands** 75:4

**break** 5:24 33:7 55:16 56:23

**breaks** 5:25

**Brian** 55:18 65:12

**Bridgewater** 94:15, 21 95:16 97:5 98:23 99:9,12,16 100:8 101:7

**briefly** 38:13

**broadened** 15:25

**brochure** 20:5,11 25:10,17 26:7,12,14, 19 27:18 30:25 37:14,16 40:8,15 65:8 68:6,9 69:6,10, 17,19,25 70:3 71:17 73:12,22 74:18 75:13,23 76:4,7,8,13, 16,21,25 77:8,14 79:20 85:3,5,11,19 86:7 87:5,9,15 88:2, 15,22 98:10 99:3 106:12

**broke** 57:4

**broker** 23:3 31:14,19 33:16,20 36:12 50:22 57:12 64:13,17,18 66:23 77:2 84:14,23 91:6 97:2,8 98:5 105:19,21

**broker's** 23:10

**brokerage** 72:17,18

**brokers** 27:16,23 64:15 76:9,13 84:8,9, 10,17 85:4 97:19 99:5

**brought** 14:14

**bullet** 86:11

**bumped** 59:13 65:15

**bunch** 84:7,8,9,10

**business** 3:5,6 4:11, 12 6:10,18 8:6,23 9:6,18 10:25 11:9 12:13 13:4,6 15:9 43:4,11,20,23 52:8 53:24 55:2 58:7,16 64:19 85:6 92:17,23 96:13,21 103:15 104:18

**businesses** 13:6

**buy** 97:14

---

**C**

**Caffery** 44:24 45:2

**call** 40:3,6,10 41:14 42:7 43:21

**called** 4:7 49:14 65:5,6 98:10

**calls** 86:21

**capacity** 41:20 92:15 104:18

**Card** 33:2,11,21,24, 25

**care** 79:12

**careful** 66:5 67:6

**cargo** 54:3

**carriage** 52:8 53:24 55:2

**carrier** 13:14 74:17

**case** 3:10 4:18 100:23

**caused** 80:15 88:13

**central** 10:22

**CEO** 7:22 8:11 12:9

**CEO/FOUNDER** 42:21

**CFO** 9:7,10,11

**chain** 46:15 103:2,12

**chance** 108:6

**change** 9:25 10:9,12 12:15,17

**changed** 18:22

**charge** 28:17 29:5

**charged** 28:2,7 48:20

**charging** 28:10 29:6 30:10 89:21

**charter** 11:19 14:18 16:14,16 31:7 64:17, 18

**chartered** 35:10

**chartering** 34:15,25 56:8

**charters** 12:5 16:23 56:8

**chat** 70:19,22

**cheap** 74:9 93:15 96:9

**cheaper** 97:12,14

**chief** 9:14 12:13 28:14,16 45:21

**choice** 79:17

**choosing** 52:16

**Christine** 45:9

**Christopher** 101:25

**circulated** 102:7

**circulating** 44:10

**circumstances** 100:19

**claims** 24:25

**clarify** 20:10 56:24

**clause** 50:3,5,10

**cleaner** 79:15

**clear** 5:18 61:19 78:3 97:10

**client** 31:18,21,24 97:2,5 98:5,14

**clients** 16:15 21:5 22:11 27:22 56:8 97:19

**close** 93:12 94:4,5 95:6,13 97:8

**closed** 12:25

**closing** 51:20 89:12

**co-branded** 34:6

**Coast** 10:18,22,23 11:6 12:12 16:6 93:9, 10

**Coca-cola** 104:9

**colleague** 12:11 16:5 106:16

**colleagues** 65:3 68:12

**collect** 19:13 38:23

**collecting** 38:17

**collection** 39:2

**Columbus** 10:13

**combined** 14:8

**comfort** 20:12

**comfortable** 5:15

**comment** 23:25 52:19 73:4

**commercial** 28:15, 16

**committee** 10:6

**common** 21:17 29:22

**communicated** 54:6

**communication** 22:22 61:3,19,20 102:21

**communications** 20:2,3,7,19,20,24 21:2,3,13 22:6,9,10, 24 55:22 60:24

**comp** 8:22 9:17

**companies** 29:10

**company** 7:21,24 8:4,11 9:15 10:8 11:11,13 17:3 28:15 74:9,18 89:19 92:18 95:2

**competitors** 29:9

**complaints** 105:13, 17

**completed** 45:13

**completely** 16:19 18:9

**compliment** 107:15

**conceive** 81:9

**concept** 106:8

**concludes** 108:12, 14

**conclusions** 87:25

**conditions** 54:6

**conduct** 35:19

**confer** 41:25 106:15

**conference** 38:14 58:21 59:12 61:16 65:13,17,20 68:24 71:16 76:4

**conferences** 58:18

**confidential** 107:19, 21,22,23

**confirmation** 28:14 103:10,21

**confirmed** 30:18 50:23

**confused** 23:3 31:15 33:10 97:19 99:5 106:11

**confusing** 75:3 97:2, 4,8

**confusion** 21:16 22:18 23:2,10 25:11, 18 26:18 31:2,10,13 32:23 33:15 34:4 80:15 97:14 98:5,15 105:13,18

**connected** 31:5

**connection** 23:23 56:7,10

**connections** 65:2

**consent** 32:22

**consented** 50:25

51:24 52:12 55:5 73:8 75:7,8 82:18 88:23

**consents** 51:20

**consideration** 89:11

**constant** 54:22

**constitutes** 32:20

**consultant** 56:2

**consulting** 96:2

**consumer** 8:3 31:2, 10,13 33:10,16 34:4

**consumers** 32:25 33:14 35:20,25

**contact** 93:12 94:4,5 95:6,14 97:9 99:9,12, 13

**contents** 40:15

**continuation** 83:17

**continue** 7:10 13:4, 21

**continued** 9:23

**continuing** 96:4

**contract** 29:15,16,21 30:3,6 40:22 47:13, 18 48:13 67:13 83:19 84:2 89:18 90:6

**contracted** 99:16

**contracts** 29:14 30:15 47:12 50:8,9 51:12,22

**contractual** 90:2

**convention** 58:22 70:16

**conventions** 58:19

**conversation** 39:4 62:5,8,20 63:5,24 64:4 68:16 70:24 72:4 78:14,18 79:4, 18 82:17 105:22 106:2

**conversations** 23:6 66:19 75:17,18 86:20 91:13 97:18 98:4,13 99:4

**copied** 36:23

**copies** 76:3

**copy** 19:2 26:24 36:22 69:17,25 77:14 87:6 107:7

**corner** 46:14

**Corners** 3:6 4:12 19:22 82:4,6,19,22, 24 83:6 95:17 96:3,7, 12,17 97:12,15 99:10

**Corners/mente** 93:14

**correct** 12:7,19,21 15:23 16:2,13 18:10, 11 26:3 29:17,19 30:17 36:25 37:17 42:16,17 43:13 46:3, 12 54:18 55:19,20 67:12 71:7,8 75:8 79:2,3,5,6,21,22 80:4,5,7,8,11,12,16, 17,21,22,25 81:2,12 83:22,23,24 84:4,5, 18 85:11,12,20,23 86:12,13,17,18 87:12 92:23,24 93:16,20,21 96:14,15 97:25 99:22 103:18,19 105:3,4, 23,24 106:4,7

**counsel** 3:20 5:9 19:15 30:11 36:16 37:23 38:14 49:9 60:18 99:24 102:5 107:11

**counterclaim** 26:25 27:4,9

**couple** 5:23 38:19 43:10 55:15 60:13 106:16

**court** 3:9,17 5:10 107:15,17

**covenant** 52:5 53:17 54:9,23

**covenants** 53:15

**cover** 106:17

**covered** 18:9

**Craig** 94:22 95:15

**creating** 31:4

**cross** 79:23

**cross-reference** 83:9

**crossed** 80:4

**cured** 100:2

**curious** 65:24

**current** 16:5

**customer** 21:15 22:18 23:2 25:10,18 26:18 48:9 77:2 105:2,10,20

**customers** 11:18 21:5 22:11 27:17,24 48:7,15 49:3 67:10 104:4,19,23 105:6, 14,17 106:11

---

**D**

**Dalio** 31:22,23 32:2,6 34:7,8,11,14,24,25 35:9 36:22 40:9 91:7, 9 93:18,23 94:14,20 95:25 97:5 98:17,22 99:15 100:8 101:2,3 104:24 105:2,5,9

**Dalio/bridgewater** 93:13

**damaging** 27:21

**Danyo** 3:18 4:6

**date** 18:15,18,21 24:10 27:6 44:7 51:20 54:22 60:3 69:12 77:10,20 91:4 101:24

**dated** 24:6,8 44:4,8 59:20,24 69:5,9 77:18,23 90:23 91:2 101:18,21

**David** 3:4 69:4,9 108:12

**day** 64:24 65:17,18 71:2,3,4,16 93:4 98:9 102:15

**days** 107:10 108:2

**deal** 45:5 93:13 94:14 97:11

**dealing** 92:19

**dealings** 34:13,24 45:8,14 55:18,22 56:4 57:4,6,9 64:20 91:8 94:12

**dealt** 60:16

**deceive** 32:24

**December** 99:20 100:6,11

**deception** 105:13

**deck** 33:22 85:14

**declaring** 99:25

**declined** 66:8

**deemed** 107:22

**default** 99:25 100:2

**defendant** 4:18

**defendants** 4:4

**defenses** 24:25

**define** 33:16

**defined** 51:13 52:21 53:2

**defines** 50:2

**definition** 20:14

**delayed** 48:11

**deliberate** 35:19

**department** 7:4 14:4

**deposed** 41:11

**deposition** 3:4,11 4:14,24 5:22 18:21 23:24 25:7,14,23,25 27:9 36:7 37:22 38:15,16 39:8,19,21, 25 40:13 41:8 48:13 49:13 50:11 51:14 52:13 66:24 67:9 73:8 87:22 88:11 103:8

**depositions** 49:12

**describe** 16:21 55:21

**designate** 107:25

**designated** 107:18

**designation** 32:20

**designees** 54:18

**desires** 50:6

**detail** 73:14 74:23 87:18,21,23

**detailed** 37:9

**details** 26:10

**dialogue** 75:21 99:8 101:7

**difference** 49:18 78:17

**differential** 106:3

**differentiation** 14:23 15:3

**differently** 98:2

**direct** 10:23 42:11 84:19,21 92:13 93:13 94:14 99:8,12 101:7

**directly** 17:19 35:2,3, 11 84:23 85:6 89:14 97:11

**disclose** 48:12 102:20

**disclosed** 25:14

**disclosing** 24:23

**Disclosures** 24:5,8

**discoverable** 24:22

**discovered** 63:7

**discuss** 39:25 61:9 101:11

**discussed** 39:11,21 94:16

**discussion** 30:15 39:16 40:14 66:23 71:10 78:23 101:12 103:14

**discussions** 22:16 39:7,16 40:7,18,21 41:2,12,16 42:22 43:3,7 68:23 83:14 87:2 91:19,25 92:5

**102:8** 104:17

**dispute** 39:11,17,25 40:8,20 41:3,12,16

**dissemination** 25:10,17 26:6,12,14, 15

**distributed** 76:8,13, 16,19,21,25

**distributing** 108:3

**District** 3:8,9

**divisions** 96:22

**DL** 59:21,25 69:7,11 77:8,9,15,19,24 79:18 80:19 83:17 87:7 90:24 91:3 101:19,22

**document** 19:5 23:4 24:4,12 36:6 37:12 39:2 40:4 47:5 60:7 79:19

**documents** 5:13 19:8,13,17,20 21:9, 20 22:2,15,16,20 23:7,9,14,19,22 36:8, 10,15,17 37:3,19 38:17,24 39:5 54:13 70:6 76:11,24 100:22

**dotted** 92:14

**doubt** 107:12

**download** 60:10,16

**dozens** 64:15

**draw** 52:4

**drawing** 85:18

**drew** 84:15

**duly** 4:6

---

**E**

**e-mail** 34:10 36:11, 22 37:5,6,8,11 43:9 44:4,8,15,17,22,24 46:15 69:4,8,14,16, 20 70:13,19 71:22 73:4 75:12 80:16,24 86:20 90:22,25 91:7, 11,12,15,21,24 92:2,

4,6,25 94:13,17 98:18 100:25 101:8, 17 102:7,10 103:2, 12,15,18

**e-mails** 23:19 70:17 101:17,21 102:13

**E.F.** 104:14

**earlier** 20:13 46:4 47:10 66:24 67:9 74:13 84:3 85:2

**easier** 5:5

**East** 10:18,21,23

**Edge** 11:7,8,10,15, 22,23 12:3,15,16,20 13:3,21,23,24 14:4,6, 11 16:15 20:4,21 21:4,14 23:13,18,22 29:18 34:19 39:7 40:19,21 41:19,21 42:23 43:3 55:17,23 56:9 57:5 59:8,11 64:21

**Edge's** 11:9

**educational** 6:6

**efforts** 21:6

**eight-person** 55:12

**either/or** 85:7 95:8

**electronic** 23:19 37:9 60:17,23 77:12

**eliminated** 16:18

**employee** 13:22

**employees** 13:25 52:9 53:25 55:3

**employment** 6:16 7:15 12:14 18:9

**encompassed** 21:24

**end** 12:25 45:13 56:16 76:16,21 77:2 84:23 85:6 86:14 92:18 101:3

**endorsed** 33:5 34:5

**English** 70:16

**entail** 8:20 10:20

**entered** 6:18

**entire** 72:4

**entirety** 66:12,22

**entities** 4:21

**entitled** 24:4

**entity** 4:20 13:3 64:11

**errata** 107:9

**error** 107:14

**essentially** 7:22

**established** 101:7

**eventually** 7:23

**everyone's** 5:4

**EVP** 12:9 92:11

**EXAMINATION** 4:8

**exchange** 37:5,7,8, 10 41:14 66:13,17, 18,22 77:11,17,22 82:4,18 86:15,19 87:8 102:7,14 105:23 106:3

**exchanges** 36:11 43:9 101:2

**exclaimed** 85:13

**excluding** 105:5

**executed** 44:10

**executive** 10:6

**exercised** 108:4

**exhibit** 18:13,16 19:5,10,25 24:4,7 26:24 27:3 44:3,4 59:18,23 69:3,8 77:7, 16,21 78:20,22 80:20 87:6,8 90:21,25 101:15,16,21

**Exhibits** 77:6 78:12

**existence** 90:6

**exists** 39:17

**expect** 5:22 44:15

**experience** 29:17 30:2 34:7,9 47:14 74:5 81:7

**explain** 14:10 50:17

**explaining** 39:5

**express** 33:25

**expressed** 75:19

**expressing** 33:14 34:4

**extent** 72:3 83:15

---

**F**

**FAA** 13:13

**face** 66:2 103:3

**face-to-face** 62:4,8 63:15 67:25

**fact** 25:20 32:4 39:20 51:14 81:25 82:12,13 84:20 86:7 90:2 95:20,25

**facts** 39:8

**factual** 61:11

**Fair** 13:16

**Falcon** 104:14

**fall** 11:9 12:17

**falls** 21:21

**false** 31:4 32:20 73:22 74:2,16,19 75:13 88:3,14

**familiar** 15:2 29:9 44:23 69:15 101:25

**family** 32:7 34:11,14, 15,25 35:9 91:9 93:23 96:2

**FCA** 4:15 20:4,22 21:8,14 22:7,17 27:17,18,25 28:5 29:4 30:13 31:3,6,24 32:3,7 33:2 34:4 35:11,21,25 39:12,18 40:23 41:4 44:10,12 45:15 47:3 48:5,14 49:2 50:8,14,21 51:2, 10,21,25 52:25 55:7, 10 57:10,13,14,20,23 60:19,20 65:19 66:20 67:9 68:8,16,23 69:6, 10 71:10 73:8,10

**explain** 14:10 50:17

75:7,8,15 76:4,8,12, 16,20,25 79:5 81:5, 10 83:21 85:4,10 86:22 87:2 88:18,23, 25 89:3,6,13,19 90:11,18,19 93:17, 20,24 99:22 100:3,23 101:2 104:5,9,12,20, 23 105:2,7,18

**FCA's** 21:6,16 22:11 25:17 26:6,12,15,19 30:25 32:18 33:2 34:4 33:2, 15 35:18 97:19 106:12

**Federal** 6:21,23 7:2, 10

**filed** 26:25 27:4

**final** 62:11

**finally** 66:2

**finance** 6:10 7:23 9:4,9,18

**financial** 6:25 7:6,25 45:21

**find** 22:2,5,9,14,20 107:14

**finding** 12:5

**fine** 6:2 23:12 52:20 79:16

**finish** 15:5 75:21

**Firestone** 68:14,15, 22 72:21 76:3,15 84:11 85:10

**firm** 10:7

**five-hour** 49:17

**flight** 27:19 31:8 90:13 100:6,9,12

**flights** 11:17 35:10 93:19 100:7,11

**flip** 44:18

**Flohr** 42:18,20,23 43:4

**fly** 11:16,17 104:9

**flying** 11:19

**flyxo** 44:24

---

**focus** 41:18 77:5

**focusing** 12:5 46:20 54:8 88:10 91:11

**follow-up** 88:8

**foreign** 7:8

**forgot** 45:25

**form** 87:25

**formal** 12:8 18:3

**formally** 107:24

**format** 60:23,24 78:13

**found** 22:24

**foundation** 61:12

**fourth** 19:4 21:12

**Francesca** 92:5,8

**Franco** 38:4 103:8

**FRB** 8:2

**frequently** 41:25 43:6

**Friday** 14:23 37:25

**full** 4:21 7:13 9:8

**full-time** 6:16

**fully** 13:17,20

**function** 96:8,12

**functionally** 9:12

**functions** 10:13

---

**G**

**gave** 56:25 85:10

**general** 74:24 102:5

**generally** 30:14

**give** 5:9 11:14 20:12 39:24 79:16 85:4

**giving** 25:24

**glance** 44:14

**Global** 50:20 51:2 73:9 89:3

**Goldfeder** 14:23

---

**Good** 3:2 4:9 6:5 56:12

**goods** 31:6

**Googled** 83:8,10

**graduate** 6:11

**graduated** 6:15 7:14

**granted** 48:14

**great** 4:18,24 61:14 66:2

**group** 4:4 7:8,24 40:23 44:11 45:15 46:19 47:2 48:3 52:24 53:11 55:7 82:22 89:4,8

**groups** 8:24

**growing** 10:25

**guess** 71:20

**guessing** 49:15

**guests** 53:25

**guests'** 52:9 55:3

**guy** 9:7

**guys** 70:19 72:9,11 79:23 85:16

---

**H**

**half** 10:16

**hands** 86:12

**happened** 11:4

**happy** 5:21

**Haveles** 3:22 4:8,10 24:3 26:23 44:2,8 56:12,21 61:10 69:3 89:23 90:21 101:15 102:25 103:19,22 106:14,23 107:3,6,20

**hazy** 42:10

**head** 9:3 46:2

**heading** 24:20

**hear** 89:2

**heard** 33:9 50:22 57:17 105:12,16 106:10

**helped** 38:23

**Henneberry** 3:24

**hereunder** 51:22

**Hey** 65:25 79:18

**high** 6:6

**hire** 11:15,17

**hired** 9:6

**hiring** 8:24

**history** 18:9

**home** 19:14

**hour** 38:12 56:25 89:4

**hours** 5:23 21:6,8 22:12 27:19,25 28:6 32:3,7,9 47:15,18 48:6,14,19,20 49:3 50:14,20 51:2,25 55:11 56:11 63:2 70:21 71:17,19,21 72:10,15,18 73:3,5,9 74:9,17 75:15 76:18 80:24 81:6,8,10 82:6,14 83:21 88:19 89:3,7,19 90:14,18 93:15,17,19,24 95:17,20 96:9 97:12,14 99:17,22 100:4,14,16,20 101:4 104:5,9,13

---

**I**

**i.e.** 97:5

**Ian** 36:12 37:5 40:3,4 41:22,23,24 42:14 69:4,9 70:25 90:22 91:2 98:10,11

**idea** 23:21 54:15 99:23 101:13

**identification** 18:17 24:10 27:5 44:7 60:2 69:12 77:10,20 91:4 101:23

**identified** 25:8

**identifies** 25:4

**identify** 36:17 95:12,13

**illegal** 28:19 54:7

**imagine** 81:9

**impeachment** 25:2

**implying** 31:2

**important** 5:6 107:15

**impression** 31:4

**Inc.'s** 24:5,8 26:24 27:3

**include** 70:7

**included** 25:20,21 69:25

**including** 20:2,19 21:3 31:7 33:3 96:9

**Incorporated** 3:8,17

**indicating** 76:12

**indirect** 84:20

**indirectly** 35:4

**individual** 8:19 24:21 25:15

**individuals** 68:22 95:7

**industry** 29:7 30:14 74:4

**inference** 84:16 85:18

**inferred** 86:6

**informal** 43:22

**information** 24:22, 23 25:8,15 26:5,11, 13,17 29:3 31:10 57:25 76:12,24 85:21 91:8 97:4 103:25

**informational** 103:6

**infringement** 21:17

**initial** 18:20,23 24:5, 8 39:4 40:3,6,10 50:3

**initially** 37:15 38:22

**initials** 4:15

**initiate** 71:9

**initiates** 79:17

**inquiries** 43:22

**Insight** 33:2,11,21, 24,25

**instance** 15:18

**instances** 56:5

**insurance** 54:6

**integrate** 13:18

**integrated** 13:15,20 16:20,22

**integrating** 10:16 13:19

**interesting** 66:3 82:8,9,10,11

**interests** 51:11

**interviewing** 65:3

**introduce** 3:20

**introduced** 68:17

**introduction** 68:19

**investment** 8:5,13

**involvement** 72:25

**involving** 20:3,20 21:4,11,13 22:10

**issue** 66:20 88:12

**issued** 18:13

**issues** 16:14 33:8

**item** 20:18 21:2 22:14

**items** 31:14

---

**J**

**Jack** 9:19

**James** 31:20 59:20, 24 68:17 72:12,24 97:21

**January** 3:13

**Jason** 68:14 72:12 97:21

**Jason's** 72:25

**Jenna** 44:23

**Jet** 7:18,20 8:9 11:7, 8,9,10,15,22,23 12:2,

15,16,19 13:3,21,23, 24 14:4,6,11 16:15 20:3,21 21:4,13 23:13,18,22 29:18 34:19 39:7 40:19,21 41:19,21 42:23 43:3 46:8 55:17,23 56:9 57:5 59:7,11 64:21

**Joanna** 4:3 38:3,6

**job** 8:7 9:5,25 10:9,12

**Joe** 3:18

**Joe's** 107:12

**joined** 11:7,8 12:15, 17 34:19 92:18

**joining** 45:12

**Jonathan** 3:15

**Jones** 31:20 36:13, 14,20 57:13 59:20,24 60:9 61:3,14 62:2,8 64:5,7,12 65:7,16,22 66:7,13,20,23 67:15, 18 68:5,21 69:21 70:3 71:4 72:14,20 73:13 76:2,15 84:11, 16 85:9 105:22

**Joseph** 4:6

**July** 32:9 35:9 78:18, 23 79:4 90:23 91:2 99:24 100:3 101:19, 22 102:15

**juncture** 107:24

**June** 13:2 28:22 30:16 32:8 41:15 45:14 58:23 59:2,12, 21,25 61:17 62:9 64:8 65:13,23 67:14, 25 68:10 69:5,9 70:3, 18 71:3 73:13 74:22 75:22 76:8 77:12,13, 18,23 78:14 81:4 83:5 86:16 87:15,16 92:18 104:14

**jurisdiction** 15:22

---

**K**

**Kennedy** 45:9

**kind** 14:15 47:13

**knew** 62:12 74:12

**knowing** 35:19

**knowledge** 14:2 26:18 27:23 28:4,9, 12 30:14 31:9,13 33:9,14 34:3 35:24 70:2 74:4 84:9,19 85:8 100:18

**Kulawik** 102:2,6,18 103:5,12

---

**L**

**language** 47:13 48:18 49:6 54:10

**laptop** 19:14

**large** 103:2

**Lastly** 5:22

**law** 4:4 21:18 29:13

**lawrence** 3:1,4 4:1,9 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1,12,16 19:1 20:1 21:1 22:1 23:1 24:1, 3,7 25:1 26:1,23 27:1,3 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1,2,4 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1,22 57:1 58:1 59:1,20,23, 24 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1,4,8,9 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1, 7,16,18,23 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1,24 90:1,25 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1,21 102:1 103:1 104:1 105:1 106:1,24 107:1,6 108:1,13

lawyers 4:10 44:10

lay 61:11

learn 58:6 76:2,23 86:10 89:10

learned 39:24 41:9 57:12 76:7 82:5 88:21 93:23

leave 30:11 86:12

led 7:25 31:17 64:3

left 6:17 11:6 34:20

legal 3:16 13:10,11 30:11 45:3 83:18,20 102:18 103:4,13

legally 13:13

Leona 14:12 17:14 42:10,13

letter 99:25

liabilities 50:7 51:12

licensed 33:4 34:5

licenses 13:14

life 5:4

lifestyle 8:7

Likewise 65:25

limit 55:12

limited 20:2,20 21:3

LLC 3:6

LLP 3:23,25

locating 31:7

log 103:11,23

London 42:16

long 9:20 11:2 29:7 38:11

looked 24:13 57:17 82:23 84:2 96:16

lot 9:16 10:7 64:2 95:3

love 101:11

lower 27:20 28:2,7, 10,18 29:5 30:4,7,9 89:7,20 106:7

**M**

made 14:23 67:14 72:19 89:13 103:7 104:9

main 39:3

maintenance 11:16

make 5:4,7,18,20 43:22 99:10 106:16

making 68:18

Malvesta 16:7,8 34:11 36:24 39:12,17 40:7,16 86:25 90:22 91:2,12 92:25 93:8, 22 94:11 95:5,13 96:11,25 97:3,7,18 98:4,13,14 99:11 101:6

Malvesta's 91:20 102:10 103:15

man 7:22 8:9 9:3

manage 10:17,19 11:15 14:3,8 15:8,10 16:11 42:14

managed 10:22 11:24,25 12:2 14:17 16:23 55:25

management 11:11, 12 17:5,8 31:8 104:10

manager 15:15

managers 10:21

manages 16:15

managing 14:15 17:18 41:20 43:2,12 104:18

mark 18:12 24:3 26:23 44:2 59:18 69:3 77:5 81:15,25 90:21 101:15

marked 18:17 24:9 27:5 44:6 60:2 69:11 77:9,19 91:3 101:23

market 21:7 27:21 90:3

marketing 8:24 9:8 20:5,10 27:17 37:14

marketplace 75:4

marks 32:19 56:15

Marquis 7:18,19 8:9 9:20 46:8

master's 6:10

matter 3:5 91:14,20 92:2 102:10

MBA 6:13 8:3

Mcausland 104:15

means 107:7

meant 67:21 86:3

media 3:3 56:16,20 108:14

meet 62:2

meeting 38:11,13, 18,21 63:16 67:24,25 71:6,10,22 72:4 73:3 75:11 79:21 82:16 97:24 98:3,12 99:2

meetings 37:21 38:16 86:24

member 48:3,18 52:6,24 53:22 54:7, 24

members 59:13

memorable 58:9

memory 56:23 71:13

men 8:10,19

Mente 45:15 57:10 58:10 82:22,25 83:6 96:3,13,17 105:2

mention 68:8 71:21 93:2

mentioned 35:12 41:7 70:20,25 71:20 72:9,11 73:2 79:20

merged 9:22 10:8 13:7,12

merger 9:25 10:2 15:25 23:17 39:23 45:13 62:11

marketing 8:24 9:8

mergers 13:17

message 28:21,23, 25 36:20,21 59:19,23 60:15 61:13 63:14 65:23 67:4,19 69:20, 24 83:11,13

messages 60:8 80:4

met 8:8 31:15 61:23 64:7,9,24

metrics 9:17

mind 81:3,5

mine 16:10

minutes 106:16

misleading 73:23 74:3,8,16,19,25 75:13 88:3,5,7,14

mistake 32:23

mistaken 35:21 36:2

mistakenly 33:2

modeling 8:23 9:17

Molly 3:24

moment 24:11 27:7, 13 35:14 44:17,18 53:19 60:4 69:13 76:2 85:2

Moore 30:16 36:21 37:16 40:6 41:15,16, 23,24 42:2,9,15 49:5 50:24 53:11 60:25 69:5,9,17 71:12,24 73:3,19 75:11,18,22 77:5,12,17,22 78:15, 19 79:17 80:15 81:13 82:15 83:5,14,23,25 85:13,25 86:15,16, 21,25 87:7,11,15 90:23 91:2 97:23 98:12 99:2 102:9

morning 3:2 4:9 49:14 84:3

move 7:25

moved 9:7,8 11:21, 22

**N**

names 44:16

National 58:16

nature 22:23 55:21 85:18 100:12

NBAA 58:13,15,22 59:12 61:15 64:8 65:12 68:10,24 71:15 76:4 98:8

negotiated 49:2

negotiating 15:20

Netjets 9:22,25 10:9, 13,18 11:2,7,21,25 29:8,9,17,23,24 34:18,21 47:13,15, 16,18 54:11,16,18 56:9,11 64:21 65:4 74:6 81:7

Niworowski 4:3 61:8 102:19 103:17,20 104:2 106:25 107:5

NNBAA 58:14

no-name 84:14

non-program 52:7 53:23 54:24

nonexistent 31:2

Notary 4:6

noted 108:16

noticed 107:17

noting 27:18

notion 106:9

November 24:6,9

number 3:3,10 22:25 24:21 46:14 90:24 108:15

numbers 43:14,15 44:13 59:21 69:7 77:15,24 101:19

NYU 6:9,14,18 7:9,12

**O**

object 5:9

**Objection** 102:19

**obligations** 50:7 51:11

**obtain** 7:15 43:22 57:25

**obtained** 61:2 65:8

**occasioned** 64:23

**occur** 101:12

**occurred** 75:11 78:14 102:14

**October** 11:3,5,21 27:2,4

**offer** 82:21

**offered** 27:18,20 31:6 35:22 36:3

**office** 10:13 12:9 32:7 34:15,25 35:9 91:9 93:23 96:2

**officer** 9:15 12:13 28:15,17 45:21

**officially** 12:25

**officials** 52:9 53:25 55:2

**Ohio** 10:14

**on-sell** 80:3

**one-off** 86:9

**one-on-one** 98:4 99:3

**open** 13:14

**operations** 13:7 16:12 17:6 43:2 90:14

**opportunity** 5:9 101:12 107:8

**opposed** 35:11 60:17 85:21 103:5,14

**oral** 23:6 42:4,6 75:18 105:21 106:2

**order** 108:5

**organization** 55:24 64:12

**organizations** 18:8

**origin** 32:20,24

**originate** 35:22

**originated** 36:2

**overseeing** 23:18

**owners** 11:14

———

**P**

**p.m.** 77:14 103:17

**pages** 20:13 46:20, 21 47:4 60:5

**paid** 89:8,11

**paragraph** 5:16 25:4 27:14,16 30:21,24 32:15,18 35:14,15,18 47:23 48:24 51:5,6, 18,19 52:5 96:25 99:7 101:10

**paragraphs** 49:25 51:9

**Paribas** 8:15 46:6

**part** 15:9 17:21 30:24 32:18 33:3,11 35:18 45:3 54:8 55:6,23 62:12 89:11 92:22

**participate** 38:4

**parties** 48:6 50:2 76:17 104:4

**partner** 11:5,25 14:11

**Partners** 94:9,10

**partnership** 31:3 34:6

**parts** 54:9

**party** 20:4 21:14 22:17 24:24

**party's** 107:21

**passengers** 54:3 90:18

**patient** 108:8

**pause** 15:5

**pay** 89:14

**payment** 89:13

**PDF** 20:11 26:7 63:19,23 70:5 80:21 84:12

**peers** 92:21

**pending** 6:2

**people** 14:13,14 17:12 44:16 56:3 59:9 72:13 102:8

**Perfect** 20:15

**period** 20:22 60:25 104:14

**periodic** 43:3

**permit** 100:3

**permitted** 66:4 67:5, 16

**person** 5:12 38:6 68:5

**personal** 23:9 34:24 68:18

**personally** 22:13 34:14 59:5

**perspective** 103:16

**peruse** 73:18

**perused** 73:17 74:22 87:18 88:10

**Peter** 3:22 4:10 61:8 104:15

**phone** 19:14 60:16 86:21

**photocopy** 59:19

**photographs** 21:19

**picking** 52:15

**picks** 78:22

**picture** 80:20

**pictures** 86:8

**piece** 23:2 91:7 99:10

**pilots** 11:16,17

**Pioneer** 3:5 4:11

**pitching** 84:7,8 85:15

**place** 3:11

**Plains** 59:4 64:25 65:13

**plaintiff** 3:23 4:2,11, 15

**plane** 11:15,18,19 56:11

**planes** 16:15 27:25 75:15

**plans** 8:22 9:17

**platform** 78:9

**pleasure** 52:8 53:24 54:25

**point** 5:17 12:19 13:20 16:17 34:12 40:10 73:16 88:10

**politely** 66:8

**Popham** 3:15

**Portfolio** 94:23,25

**position** 7:19 9:12, 24 11:20 12:16

**positive** 61:6

**potential** 21:15 22:18 105:17,20 106:11

**Powerpoint** 19:23

**practice** 29:11,13

**practices** 5:4

**pre-approved** 48:9

**preamble** 53:2

**preceding** 55:13

**predated** 105:11

**preexisting** 105:2

**prefer** 79:11

**prepare** 36:7 37:22 38:16 85:3 87:22 107:9

**prepared** 84:23 85:5

**present** 20:23 59:12

**president** 15:16 17:25 18:4

**pretty** 16:16 66:3

**prevent** 108:2

**previous** 33:19 107:18

**price** 30:9 48:19 88:18,22 89:7,20 106:3,7

**prices** 74:9

**pricing** 8:23 47:11 86:8 88:16,17

**principal** 104:15

**printout** 37:9 70:7

**printouts** 78:13

**prior** 9:24 19:11,15 25:6,13 27:9 35:8 45:12 46:22 48:12 49:6,8 50:11 51:14 52:13 55:17,23 57:4 64:8,10 73:7 87:18 88:4 91:21,24

**privilege** 103:23

**privileged** 102:21

**process** 107:12

**Proctor** 45:15,16 55:19,23 56:9 57:4,7 58:3 65:12 82:21 83:2,14 84:7

**produce** 19:7

**produced** 34:10 36:16 69:24 70:7 100:23

**product** 75:5 80:3 90:3

**products** 8:3,23 96:8

**professionally** 86:7

**program** 15:19,20 33:4 46:18 48:7,8 52:7,13 53:2,6,9,15, 23 54:24 55:6 89:15 90:10 92:11,19,22

**programs** 52:6 54:23

**prohibit** 30:8 47:15 48:18 54:16 89:18 90:7

**prohibited** 28:5,10

29:11,13 30:13 47:17
54:11 99:22

**prohibition** 29:15,21
30:4,7 47:19 55:5

**prohibitions** 47:12

**prospective** 31:18

**protective** 108:5

**provide** 54:2 90:13

**provided** 48:8 100:8,
13

**providing** 19:6

**provision** 67:8,14
84:2 89:18,22 90:6

**PRVT** 64:13,14,15
84:13

**Public** 4:6

**purchase** 100:19
101:4

**purchased** 100:14,
16

**purchasing** 35:20,
25 56:10

**purpose** 39:3 54:7
85:5

**purposes** 4:13 39:2
102:14 103:6

**pursuant** 21:8

**put** 14:9 61:22 75:25
84:12 85:14

**putting** 66:2,5 67:6

---

**Q**

**Qi** 14:12 40:19,21
41:3,10,12 42:15
48:25 49:5 91:20,25
102:9

**Qi's** 17:11 103:8

**quality** 31:5

**quarter** 43:8,18

**question** 5:8,16,19
6:3 15:6 29:25 33:19,
23 39:15 81:14,24
88:8 89:24 98:2

**questioning** 31:17

**questions** 5:18 26:4
32:16 33:8 35:16
47:24 53:20 55:16
103:24 104:3 106:24,
25 108:9

**quick** 44:14 47:4
55:15

---

**R**

**raise** 71:9

**raised** 105:25

**raising** 61:10

**ran** 7:23 11:6 14:12
34:12

**rate** 28:2

**rates** 27:18,20 28:6,
9,10,18 29:5,16 30:4,
7 90:4,8

**Ray** 31:22 34:7,8
36:22 40:9 93:13
94:14,20 95:18 98:17

**read** 27:13 30:21
32:14 35:15 44:15
48:23 49:25 50:6,11
51:5,7,19 52:18
53:19 65:24 66:3
69:13 89:23,25
107:4,8 108:6

**reading** 30:22

**ready** 23:23 88:11

**realized** 9:6

**reason** 5:25 69:23

**recall** 18:22 21:19
34:2 37:20 45:19
46:20 56:4 58:12
59:3,17 60:25 62:7
63:5 68:3 71:23 72:7
73:6 74:22 75:20
87:20 91:16,17 93:6,
7 94:19 96:23 98:20,
21,24 102:12

**receipt** 92:4,6

**received** 19:23 69:20
71:16 73:13 76:3
87:12 91:12,24

**105:12,16

**receiving** 25:22
91:14 102:12

**recess** 6:3 56:17
106:20

**recital** 50:3,5,10

**recited** 19:6 50:10

**recollection** 45:23

**recommends** 101:3

**record** 3:21 56:13,
15,19 89:25 106:14,
19,22 108:10,13

**redacted** 101:18
102:13

**refer** 4:14,20

**reference** 65:5,6

**referring** 28:20
35:21 70:23 79:20
81:17 83:21 95:6,7
96:13

**reflect** 18:14

**reflected** 23:10 34:9

**refresh** 45:23

**refreshed** 56:24

**regard** 28:13 29:24

**registered** 13:14
21:17

**regulations** 54:5

**reiterate** 80:23

**related** 19:22 66:14
82:25

**relating** 100:19

**relationship** 27:22
79:5 92:14,17

**rely** 25:9,16 71:14

**remaining** 10:2
50:13

**remember** 56:11
60:11

**removal** 52:12 55:5

**removed** 52:10 55:3

**remuneration** 54:3

**rephrase** 5:21

**replied** 65:25

**report** 9:10 41:20
42:8

**Reported** 9:11

**reporter** 3:18 5:10
107:16,17

**reporting** 3:17,19
42:11,12 92:14

**reports** 10:24

**represent** 18:19
45:20 60:22

**representatives**
20:3,21 21:4,13

**representing** 74:10

**reputation** 27:22

**request** 19:25 20:9,
18 22:3,6,10,15
36:16 103:4,7

**requested** 103:13

**requests** 19:9 22:2,5

**required** 90:13

**resale** 21:6,7 22:12
47:20,21 54:11 83:21
84:3 88:7,9 89:20
106:5

**research** 57:13,16
83:3 96:18

**resell** 47:18 48:5,14,
19 49:3 66:4 67:5,10,
16 73:10 74:5 75:14
88:12 93:14

**reselling** 71:17
74:17 75:2 81:8,14,
18,20 82:2,14 106:7,
10

**reserve** 6:21,24 7:2,
10 107:3

**respect** 25:9,16
60:14 61:2 94:20

**respond** 66:10 81:21
103:13

**responds** 66:7 85:25

**response** 36:16
63:11 71:25 81:13
85:24 103:9

**responsibilities**
15:13,24 16:3,9 17:6,
9,12,17,22 18:4

**responsibility** 10:4
19:7 23:18

**responsible** 10:24
17:15 42:25

**responsive** 22:3,5,
15,20,25

**restriction** 52:12

**result** 35:20 56:22
58:2 87:24

**resulting** 21:16

**retail** 14:24 15:9,11,
18 16:12 17:9,10
41:21 43:2 59:15
92:22 104:18

**revenue** 10:25

**revenues** 43:16

**review** 36:8,10
87:17,21

**right-hand** 7:22 8:9,
10,19 9:3 46:14

**rights** 50:7 51:11
107:21 108:4

**Rodgers** 45:15,18

**room** 38:14 73:15

**Ross** 94:22

**run** 62:14,16

**running** 15:16

**runs** 47:3

**Ryan** 94:8,23 95:15

---

**S**

**sale** 56:11 63:2
82:12,19 88:23 90:7

**sales** 9:16,17 10:17,
19,21,23 11:6,24
12:2,4 13:11,15,16,

24 14:4,8,17 15:9,24
16:11 17:6,8,15,18,
21 18:5 41:21 42:14
43:2 55:25 92:11,20,
22

**salespeople** 8:24

**SB** 40:23 44:11 46:19
47:2 48:3 52:24
53:11 55:7 73:9 89:3

**scheduled** 32:8 42:6

**school** 6:7,10,18 8:6
46:9

**screenshot** 60:8,10,
24 77:16,21 79:14
80:14

**screenshots** 60:18
79:2

**search** 19:18,21
20:6,23 21:9,10
23:13

**searched** 21:21,23
23:22

**searching** 21:19

**section** 5:16 32:21
48:2 52:6 54:21,23
55:13 75:6

**sections** 107:25

**seeking** 22:16

**seeks** 19:25 20:19

**sell** 11:19 16:23
70:21 72:10,15,18
80:25 81:6,11 96:8
97:11

**selling** 27:25 28:6
30:4,9 47:12,15,16
48:19 74:9 75:4 89:7,
20 90:3 95:17

**sells** 17:19

**send** 60:17 64:2 72:2
80:7 84:23 107:11

**sending** 84:17 85:5

**sense** 5:18,20 78:6

**sentence** 48:3 67:19
72:8 93:11 94:3 96:6,
24

**separate** 15:15 75:3
96:20,21

**separately** 96:18

**series** 19:8

**served** 18:20,23
23:13

**server** 23:18,22

**services** 3:5,7 4:11,
12 31:6,8 32:25 33:3,
11,15 35:20,25 36:2
90:13

**severely** 27:21

**shady** 66:9 67:20
68:2

**shake** 46:2

**share** 97:3,7

**shared** 68:6

**sheet** 107:9

**Shit** 85:14

**short** 51:18

**show** 5:13 63:13,15,
18

**showed** 33:22 48:23
63:19 67:8 74:12

**side** 9:8,9 15:13,18
16:12 41:21 75:25
92:23

**sign** 107:4,9 108:7

**signed** 53:10 54:21

**significantly** 27:19

**signing** 53:11

**Similar** 54:19

**single** 107:14

**sits** 42:14

**situation** 40:9

**skimmed** 63:25
87:23

**skimming** 87:24

**snapshot** 59:19

**Softbank** 40:24 45:9
50:6,13 51:10,25

81:14,17 82:2,5 89:8
90:19

**Softbank's** 51:11
82:19

**sold** 12:20,22 82:4
90:19 93:17 95:20

**solely** 12:5 25:2
38:25 42:4

**solicit** 85:6

**source** 31:12 32:24
33:15 70:2 97:13

**Southern** 3:9

**space** 29:10 56:3

**speak** 5:7 29:23,24
43:19 64:23 98:9

**specialist** 3:16

**specific** 56:5 100:9,
12 106:6

**specifically** 21:23
25:19 26:15 34:2
97:6

**speculating** 95:10

**spoke** 64:9 75:10
79:19 98:19

**spoken** 56:5

**sponsored** 33:4

**staff** 79:21

**stamp** 107:23

**stamped** 44:6 59:25
69:11 77:8,19 91:3
101:22

**stand** 102:16

**standalone** 13:4

**stands** 58:8

**start** 3:3 6:5 44:22
79:10

**start-up** 8:21

**started** 7:9,21 13:18
90:17 91:23 93:18
102:7 103:13

**starting** 8:8 77:13
90:16 95:20 96:3

**starts** 56:19 107:20

**state** 51:9 85:14

**statement** 67:15
72:20

**statements** 5:11

**states** 3:8 27:16
30:24 32:18 35:18
48:2 52:5 72:8 93:11
96:6 99:8 101:10

**stating** 79:18 81:25

**stay** 9:20 10:14 11:2

**stayed** 10:15

**Steve** 14:11 16:7
17:14 35:5 42:13
70:25 90:22 91:2
98:9

**stop** 61:15

**stress** 5:10

**structure** 42:12

**study** 44:17 74:20

**stuff** 13:11

**subject** 25:9 86:22
91:14,20 92:2 93:2
102:9 105:25 107:21

**subjects** 24:23 25:17

**subpoena** 18:13,14,
16,19,23 19:11 23:13
25:22

**Subscribed** 108:19

**subsequent** 66:15,
17

**subsequently** 99:16

**substance** 40:15

**summer** 46:7,8,10

**summers** 8:6,14,16
46:7

**superlative** 107:13

**support** 24:24

**suppose** 49:13

**surprised** 48:24
88:16

**suspicion** 30:18

**Swan** 92:5,8,14,19
102:9,18

**switch** 41:18

---

**T**

**table** 65:20

**tag-team** 95:3

**tag-teamed** 12:2

**takes** 13:17

**taking** 3:11 93:18
108:7

**talk** 33:20,24 66:16
93:2,4

**talked** 71:7 91:5

**talking** 41:10 47:11

**talks** 96:11

**targeted** 26:2

**team** 9:16 10:18,19,
23 11:6,24 12:2,4
13:11,12,15,16,25
14:8,14,16 17:16
42:14 45:3 56:2,3,6
59:14,16

**teams** 10:17

**technical** 78:13

**telephone** 24:21
66:18

**telling** 6:6 94:19

**tells** 80:6 82:3

**ten** 9:21 11:3

**term** 48:8

**terminated** 32:9

**terms** 52:22 92:19

**testified** 4:7

**testimony** 5:11
56:25 108:12

**text** 28:21 36:11,20
59:19,23 60:8,14
63:14 65:22 66:15,
16,17 69:20,24 70:8
77:7,13 78:5,6,7

83:5,11,13 86:14,19,
20 87:8 105:23 106:2

**texted** 63:20

**thing** 45:25 46:4
52:19 73:24,25 74:2
88:5,6

**things** 21:22 66:9
67:20 68:2 91:5 95:4

**thinking** 74:15

**this____day** 108:20

**Thomas** 42:18

**thought** 73:22 74:19,
24 75:19 88:2,4

**thoughts** 33:25
65:25

**thrown** 103:5

**time** 5:12,14,19 6:17
7:13 8:12 9:8 11:8
13:18 19:11 25:6
29:8 39:13,23 43:21
45:5,6 49:17 52:15
58:19 60:25 62:2
63:11 64:20 67:7
68:9,10 70:15,16
74:22 76:6 79:25
82:5,12,16 83:4
87:16,19 89:10 93:16
94:12,17,18 97:22
104:14 105:11 108:7,
16

**times** 93:4 98:9

**title** 9:13 12:8,10,12
17:24 51:11

**titles** 9:14

**today** 19:11,15 25:7,
14 27:10 36:7 39:9
46:22 48:13 49:6,7,8
50:12 51:15 52:14
66:25 73:8 74:13,14
75:9 87:22 88:4
91:17 95:22 101:16

**today's** 4:13 18:14
23:23 108:12

**told** 19:17 32:4,12
40:4 55:16 70:20
72:9 76:6 80:24 81:5
83:25 97:23 98:9,11,
14 99:2,4

**top** 80:19

**topic** 72:5 98:16

**topics** 41:18 71:7

**tough** 52:15 54:14
72:16

**trademarks** 21:18

**trades** 9:19

**transcript** 107:7,10,
13,20

**transcripts** 107:18

**transfer** 50:7,25

**transferred** 50:13
82:6

**transferring** 73:9

**transition** 9:2

**transmission** 80:11

**transmitted** 37:15

**transportation** 54:2

**treated** 96:17

**tripartite** 55:6 89:12

**triumvirate** 17:12

**TSG** 3:16,18

**turn** 19:4,24 20:13
24:16 25:3 27:12
32:14 35:13 46:13,24
49:20 51:4,17 53:14
77:4 80:18 83:16

**turning** 54:20

**two-page** 46:18 60:7

**type** 8:7 10:4,7 54:10

**typing** 79:25

**U**

**U.S.** 3:7 4:19,20
10:22 14:13,14 17:16
24:5,7 46:19 54:4

**U.S.C.** 32:21

**ultimately** 52:25

**Um-hum** 28:11 38:10
104:2

**Um-um** 58:5

**umbrella** 16:24

**understand** 4:16
62:24 70:6 80:10
81:16 86:5

**understanding** 86:2
88:25 97:16

**United** 3:8

**units** 96:21

**University** 6:8

**unreasonably** 48:10

**unrelated** 17:21 18:5
78:19

**updates** 43:22

**user** 77:2

**users** 76:17,21 84:24
85:6

**utilized** 12:6 14:19

**V**

**varies** 43:20

**variety** 71:7

**Verbal** 43:7

**verify** 70:9

**version** 87:5

**versions** 60:17
77:11

**versus** 3:7

**vice** 15:16

**video** 3:4,16 38:4,5,
7,9 66:19 86:21

**views** 75:12

**violation** 32:21 54:5

**virtue** 50:21

**Vista** 13:12 14:5,6,13
16:20,25 17:3,15
59:14 62:13,25 63:2
66:4 67:5 70:21
71:17 72:10 92:12
96:9 97:11

**Vista/xo** 45:4

**Vistajet** 3:7 4:19,21
12:23 13:7,16,22,25
14:19,21 15:21 16:24
17:25 18:4 20:4 21:6,
7,14 22:17 24:4,7,24
25:7,14,16 26:24
27:3,17,20,24,25
28:2,7 29:5,8 30:9
31:3,4 32:3,7,9,19
33:4,5,6 34:5,6,20
35:10,11,23 36:4
39:8,12,18 40:8,23
41:3,21 42:21 43:2
44:12 45:12 46:19
47:2 48:9,20,25 50:8,
9,25 51:20,22,24
52:11 53:11,12 54:4
55:4,7,18,24 57:5
59:7,11 60:16,19
62:12 75:7,15 81:11
82:18 88:19,23 89:7,
14,21 90:12,17 91:8
93:24 99:16,17,21,25
100:3,7,16 101:4
102:5 104:5,9,13,19,
22 105:6,10,14,17
106:10

**Vistajet allowed**
49:2

**Vistajet's** 21:5,17,18
22:11 27:19,21 32:22
33:3,11

**VJ** 44:6,13 46:15,25
51:18

**VJL** 32:22

**vouched** 31:5

**W**

**waiting** 103:23

**walk** 65:19

**wanted** 10:14 56:24
62:14,16 63:3 78:3
99:9

**web** 83:3,7

**website** 57:18,19,20,
23 58:2,11 82:24
96:17

**week** 42:3,6 61:15
65:23 90:17

**weekly** 70:24 71:6,10
72:4 79:21 86:24

**weeks** 38:19 43:10

**West** 10:22 11:6
12:12 16:5 93:9,10

**Whatsapp** 28:23,25
30:16 36:20 37:6
60:15 77:17,22 78:5
79:13,14,15,24 80:11
86:20

**Whatsapps** 43:10
77:25

**whatsoever** 103:25

**White** 59:4 64:24
65:13

**wholesale** 14:24
15:9,13 17:9 59:14

**wider** 27:21

**window** 108:2

**withdrawn** 12:16
23:17 34:20 40:20
86:11 91:23

**withheld** 48:10

**words** 78:10

**work** 7:10 8:2,13
10:7 72:17 82:21

**worked** 6:21 9:7 65:4
94:23

**working** 9:18 62:13
93:12 94:4,13

**write** 70:18 84:6

**writing** 42:5,7 54:4

**wrote** 67:7 81:24

**X**

**XO** 16:25 17:2,3,6,8,
15

**Y**

**year** 9:5 10:16 34:21
46:11 89:14

**years** 7:12,13 9:21,
22 10:2 11:3 15:19,

21 17:4 56:4 105:3

**Yeshiva** 6:8,11,17

**yesterday** 79:19

**York** 3:10,13 7:2,3
10:14,15 93:9

---

**Z**

---

**Zoom** 38:7,15