# Exhibit 17

Confidential

1              LEONA QI

2        C O N F I D E N T I A L

3       UNITED STATES DISTRICT COURT

4       SOUTHERN DISTRICT OF NEW YORK

5

6                      Case No: 1:22cv6206

7   -------------------------------

8   PIONEER BUSINESS SERVICES, LLC d/b/a

9   FOUR CORNERS AVIATION SERVICES,

10          Plaintiff,

11          v.

12  VISTAJET US, INC.,

13          Defendant.

14  ------------------------------------

15

16  Deposition of LEONA QI, 30(b)(6): VisaJets, Inc.
    Volume 2, taken by AILSA
17  WILLIAMS, Certified Court Reporter, at the offices

18  of Stephenson Harwood, London, United Kingdom, on 7

19            December, 2022 at 9:47 a.m.

20

21

22

23

24

25   JOB NO. 219380

Confidential

1                      LEONA QI

2           Q   Ray Dalio?

3           A   Ray Dalio's family office, Sean

4    Taylor.

5           Q   And that is referring to the

6    conversation you had yesterday?

7           A   That conversation, and also there

8    was a phone call.  He called me in July, asked for

9    a proposal, and he said "The brochure that I

10   received, the rates from FCA is much lower."

11          Q   Well, that was true, the rates were

12   lower, weren't they?

13          MR. FRANCO:  Objection.

14          A   The rates FCA offered to them were

15   much lower than what we offered to them.

16          Q   Okay.  So other than the

17   representative from Mr. Dalio's family office and

18   the Middle Eastern customer, are there any other

19   customers who provided the information that is

20   alleged in paragraph 39 of the counterclaim?

21          A   As of right now, I could not name

22   another one, but I need to revisit the documents

23   that was presented to me.

24          Q   Did you see names of other customers

25   in the documents that were presented to you prior

Confidential

1                      LEONA QI

2      to your deposition?

3              A    I don't recall right now.

4              Q    I will tell you that I have not seen

5      produced to us documents that identify customers,

6      so if there are such documents they should be

7      produced to us.

8              A    I have just told you two, so that is

9      plural, right?

10             Q    I know that.  I made my observation

11     to counsel.  If there are additional customers

12     shown in documents, we need to see the documents

13     because they have not been produced.

14             Let me ask you now to turn down to

15     paragraph 42 and read that to yourself.  Paragraph

16     42 states in the first sentence:

17             "In addition, FCA's brochure is likely

18     to cause consumer confusion by implying a

19     non-existent partnership between VistaJet and FCA,

20     and by creating the false impression that VistaJet

21     was either connected to or vouched for the quality

22     of the goods and services that FCA offered,

23     including locating charter alternatives and flight

24     administration and management services."

25             Do you have any evidence that consumers

Confidential

1                      LEONA QI

2   believed that VistaJet vouched for the quality of

3   the goods and services that FCA offered?

4           A    Yes.  Ray Dalio's family office as

5   well as -- because they did speak with -- we have

6   other clients with Bridgewater.  They did speak,

7   they were very confused, asking us if this was the

8   same as VistaJet.  "They are your super agent?"

9           Q    This refers to the conversation

10  about which you testified yesterday?

11          A    Correct.

12          Q    Anything else, other than that

13  conversation, as evidence that there is confusion

14  that VistaJet vouched for the quality of goods and

15  services that FCA offered?

16          A    Yes, because in the market brochure

17  they said has access -- we will manage everything

18  if we do not have, they will help you locate

19  charter alternatives.  The brokers come in and

20  asked.  They were all confused that VistaJet was

21  behind and guaranteed the service, VistaJet

22  authorized FCA as authorized agent on behalf of

23  VistaJet.

24          Q    What brokers said they were confused

25  in that regard?

Confidential

```
 1                    LEONA QI
 2           A   Air -- sorry, Air Service Partners,
 3    Air Partners.
 4           Q   And was that confusion expressed in
 5    any emails?
 6           A   I don't believe so.  If not to
 7    Brian -- I don't know if we produced it, but it
 8    was to Brian Goldfedder and his team.
 9           Q   So you do not know if it was orally
10    or in writing?
11           A   I don't know.
12           Q   We have not seen any written emails
13    to that effect, so if they exist they must be
14    produced and I reserve the right to use them in a
15    resumed 30(b)(6) deposition.
16           A   Sorry, just to address that, there
17    is another customer --
18           Q   Who else?
19           A   -- that was confused.  That was
20    Coca-Cola, when they came in with a safety audit.
21    They were confused that we were part of -- they
22    were buying into part of VistaJet.  They want to
23    do a safety audit.
24           Q   This was in September or October
25    when they made that safety audit request that you
```

Confidential

1                    LEONA QI

2   talk about?

3            A    September or October or maybe even

4   August.  We did produce those emails, right?

5            Q    Not about a safety audit?

6            A    That was when they come in for a

7   safety audit.

8            Q    There are no emails to that effect

9   produced in this case?

10           A    Okay.  I thought there was an email,

11  but anyway.

12           Q    Not about a safety audit.  There may

13  well be an email, but we have not seen it.  Turn

14  to page 19 and read paragraph 86 to yourself.

15           Paragraph 86 states:

16           "FCA's knowing and deliberate conduct is

17  like to result in consumers purchasing its

18  services in the mistaken belief that they

19  originate with or are offered under the auspices

20  of VistaJet, which in turn diminishes VistaJet

21  reputation and goodwill in the relevant market."

22           Am I correct that VistaJet has not

23  allowed FCA to use any VistaJet hours since

24  July 18, 2022?

25           A    Correct.

1                    LEONA QI

2           Q    What products since July 18, 22 is

3    FCA able to sell because of the confusion

4    described in paragraph 86?

5           A    Could you repeat that question.

6                (Question read back.)

7           A    There is a couple of things.  Before

8    that damage was already done, our client were

9    confused, including Ray Dalio's office.  They

10   think that they purchased a product, the service

11   is suspended, they could not use that service, and

12   another thing is that after July 18, FCA now, they

13   are still a broker.  They continue to try to

14   charter flights with the On Demand desk.  Now, how

15   they sell that to whoever they are selling it to,

16   I do not know.

17          Q    Are you aware as to whether FCA has

18   done anything to suggest that it has any

19   connection with or is selling VistaJet hours since

20   July 18, 2022?

21          A    They didn't stop the brochure.  They

22   didn't call all the people that they have

23   disseminated the brochure to and said that this

24   was suspended now.

25          Q    After July 18, 2022, what services

Confidential

1                          LEONA QI

2    counsel to prepare for the deposition?

3            A    This very specific agreement, no.

4            Q    Do you know if anyone at VistaJet

5    worked with -- withdraw that.

6            I want you to turn first to the first

7    recital clause that says "whereas licensor", which

8    is VistaJet International Limited, "is the

9    exclusive copyright owner of photographs taken on

10   or around 7 May 2020 and for March 2021 by

11   Abstract Aerial Art Limited and Simone

12   Migliaccio."

13           A    Simone.

14           Q    Simone, rather.  Can you tell me

15   what Abstract Aerial Art Limited is?

16           A    I don't know.  That must be his

17   company, but Simone is a photographer that has

18   been photographing for VistaJet for multiple

19   years, including he did executive shots for me

20   personally.

21           Q    Did you have any involvement in the

22   photographs that were taken on or about 7 May 2020

23   and for March 2021 by Simone?

24           A    The specific images attached here,

25   correct?

Confidential

1                        LEONA QI

2              Q    Yes.  Did you have any involvement

3    with the --

4              A    No.

5              Q    -- taking of those photographs.

6              Have you seen or -- let me withdrawn

7    that.

8              Is there any documentation from the

9    May 2020 or March 2021 time period between

10   VistaJet International Limited and Abstract Aerial

11   Art or Simone Migliaccio regarding ownership of

12   the photographs since March 2021?

13             A    Has there been any discussion?

14             Q    No.  Are there any documents from

15   that time period, any documents from that time

16   period, meaning May 2020 or March 2021, evidencing

17   that VistaJet International is the copyright owner

18   of the photographs that Mr. Migliaccio took?

19             A    I am not aware of the documents, if

20   there were.

21             Q    Are you aware as to whether there is

22   an agreement between VistaJet International and

23   Mr. Simone Migliaccio or Abstract Aerial Art

24   pursuant to which Simone Migliaccio takes

25   photographs for VistaJet International?

1                      LEONA QI

2           A    There must be.  We hired him.  He

3    has been our photographer on multiple occasions.

4           Q    Do you have knowledge of an

5    agreement, as opposed to assuming there must be an

6    agreement?

7           A    I have not seen the agreement but

8    even if you hire a photographer to take photos of

9    your baby there is an agreement.  I assume there

10   is one.

11          Q    Do you know whether the agreement

12   provided an agreement -- withdraw that.

13          Do you have any understanding as to

14   whether before -- withdraw that.

15          In the next paragraph it says:

16          "Whereas, Licensee [and 'Licensee' is

17   VistaJet US] has had a license to copy, reproduce,

18   distribute, display and create derivative works of

19   the Works from Licensor since at least as early as

20   16 March 2021."

21          Are you aware of the existence --

22   withdraw that.

23          Is there any document from the time

24   period of March 2021 showing that VistaJet US had

25   a license to copy and reproduce the documents that

```
1                    LEONA QI

2   are defined as "Works" in the first recital

3   clause?

4          A    I have not seen it.  I assume there

5   is.  Any professional photographer and company

6   would have.

7          Q    This is referring to an agreement

8   between or license between VistaJet International

9   and VistaJet US.  Are you aware of any documents

10  showing that VistaJet International granted a

11  license since at least as early as 16 March 2021

12  to VistaJet US?

13         A    Between VistaJet International and

14  VistaJet US, granted for VistaJet US to reproduce

15  this work from VistaJet Limited.

16         Q    Are there any documents from

17  March 2021 --

18         A    Between the two VistaJet entities?

19         Q    Reflecting that license, yes?

20         A    I am not aware.  I don't know.

21         Q    We will mark as the next exhibit,

22  which is Exhibit 60, a letter remit on VistaJet

23  letterhead to Simone Migliaccio, signed by

24  VistaJet International and Simone Migliaccio on or

25  about August 19, 2022.  It bears Bates numbers
```

1                    LEONA QI

2    VJ3110.  Take a moment to read this document and

3    then tell me whether you have seen this document

4    before your deposition, or before just being shown

5    to you today.

6              (Exhibit 60 marked for identification)

7              A    I don't think I have seen it before.

8              Q    You didn't see it in preparation for

9    your deposition either?

10             A    I think -- I am not sure actually.

11   I can't recall if it was in the package.

12             Q    What did you do in connection with

13   preparing as a corporate witness to understand the

14   ownership rights that VistaJet US and VistaJet

15   International had in the photographs that are the

16   subject of the copyright claim in this action?

17             A    In this specific one, I reviewed the

18   packages that my team -- the legal team sent to

19   me, include basic knowledge and terms of what

20   copyrights and IP is.  Obviously I am not a

21   lawyer, but I reviewed I think -- I just cannot

22   recall if this specific document is in it.  It

23   probably is.

24             Q    Do you recall what documents you

25   reviewed regarding the ownership of the

Confidential

**$**

**$150**  315:17 316:15,
25 317:8,16 318:2,20
319:9

**0**

**07**  358:20

**09**  355:23

**1**

**1**  279:23 282:4,9
287:3 288:14,19
295:15 296:23 297:4
298:20 310:12 311:3,
5 315:5 316:8,15,24
317:8 318:19 319:8
320:10,12 321:19,22
336:7,21 339:21
349:20 356:21 357:7,
25 360:7,8,12 363:15
388:9 389:4 392:23

**10**  315:13

**10%**  370:3

**100**  347:17 370:2
385:21

**1000**  313:6

**10:41**  303:14

**11**  322:7 336:25
338:25 339:13 340:6,
10 415:24 416:3

**11:01**  303:18

**11:20**  284:21

**11:46**  337:10

**12**  324:16 352:8

**1200**  316:3

**12:00**  337:13

**12:42**  368:8

**12:55**  368:12

**13**  402:12

**13:31**  396:2

**13:46**  396:6

**14**  402:12

**14:11**  416:9

**14:20**  416:13

**14:21**  417:9

**150**  315:12

**16**  344:20 345:11
349:24 350:6,11

**17**  392:10

**173**  396:18

**18**  275:8 278:8 280:4
329:24 330:2,12,20,
25 331:14,25 332:18
333:10,13 362:13
363:2,7,15 365:7
390:10,14

**185%**  393:9

**1880**  284:13

**19**  329:14 345:25

**2**

**2**  384:20 401:16

**2,100**  385:24

**20%**  378:9

**2006**  334:5

**2019**  338:11 375:22

**2020**  342:10,22
343:9,16

**2021**  342:10,23
343:9,12,16 344:20,
24 345:11,17 349:19,
25 350:6,11 351:10,
22 352:2,12,13
363:9,10,15 377:19
378:2,3 393:11

**2022**  278:17,21 279:6
280:4 282:9,16
284:10,12 291:13
298:7,12 315:13
316:15 329:24
330:20,25 331:14
334:4 336:21,25
338:25 341:13
345:25 355:22 357:4

**358:20** 363:15
368:16 371:23
372:18,24 374:4
375:13,21 378:2,3
383:9 384:10,13
385:22 386:6,10,15
387:18 392:10
393:10 394:3

**21**  292:8

**2164**  375:10

**2165**  378:22

**2166**  379:25 381:5

**2187**  393:6

**2188**  394:9

**22**  330:2 341:12,22
368:16 376:25
377:19

**2214**  372:6,10

**2220**  374:3

**23**  292:8 298:7,12
341:13

**2345**  368:17

**24**  292:13 293:9,22,
24

**2437**  384:10

**25**  284:21 312:3
314:17 355:22
356:16 357:4 358:19
372:3

**25%**  375:19

**27**  291:12

**27%**  375:21

**2873**  315:7

**29**  280:6 374:3

**2nd**  338:2

**3**

**3**  315:7 322:4 360:6,
20

**3.36**  277:19

**30**  377:10 401:5,16
409:18 416:25

**30(b)(6)**  282:2,21,23
283:2 321:13 324:2
328:15 351:8 396:10
405:15 407:16

**300**  378:4

**3098**  353:13

**31**  284:10,12 286:5,
18 396:17 398:7
401:5

**3105**  341:15

**3110**  349:14

**3113**  348:9

**3133**  359:6

**32**  399:16 401:9
402:18 404:6

**33%**  375:23

**35**  395:8,19 396:11,
12,16,17 397:19
398:24 400:9,11

**350**  293:14 385:23

**37**  322:8,10,12
323:13 324:5 396:11,
12

**38**  396:12

**39**  324:17 325:20

**4**

**4**  349:18

**40**  395:20 396:12,13

**40%**  377:10

**400**  376:2

**41**  396:12,13 398:6
400:10 404:3,18
415:15,18

**42**  326:15,16

**43%**  372:23 373:3,8,
18,20 375:16

**44**  337:3

**45**  396:15

**5**

**5.24.2022**  294:12

**5000**  306:25 307:6,9,
13,19 357:21 358:7
369:18

**5000/6000**  303:24
307:4

**52**  267:10,13,22

**53**  280:3,7

**54**  284:9,14

**55**  291:11,16 311:21,
22

**56**  310:8,18 311:20
315:6 321:19,23

**57**  334:3,6

**58**  336:24 337:4,15

**59**  341:9,11 347:5,9,
10 348:3 359:5

**6**

**60**  345:22 346:6
347:19 348:4,9
350:14 359:4,5 383:3

**6000**  307:6,9,13,19
357:21 358:7

**61**  353:3,8 359:4

**62**  355:21,24 357:8,
25

**63**  358:18,21 359:23

**64**  368:14,18

**64%**  393:2,16

**65**  371:22 372:4

**65%**  382:4,12

**66**  373:25 374:6

**67**  294:16 384:7,11

**68**  267:12 374:5
386:5,8

**69**  392:9,14

**7**

**7** 334:4 342:10,22

**7.1.22** 310:9

**70%** 393:17

**74** 310:14

**7449** 293:8

**7451** 292:4

**7452** 292:4

**7454** 294:9,14,16

**7455** 297:18

**7456** 302:14 303:20

**7500** 357:22 358:8 369:22,25

**7502** 291:15

**7540** 292:12

**76%** 375:20

**77%** 382:23

**8**

**8** 371:23 372:18 384:14,15,19 386:11 399:20

**8268** 269:10

**86** 329:14,15 330:4 331:9,14 332:13

**87** 386:7

**9**

**9** 384:9,13,16,18,23 386:6

**90** 392:13

**99** 353:7

**9:47** 267:5

**A**

**a.m** 284:22

**Abarno** 337:20 338:8,14,20 339:2,
13,18,21,22 340:13, 17

**ability** 270:21 275:24 276:4,12,13 366:23

**absolutely** 313:7,9, 11

**Abstract** 342:11,15 343:10,23

**accelerate** 385:5

**accelerating** 372:2 393:19

**accept** 300:5 301:3, 19 302:2 304:5,16 305:7 307:24 308:4, 7,10,21 309:8,20 310:4

**accepting** 301:13 404:22

**access** 303:23 327:17 385:23,24 390:11

**accounted** 381:9

**accounting** 393:2

**accretive** 385:14

**accuracy** 376:10

**accurate** 300:15 373:11 376:6 378:5, 10 379:9,13,17,20 381:14,16,23,25 382:15 383:4 384:4 385:8,17,25 393:4, 12,22 394:7

**acknowledging** 406:22

**acquire** 299:11 308:11 407:7

**acquired** 273:16 299:14 307:12 335:19 336:4 375:25

**acquiring** 333:12

**acquisition** 335:20, 23 336:8

**acquisitions** 385:13

**action** 346:16

**actions** 364:2

**actively** 293:17 297:14

**activity** 381:20 382:6,23

**actual** 313:22 357:15

**added** 270:11 385:21 398:11,15

**addendum** 271:25 279:23 287:3,14,23 288:15,22 314:25 340:8 394:22 400:19, 20,22 401:14,23 403:22 405:11 406:2, 5,6,14,22

**adding** 381:12

**addition** 326:17 376:2

**additional** 326:11 356:25 394:4

**address** 282:7,16 283:4 287:6 328:16 336:10,13,14 349:17, 24 394:19

**addressed** 285:15 323:25

**administration** 326:24

**advance** 303:22 308:23 410:23 412:4

**advertisement** 372:22

**advertisements** 372:7

**advice** 293:23 295:22,24

**advise** 288:15,23 321:18

**advised** 321:22 323:12 324:23 396:8

**advising** 339:22

**Aerial** 342:11,15 343:10,23

**aeroplane** 294:15

**affect** 399:10 404:14

**affected** 399:5

**afternoon** 407:21

**agent** 314:8 327:8,22

**agree** 399:12 404:5

**agreed** 349:24 395:10 403:12

**agreement** 271:20 281:12,16 287:8 299:12,22,25 309:13 315:2 340:8 341:10, 17,22,25 342:3 343:22 344:5,6,7,9, 11,12 345:7 347:6,8, 12,19 349:22 352:11, 16,17,21 358:19 359:4 360:9,12,24 366:14,15,18 369:17 387:12 395:11 401:20 403:7,10,20 405:11

**agreements** 271:24 279:22 281:20 282:3 288:22 299:5,10 310:21,22 365:11,24 366:10 367:10 403:23

**air** 322:23 323:7,8,11, 20 328:2,3 385:12

**aircraft** 296:8 307:7, 17,19 316:17 317:20 322:18 350:18 357:24 358:7 361:5, 20 364:3 365:2 366:12,23 367:14,25 369:8,14,18 370:4, 10,21,24 371:2,13 385:21,23 391:16

**aircrafts** 307:10

**alert** 269:5,8 386:18

**alerted** 268:11,25 324:18

**alerting** 322:15

**allegation** 332:12

**alleged** 325:20 331:3,13,25

**allegedly** 320:12

**alliance** 385:24

**allowed** 274:16 275:19 329:23

**331:16

**allowing** 291:2 314:8

**aloud** 376:6 383:17

**alternatives** 326:23 327:19

**amend** 360:8

**amended** 322:3 360:24

**Amendment** 358:18 360:6

**America** 381:9 394:6

**amount** 315:11 321:6

**amounts** 317:21

**analyses** 316:14,23 319:15 320:11

**analysis** 319:20,21 320:3,14

**and/or** 394:21

**announces** 374:3

**answering** 308:25

**answers** 271:6,8,11 276:22

**antecedent** 312:7

**Anthony** 310:9,11

**anymore** 297:7 331:16,20

**AOC** 336:15

**apologize** 353:23 368:19

**apparent** 374:13

**appeared** 267:16

**appears** 336:10 374:2 392:9

**application** 354:6 355:16

**applications** 356:18 357:2

**approach** 308:12

**approached** 279:24

**approval** 271:23

302:21 308:11

**approve** 309:4

**approved** 268:12

**approximately** 289:19 316:3 353:16

**April** 279:23 282:9,16 287:3,9 298:20

**argument** 304:20 305:6

**arrange** 335:24 367:3

**arranged** 269:4,24

**arrangement** 365:21

**arrangements** 365:18

**Art** 342:11,15 343:11, 23

**article** 368:14,23 369:2,7,9,11,19 371:7,11,23 372:5, 12,14 374:18,25 375:8 392:15

**ascertain** 360:16

**Asia** 371:24 372:16 382:23

**asks** 309:25

**assembled** 279:10 417:6

**asset** 298:6,11,22 300:12,21

**assets** 298:5,25 301:14,15

**assigned** 307:17

**assignment** 279:22, 25 283:10 285:5 286:10,25 287:4 307:18 314:25 340:8 351:5 398:11 401:19 403:10,21 405:11 406:13

**assume** 300:4,7,14 301:2,25 302:16,18 309:5,25 344:9 345:4

**assuming** 292:16 302:3,6,8 303:20

305:2,3 318:15 339:7 344:5 352:20,24 370:15,18

**assumption** 300:6, 18,19,23 301:4,8,13, 20 302:2,22 303:6 304:3,10,16 305:7,22 307:24 308:2,5,8,10, 21,25 309:3,7,8,9,19, 21 310:4,6 400:21,23 401:20 403:10

**assumptions** 304:7

**attached** 281:12,14 310:15 311:4 337:18 338:13,18 342:24 349:20 401:22

**attaching** 310:12

**attachment** 310:9

**attachments** 291:12,23 310:20

**attempt** 402:18

**attempting** 277:14

**attendant** 296:8 350:19

**attendants** 369:14

**attention** 280:11

**Atti** 352:5

**attorney** 276:12,13 295:22,24

**attorney/client** 291:19

**attributable** 393:18

**audit** 274:8 275:23 278:7 328:20,23,25 329:5,7,12

**audited** 376:14

**auditors** 376:14,16, 17

**audits** 273:24

**August** 294:19 329:4 341:12,22 345:25 355:22 356:16 357:4 358:19 374:3 384:9, 13,14,15,16,18,19,23 386:6,10,11

**auspices** 329:19

**author** 369:12

**authority** 367:24

**authorization** 362:2 386:24

**authorize** 365:19 366:10

**authorized** 309:21 327:22 358:23 365:3 370:13 371:8 387:3, 21

**availability** 294:11 398:10

**average** 316:2,16 317:18,19

**aviation** 298:5 310:13 322:15,19,22 323:8,10 337:22 371:25

**Aviation's** 397:14

**aware** 267:25 269:9 271:18,22 281:8,23, 24 285:3,8 287:11, 15,18,20,24 288:4 290:13 292:7 293:5, 6,23,25 317:7 330:17 331:21 332:17,20 333:5,9 334:16 336:3,19,22 338:24 339:4 340:12 341:24 343:19,21 344:21 345:9,20 350:5,10, 15,24 356:17,23,25 357:5,22 358:2 361:4,18,22 363:16 364:8 365:11,15,18, 23 366:9 367:23 369:15

**AXS** 410:8 411:7

---

**B**

**baby** 344:9

**Bachelor** 359:2,7

**back** 274:11 283:5 285:24 292:22 295:7 304:20,21 305:7 311:18,19 315:4

322:2 330:6 349:13 359:22 361:9,11 367:2 370:9 395:10, 24 396:19 397:11,21 399:13 403:4 414:3 415:12,21

**backdrop** 375:15 381:19

**bad** 323:21

**balance** 298:23,25

**base** 372:24 373:4,9, 15,19 375:17 376:2 394:5 399:15

**based** 299:20,23 302:22 310:5 315:24 316:10,17 317:18 332:18 403:14

**basic** 346:19 401:18

**basis** 291:19 315:16 316:5 317:16 331:9, 12 364:11 399:21 400:11,12 403:11 404:7,19

**Bate** 396:18

**Bates** 272:11,12,13, 17,20,24 273:2 280:5 284:12 291:14 310:14 315:7 334:5 337:3 341:14 345:25 348:9 353:6,13 355:22 368:16 368:16 372:3 374:5 384:10 386:7 392:13

**bathroom** 395:21

**bearing** 355:22 358:20 396:11

**bears** 267:12 310:13 337:2 341:12,14 345:25 353:6 374:4 384:10 392:13

**beginning** 267:2 303:16 322:24 368:10 396:4 402:7, 13 416:11

**begins** 383:8

**behalf** 327:22 332:23 348:14 358:23 359:18 366:2,16

**367:4**

**belief** 278:14,18 329:18

**beliefs** 287:22

**believed** 327:2 389:14

**benefit** 372:5

**benefits** 319:15,21, 22,25 320:5,6

**Bernardo** 407:13 410:9,20

**big** 274:10 370:4,5

**biggest** 389:13

**bit** 310:10 398:15

**block** 283:16 286:21 287:18,20 303:3 306:3,6 312:19

**blocks** 300:3

**Board** 268:15 269:12

**bold** 302:23

**Bombardier** 369:23, 25

**bondholders** 376:15

**book** 273:15 274:16, 24 275:25 276:4 278:9

**booked** 268:25 269:6,7 274:10

**booking** 297:7

**boom** 389:8,14

**bore** 272:11

**bottom** 291:21 311:24 375:11

**bought** 350:19

**bound** 281:14

**box** 378:23 379:2,3 394:11

**brain** 276:11

**brand** 322:17 365:7,8

**brand's** 376:3

**brands** 365:17

**breach** 275:16 278:12,25 288:15 308:3 312:4,18 314:22

**breached** 309:13

**breaching** 287:16 297:15

**break** 303:15 337:11 368:9 395:20 396:3 416:10

**Brian** 310:11 323:2 328:7,8 396:23 397:21 399:14 400:17 401:17 402:2, 10 403:3,18 413:23

**Bridgewater** 327:6 334:19,20,24 335:4, 6,11,17,25 336:21

**briefed** 355:18 356:12

**broader** 288:5,9 289:11

**broadly** 386:14

**brochure** 288:3 289:4,9 290:15 291:9 294:10,12,16,17 295:9,17,21 296:4,7, 22 297:10,11,13,17 298:7 307:23,25 308:9,13,21 313:17 314:6 316:18 319:16, 23,24 322:13 324:19, 24 325:9 326:17 327:16 330:21,23 331:3,15 332:2,9,19, 25 334:16 355:5,11 364:23

**broke** 337:15

**broker** 293:16 316:11,17 323:15,19 330:13

**brokerage** 401:23

**brokered** 312:14

**brokers** 289:11 290:15 317:23 322:15,19,22,25 323:8,10,11 324:3, 13,18 327:19,24

**build** 365:7

**bullet** 315:10 385:4, 11,20 388:20,23 390:20

**bullets** 385:3

**bunch** 347:24 374:15

**business** 368:14 369:16 370:19 386:21 388:6

**busy** 412:19

**buyers** 285:22

**buying** 328:22

**byline** 368:15

---

**C**

**Caffery** 397:3 400:7 404:19,24 405:8 406:15,16 407:3,5,14 411:19 413:12,19 414:24 415:3,4,7

**calculated** 318:21, 23

**calculating** 317:25

**calculation** 317:3

**calculations** 316:13

**call** 281:3,5,6 290:3,4 325:8 330:22 340:22 341:4 401:6,10 402:16 403:18 413:4 415:9 416:2

**called** 269:17 281:13 322:22 325:8 404:11

**calls** 397:2 409:23 411:6,8,19 414:7

**calm** 276:24

**camera** 333:21

**Cameron** 336:25

**capabilities** 385:15

**capacity** 322:18

**card** 294:11 297:19 298:8 299:19 301:24 313:18,19 355:4

**Carolina** 280:21

**Caroline** 280:14

**carries** 375:11

**case** 271:19 272:5,16 305:23 321:5 329:9

**Castro** 337:2

**caused** 331:3,25 332:19

**cautious** 276:20

**cease** 337:25 362:5

**CEO** 269:12

**ceremony** 369:24 370:5,8

**certificate** 353:5 355:21 356:4,10,16, 20,22

**certificates** 356:23 358:3

**cetera** 365:20

**chain** 280:12 284:12 291:12

**chair** 304:20,21 305:8

**Chairman** 268:15

**Challenger** 285:23

**challenging** 375:15

**change** 311:16 336:13 397:20 399:20 400:12 404:6

**changed** 285:2 399:15,17

**charged** 275:6

**charter** 268:23 326:23 327:19 330:14 389:8,14

**chartered** 335:19

**chartering** 333:11

**check** 378:9

**checked** 267:15

**choice** 378:19 383:24

**chopped** 368:20

**Chris** 407:13 411:18

**Christine** 312:10 396:23 397:13,17 398:16 399:8,12,23, 25 400:15 402:6,15, 19,20,24 403:4,7 404:10,11,13 405:6

**Christopher** 291:13

**circulate** 317:21

**circulated** 313:13 402:3,6

**circulating** 289:4 308:23

**circumstances** 355:14 356:9

**claim** 315:16 346:16 347:3

**Clare** 350:21

**clarification** 359:21

**clarified** 397:15 402:5

**clarify** 272:13 274:9 312:19 336:4 361:8 399:24

**clause** 342:7 345:3

**clear** 312:11 413:19 414:5

**cleared** 315:13

**click** 375:6

**client** 268:7 276:21, 22,25 277:9 280:22 314:16 330:8 332:8 372:2,25 381:12 393:19 394:4,5

**client's** 276:14

**clients** 277:7 306:7, 11,16 313:15 314:4 315:21 327:6 381:12 383:2 385:22

**close** 347:23 354:9, 11,16

**closing** 385:12

**co-ceo** 359:11

**Co-cfo** 359:8

**Coca-cola** 268:3,5,6, 10,17,21 269:4,12,21 271:20,21,23 272:2 273:15,23 274:18 275:23 278:7 328:20 333:10,11,18 337:2 338:15,18 339:3

**Coca-cola's** 273:23

**colleague** 416:7

**color** 350:18

**combined** 375:17

**commenced** 294:20 363:25

**comments** 276:15 277:5 278:2,4 333:25 390:6,18 391:25 404:20,23,24

**communicate** 289:13

**communicated** 289:15 323:9 403:3

**communication** 339:14

**communications** 282:3,8,16 283:8,24 289:23 322:14,20 323:12 324:4 394:20 405:16

**company** 268:5,21 274:11 294:5 331:8 333:19 335:18 342:17 345:5 366:6

**compared** 377:19 382:24

**competing** 293:18 322:16

**competition** 292:25 312:15,21

**compiled** 376:8

**complaint** 296:5 313:14,21,23 314:2 322:3

**complaints** 287:13

**completely** 290:17

Confidential

Index: compliant..decide

**compliant** 331:6

**concluded** 282:24 335:22

**condition** 299:25

**conditions** 299:15

**conduct** 276:14 287:22 329:16

**confer** 416:6

**conference** 388:7,8 389:5 390:23 391:5, 20 401:10

**conferences** 390:13

**confidential** 377:7, 13 378:12,17,20 380:6,8,11,24

**confidentiality** 299:21,24 380:3 381:3

**configurations** 369:13

**confirm** 313:6 349:22

**confused** 276:7 327:7,20,24 328:19, 21 330:9

**confusing** 276:6,10

**confusion** 312:16 326:18 327:13 328:4 330:3 331:3,25 332:18

**connected** 326:21

**connection** 330:19 346:12 351:7 358:5 371:14,16 409:14

**consent** 281:17,18, 20,22,25 303:21 308:6 367:10

**consistent** 414:10

**constraints** 412:18

**consult** 303:4

**consume** 271:7

**consumer** 326:18

**consumers** 326:25 329:17

**contact** 274:21 283:17 314:15 334:18 335:4,7

**contacted** 339:2 340:13,17,22

**contemporaneous** 351:9

**contending** 288:21 316:4

**contention** 288:14

**contents** 297:12 408:21

**context** 407:16

**continuation** 267:3

**continue** 330:13 332:23

**continued** 332:21 375:23

**continues** 371:24 392:11

**continuing** 332:5,6, 10

**contract** 274:23 275:4,5,6,13,16 278:13,24 287:17 297:15 303:2 304:4, 6,11 305:22 306:2 308:4 312:5 314:23 359:11,14

**contracted** 306:11

**contracting** 314:13

**contrary** 277:8

**contributed** 393:16

**conversation** 290:24 291:5 293:5 295:24 296:18 325:6, 7 327:9,13 333:3 341:3 399:22 400:18 405:2,7

**conversations** 295:20 396:22 397:16 413:7 414:21

**copied** 312:23 338:21 368:21

**copies** 288:3 310:20 355:6 417:4

**copy** 295:8 341:20 344:17,25 355:12 359:23 388:22 417:3

**copyright** 341:10 342:9 343:17 346:16 347:2 353:4,15 354:5 355:15 356:19 357:2, 9,23 358:8,19 363:25

**copyrighted** 358:15

**copyrights** 346:20 357:13,17

**core** 385:5

**corner** 272:16 273:7 397:14

**corners** 267:11 272:12 285:13 294:10 310:13 312:4 355:11 397:23 398:11 399:13,14 403:12

**Corners'** 334:15

**corporate** 317:6 323:17 331:8,11 346:13 371:12,19 390:15

**correct** 269:21 274:8,17,18,25 275:3,12,25 278:6,18 283:19 288:9 289:18 290:25 299:5,6,7 300:23 301:20 303:2 306:4,16,19,20 307:10,11,14,20 309:9 310:2 323:6 327:11 329:22,25 333:16,18 338:5,16 340:8,10 341:6 342:25 347:10 348:20 349:5,10 351:18 359:4,6,18 360:25 362:14 368:24 372:19 373:21 380:20 386:12,13 394:23,24 396:13,19 397:5 398:9,19 401:15 403:11,23 404:4 411:5 415:16

**corrections** 417:2

**correctly** 373:23

**correspondence** 279:6,10,13,14,16 288:13 293:7

**counsel** 275:8 276:7 278:15,21 279:15 282:5 288:13,20 295:16 297:3 301:3 303:4 316:8 319:4,7 326:11 341:18,21 342:2 351:3 355:19 356:12,14 377:6 378:14 394:21,22 395:9,12,14 396:8, 20,23 397:23 399:14 405:5 408:15,16 409:12,16 410:2,8 411:12,14 412:6,7,8, 19 413:3,7 415:23 416:15 417:3

**counsel's** 403:19

**count** 355:2

**counted** 355:7

**counterclaim** 322:3 325:20

**couple** 292:4 330:7 390:15 396:22 410:3 411:18

**court** 279:5 417:5

**courts** 364:6

**cover** 297:18 370:8

**coverage** 394:4

**crappy** 276:12

**create** 344:18

**creating** 326:20

**cross** 373:2

**crystal** 312:11

**customer** 268:7 273:25 274:3,14 296:6,18 308:12 313:21,25 314:6 324:21 325:18 328:17 335:11,14,18 340:7

**customers** 268:2 274:16,24 275:10,18 296:6 299:16 300:3,9 324:18,23 325:19,24

326:5,11 332:15,22 399:16,18,20 402:4, 18,21,23,25 403:13 414:2

**cut** 310:10

**D**

**Dalio** 324:25 325:2 333:5 340:18,19

**Dalio's** 325:3,17 327:4 330:9 332:5

**damage** 315:19,22 316:19 320:5 330:8

**damaged** 315:11

**damages** 275:5 315:17,23 316:4,6, 21,25 321:6

**Daniele** 280:5,14,16 283:13,17 284:10 286:13

**data** 268:18

**database** 339:5,10

**date** 297:8 298:7 336:8,11 341:12,13 349:25 368:15 384:16

**dated** 280:4 284:10, 12,21 291:12 292:13 294:11 310:9,12 334:3 336:25 355:21 358:19 371:23 374:3 386:6 392:10

**dates** 414:6,9

**David** 289:7 294:22 295:10 408:17

**Dawn** 397:23

**day** 319:17 320:13 391:21 408:5 409:3 414:8

**days** 338:25 416:25

**deal** 293:19

**dealing** 351:21

**Dear** 338:19

**decide** 305:11

307:17 383:21

**decline** 307:24 308:7,24 309:16,20 310:4,6

**default** 275:5 278:25 288:21

**defined** 345:2 349:25 350:8

**definition** 350:2

**Deiana** 280:5,14,15, 16 281:7 284:4,10,21 285:15 292:6,13,19, 22 293:10,12

**delayed** 284:23

**deliberate** 329:16

**delivery** 369:22

**demand** 268:23 316:14 317:9,16 319:9 330:14 372:2 394:6

**denied** 278:8

**department** 376:8 387:12,22

**Deposit** 375:23 376:3

**deposition** 267:4 272:6,22 273:8,20 278:23 279:7,17 303:17 305:8 317:6, 17 318:2 319:17 320:13 321:14,15,17 322:24 324:9 326:2 328:15 337:13 341:19,21 342:2 346:4,9 347:14 351:8 355:17 358:5 360:17, 23 368:11 374:23 396:5 407:6,8,22,23 408:2,8,11,14,21,23 409:2,5,7,15,16 410:15,23 411:12,15, 25 412:4,6,12 414:17 415:2 416:12,19

**depositions** 272:10 396:10

**Derek** 320:21

**derivative** 344:18

**designate** 377:6,12 378:15,16

**designated** 380:6,13

**designating** 380:23

**desk** 330:14

**details** 389:25

**determination** 321:5

**determine** 309:15 358:6 364:24

**dialogue** 334:20 335:3,6

**difference** 320:7

**differentiate** 272:25 410:5

**differentiation** 404:22

**difficult** 276:20

**digit** 375:14 376:21

**diminishes** 329:20

**direct** 268:24 274:9, 13 292:24 314:15 334:20 335:3,6

**directed** 276:16 283:16

**directing** 304:12

**direction** 283:21,23

**directly** 274:10 289:16 293:18 308:17 333:12,20 334:24 357:14

**directors** 348:16

**disagrees** 301:8

**disclaimer** 358:11

**disclose** 296:13

**disclosed** 400:8

**discuss** 277:6 290:21 297:9,16 398:10 402:19 405:13 409:6,7 410:3

**discussed** 285:21 290:3 297:5 336:15 340:4 396:25 398:19

400:14 402:16 404:7 405:6 408:21 412:9

**discussing** 284:24 318:25

**discussion** 290:11, 12 297:10 334:13 343:13 395:16 404:19

**discussions** 284:5 285:4 286:8,18,23 287:7,12,21 294:3 295:16 296:21,25 312:24 314:18 334:9 339:17 351:2 355:13 356:9 390:12 400:7 404:22 407:22 411:11 413:13

**display** 344:18

**dispute** 364:22

**disseminate** 386:14

**disseminated** 322:13 330:23

**distribute** 344:18

**diversity** 391:9

**document** 271:18 280:13 284:20 310:25 318:11,13,15, 16,17,19,22 319:8,11 321:4,14 324:12 341:9 344:23 346:2, 3,22 350:5 353:3,9 358:18 359:17,22 360:4,5,16,19 362:17 368:22 373:25 374:9, 14 380:3,7,11,19,22 384:7 392:9 394:16 400:5 415:10,17,19

**documentation** 343:8

**documents** 272:4,7, 9,11,18,20,24 273:6, 12 279:5,9 282:6 317:7 320:23 321:5, 7,12,16 323:22 324:10 325:22,25 326:5,6,12 343:14, 15,19 344:25 345:9, 16 346:24 347:15,20, 25 348:3 350:10,15, 24 355:10 358:25

371:18 412:21 414:25 415:5,12,22 416:3

**dollars** 316:5,7

**double** 375:14 376:20,21

**doubled** 381:21

**doubling** 381:11 385:7

**doubt** 376:10,13,14

**download** 375:7

**downloaded** 308:18

**dozen** 409:22

**draft** 311:11 400:19, 21,22 401:13 403:6, 9,16

**drafted** 399:16 401:14,19 403:7,9,15

**drafting** 405:16

**draw** 280:11

**driven** 375:15,20 381:11 382:25

**duration** 408:7

---

**E**

**earlier** 269:20 353:15 394:17 398:23 401:2, 3 405:6

**early** 339:18 344:19 345:11

**East** 296:7,10,17 313:22 382:25

**Eastern** 314:6 324:21 325:18

**EBITDA** 377:20 378:2,3,8 380:5,12, 15

**Edge** 335:18,21,23, 24 336:4,5,8,14,18 375:25 385:13 394:3

**edits** 397:12,15 398:16,20,21 399:25 400:2 404:9,10

**EF** 340:13

**effect** 322:20 324:4 328:13 329:8

**Effective** 349:25

**effort** 273:19,22 324:8 354:22 358:4

**efforts** 364:18

**Either/or** 307:20 415:4

**Ellis** 410:9

**else's** 276:17

**email** 267:10,17,19, 22 269:10 280:3,8, 12,13 281:23 283:20 284:9,11,15,20 285:14 286:5 289:14 291:11,20 292:7,12, 19,21 293:25 310:8, 15 311:4 312:10,18, 25 321:3 329:10,13 334:3,7,10,13,21 336:10,12,14,16,24 338:13,16,17,19 339:5 396:17 398:2,7 400:15 401:7,8 408:19,22

**emails** 269:24 270:5, 12,24 284:18 291:8, 18,23 292:2,4,5 311:24 320:24 328:5, 12 329:4,8 337:16,18 339:9 413:20 414:4, 10,20

**employ** 308:24 338:3

**employee** 299:2 323:3,5 348:23

**employees** 412:11, 16,24

**employment** 349:7, 12 359:11,14

**end** 362:12

**engine** 364:12,24

**entered** 352:12

**entire** 364:14 370:12 371:7 385:15 405:2

**entirety** 294:18,21, 25 295:7

**entities** 345:18

**entitled** 271:4,12 294:10 300:17 301:5 331:7,11 341:9 351:5 353:4 358:18 360:6 371:24 374:3 380:8 392:11

**entity** 280:23 336:19 348:19 349:9

**Ernst** 376:18

**errors** 416:25

**estimate** 315:19 316:21 317:12

**estimated** 315:24 316:10

**Europe** 323:15 381:19 382:15,18,19 386:6

**European** 323:19,21

**evaluate** 273:19 316:19

**evening** 293:9

**event** 278:6 309:15 391:19 392:2

**events** 390:16 391:13,14

**evidence** 300:17 326:25 327:13 332:12 350:11

**evidencing** 343:16

**evidentiary** 305:6

**evolving** 372:25

**EVP** 280:16,19

**exact** 273:17,21 299:25 314:5 321:2 363:11 368:4 377:24 386:19 409:21

**examples** 349:19 361:17

**Excel** 317:10

**exchange** 267:10 280:4,8 281:24 283:20 284:10,16 286:17 292:7 294:2 313:2 336:24

**exchanged** 278:17

**exclusive** 341:10 342:9 358:18

**exclusively** 350:20

**executed** 400:4

**executive** 269:11 271:21 280:22 337:22 342:19

**executives** 268:22

**exhibit** 267:9,10,13, 22 280:3,7 284:9,14 291:11,16 310:8,18 311:19,20 315:6 321:19,23 322:4 334:3,6 336:23,24 337:4,15 341:8,9,11 345:21,22 346:6 347:5,9,10,19 348:3, 4,9 350:14 353:3,8 355:20,21,24 357:8, 25 358:17,21 359:4, 23 368:14,18 371:22 372:4 373:25 374:6 384:7,11 386:4,5,8 392:8,9,14 395:9,14, 19 396:16,17 397:19 398:3,5,22 400:9,10, 13,14,25 401:9,12,16 404:3,17,18 415:15, 18

**exhibits** 300:24 302:9 395:4,5,18,24 396:12 417:4

**exist** 316:14,24 328:13 365:25

**existed** 350:6

**existence** 341:24 344:21

**existing** 296:5 313:15 315:21 332:15,21 381:12 383:2 402:23 403:12 414:2

**exists** 352:22

**expanding** 282:11 385:14

**expands** 375:25

**experienced** 289:25

**experiences** 367:5

**explained** 322:23

**explanations** 277:7

**explicitly** 271:24

**expressed** 292:18 317:12 328:4

**extent** 295:21 314:14

---

**F**

**fact** 304:10 307:3 309:25 336:13 352:22

**factual** 331:9

**Falcon** 340:13

**false** 297:20,21 300:11 301:14,24 302:4,24 303:25 326:20

**familiar** 299:5

**family** 325:3,17 327:4 333:5 340:18 359:14

**fast** 391:16

**fastest** 381:19 393:9

**FCA** 268:2,7 271:19 272:5,7 273:16 274:15,21,23 275:4,9 276:3 278:8,15,21 279:11,13,15 287:8 288:17,20,25 289:4 295:16 296:23 297:4 298:7,11,19,21,23 299:10,25 300:8,12, 21 301:15 303:2,20 306:2,9,13,24 307:12 308:5,11,23 309:21 312:12,18,20 314:19 315:11,12 316:8 319:15,22,25 322:13, 16 324:19,20,23 325:10,14 326:19,22 327:3,15,22 329:23 330:3,12,17 331:2,5, 13,21,24 332:18 333:6 338:19,21 339:2,23 340:6 390:10 400:3 404:23

**FCA's** 267:25 271:20 278:21 279:15 287:14,22 288:3 298:25 326:17 329:16 394:21

**FCA1041** 337:3

**FCA20870** 310:14

**featuring** 322:17

**feedback** 285:2

**Ferrari** 357:15 366:3

**Ferreira** 280:14,21 284:5 292:6

**figure** 395:23

**filed** 354:12

**filing** 322:5

**final** 311:14

**finance** 320:17,19 376:8

**financial** 316:23 319:15,20,21,25 320:6,11,14 373:5 376:11 386:16 387:15,17 388:2 390:2,7 391:25

**find** 284:25 300:24 317:15 318:3 320:22 321:2 324:6,8,15 360:24 368:4 401:7 404:16 406:16

**fine** 282:14 304:17,23 377:14 381:4 389:24 397:12,14 398:12,13, 16,20 399:6,8 400:2 401:18 404:9,10,12, 13,20

**finish** 270:17 304:14 353:21

**finished** 374:14,17 407:21 408:20

**fleet** 369:25 370:3 385:23

**flew** 370:8 391:21

**flight** 268:18,25 275:15 278:11

405:9,13,18,25 406:6,11,12,18,20,21

**flights** 268:17,20,24 269:3,4 274:9,13,16, 24 275:25 278:9 297:7 330:14 335:24

**Flohr** 286:24 296:22 314:21,24 379:3 394:12

**Flohr's** 314:19 394:11

**flown** 268:22

**flyer** 340:11

**flying** 268:11,12 312:14 340:10

**focus** 311:23 411:11

**focused** 373:2

**focusing** 303:19 367:7

**food** 392:7

**form** 369:21 370:13, 16,17,18,22,24

**formally** 364:4

**forward** 284:25

**found** 365:4 395:6 402:8 404:15

**foundation** 404:7

**Francesca** 280:5 284:11 286:13 291:13 312:17

**FRANCO** 270:9,16, 20 271:8,14 275:2,11 276:2,18,23 277:2,5, 10,13,15,21,24 278:3,10 279:8 282:10 283:3 288:10 296:13 298:13,24 299:9,13 300:13,22 301:11,16,21 302:5 303:9 304:2,9,14,23 305:3,10,15,18 306:8,12,21 307:2, 15,21 310:3 311:21 316:9 318:7 321:10

325:13 331:4 335:13 336:2 339:25 340:9 348:21 349:6,11 351:23 352:15,23 353:20,23 354:8 361:2 377:12,15 378:16 379:10,14,18, 22 380:10,16,18,21 381:4,15,24 382:16 383:5 384:5 385:9,18 386:2,17,23 387:5,19 388:4 394:13 395:8, 15,19 416:18,22

**frankly** 365:10 399:9 404:14 415:24

**fraud** 290:17,24 291:3

**frauds** 290:14 291:4

**fraudulent** 302:9,10

**fraudulently** 276:8

**free** 270:18,22 352:25

**frequency** 404:6

**fried** 276:11

**front** 294:24 295:7 315:6 381:6

**full** 316:19 375:22 408:5

**function** 336:16

**funds** 315:13

**future** 316:21

**G**

**G5000** 285:23

**gamble** 305:17,18, 20,21,22

**game** 271:5

**gather** 412:20

**gave** 293:24 341:19 351:10 388:14

**general** 293:17

**generally** 371:11

**generic** 339:5,9

**gentleman** 359:2

**gentleman's** 352:5

**geopolitical** 381:18

**get-go** 413:25

**give** 285:12 303:9 361:17 367:10 377:5 388:11 408:19,22,24

**giving** 284:2 365:12 385:22

**Global** 303:24 306:23,25 307:4,13 357:20,21 359:12 361:23 369:18,25 372:15

**Global's** 293:13

**globe** 385:16

**Globenewswire** 384:8,18,22,25 386:6

**Goldfedder** 323:2,3 328:8

**good** 267:6,7 322:5 365:10

**goods** 326:22 327:3, 14

**goodwill** 329:21

**Google** 364:11,24

**Googled** 365:4

**Gowans** 337:2

**grant** 350:2

**granted** 281:22 345:10,14

**gratuitous** 271:6 276:15 277:9 278:2,5

**great** 400:18

**gross** 375:20

**group** 281:13 283:11 290:13,14 353:4,14 359:12 373:2 391:15 402:10 410:8 411:7 415:8

**Group's** 375:25 385:14 393:8,16

**groups** 412:9

**growing** 381:20 393:9 394:5

**growth** 348:25 372:24 373:4,9,18 375:14,16,20 376:21, 24 382:14,25 389:7, 12 392:12,25

**guaranteed** 327:21

**guess** 348:15,18 395:7,13

**guesstimate** 317:11

**Gulf** 338:7

**Gutchess** 310:12,13

**H**

**H1** 372:24 375:21 394:3

**half** 374:4 375:13 376:25 377:19 378:2 381:10 385:22 386:15 387:18 411:5

**Hamburg** 385:12

**handed** 289:9,10

**handing** 290:15

**handle** 290:18 371:21 388:5

**handles** 387:12

**handling** 290:22 406:16

**hanging** 409:19

**happened** 414:20

**happy** 314:7,22

**HAVALES** 267:6 270:10,19,22 271:10, 16 276:21,25 277:3, 8,11,14,18,23,25 278:4 282:14 283:4 299:3 301:12 303:7, 10,19 304:7,12,17,25 305:5,12,16,20 306:9 311:22 321:11 331:6 333:24 337:7,14 353:21,25 368:13 377:17 378:14,18 379:11 380:13,25

381:5 395:17,22 396:7 416:14,19,23

**head** 338:9 352:4

**heading** 297:19 302:23 303:23 322:25

**headline** 392:23

**headquarters** 369:23

**heads-up** 284:2

**heard** 273:3 285:7,10 314:21 361:12

**high** 392:6

**higher** 375:21

**highest** 393:20

**highlighting** 267:14, 15

**highly** 378:17,19 380:24 381:2

**highs** 375:19

**hire** 344:8

**hired** 344:2

**hiring** 391:9

**history** 393:20

**hmm** 338:23

**holding** 357:22

**Holdings** 359:12

**home** 413:14 414:16, 25

**honest** 412:17

**hook** 305:17

**hope** 305:23

**hotel** 397:22

**hour** 316:5,7 411:5

**hours** 268:3 273:16 279:25 283:16 285:6, 23 286:10,21,25 287:18 293:16,22 297:22,23 298:6,11, 14,16,22 299:11,14, 18 300:8,12,20 301:15,18,23 302:7,

8,12,21 303:3,21 306:3,6,10,23,25 307:4,13,16 308:16 315:24 316:2,3,11 317:19,20 320:7 324:20 329:23 330:19 331:24 333:8, 12 336:21 339:15,24 340:7,14,19 375:20 381:12 382:4,12,24 383:2,3 390:11 393:2,16,17 401:23 403:14 411:10 412:3

**huge** 369:23

**hypotheticals** 301:6

**I**

**i.e.** 356:20

**Iain** 410:2,4 411:16

**Ian** 290:16,20 292:15 334:4

**idea** 285:17 288:8 310:24

**identical** 359:20

**identification** 267:13 280:7 284:14 291:16 310:18 334:6 337:4 341:11 346:6 353:8 355:24 358:21 368:18 372:4 374:6 384:11 386:8 392:14

**identified** 281:15 285:22 286:4 300:9 357:25

**identify** 296:17 324:12 326:5 395:12

**identity** 399:20 413:24

**illegal** 291:3 308:13

**illegally** 275:18 308:18 315:25 317:22

**image** 351:5 360:21 365:21 366:7 367:19

**image(s)** 349:21

**images** 308:13,14,17

342:24 350:4,16 354:10 355:4,5 365:8

**immediately** 385:13

**implying** 326:18

**impression** 326:20

**in-person** 409:23,24

**incidence** 289:6

**incident** 274:20 278:7

**incidents** 363:11

**include** 298:5 346:19

**included** 310:20 380:22

**including** 291:14 315:20 316:20 319:4 326:23 330:9 340:14, 18 342:19 365:8 409:23

**inclusivity** 391:9

**increase** 375:19 377:18,25 378:7 382:23 404:5

**increased** 373:20

**increasing** 375:23

**indemnify** 399:5,6

**individual** 268:6 312:12 351:20

**individuals** 292:9 365:17 366:10 411:23

**indulge** 383:15

**ineptitude** 276:17

**information** 270:11, 23 271:2 282:25 289:14 296:9 325:19 376:10 380:10,19 387:9,16 388:2 394:19,25 395:6 396:8 407:7,15 412:8,20 413:15

**informed** 284:5 293:15 296:2

**infrastructure** 394:4

**initially** 286:11 402:20

**injuries** 320:11,20

**inquiry** 333:25

**inserted** 406:12

**inside** 367:13 411:12,13

**Insider** 368:14 369:16

**Insight** 267:11 294:11 297:19 299:19 313:18,19 355:4

**instance** 366:11 387:14

**instances** 314:21 361:25 363:8

**instruct** 301:9 412:10

**instructed** 296:11

**instructing** 297:6

**insurance** 359:15

**intends** 312:13

**interim** 398:14

**interior** 369:13,19

**internal** 285:3

**internally** 283:24 284:24

**International** 342:8 343:10,17,22,25 345:8,10,13,24 346:15 348:10,14,19, 24 349:5,9,16 350:3, 7,12 351:4,11,20 356:18 357:4 358:24 359:9,18 360:13 361:7,21 363:25 384:9

**internet** 361:14,15, 20 364:18

**interpretation** 299:21,24 304:5,11

**interpreting** 373:23

**interrupt** 270:10

**intersection** 400:9

**introduced** 413:24

**investment** 394:2

**Investor** 388:8 389:4

**invite** 401:10

**invited** 370:6,7,14 371:5

**involvement** 342:21 343:2 369:6

**IP** 308:14 316:20 346:20

**Island** 366:4

**issuance** 356:10,15

**issue** 323:25 331:10

**issued** 372:17 384:12 386:5

**issues** 396:10 405:16

**italics** 378:23

**J**

**James** 338:19

**January** 363:9,10,15

**Jeff** 310:11 407:13 410:9

**Jenna** 396:22 398:10,15 399:7,11, 22 400:16,17 402:5, 19 404:11,12,13 407:14 411:19 413:19

**Jet** 335:18,20,23,24 336:4,5,8,14,18 375:25 385:13 388:8 389:4 394:3

**jets** 385:24

**job** 276:12 284:7 348:25 359:13 371:14 378:15 389:15

**Joe** 337:21 340:2,4, 21

**John** 367:17,18

**Jon** 366:7,21 367:25

**Joseph** 337:20

**journal** 387:3,15

**journals** 386:22

**Juan** 337:2

**judge** 305:11 309:14

**July** 275:8 278:8,17, 21 279:6,15 282:4 288:14,19 295:13,15 296:23 297:4 310:12 311:3,5 315:5,13 316:8,15,24 317:8 318:19 319:8 320:10, 12 321:19,22 325:8 329:24 330:2,12,20, 25 331:14,25 332:18 333:10,12 334:4 336:25 338:24 339:13,18,21 340:6, 10 362:13 363:2,7,15 390:10,14

**June** 269:23 282:4 286:19 289:7,20,22 291:13 292:8,13 293:9,24 312:3 314:17

**June/early** 295:13

**K**

**Kennedy** 279:24 280:13 281:2,7,10,19 283:18,25 285:15,18 286:3 287:5,8 292:5, 6 312:10 321:18,22 396:23 397:17 400:15 401:13 404:20

**Kennedy's** 283:9

**killing** 310:25

**kind** 372:7

**knew** 270:13

**knowing** 329:16

**knowledge** 270:21 339:12 340:24 344:4 346:19 351:19 352:21 357:6,10

**KPMG** 376:17

**Kulawik** 291:13 407:14 411:18

**L**

**lack** 276:13

**language** 339:23 366:15,19 367:2,13 368:4 406:12

**languages** 365:9

**large** 366:5

**largest** 322:22 369:24

**lasted** 408:4

**late** 295:13

**launch** 391:22

**law** 305:23

**Lawrence** 289:7,13, 24,25 290:5,8,11,23 291:9 294:23 295:10 296:3 408:17

**lawsuit** 294:20

**lawyer** 279:5 346:21

**lawyers** 272:18 290:17,21 296:11,14 407:10,11 409:20 411:7

**lead** 269:11 322:25 337:21

**learn** 289:3 398:18

**learned** 364:23 400:7 404:24 407:3 413:12

**left** 267:8 316:4 338:3 408:2,14

**legal** 313:6 346:18 351:13 358:11

**Leona** 267:1,4 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1

290:1 291:1 292:1
293:1 294:1 295:1
296:1,13 297:1 298:1
299:1 300:1 301:1,11
302:1 303:1,17 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1,13
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1,11 369:1 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1,5 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1,12 417:1

**letter** 275:7 282:4
288:17,20,24 295:15
296:22 297:3 304:19
310:12,16 311:3,8,
14,18 315:4,5,7
316:7 317:5,9,15
320:9 321:19,23,24
338:25 339:22
345:22 347:19 348:8,
13 349:12,14,20,22
350:4,8,13 351:4
359:17 362:8,9,20

**letterhead** 345:23

**letters** 278:16,20
279:4,5 362:2,4,25
363:14,18

**level** 392:6

**license** 341:10
344:17,25 345:8,11,
19 347:6,8,12 358:19
359:3 360:12,24
365:13

**Licensee** 344:16

**licensor** 342:7
344:19

**limited** 280:24 306:6,
11,15,18 342:8,11,15
343:10 345:15
348:19,24 349:5,16
350:16 358:24
361:24

**lines** 414:4

**link** 398:12

**Lisa** 277:6

**listed** 356:21

**lists** 285:25

**live** 305:8

**livid** 313:7,9,11
314:19

**locate** 327:18

**locating** 326:23

**lodge** 304:2

**log** 375:3,6

**logo** 322:17 336:9

**London** 269:19
304:22 410:21

**long** 338:8 408:4
411:7

**longer** 274:15 275:9
332:25

**looked** 269:23 272:4
278:20 279:3 355:6

**lose** 304:19 305:6,15,
16

**lost** 274:23 275:24

276:3 305:22

**lot** 296:9 339:9
370:10 408:18

**loud** 383:19,23

**lower** 272:12,16
325:10,12,15

---

**M**

**macro-economic**
375:15

**made** 271:19 283:25
311:16 313:21
319:14 321:9 323:12
326:10 328:25
350:20 358:4 369:25
389:3 390:19 391:24
397:9 398:21 399:4,
13 403:25 404:4

**magistrate** 304:19

**mail** 353:5

**main** 396:20

**maintained** 375:2

**make** 273:19,22
276:14 278:2 285:5
286:24 300:17 303:5
304:3,10 309:10
311:13 324:8 354:22
373:22 390:6 400:4
405:10 406:12

**makes** 271:11 277:9
338:21

**making** 283:10

**Malaga** 269:18

**Maldives** 366:4

**Malvesta** 334:4,10,
13,18 335:2,5,10
336:20 408:17

**Malvesta's** 336:10

**manage** 327:17

**management**
326:24

**Mante** 402:10

**Marcelo** 293:4

**March** 342:10,23
343:9,12,16 344:20,
24 345:11,17 349:19,
25 350:6,11 351:10,
22 352:2,12,13 370:2
396:17 398:7 402:8,
12,13

**mark** 267:10 280:3
284:9 291:11 304:18
310:8 334:3 336:23
341:9 345:21 353:2
355:20 358:17
368:13 371:22
373:25 384:7 386:4
392:8

**mark-up** 403:19

**marked** 267:13 280:7
284:14 291:16
310:18,22 334:6
337:4,14 341:11
346:6 347:19 353:8
355:24 358:21
368:18 372:4 374:6
384:11 386:8 392:14
396:11

**market** 275:19
280:20,25 288:5,9
289:11 293:17
297:14,23 298:3
299:19 303:21 316:4
327:16 329:21
331:19 349:2 367:9
370:10 389:8,13

**marketed** 275:18

**marketing** 297:14,
24,25 300:8 302:17,
18,20 303:22 308:6,
15,17,23 309:4
313:13 324:19,24
334:15 351:25 352:2,
4,6,10 364:14,17
367:6 387:12,22
388:21

**marketplace** 315:23
332:24 334:17

**markets** 385:5

**marks** 394:10

**material** 275:18
307:23 308:16 309:4

**materials** 303:22

308:7,23 313:13
354:4 367:6 371:8
412:14

**Matteo** 352:5

**matter** 307:3 336:13

**matters** 317:6

**MBAA** 390:16 391:15

**MBAATV** 391:15

**Mccausland** 340:14,
15

**meaning** 335:14
343:16 377:20
387:21

**means** 373:19
397:13

**meant** 276:3 361:12

**meantime** 281:11

**media** 267:3 303:17
337:10 365:20 366:8,
12,16,24 367:3,11
368:3,11 370:14
396:5 416:12

**meet** 372:2 409:15
410:7,18 411:14

**meeting** 410:14
411:3

**meetings** 295:14
409:23,24

**member** 269:12
372:24 373:4,9,14,
15,16,19 375:17
376:2

**members** 373:16,19
375:19,23 376:3
393:18

**Members'** 385:23

**membership** 371:25
373:17 393:19

**memorializing**
371:19

**Mente** 281:13,21
283:11

**mention** 279:3

**mentioned** 287:5

290:13 296:19
297:13 399:7 415:9

**message** 338:14

**met** 410:2,20 411:2,
16,17,20

**Miami** 388:8 389:4
391:5,20,21 392:2

**Michael** 285:16,17

**Mickelson** 366:6,11
368:2

**middle** 284:20
292:12 296:7,9,17
313:22 314:6 324:21
325:18 382:25
402:13

**Migliaccio** 342:12
343:11,18,23,24
345:23,24 349:23
351:10,21 352:13

**million** 315:12,17
316:5,6,15,25 317:8,
16 318:2,20 319:9
378:4

**mind** 332:7 365:5
414:11

**mine** 410:4 411:17

**minute** 391:17

**missed** 360:20 409:2

**misspoke** 359:5

**mistake** 285:18,19

**mistaken** 329:18

**Mm** 338:23

**moment** 267:17
284:15,25 287:5
310:15 324:22
337:16 346:2 351:17
354:3 355:25 374:7
379:5 383:7

**Monday** 293:14
410:24,25 411:4

**money** 298:19 313:7

**Mont** 350:21

**month** 338:12

**months** 275:24

383:9 393:10

**Montreal** 369:22
370:9

**Moore** 286:9,12,19
289:16,17 290:8,20
291:22 292:13,18,21
293:2,8,24 294:4
295:17,20 296:2,4,10
297:2 311:25 312:8
313:2 314:3,9,13,15,
18 334:4 407:23
408:3,7,12 409:12

**Moore's** 313:4

**morning** 267:6,7
322:6

**move** 270:6,15,22
271:4,12,14 272:3
275:20 277:10,22
298:17 302:13

**moved** 360:21

**moving** 277:18

**multiple** 342:18
344:3 355:9

**multiplied** 315:25

**muzzle** 277:12

—

**N**

**names** 325:24

**Narula** 310:11

**nature** 380:19

**NDA** 281:14

**negotiated** 299:7
414:3

**negotiation** 413:21

**net** 377:23

**Nevin** 320:22

**News** 375:7 384:8,15

**newspaper** 387:3,24

**newspapers** 386:21

**night** 396:9 397:5
404:15,25 405:3
407:3 413:13 414:11,
25 415:5,23

**Nobu** 391:23

**non-existent** 326:19

**non-legal** 413:8

**non-responsive**
270:7,14 271:12
272:3

**non-starter** 293:22

**non-vistajet** 363:5
364:12,25

**nonresponsive**
275:20

**North** 381:9 394:6

**note** 267:18 291:17
310:19 380:2 416:24,
25

**notes** 406:10

**notice** 278:24,25
285:12 317:6 321:14

**noting** 324:19

**November** 338:2
388:8 389:4

**number** 267:9
272:15,17,18,20
273:2,4,6,12,17,21
306:6,11,15,18
315:7,18,24 316:10,
18 317:20 318:20
334:5 348:9 353:13
358:20 360:20
363:11 368:16
373:19,21 375:10,22
377:24 378:7 386:7
393:20 395:17
396:18 398:3

**numbers** 267:12
272:11,12,14,25
280:6 284:12 291:14
310:14 320:18,20
337:3 341:14 345:25
353:6 355:22 372:3
374:5 376:23 377:21
380:5 386:19 389:7
392:13 396:11

**numerous** 369:10

—

**O**

**Oaky** 341:16

**object** 282:10

**objection** 275:2,11
276:2 278:10 279:8
282:13 288:10
298:13,24 299:9,13
300:13,22 301:16,21
302:5 306:8,12,21
307:2,15,21 310:3
316:9 318:7 325:13
331:4 335:13 336:2
339:25 340:9 348:21
349:6,11 351:23
352:15,23 353:20
354:8 361:2 379:10,
14,18,22 381:15,24
382:16 383:5 384:5
385:9,18 386:2,17,23
387:5,19 388:4
394:13

**objections** 304:2

**observation** 326:10

**obtain** 282:25 308:6
394:18

**obtained** 319:16
357:9 358:8 395:2
396:9

**obvious** 320:6

**occasion** 371:6

**occasions** 344:3

**occur** 274:4 290:7
409:25

**occurred** 275:23
278:8 281:5,6 283:8
286:16 363:9 414:7

**occurring** 284:6
285:4

**October** 274:6
328:24 329:3 391:4
392:10

**offered** 324:20
325:14,15 326:22
327:3,15 329:19

**office** 325:3,17 327:4
330:9 332:5 333:5

340:18 410:4 411:14,
17

**offices** 408:15

**Ohio-based** 394:3

**ongoing** 381:18

**operating** 336:9,16

**operator** 336:14

**opportunity** 416:24

**opposed** 269:12
271:6 278:16 344:5
354:7,20 378:19
404:23

**option** 292:24 293:3,
4

**options** 298:5

**orally** 289:14 328:9

**order** 355:16 360:17

**original** 267:16
401:24

**originals** 417:4

**originate** 329:19

**originated** 335:12,
15 336:20

**Orlando** 390:16,23

**owned** 299:4 350:7

**owner** 342:9 343:17
350:12

**ownership** 299:11
343:11 346:14,25
347:13 348:4 350:3
351:5,11

—

**P**

**package** 346:11
353:17 417:6

**packages** 346:18
355:3

**packet** 351:13,16
353:10 354:10,13,14,
16 355:9 356:6
360:2,3

**pages** 291:18 292:5
368:19

**paid** 298:20 314:11 352:18,19

**panel** 388:12,14 389:3,10 390:12,16, 17,20,24 391:7,8

**paper** 390:5,8,19 406:22

**paperwork** 349:7 354:12 357:17 365:22

**paragraph** 281:5,9, 10 322:7,9,12 323:13 324:5,17 325:20 326:15 329:14,15 330:4 331:9,14 332:13 334:21 341:14 344:15 349:14 360:6 372:20, 21 375:11 376:6,20 379:12,13,17 381:8 383:8 384:3 393:7,24

**paragraphs** 378:23 379:6,9,21

**part** 270:6,14 282:17, 19 284:7 295:2 323:25 328:21,22 353:16 360:23 364:9 371:21 380:22 388:6, 14 397:16 399:22 405:13 417:6

**participate** 396:25

**participated** 389:3 390:12

**parties** 289:5 333:6 363:6 364:19 365:12, 24 387:9

**partner** 323:21

**partners** 322:23 323:7,12,20 328:2,3 357:15

**partnership** 326:19 391:22

**partnerships** 365:16

**party** 281:15 348:10 360:8 364:2

**pass** 283:12,14 286:13,14

**passenger** 269:11

**people** 282:7 295:4 316:12,18 317:21 330:22 333:6 339:10 352:8 365:19 370:19 390:17 409:19 410:8 415:8

**percent** 313:6 347:17 383:3

**percentage** 378:6,8

**performance** 287:14,23 376:12 383:8,16 386:16 387:17 388:3 390:3,7 391:25

**performed** 319:19

**period** 268:2 289:24 343:9,15,16 344:24 382:24 393:10

**permission** 281:12 365:13 387:4,25

**permitted** 281:25

**person** 305:8 322:24 351:24 405:15 410:6, 12,19,20,21 411:4, 18,20,24

**personal** 312:13

**personally** 317:13 324:6 342:20 411:9

**personnel** 413:9

**Phil** 366:11 367:17

**phone** 289:16 290:3, 4 295:2,5,11 325:8 396:24 399:12 401:6 402:16 403:18 411:19 413:4 414:6

**photo** 371:7

**photograph** 360:9, 10,25 363:21 370:23 371:2 372:22

**photograph(s)** 349:17

**photographer** 342:17 344:3,8 345:5 352:18

**photographing**

342:18

**photographs** 342:9, 22 343:5,12,18,25 346:15 347:2,4,5,11, 13 348:2,5 350:7,13, 23 351:12,22 352:14 353:5,14,16,18 354:2,4,7,11,19,20, 24 355:2 356:19 357:3,7,8,13,16,23 358:6,14 361:4,19 362:6,23 363:3,19 364:3,13,19 365:2,14 366:12,23,25 367:8, 11,18,25 369:10,18 370:11,21 371:13

**photos** 344:8 347:22,23

**photoshoot(s)** 349:18

**photoshoots** 367:16

**phrase** 373:15

**pick** 267:8

**picking** 382:23

**pictures** 367:24 369:14 372:7

**piece** 279:18 390:5,8, 19 406:21

**pieces** 279:5,13,14, 16,19,20

**pilots** 369:15

**place** 289:9 365:18

**places** 368:20

**plane** 306:25 307:14

**planes** 274:17,25 275:10 278:9

**play** 271:5 276:19

**played** 305:21

**plenty** 409:21

**plural** 323:10 326:9

**pm** 415:25 416:3

**point** 334:17

**points** 274:2 285:24, 25 286:4 388:20,23

390:20

**police** 364:18

**policy** 370:22 371:12,19

**portion** 338:20 380:11

**position** 294:4 302:18 304:15 305:24 338:9 387:24 392:12

**possibly** 402:8

**post** 365:19 366:2,8, 11,16 367:2,13,20, 21,24

**posted** 367:17

**potentially** 283:10 348:3 355:4

**Powerpoint** 388:16, 19

**pre-approval** 275:17 297:24,25 298:9,16 299:16 300:2,10 302:12 306:14 309:22 402:4 403:15 404:8

**pre-existing** 404:8

**pre-pandemic** 375:22

**preamble** 341:13

**preapproval** 271:25 399:18

**preapprove** 308:22

**preceding** 292:11 311:19

**precise** 291:6

**prefer** 383:23

**preference** 383:20

**prefix** 272:21 273:13

**prejudice** 315:9

**preparation** 278:22 341:19 346:8

**prepare** 272:10 279:7,16 282:6,15,21 320:14 323:22

341:21 342:2 347:14 353:17 355:16 360:17 390:21 409:16 410:15 411:12,14,21,25

**prepared** 319:20 320:3,10,19 351:14 388:13,15,17,21

**preparing** 272:21 273:7 346:13 351:8 358:5 360:23 409:14 412:6

**prerogative** 277:20 304:24 383:22

**presales** 337:23

**presentation** 388:17,20 389:11

**presented** 324:10 325:23,25

**preserving** 416:21

**President** 348:20,23 349:4,8

**press** 365:8,20 370:9 372:14,17 373:6,8 374:19 375:8 384:12 386:5,10,15,18,20 387:2,7,9 390:15 391:12,14,19,22 392:2

**presuming** 366:19

**pretty** 369:21 373:24

**prevail** 305:13

**previous** 293:16 312:9

**previously** 415:23

**price** 292:25 316:17 317:19

**primarily** 280:24 375:16

**principal** 334:23

**printed** 310:10

**printing** 310:24

**printout** 388:25

**prior** 272:5,22,23 296:22 297:3 308:6

311:9 325:25 333:19
341:20,25 352:12
356:5 359:24 360:3
362:25 363:7 369:19
374:23 403:2

**priority** 373:2

**private** 298:5 322:15,
19,22 323:8,10
337:22 371:25
377:11

**privilege** 291:19

**privileged** 405:4

**privileges** 375:3,6

**problem** 301:17,22
332:9 402:22

**Proctor** 310:11
311:5,15 396:23
397:21 399:14
400:18 402:11
403:18,19 413:23

**produce** 329:4
362:17 363:11

**produced** 272:5,8,19
321:12,16 326:5,7,13
328:7,14 329:9
355:11 364:21
367:21 368:21

**produced/
reproduced** 387:16

**product** 314:9,12
322:17 330:10

**production** 271:19
321:8 368:22

**products** 276:9
330:2 331:2,13,23
332:17

**professional** 345:5

**profit** 377:22,23

**profitability** 377:18,
20

**profits** 376:22

**program** 281:12,20
288:22 366:14,18
373:16,17 375:18,20
376:4 381:10 382:3,
11,20 385:6 393:18
401:24

**prohibition** 300:8
302:17,20

**prohibits** 387:8

**projecting** 319:22

**promoted** 338:10

**promoting** 322:16

**property** 316:20
358:12

**proposal** 325:9
333:19

**proposals** 333:15,16

**proprietary** 296:9

**propriety** 358:12

**prospects** 339:10

**provide** 271:6 283:2
387:4 407:8,15
416:20

**provided** 272:10
281:17,18 295:8
325:19 341:20,25
344:12 354:4 384:9,
16,17,22,24 412:22
415:22

**providing** 271:8
394:3

**provision** 299:21

**Prudente** 320:22

**public** 389:18

**publications**
387:21,23

**publicly** 380:4,7,9

**publish** 371:17
387:25

**published** 353:5
357:16 371:23
383:21

**publishing** 369:19

**pull** 395:3

**purchased** 330:10

**purchasing** 329:17
383:2

**purposes** 301:5
349:21

**pursuant** 343:24

**pushed** 293:17

**put** 272:18 282:12
318:12,14 376:10

**putting** 273:13 295:6
334:15

---

**Q**

**Q3** 392:12

**Qi** 267:1,4,6,19,21
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1,9,
24 283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1,
14,20 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1,17,19 304:1
305:1,13 306:1
307:1,25 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1,8
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1,5 335:1 336:1
337:1,13 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1,3 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1 362:1 363:1
364:1 365:1 366:1
367:1 368:1,11,13
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1
378:1 379:1 380:1,3
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1

**390:1** 391:1 392:1
393:1 394:1 395:1
396:1,5,11,12 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1,12,14,19 417:1

**Qi's** 321:15 380:23

**qualification** 295:21

**qualified** 285:22

**quality** 326:21 327:2,
14

**quarter** 382:4,12
393:3,15,17

**quarterly** 399:20

**question** 269:2
270:4,8,12,17,24
271:3,6 272:19
273:11 275:21
277:21 288:18
295:12 297:9 298:10,
17 299:3,4 300:5,7
301:4,7,10 308:8,19,
20 309:18,25 310:5
316:22,23 318:9
319:18 330:5,6 331:7
332:3 337:5 339:11
350:9 353:22 354:18
356:24 358:22 361:8,
9,11,12 374:21 379:7
380:14 382:9 384:21
389:16,19 394:14
396:20 397:10,11
399:24 401:25
405:19,24 406:2,8,
23,25 409:4

**questions** 267:18
270:6,18 271:9,11
277:16 291:24
302:15,19 307:24
308:20,25 309:6,16
310:16 331:17
337:17 339:20 356:2
374:15 383:10,13,25
384:2 389:23 394:19
407:17 412:15,23
413:11,16 416:15,16,
18

**quick** 341:3 395:20

**Quincey** 268:10,11,
13,14,25 269:16
270:14 338:14,20
339:2,14 340:6

**quota** 400:12

**quotation** 394:10

**quoting** 312:10

---

**R**

**Rahm** 366:7,21 368:2

**Rains** 369:7,12,16

**Rajeev/marcelo**
292:23 293:3

**range** 290:14

**rate** 316:2

**rates** 293:19 324:19
325:10,11,14

**raw** 378:7

**Ray** 324:25 325:2,3
327:4 330:9 332:5
334:24

**reach** 284:3 317:22
398:14

**reached** 375:18

**read** 269:25 270:12
272:24 294:24 295:6
322:7 324:16 326:15
329:14 330:6 332:13
337:16,17 346:2
354:25 360:20 361:9,
11 367:2 376:6,20
379:5 383:7,11,12,
14,17,18,19,20,23,25
390:20 397:21 401:8
412:21 416:21

**readily** 374:13

**reading** 304:4 390:5

**reads** 385:11

**ready** 310:17

**realized** 274:2

**realm** 348:25 359:12

**reason** 285:16 308:3

309:11,12 313:10
360:16 376:9,13
402:15 403:15
405:17 406:24
412:24

**reassigned** 307:5

**reassigning** 296:11

**Rebelo** 297:6,11

**recall** 267:21,24
273:5,9,11,17
279:12,18,19,21
290:10 295:7,19
313:20 323:19 326:3
331:15 332:14 334:7,
12 339:16,17,20
346:11,22,24 347:18
348:6 362:19,21,22,
24 363:10,22 377:17
384:17 389:2,10,20,
22,25 390:4,18
391:6,24 413:15
414:9,16

**recalled** 332:8
414:15

**receive** 291:8 314:6
322:14 387:10

**received** 267:16
286:6,7 296:3,4
313:15,19 319:22,25
325:10 353:11
362:20 363:13

**receiving** 296:7
334:10 360:3

**recently** 375:24

**recessed** 394:18
396:9 407:6

**recital** 342:7 345:2

**recognise** 348:9,12

**recollection** 414:11

**record** 267:4,19
271:16 282:13
291:17 303:7,10,18
304:15 310:19
333:20,22 334:2
337:8,9,12 348:23
368:5 369:24 374:4
378:17 383:22
395:22 396:2,6,7
416:6,8,13 417:7,8

**recorded** 391:18

**records** 351:9

**redacted** 291:18

**redirect** 416:16

**refer** 349:17

**reference** 338:22

**referred** 398:20

**referring** 273:4
293:2 312:17 325:5
345:7 353:25 359:3
382:18 398:4 407:12
413:21

**refers** 327:9

**reflected** 311:14
350:6 357:7 390:7

**reflecting** 345:19
364:17 371:19

**reflection** 276:13

**refusal** 301:19

**refuse** 301:6 309:6,8,
24

**refused** 389:16,18

**regard** 276:16
327:25 395:2 397:4

**region** 381:11,20
393:2,9,15

**Regionally** 381:9

**registered** 372:23

**registration** 353:4
354:6,19,23 355:13,
16,21 356:5,11,16,19
357:2

**registrations** 357:23
358:9

**regular** 364:11 381:2

**reject** 273:22

**rejected** 399:21
400:3,11,12 402:17

**rejecting** 277:3

**relate** 358:7 396:10

**related** 354:14
357:14

**relating** 355:15
356:10

**release** 369:21
370:13,15,16,17,18,
22,24 371:14 372:14,
17 373:6,8 374:19
375:8 384:12 386:5,
9,10,15,21,22 387:2,
4,8,9

**released** 371:8
384:19 386:12

**relevant** 329:21
340:3

**remains** 372:25
392:25 393:8

**remarket** 309:21

**remarketing** 303:3

**remarks** 388:13,15,
18

**remedies** 315:10

**remember** 268:19
272:24 273:21
286:12 294:23
296:20 314:5 321:2
323:15,23 324:11,14
338:11 347:16,24
362:16 391:3 392:5,7
397:10,18 400:25
404:16 414:7,22

**remit** 315:12 345:22

**remove** 360:9,21,25
363:18

**removed** 360:12
362:23 363:20

**renewing** 315:22

**reopen** 321:15

**repeat** 288:18 319:18
330:5 350:9

**rephrase** 356:24
382:9

**replicates** 355:9

**reply** 408:20

**replying** 412:19

**report** 364:20 373:5

**reported** 368:8

375:14 376:20 377:3,
9

**reporter** 353:2
370:20,23 371:2
417:5

**reporters** 370:6,7
371:12

**reports** 289:8 364:16
387:23

**representation**
405:18

**representations**
405:10 406:12

**representative**
325:17

**representatives**
287:12

**reproduce** 344:17,
25 345:14 361:19
364:13 365:2

**reproduced** 360:11
361:5 363:2 368:22
369:11 384:8 386:21

**reproducing** 364:2

**reproduction**
369:17 372:16 387:8

**reps** 406:15,17

**reputation** 315:22
320:5,6 329:21

**request** 275:23
281:3 283:9,25 285:5
286:3,9,15,20,24
287:5,7 294:6,8
321:14 328:25 405:9
406:11

**requested** 405:17

**requests** 273:23
321:4

**require** 370:20
406:17

**required** 300:11
405:25 406:7

**research** 317:14,18

**resell** 300:3 307:12
403:14

**reselling** 293:14,21

**reserve** 321:12
328:14 376:3 378:18
380:25

**reserved** 358:13

**respect** 281:4 285:4
286:3 288:12,19
307:22 313:8 357:20
376:25 390:2 394:22
396:9 400:9

**responding** 333:24
372:25

**response** 284:23
286:2,4,7 292:19
313:4 362:20 397:25
398:2

**responses** 363:13

**responsibilities**
280:18 364:10

**responsibility**
348:25 349:3 359:13
364:15

**responsive** 270:16

**rest** 283:5

**restaurants** 391:23

**restrict** 414:2

**restricting** 413:8

**restroom** 337:6
368:6

**result** 283:20 298:19
319:22,24 329:17
331:2 363:18 386:22

**results** 364:17

**resume** 333:8

**resumed** 328:15
413:14

**return** 417:2

**returned** 397:22

**revenue** 376:22,25
377:9 381:10,21

**review** 267:17 279:6
282:6 347:12 364:18
385:3 414:24 415:5
416:24

**reviewed** 346:17,21, 25 353:17 360:19 401:17

**reviewing** 412:14

**revision** 397:24 404:12

**revisit** 325:22

**Richard** 359:2

**right-hand** 272:16 273:7

**rights** 278:15 301:24 315:9 324:2 346:14 350:3 358:13 380:25 401:23

**risk** 304:25 305:4,5, 13

**Rodgers** 311:15

**Rogers** 311:5

**room** 397:22 408:2

**roughly** 355:7 377:9

**round** 402:9

**Rubli** 410:2 411:16

**Rubli's** 410:4

**rules** 271:5 276:19 300:6,16

**run** 395:21

**runs** 294:12

---

**S**

**safety** 273:24 274:8 275:23 278:7 328:20, 23,25 329:5,7,12

**sake** 300:4,7

**salary** 359:15

**sales** 293:18 336:16, 20 374:4 375:17 381:11 382:3,11,20 385:5 389:12 393:9

**salespersons** 334:23

**salutation** 285:16

**SB** 292:15

**scale** 385:15 394:5

**Schedule** 349:20 360:7,8,12

**scope** 282:11,18,20 284:8

**screen** 415:7,10,18

**script** 391:17

**Sean** 325:3 340:20, 25

**search** 364:12,24

**Seasons** 366:5

**seconds** 409:18

**section** 303:23 353:25

**seek** 321:15

**sees** 372:7

**sell** 297:23 302:12 306:5,10,22,24 307:16 314:8 315:25 330:3,15 331:2,5,13, 16,20,24

**selling** 276:8 317:19 320:8 330:15,19 333:8 334:16

**send** 317:4 398:12

**sending** 288:24

**sentence** 312:8 313:8 326:16 381:17 382:2,8,10,14,18,21 383:4 393:14,21,24

**separate** 287:19

**separately** 406:22

**September** 274:6,15 294:19 328:24 329:3 371:23 372:18

**serve** 278:24

**service** 327:21 328:2 330:10,11 332:7,23 385:15

**services** 267:11 275:15 278:12 279:2 280:22 285:13 296:12,16 326:22,24 327:3,15 329:18

330:25

**set** 340:21 341:3

**share** 281:12 288:2 295:23,24 397:6

**sheet** 298:23

**sheets** 298:25

**Shoot(s)'** 349:19

**Shoots** 349:21

**short** 290:12 303:15 337:11 368:9 396:3 416:10

**shorten** 309:18

**shot** 367:15

**shots** 342:19

**show** 275:7 289:8,10, 20 290:2,16 291:9 296:4 313:14

**showed** 294:22 295:2,4,11 300:24 337:15

**showing** 281:20 298:8 319:21 344:24 345:10 351:10 369:12,14

**shown** 267:19 298:22 326:12 346:4 377:23

**sign** 348:17 367:4 369:16 370:21,24 373:17 405:25 406:7, 21 416:21 417:2

**sign-ups** 381:13

**signature** 336:17 341:12 348:10,12 358:23,25

**signatures** 359:19

**signed** 279:22,23 282:4 287:4,9 332:16 345:23 348:13 359:2 371:15

**significantly** 385:14

**signing** 359:16

**signs** 359:17 382:5, 22

**Simone** 342:11,13, 14,17,23 343:11,23, 24 345:23,24 349:23 351:10,21 352:13 367:15,16

**simplify** 371:25

**simply** 270:12

**single** 310:25

**sit** 318:4

**sites** 361:6,20 368:3

**skimmed** 320:25 351:14 365:5

**skip** 349:17,23

**slow** 276:23

**snide** 276:22

**social** 365:19 366:8, 12,16,24 367:3,11 368:3

**Softbank** 279:25 282:3,8,16 283:9 285:21 287:13,21 288:3,16,23 294:5,7 298:20 307:8 321:19, 22 394:21 398:22 399:4,5,6,7 400:2 402:6 403:25 404:11, 23 415:13,14

**Softbank's** 285:5 286:20,24 395:11 404:12

**sold** 293:16 312:12, 20 332:18,20,22 375:21 382:4,12,24 383:3 393:2,16,17

**solution** 281:15

**solutions** 372:2

**sort** 332:22

**sorting** 332:6

**source** 386:12

**speak** 276:25 282:7 283:7 303:12 327:5,6 366:16 367:4 397:3 402:2 407:6 412:5,11

**speaker** 390:13

**speaking** 277:2

282:23

**speaks** 271:16

**special** 293:19

**specific** 285:9 299:15 314:20 321:24 341:18 342:3, 24 346:17,22 351:24 354:12 359:13 361:3 364:20 365:18,24 367:5 369:9 370:4 371:6 387:23 395:4 414:6

**specifically** 268:21 308:12 311:17 317:22 339:16 340:2, 23 350:17,18 354:11 360:20 366:25 367:12 370:7,10 387:22 390:4 392:5,7 399:11,21 400:3 405:19 408:12 411:21 413:2 414:19

**speculate** 288:6

**speculating** 288:7 318:5 341:5

**speech** 388:11

**spend** 411:24

**spending** 365:7

**spoke** 283:12 290:16,19 340:24 341:7 397:5 403:2 408:16 413:19 415:7

**spoken** 290:8

**spokesperson** 365:17 366:6

**spreadsheet** 317:11,25 318:6,11

**spring** 269:21 270:2

**stable** 402:22 403:13 404:8

**stamp** 272:18 273:4 336:9

**stamps** 273:6,12 384:10

**start** 273:10 291:20 396:16 410:14

**started** 322:14 324:9

**starting** 368:12

**starts** 397:19

**state** 298:15 299:18 353:22 377:11

**stated** 299:17

**statement** 297:21 298:4 299:17,19 300:10,20 302:4,25 373:7,11 374:25 377:23 379:2 381:14, 23 385:17,25 389:6 393:4,12 394:7,10,12

**statements** 297:20 376:5 379:8,12,16,19 384:3 389:3 393:21

**states** 322:12 324:17 326:16 329:15 349:15 360:7 372:20 385:4,20 392:19,24 393:14,25

**stay** 378:12

**Steve** 334:4 335:14 408:16

**stick** 270:5 403:12

**stipulation** 380:8

**stop** 276:21 277:25 314:10 315:21 330:21 331:19 334:15 362:3 372:10 389:21

**stopped** 335:9 390:10

**stopping** 334:14 382:7

**stops** 372:6

**story** 370:8 371:4,6 372:8

**Stream** 338:7

**Street** 387:15

**strengthen** 392:11

**strike** 270:6,15,23 271:4,12 272:3 275:20 298:18

**strong** 382:5,22

383:8,16

**strongest** 392:25 393:8

**studied** 397:8

**study** 396:21

**subject** 317:5 346:16 347:2 350:4,13 356:20 416:14

**submission** 355:15

**submit** 271:23,25

**submitted** 353:14,19 354:3,24 356:18 357:3

**subscription** 375:17,18 385:6

**subsequently** 399:17

**substance** 389:2 413:7

**substantiate** 316:24 317:8

**substantiated** 319:8

**substantiating** 316:14 317:25 318:19

**Successful** 385:12

**sue** 364:4

**sued** 333:2

**suffered** 315:17 320:11

**suggest** 330:18

**suggested** 336:9

**suit** 382:3,11

**summarize** 408:18, 19

**summarized** 412:8

**summary** 408:25

**super** 327:8

**support** 305:23 332:12 394:5

**suspend** 285:13 296:12,16 339:23

**suspended** 275:15 278:12,15 279:2 330:11,24

**sustainability** 391:10

**Swan** 280:5 284:11 286:14 291:14,22 311:25 312:3,8,17,25 313:4

**sympathetic** 310:24

**system** 322:5

———

**T**

**takes** 343:24 370:21

**taking** 294:5 305:17, 19 343:5

**talents** 391:9

**talk** 292:2,3 303:11 329:2 339:14 398:12 408:7,10,13 412:23

**talked** 274:21 295:22 391:15

**talking** 315:5 392:6 404:25 411:25 414:12,24

**talks** 293:3 334:18

**Tanya** 297:6

**task** 364:10

**Taylor** 325:4 340:21, 25 369:7 370:6

**team** 268:10,24 279:10 293:18 318:25 319:2,3,4 320:18,19 322:25 328:8 337:21,22,23 338:9 339:9 346:18 351:13,25 352:2,6,11 364:17 388:21 410:10

**team's** 337:23 364:15

**telling** 331:19 332:7

**ten** 316:12 338:25 347:23 353:16 354:3, 10,11,17 355:8

409:22 410:13

**tenth** 369:22 370:3

**term** 273:3,5 275:22 299:12

**terminate** 275:4

**terminated** 274:23 275:6 278:16

**termination** 275:13 278:24 279:20

**terms** 305:23 346:19 350:4 381:20 399:4 401:18,22

**testified** 327:10 354:3,9

**testify** 298:25 317:15 331:5

**testimony** 374:22 380:23 405:15 407:23

**text** 302:23 337:17 338:13,18,21 360:11 375:10 379:2

**thing** 330:12 368:23 370:12 403:5

**things** 323:16 330:7 331:10 333:7 367:21 374:12 414:12

**thinking** 414:12

**thinks** 395:14 404:12

**third-party** 281:13 314:13

**Thomas** 313:7,9,10

**thought** 329:10 335:11 406:19,24

**thoughts** 292:17,19

**time** 268:2 269:11 270:23 271:7 273:3 274:5 277:19 278:19 281:3 283:12 285:9 289:7,12,24 293:9 294:4,17,18 295:8 311:7 312:25 316:7 339:13 340:5 341:22 343:9,15 344:23 351:21 352:11,12 362:10,11 363:15

365:10 375:19,24 389:18 397:20 402:2, 9,17,21 403:4 409:22 410:21 411:24 412:17,18 413:16 414:3

**timeline** 403:16 413:18,20,22,23,25 414:14,19

**times** 335:19 375:18 375:18 391:18 409:15,17,22 410:3, 7,11,13,18 411:18

**tired** 276:11

**title** 348:23 349:4,8 392:19

**today** 272:6 283:5 285:25 292:16 315:20 316:20 318:5 346:5 356:5 359:24 360:18 380:23 394:17 408:20,23 413:14 416:17

**today's** 321:17

**told** 278:15 296:14 313:20 314:4,15 318:16,18,21,23 319:6 326:8 333:6 397:6,8 399:8,12 402:9,15,20 404:13 405:5

**top** 315:8 385:4 392:22 398:22

**topic** 283:6 321:13, 15 347:14 355:17 360:17 391:10

**topics** 282:2,12 408:10 410:3

**total** 383:3 393:16 411:8 412:2

**trade** 289:8,10,20 290:2,16 291:9 296:3 313:14

**trademark** 308:14 316:20

**transcript** 271:7 277:19 416:20,24

**tree** 310:25

Confidential

**trip** 269:6,18

**trips** 269:20,24 270:2
273:15,18,22

**true** 276:5 300:6,19
301:13 302:3 304:6
314:12 325:11
365:16 373:8

**turn** 269:10 284:19
285:14 292:11 293:8
294:9 297:18 315:6
322:7 324:16 326:14
329:13,20 342:6
378:21 379:24

**Turning** 381:5 385:2

**type** 316:17 370:4

**types** 307:7

_____

**U**

**UK** 280:17,19,20,25

**unable** 271:5 283:2
407:7 412:16

**uncertainty** 381:19

**understand** 302:17
303:4,5 304:15
305:9,13 314:11
346:13 349:3 350:22
354:18,23 355:14
362:19 384:21 413:6
414:23

**understanding**
268:8,16 269:3 312:6
313:10 344:13
353:18 354:5

**understands** 395:14

**undertaken** 349:18

**undertaking** 305:14

**uniform** 350:19
369:15

**unique** 376:3

**untrue** 300:11,21

**upgrade** 402:18

**upset** 314:7

**USD** 315:12

**usual** 372:6

_____

**V**

**vague** 302:25

**valid** 332:25

**version** 311:14

**versus** 381:2

**video** 367:14

**views** 314:19

**Villa** 366:4

**virtually** 304:21
305:8 410:11

**virtue** 331:25

**vis-a-vis** 380:2

**visited** 369:8

**Vista** 294:11 350:2
359:11 361:23
371:24 372:14,23
374:3 375:13 389:21
391:15 392:11 394:3

**Vista's** 392:25

**Vistajet** 267:11
268:3,23 273:16,24
274:17,22,24 275:3,
4,9,10,24,25 276:8
278:8,9 280:14,16,
19,24 281:19 283:8
286:9 287:12,21
288:2,15,22 289:3
294:15 295:9 296:8
297:2,22,23 298:6,
11,20,21 299:11,16,
18 300:12 301:18,23
303:2,24 306:2,5,10,
13,22,23,25 307:16
308:11,14,22 309:3,
22 312:15,21 313:15
315:10,11,13,14,17
319:14,19 320:2,10,
12,14,20 321:9,21
322:14,16,20 323:4,5
324:4,18,23 326:19,
20 327:2,8,14,20,21,
23 328:22 329:20,22,
23 330:19 331:24
332:24 333:8,12,16,
17,19 335:16,25

336:6,18,20 338:4,9
339:15,24 340:7,14,
19 342:4,8,18
343:10,17,22,25
344:17,24 345:8,9,
10,12,13,14,15,18,
22,24 346:14 348:10,
14,19,24 349:4,16
350:3,7,12,16,17,21
351:3,4,11,20 352:14
354:24 356:17 357:3,
4,9,14,15,20,21,22
358:12,23 359:9,18
360:13 361:4,6,19,
21,23,24 362:2,5,20,
25 363:2,13,18,24,25
364:3,13,19 365:2,
12,13 366:3,11,17,23
367:4,8,11,15,18,19,
20,25 369:17 370:2,
5,21,22,24 371:2,3,9,
13,15 372:17 373:3,
17 374:2,9,20 375:2,
19 376:11 382:20
384:9,13,16 386:9,
14,24 387:17 389:7,
12,17 390:11 391:22,
25 392:10,12,20
393:18 394:21 395:9,
10 396:22 397:12,14
398:17,21 399:6,9,
10,18,21 401:14,17
402:3 403:14 404:4,
5,9,13,15 405:9,17
406:17 408:14 409:8
411:13 412:5,11,16,
23

**Vistajet's** 273:25
274:3 287:13,22
288:14,20 296:5
300:2 302:21 303:21
315:19 322:17
324:20 355:15 373:9,
14 375:18 376:16
381:10 382:3,11
385:6 388:2 390:2

**Vivian** 410:9

**VJ** 272:12,17,21
273:2,9,10 281:16
334:5 400:2,3 404:21

**VJ140** 401:16

**VJ174** 399:2

**VJ1825** 280:6

**VJ1829** 280:13

**VJ1874** 284:13

**VJ1875** 284:20

**VJ2163** 374:5

**VJ2186** 392:13

**VJ2211** 372:3

**VJ2296** 368:16

**VJ2384** 386:7

**VJ2431** 384:10

**VJ302** 398:8

**VJ3097** 353:6

**VJ3100** 341:14

**VJ3106** 358:20

**VJ3108** 355:22

**VJ3110** 346:2

**VJ7447** 291:15

**VJ8266** 267:12

**volume** 267:3

**vouched** 326:21
327:2,14

_____

**W**

**Wall** 387:15

**wanted** 309:10 310:7
397:10 399:19
412:15,23

**warranties** 405:10,
18 406:13,15,18

**Watkins** 397:24

**web** 361:5,13,15

**website** 308:18
350:17 358:11,13,16
361:7 362:22 367:17,
18 368:15 371:24
374:2,10,20 375:2,4,
6 376:11 380:4
392:10,16,20

**websites** 361:15,19,
22,24 362:5 363:2,4,
5,6,14,17 364:13,25

365:14 372:8

**week** 285:21 289:22
391:4

**weeks** 391:4 410:17

**weird** 368:20

**whatsoever** 276:14

**wholesale** 322:25

**wider** 275:19 297:14
298:2 299:18

**wise** 366:6 408:25

**withdraw** 315:14
323:9 342:5 344:12,
14,22 382:7 392:19

**withdrawn** 306:9
331:22 339:19 343:6
360:11 379:11

**withhold** 377:7

**word** 279:20 290:23
291:6

**words** 290:14,25
360:22

**work** 282:18,20
333:7 345:15 352:25
371:21 394:18
408:25 409:3

**worked** 296:10 342:5

**working** 292:23
338:6 352:7

**works** 344:18,19
345:2

**world** 322:15 365:8

**wrap** 413:11

**write** 304:18

**writes** 281:2 292:22
293:9,12 312:3 313:5

**writing** 281:21
328:10 371:4

**written** 316:8 328:12
352:11

**wrote** 312:8 369:7
395:10 400:15

Confidential

**X**

**XO** 392:12

**XO's** 375:22

**Y**

**year** 274:7 362:10,11, 12 372:23 373:3,8,9 375:16,21,22,24 381:21,22 382:5,8, 13,25 383:3 388:9

**years** 315:20 342:19 365:7

**yellow** 267:14

**yesterday** 267:9 272:6,22,23 279:4 282:25 283:2 300:25 317:17 319:17 320:13 324:9 325:6 327:10 333:4 336:15 394:18,20 395:15 396:11,21 399:25 401:25 402:5 403:17 405:20 406:3,25 407:9,21,24,25 408:9,15,25 409:9 410:22 413:17 414:5, 16 415:8

**York** 370:9 391:21 392:3

**Young** 376:18

**Z**

**Zoom** 398:12 409:23 411:6,8,22,24