# Exhibit 23

| | |
|---|---|
| **From:** | Brian Proctor [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B75D6122AC44A8AA0D34300268126C8-BRIAN@MENTEGROUP.COM] |
| **Sent:** | 2/27/2022 9:57:41 AM |
| **To:** | Brad Harris [bharris@dallasjet.com]; Christine Kennedy [christine.kennedy@softbank.com] |
| **Subject:** | RE: VistaJet Program Agreement Update |

Christine, I have this in front of several clients.  The changes noted significantly improve the offering.  I have communicated this to them.

In addition, we at FCA are considering purchasing them.

Will know more by Wednesday of this week.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

**From:** Brad Harris <bharris@dallasjet.com>
**Sent:** Friday, February 25, 2022 3:47 PM
**To:** Christine Kennedy <christine.kennedy@softbank.com>; Brian Proctor <brian@mentegroup.com>
**Subject:** Re: VistaJet Program Agreement Update

**EXTERNAL EMAIL: Use Caution**

I can't disagree.  Have a nice weekend.

Best regards,

Brad

Brad Harris
President and CEO

CONFIDENTIAL
FCA023598



Dallas Jet International, LP
97 Village Lane
Suite 200
Colleyville, Texas 76034
Post Office Box 92636
Southlake, TX  76092

www.dallasjet.com
bharris@dallasjet.com

Direct:           (817) 520-4009
Mobile:         (817) 291-0711
Fax:              (817) 520-4016

   

THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR SHARING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IN ANY MANNER IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR AND THEN PLEASE DELETE THIS COMMUNICATION FROM YOUR COMPUTER.

**From:** Christine Kennedy <christine.kennedy@softbank.com>
**Date:** Friday, February 25, 2022 at 3:42 PM
**To:** Brad Harris <bharris@dallasjet.com>, Brian Proctor <brian@mentegroup.com>
**Subject:** RE: VistaJet Program Agreement Update

Given that a buyer would have 19 months to use the $1,131 hours <u>and</u> the fact our VistaJet pricing is 30% below their current rates, I would think people would be very interested in this.

Christine


**Christine D. Kennedy**
Deputy General Counsel, Corporate and Commercial Affairs | ﹦SoftBank Group International
christine.kennedy@softbank.com | M: 650 776 6358


**From:** Brad Harris <bharris@dallasjet.com>
**Sent:** Friday, February 25, 2022 1:37 PM
**To:** Christine Kennedy <christine.kennedy@softbank.com>; Brian Proctor <brian@mentegroup.com>
**Subject:** Re: VistaJet Program Agreement Update

Thanks Christine.  Great news and it will certainly help.

Best regards,

Brad

Brad Harris
President and CEO



Dallas Jet International, LP
97 Village Lane
Suite 200
Colleyville, Texas 76034
Post Office Box 92636
Southlake, TX  76092

www.dallasjet.com
bharris@dallasjet.com

Direct:		(817) 520-4009
Mobile:		(817) 291-0711
Fax:		(817) 520-4016

   

THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR SHARING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IN ANY MANNER IS STRICTLY PROHIBITED.  IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR AND THEN PLEASE DELETE THIS COMMUNICATION FROM YOUR COMPUTER.

**From:** Christine Kennedy <christine.kennedy@softbank.com>
**Date:** Friday, February 25, 2022 at 3:35 PM
**To:** Brian Proctor <brian@mentegroup.com>, Brad Harris <bharris@dallasjet.com>
**Subject:** VistaJet Program Agreement Update

Hi Brad,

As a follow-up to our conversation today, VistaJet's US President told me that they would agree to the following modifications to our program agreement:

1.	The 531 hours currently slated to expire on June 30, 2022 **can** rollover to the following year.  There would be a charge to do that.  We would have to pay the difference between the 2022 hourly rate of $12,372 and the adjusted 2023 rate for those hours.  [NOTE: The contract allows VistaJet to increase annually by the greater of 2.5% or the rate of

increase of the most recent monthly G20 Consumer Price Index as published by the OECD at the most recent anniversary of the Start Date.]

2. We have an additional three months – until September 30, 2023 to use all of the 1,131 hours.

I think removing the time pressure of the June 30th expiration is huge. The assignee now has 19 months to use the 1,131 hours!

Christine


**Christine D. Kennedy**
Deputy General Counsel, Corporate and Commercial Affairs |  ═ SoftBank Group International
christine.kennedy@softbank.com | M: 650 776 6358

CONFIDENTIALITY NOTICE: This e-mail and any attached files and/or prior communications is intended solely for the use of the individual(s) to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, disclosure, reproduction, download, reliance, or use of this communication and its attachments by those other than the intended recipient(s) is strictly prohibited. If you believe you have received this e-mail in error, please immediately notify the sender, delete the e-mail, along with any attachments, and do not copy or disclose it to anyone else.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIALITY NOTICE: This e-mail and any attached files and/or prior communications is intended solely for the use of the individual(s) to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, disclosure, reproduction, download, reliance, or use of this communication and its attachments by those other than the intended recipient(s) is strictly prohibited. If you believe you have received this e-mail in error, please immediately notify the sender, delete the e-mail, along with any attachments, and do not copy or disclose it to anyone else.

**Links contained in this email have been replaced by TPS NG Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**