# Exhibit 29

**From:** "Christine Kennedy" <christine.kennedy@softbank.com>
**To:** "LEONA.QI@VISTAJET.COM" <Leona.Qi@vistajet.com>
**Subject:** Assignment of SoftBank VistaJet Agreement
**Date:** Mon, 21 Mar 2022 15:44:13 +0000
**Importance:** Normal

Hello Leona,

I hope this email finds you well.  Do you have 30 minutes today or tomorrow to discuss assignment of our VistaJet agreements?  I believe I have identified a solution and would like to discuss with you.

Best,

Christine

**Christine D. Kennedy**
Deputy General Counsel, Corporate and Commercial Affairs |  = SoftBank Group International
christine.kennedy@softbank.com | M: 650 776 6358

CONFIDENTIALITY NOTICE: This e-mail and any attached files and/or prior communications is intended solely for the use of the individual(s) to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, disclosure, reproduction, download, reliance, or use of this communication and its attachments by those other than the intended recipient(s) is strictly prohibited. If you believe you have received this e-mail in error, please immediately notify the sender, delete the e-mail, along with any attachments, and do not copy or disclose it to anyone else.

VJ00000040