# Exhibit 30

**From:** "Leona Qi" <Leona.Qi@vistajet.com>
**To:** "Christine Kennedy" <christine.kennedy@softbank.com>, "Brian Proctor" <brian@mentegroup.com>
**Subject:** Re: SoftBank G7500 and G5000 Contracts with VistaJet
**Date:** Tue, 22 Mar 2022 21:05:40 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Hi Christine,

Thank you for your time today. I have sent the draft to my legal for review. Thursday I can do noon EST. I can confirm there is no security deposit on the SB program. Thank you.

Best,
Leona



**Leona Qi**
**President**

**VistaJet** International Ltd.
51-52 Charles Street, Mayfair,
London, W1J 5EU, United Kingdom

United States: +1-917-297-9685
United Kingdom: +44-7880900918
24/7: +1-800-793-5985

leona.qi@vistajet.com

VistaJet and its subsidiaries are not U.S. direct air carriers. VistaJet Limited is a European air carrier that operates 9H registered aircraft under its Maltese Air Operator Certificate No. MT-17. VistaJet US Inc. is a Delaware registered air charter broker that does not operate aircraft. VistaJet-owned and U.S. registered aircraft are operated by properly licensed U.S. air carriers.

VistaJet International Limited. Incorporated in England under Company Number 6617647.
Registered office: 52 Charles Street, London W1J 5EU

---

**From:** Christine Kennedy <christine.kennedy@softbank.com>
**Date:** Tuesday, March 22, 2022 at 1:52 PM
**To:** Brian Proctor <brian@mentegroup.com>
**Cc:** Leona Qi <Leona.Qi@vistajet.com>
**Subject:** SoftBank G7500 and G5000 Contracts with VistaJet

Thank you both for taking the time to speak today.
1. Attached please find the current VistaJet Contract Agreements that will be assumed by Four Corners Aviation.
2. Leona, can you please check with your finance team and let me know whether VistaJet has a security deposit from us or is holding any SoftBank funds which we would offset against the final payment?
3. Also attached is a draft Assignment and Assumption Agreement for your review.

VJ00000102

I suggest that we schedule a call for Thursday to discuss any questions/concerns that might arise after reviewing the documentation provided.  **Are you availabe at**:

9:00 PST

9:30PST

10:00 PST

10:30 PST

11:00 PST

11:30 PST

Thank you

Christine

**Christine D. Kennedy**
**Deputy General Counsel, Corporate and Commercial Affairs | = SoftBank Group International**
christine.kennedy@softbank.com | M: 650 776 6358

*CONFIDENTIALITY NOTICE: This e-mail and any attached files and/or prior communications is intended solely for the use of the individual(s) to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, disclosure, reproduction, download, reliance, or use of this communication and its attachments by those other than the intended recipient(s) is strictly prohibited. If you believe you have received this e-mail in error, please immediately notify the sender, delete the e-mail, along with any attachments, and do not copy or disclose it to anyone else.*

VJ00000103