# Exhibit 61

| | |
|---|---|
| From: | kavanaghv@googlemail.com [kavanaghv@googlemail.com] |
| Sent: | 7/4/2022 10:00:23 PM |
| To: | Vincent Kavanagh [vkavanagh@fourcornersaviation.com] |
| Subject: | Fwd: VistaJet Hours |
| Attachments: | image001.png; image002.png; Insight w Vista 05242022.pdf |

**EXTERNAL EMAIL: Use Caution**

Vincent Kavanagh
M: 954 955 4582

---------- Forwarded message ---------
From: **Yonel Osman** <yonel.osman@gmail.com>
Date: Mon, Jun 13, 2022 at 4:50 PM
Subject: Re: VistaJet Hours
To: Vincent Kavanagh <kavanaghv@googlemail.com>
Cc: <Natalie@nj-partners.com>

Hi Vincent,

Thank you so much for this.

I will definitely pass on to my clients for consideration. I also have a few different private PA networks I can promote this to. I just need to get a condensed version of the details as a teaser email. Perhaps we can work together on this?

I would like to include some commission on this as well of course so I will have a think about what I can add.

In the meantime, when do you think you might be able to send through details of the Air Partner proposal and the other interesting service you mentioned in our call?

Looking forward to working with you.


Thanks again and Best wishes,
Yonel

CONFIDENTIAL
FCA031432

On 13 Jun 2022, at 21:18, Vincent Kavanagh <kavanaghv@googlemail.com> wrote:

Hi Yonel,

I hope all is well and that Mike's email helps somewhat.

Below reveals in total confidentiality with you both, my client's company and what they have agreed with an existing client's VistaJet hours. My client is founder and CEO Brian Proctor; the below is from his newly appointed CFO and ex JP Morgan Michael Rodgers. Brian and I are great friends and hence why I can offer my own clients or prospects preferred rates or hour numbers around this deal. Personally it is not complicated and I will earn zero commission from any VJ hours sold; this is done on a friendship and for me; a fun prospect. The offer is literally a one off.

The attached is for their own Mente Group specific clients but I can offer 100hrs; perhaps less but I would suggest Yonel first exploring with your clients and perhaps any of their own friends or business partners that would be interested in this. The saving is unheard of, as our own Air Partner JetCard Global Rate is $17.2k but must include trans-atlantic trip only.

Please let me know your thoughts, happy to discuss at any point.

Best,

V.


Vincent Kavanagh
M US: +1 954 955 9944
M UK: +44 7741 248 317

Sent from my iPhone 




---------- Forwarded message ---------
From: **Michael Rodgers** <mrodgers@mentegroup.com>
Date: Sun, Jun 12, 2022 at 6:51 PM
Subject: VistaJet Hours
To: kavanaghv@gmail.com <kavanaghv@gmail.com>

Hi Vince,

Good afternoon, hope you are doing well and enjoying the weekend. Really enjoyed meeting you last week – thanks for taking the time to come visit; I look forward to further discussions and partnership.

As a follow-up, I also wanted to send you a summary deck someone on the team here at FCA put together on the VistaJet hours. Below is a summary also, to the extent helpful. Please keep the appropriate aspects confidential, but if you think you might have channels for the hours, let's talk.

1.   We purchased the hours through an existing client – so, we directly own these hours on VistaJet, and have permission to re-market

•   We're marketing this through our Insight Card, ideally in blocks of 100 hours or more (though we will sell blocks at lower hours).

•   User has access to Global 5000/6000 on VistaJet aircraft; we manage all aspects of the trip.


2.   We're marketing the hours at $12,500 / hour + fuel surcharge + incidentals.

•   Fuel surcharge is assigned by VistaJet.

•   As you explained, the $12,500 is an attractive rate and well below market and <u>without</u> the longer term commitment.

•   We're paying commission at 100% of anything over $12,250.  So, if someone sells block of 100 hours at $12,500, then commission is $250 x 100 hours = $25,000.


Should you have any queries simply give me a call to shake any deal through.

Best regards,

Michael



**Michael Rodgers**
CFO
**Aquila Aviation Ventures, LLC**
3201 Dallas Parkway, Suite 777
Frisco, TX 75034

email: mrodgers@mentegroup.com
office: 214.351.9595
mobile: 214.704.2629


www.mentegroup.com          www.fourcornersaviation.com


--
Vincent Kavanagh
M US: +1 954 955 9944
M UK: +44 7741 248 317

Sent from my iPhone 􏰀
--
Vincent Kavanagh
M US: +1 954 955 9944
M UK: +44 7741 248 317

Sent from my iPhone

**Links contained in this email have been replaced by TPS NG Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**

CONFIDENTIAL