# Exhibit 63

| | |
|---|---|
| From: | Vincent Kavanagh [kavanaghv@googlemail.com] |
| Sent: | 6/22/2022 7:07:49 AM |
| To: | Brian Proctor [brian@mentegroup.com]; Michael Rodgers [mrodgers@mentegroup.com] |
| Subject: | Fwd: VistaJet hours |

**EXTERNAL EMAIL: Use Caution**

Good morning Brian and Michael,

One of the calls I had yesterday was with Mark Green at Volanteus - below. Mark was referred to me and is good guy; he/Volanteus fly a lot of stars from West Coast California to UK & Europe.

I appreciate Brian has a busy day today but Michael; might you be able to give Mark a call today at some point? He and I discussed 100hrs at $12.5k. VJ and Qatar Aviation are their biggest providers…

Mark has no idea of my move to FCA, otherwise I would dive in and close this!

Let me know what might suit Michael and I will connect you all all now on a separate email.

Best,

Vince.

---------- Forwarded message ---------
From: **Mark Green** <mark@volanteus.com>
Date: Wed, Jun 22, 2022 at 5:01 AM
Subject: Re: VistaJet hours
To: Vincent Kavanagh <kavanaghv@googlemail.com>

Hi there Vincent, this is really interesting and chatting it through with the guys here, we could well use a good number of those hours.

Wondered if your friend would give me a call to chat through a few things about the process and alike.

Many thanks

Mark



Mark Green
Director
Volanteus Limited
T: +44 (0) 203 876 8000

M: +44 (0) 7471 655266

W: www.volanteus.com



***Volanteus is working towards a greener planet and has partnered with Pachama (https://link.caltech.com/u/53157b5e/0IUlGyTy7BGmnvEKg-oQLQ?u=http%3A%2F%2Fpachama.com) to help offset carbon. If you would like to have more information or would like to use this facility, please speak to your charter representative.***

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee and access to the e-mail by anyone else is unauthorised. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this e-mail in error please forward to us.

**From:** Vincent Kavanagh <kavanaghv@googlemail.com>
**Date:** Tuesday, 21 June 2022 at 16:52
**To:** Mark Green <MArk@volanteus.com>
**Subject:** VistaJet hours

Hi Mark,

Great to speak with you and I hope all is well.

As explained, I currently work for Air Partner and we live here in Fort Lauderdale Florida. The offer below is through a client and friend of mine that has purchased these VJ hours from a client of his own through his company Mente Group. Along with the attached, below is a summary (copy & paste from Mente Groups CFO Michael Rodgers).

1.      Purchased these hours through an existing client – so, we directly own these hours on VistaJet, and have permission to re-market

•    We're marketing this through our Insight Card, ideally in blocks of 100 hours or more (though we can sell blocks in lower numbers).

•    User has access to Global 5000/6000 on VistaJet aircraft; we manage all aspects of the trip.

1.      We're marketing the hours at $12,500 / hour + fuel surcharge + incidentals.

•    Fuel surcharge is assigned by VistaJet.

•    As you know, the $12,500 is an attractive rate and below market.

1.      We would consider, in the right situation, private-labeling a card for another broker

I hope this is a valuable initial insight and I look forward to fixing a time for another call to discuss in more detail.

Best regards,

Vincent.



Vincent Kavanagh
M US: +1 954 955 9944
M UK: +44 7741 248 317

Sent from my iPhone 􏰀


--

Vincent Kavanagh
M US: +1 954 955 9944
M UK: +44 7741 248 317

Sent from my iPhone 􏰀

--

Vincent Kavanagh
M US: +1 954 955 9944
M UK: +44 7741 248 317

Sent from my iPhone 􏰀

**Links contained in this email have been replaced by TPS NG Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**