# EXHIBIT 55





REGISTER    LOGIN

# Legal Information

### VistaJet Ltd.

General Terms & Conditions of Carriage

[ View ]

### Peak Days

Information on Peak Days 2022

[ View ]

### Purchase Orders

PO General Terms and Conditions

[ View ]

### Compliance and Ethics

VistaJet compliance and ethics documents

[ View ]

## VistaJet Website Terms of Use

These Website Terms of Use ("Terms of Use") apply to the website maintained by VistaJet Limited, its affiliates and their respective employees, directors, shareholders, and agents (together "VistaJet") located at www.vistajet.com as well as all associated pages linked to www.vistajet.com (together, "Website").

These legally binding Terms of Use are between to you ("You" or "Your") and VistaJet Limited.

BY USING THE WEBSITE, YOU ACCEPT THESE TERMS OF USE AND AGREE TO COMPLY WITH THEM.

IF YOU DO NOT AGREE TO THESE TERMS OF USE, DO NOT USE THE WEBSITE.

## Content

The content on this Website is provided for general information only. Although VistaJet make reasonable efforts to update the information on its Website, VistaJet make no representations, warranties or guarantees, whether express or implied, the content on its Website is accurate, complete or up-to-date. VistaJet is not responsible for any websites it links to. Where this Website contains links to other websites and resources provided by third parties and/or partners, these links are provided for Your information only. Such links should not be interpreted as approval by VistaJet of those linked websites or information You may obtain from them.

VistaJet accept no liability whatsoever for the nature or quality of the information provided on this Website. Liability claims against VistaJet for damages of a material or ideal nature, resulting from the use or non-use of the information offered or the use of incorrect and incomplete information, are excluded on principle insofar as there is no demonstrably deliberate or grossly negligent fault on the part of VistaJet. All offers are subject to change and are non-binding. VistaJet expressly reserves the right to alter, amend, add to or delete parts of the Website without special notice, or to cease publication either temporarily or permanently, from time to time. Every time You wish to use our Website, please check these Terms of Use to ensure You understand the terms that apply to You at that time.

## Use of the Website

Except as expressly permitted under these Terms of Use, and unless prohibited by applicable law or regulation, You will not -- nor permit anyone else -- to: (a) copy, disassemble, reverse engineer, decompile or create derivative works based on the whole or any part of the Website or any part of the content on our Website for commercial purposes; (b) make alternations to, or modifications of, the whole or any part of the Website, or permit the Website or any part of it to be combined with, or become incorporated, in other programs; (c) assign or sub-contract any of its rights or obligations under these Terms of Use to any third party unless VistaJet agrees in writing, excluding Authorized Bookers; (d) remove any copyright, trademark or other proprietary rights from the Website; (e) use the Website in any unlawful manner, for any unlawful or criminal purpose, or in any manner inconsistent with these Terms of Use, the governing Program, or act fraudulently or maliciously, for example, by hacking into or inserting malicious code, including viruses, or harmful data, into the Website; (f) use the Website to record, post or transmit any information that is defamatory, threatening, abusive, offensive, obscene, indecent, discriminatory or is otherwise objectionable or infringes on third party rights; (g) use the Website in a way that could damage, disable, overburden, impair or compromise VistaJet systems or security or interfere with other users, or restrict or inhibit any other users from using the Website (including, by interfering with, or attempting by introducing viruses, trojans, worms or other material that is malicious or technologically harmful or defacing the

https://web.archive.org/web/20220522073823/https://www.vistajet.com/en-us/legal/

VJ00009147

Website); (h) Use the Website to impersonate others; or (i) develop third part apps that interact with the Website. For the avoidance of doubt, VistaJet may assign, transfer or sub-contract any of its rights or obligations under these Terms of Use to any third party at its discretion, including any affiliate of VistaJet.

## Third-party Links

Regarding direct or indirect references to websites of third parties ("hyperlinks"), outside the sphere of influence of VistaJet, an obligation to accept liability would arise solely in the event that VistaJet is aware of the content and that it would be technically possible and reasonable to prevent use in the case of content that violates the law. VistaJet herewith expressly declares that upon the date the links were set, no illegal content was discernable on the pages to be linked. VistaJet has no influence whatsoever upon the current and future design, content or copyright of the linked websites. For that reason, VistaJet herewith expressly distances itself from all contents of all linked sites that were changed after the links were made. This declaration applies to all links and references made within VistaJet's own Internet offers, as well as to entries made by third parties in the guest books set up by VistaJet, discussion forums and mailing lists. The provider of the site that was referred to, and not the provider of the site which merely provided links to the publication concerned, shall bear sole liability for illegal, incorrect or incomplete content and in particular for damages resulting from the use or non-use of such information offered.

## Copyright and Trademarks

In all publications, VistaJet makes every effort to comply with the copyright of the images, sound documents, video sequences and texts and to use images, sound documents, video sequences and texts created by VistaJet itself or to make use of non-copyrighted images, sound documents, video sequences and texts. All the brand labels and trademarks named within the internet, and which are possibly protected by third parties, are unconditionally subject to the provisions of the relevant trademark law and the property rights of the registered owner. The mere designation by name alone does not permit the conclusion that trademarks are not protected by third party rights. VistaJet retains sole copyright for published objects created by VistaJet itself. The duplication or use of such images, sound documents, video sequences and texts in other electronic or printed publications is not permitted without the express permission of VistaJet. For the avoidance of doubt, VistaJet, Vista, and the VistaJet logo are registered trademarks.

## Privacy

Use of this Website is subject to the VistaJet Privacy Policy available at https://www.vistajet.com/en-gb/privacy-policy. By Your use of this Website, You also agree and acknowledge that no transmissions on the internet, including this Website, can be deemed completely secure or private.

## Disclaimer of Liability

VISTAJET MAKES NO REPRESENTATION, WARRANTY, OR GUARANTY AS TO THE RELIABILITY, TIMELINESS, QUALITY, SUITABILITY, AVAILABILITY, ACCURACY OR COMPLETENESS OF THE SERVICE OR APPLICATION. VISTAJET DOES NOT REPRESENT OR WARRANT THAT (A) THE USE OF THE SERVICE OR APPLICATION WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR OPERATE IN COMBINATION WITH ANY OTHER HARDWARE, APPLICATION, SYSTEM OR DATA, (B) THE SERVICE OR APPLICATION WILL MEET YOUR REQUIREMENTS OR EXPECTATIONS, (C) ANY STORED DATA WILL BE ACCURATE OR RELIABLE, (D) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SERVICE WILL MEET YOUR REQUIREMENTS OR EXPECTATIONS, (E) ERRORS OR DEFECTS IN THE SERVICE OR APPLICATION WILL BE CORRECTED, OR (F) THE SERVICE OR THE SERVER(S) THAT MAKE THE SERVICE AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE SERVICE AND APPLICATION IS PROVIDED TO YOU STRICTLY ON AN "AS IS" BASIS. ALL CONDITIONS, REPRESENTATIONS AND WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF THIRD-PARTY RIGHTS, ARE HEREBY DISCLAIMED TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW BY VISTAJET. VISTAJET MAKES NO REPRESENTATION, WARRANTY, OR GUARANTY AS TO THE RELIABILITY, SAFETY, TIMELINESS, QUALITY, SUITABILITY OR AVAILABILITY OF ANY SERVICES, PRODUCTS OR GOODS OBTAINED BY THIRD PARTIES THROUGH THE USE OF THE SERVICE OR APPLICATION. YOU ACKNOWLEDGE AND AGREE THAT THE ENTIRE RISK ARISING OUT OF YOUR USE OF THE APPLICATION AND SERVICE, AND ANY THIRD-PARTY SERVICES OR PRODUCTS REMAINS SOLELY WITH YOU, TO THE MAXIMUM EXTENT PERMITTED BY LAW, AND YOU ASSUME TOTAL RESPONSIBILITY FOR YOUR USE OF THE WEBSITE AND ANY LINKED SITES. YOUR SOLE REMEDY AGAINST VISTAJET FOR DISSATISFACTION WITH THE WEBSITE OR ANY CONTENT IS TO STOP USING THE SITE OR ANY SUCH CONTENT.

## Limitation of Liability

SAVE IN THE EVENT OF DEATH OR PERSONAL INJURY RESULTING FROM VISTAJET'S NEGLIGENCE, IN NO EVENT SHALL VISTAJET'S AGGREGATE LIABILITY EXCEED THE USD 100.00 FOR ANY CLAIM ARISING OUT OF USE OF THIS WEBSITE AND IN NO EVENT SHALL VISTJAET AND/OR ITS LICENSORS BE LIABLE TO ANYONE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE). VISTAJET AND/OR ITS LICENSORS SHALL NOT BE LIABLE FOR ANY LOSS, DAMAGE OR INJURY WHICH MAY BE INCURRED BY YOU, INCLUDING BUT NOT LIMITED TO LOSS OR DAMAGE ARISING OUT OF, OR IN ANY WAY CONNECTED WITH THE WEBSITE, INCLUDING BUT NOT LIMITED TO THE USE OR INABILITY TO USE THE WEBSITE, ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY THIRD PARTY SERVICE PROVIDER, ADVERTISER OR SPONSOR WHOSE ADVERTISING APPEARS ON THE WEBSITE OR IS REFERRED BY THE SERVICE OR APPLICATION, EVEN IF VISTAJET AND/OR ITS LICENSORS HAVE BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## Indemnity

BY ENTERING INTO THESE TERMS OF USE AND USING THE WEBSITE, YOU AGREE THAT YOU SHALL DEFEND, INDEMNIFY AND HOLD VISTAJET, ITS LICENSORS, ATTORNEYS AND USERS HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, COSTS, DAMAGES, LOSSES, LIABILITIES AND EXPENSES (INCLUDING ATTORNEYS' FEES AND COSTS) ARISING OUT OF OR IN CONNECTION WITH: (A) YOUR VIOLATION OR BREACH OF ANY TERM OF THESE TERMS OF USE OR ANY APPLICABLE LAW OR

VJ00009148

REGULATION, WHETHER OR NOT REFERENCED HEREIN; (B) YOUR VIOLATION OF ANY RIGHTS OF ANY THIRD PARTY, OR (C) YOUR USE OR MISUSE OF THE WEBSITE.

## Governing Law & Forum

These Terms of Use shall be governed by and construed in accordance with the laws of England and Wales.

In the event of any dispute arising out of or relating to these Terms either party may refer such dispute for final resolution by arbitration under the London Court of International Arbitration ("LCIA") Rules. The LCIA shall have exclusive jurisdiction to resolve any such dispute. The LCIA Rules are deemed to be incorporated by reference into these Terms.

The language to be used in the LCIA arbitration referred to above shall be English. In any LCIA arbitration commenced under the above, the number of arbitrators shall be one and the seat or legal place of arbitration shall be London, United Kingdom.

VISTAJET        Careers  |  Investors  |  USA  |  UK  |  China  |  Legal  |  Cookies  |  Privacy  |  COVID-19 Privacy  |  CA Privacy                    f    ⓘ    🐦    in

© VistaJet 2022. VistaJet®, Vista®, and the VistaJet logo® are registered trademarks of VistaJet. All rights reserved. VistaJet and its subsidiaries are not U.S. direct air carriers. VistaJet US Inc. and VistaJet Online and Mobile Services are air charter brokers that do not operate aircraft. VistaJet Limited is a European air carrier that operates 9H registered aircraft under its Maltese Air Operator Certificate No. MT-17 and is incorporated in Malta under Company Number C 55231. VistaJet-owned and U.S. registered aircraft are operated by properly licensed U.S. air carriers, including XOJET Aviation LLC.

VJ00009149