# EXHIBIT 58

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 5/9/2022 |

## Outline of Conversations

 **CHAT - 00231 - 2022/05/09** • 5 messages on 5/9/2022 • Cam Gowans <+19546041443> • Jim Lewis <(503) 550-5503>

CONFIDENTIAL  FCA036920

**Messages in chronological order** (times are shown in GMT -05:00)

### CHAT - 00231 - 2022/05/09

**JL**  **Jim Lewis <(503) 550-5503>**  5/9/2022, 8:11 AM
Heya. Looking through the presentations again. Thanks. The Ts & Cs…other than one airplane a day thing, what other limitations will the client see that are different from a retail vista client? Don't mean our 8 total and block size…I want to be ready to explain how different this is from a normal vista client - other than the discounted price.

**JL**  **Jim Lewis <(503) 550-5503>**  5/9/2022, 8:12 AM
IOW…what's different on page 12 or 14 than the normal VJ client.

**CG**  **Cam Gowans <+19546041443>**  5/9/2022, 8:23 AM
I'd need to review a current vistajet contact to be certain - but it should be identical - other than the 8 users a day, these are the t&c's in the contract we assumed.  We essentially repeated what was in the agreement between us and vistajet.

**JL**  **Jim Lewis <(503) 550-5503>**  5/9/2022, 8:26 AM
Perfect. I'd like to say exactly that in dialogues. Needed to make sure.

**JL**  **Jim Lewis <(503) 550-5503>**  5/9/2022, 10:49 AM
Hey…quick chat in a second?

CONFIDENTIAL                                                                                                                                                  FCA036921