# EXHIBIT 61

| | |
|---|---|
| **Sent**: | 5/19/2022 3:31:47 PM |
| **To**: | Steve Main [smain@mentegroup.com] |
| **Subject**: | RE: Blank Vista Hours Proposal? |
| **Attachments**: | Insight w Vista PJP LLC 05192022.pdf |

**Cameron B. Gowans**
**President + Chief Commercial Officer**



3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:   +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com

**From:** Steve Main <smain@mentegroup.com>
**Sent:** 19 May, 2022 15:27
**To:** Cameron Gowans <cgowans@fourcornersaviation.com>
**Subject:** RE: Blank Vista Hours Proposal?

It would be Private Jet Partners, LLC…

But they are floating to some people. They wouldn't be end user

Best,
**Steve Main**
Vice President, Transactions
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

Office:   (214) 351-9595
Mobile:  (310) 351-6758



www.mentegroup.com



   

**From:** Cameron Gowans <cgowans@fourcornersaviation.com>
**Sent:** Thursday, May 19, 2022 3:26 PM
**To:** Steve Main <smain@mentegroup.com>
**Subject:** RE: Blank Vista Hours Proposal?

Do you have a client name?  Just trying to keep track….

CAM

**Cameron B. Gowans**
**President + Chief Commercial Officer**



3201 Dallas Parkway
Suite 777
Frisco, TX 75034
Office:   +1-214-459-5900
Mobile: +1-954-604-1443
www.fourcornersaviation.com


**From:** Steve Main <smain@mentegroup.com>
**Sent:** 19 May, 2022 15:23
**To:** Cameron Gowans <cgowans@fourcornersaviation.com>
**Subject:** Blank Vista Hours Proposal?

Cam-

Do we have a blank one I can send? All of the ones I have are assigned to a client. Don't want to send those.

Best,
**Steve Main**
Vice President, Transactions
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

Office:   (214) 351-9595
Mobile:  (310) 351-6758



www.mentegroup.com



   




FOUR CORNERS
AVIATION

*Insight Card with Vista Availability*

*05.19.2022*

FCFCA001261

CONFIDENTIAL

INSIGHT – VISTA OPPORTUNITY

# THE INSIGHT CARD

## Unique Values driven product

Recognizing that both new and existing users have a plethora of options to access business aviation, Four Corners Aviation offers the **Insight Card**. This allows the sophisticated user to select *on a trip by trip basis*, the most appropriate option. Your **Insight Card** includes:

1. Oversight on private aviation assets and options
    - VistaJet Hours
    - Charter options from Four Corners Aviation
2. Trip by Trip Selection / Optimization
3. Flight Coordination and Following
4. Metrics, reporting and analysis

*be there…*

INSIGHT – VISTA OPPORTUNITY

# THE OFFERING

**Access to the Global 5000/6000 through VistaJet**
- FCA has contracted with VistaJet US for a block of hours for remarketing to a limited number of clients
- Hours must be used by September 2023.

**Four Corners Aviation (FCA) offers**
- Agreement with FCA and you
- Occupied time at a significantly discounted hourly rate
- Evaluation and insight on a *trip by trip* basis, and recommendation for most suitable aircraft
- 24/7 Access
  - Email or Phone
- Vetted Operators only
  - Fleet of over 70 Bombardier aircraft
- Interchange
  - Favorable downgrade interchange rates within the VistaJet fleet
- Flight Administration
  - Simple billing and invoicing for flight incidentals such as landing and handling charges
- Available through the Four Corners Insight Card Program
- Charter alternatives if VistaJet is unavailable

*be there....*

CONFIDENTIAL

CONFIDENTIAL • 05.19.2022 • 3

FCA001263

THE AIRCRAFT

# VISTAJET GLOBAL 5000



**Specifications**

Performance
Flight hours  11:00
Max range  5,200 nm
Max speed  0.89 Mach
Max altitude  51,000 ft

Interior
Passengers  13 | 7 sleeping
Cabin length  40 ft 9 in
Cabin height  6 ft 2 in
Cabin width  7 ft 11 in
Baggage capacity  195 ft³ | 1000 lbs (max)

Source: VistaJet.com

Day

Night

*be there….*

THE AIRCRAFT

# VISTAJET GLOBAL 6000

Day

Night

## Specifications

Performance
Flight hours          **13:00**
Max range             **6000 nm**
Max speed             **0.89 Mach**
Max altitude          **51,000 ft**

Interior
Passengers            **14 | 7 sleeping**
Cabin length          **43 ft 3 in**
Cabin height          **6 ft 2 in**
Cabin width           **7 ft 11 in**
Baggage capacity      **195 ft³ | 1000 lbs (max)**

Source: VistaJet.com

*be there....*

INSIGHT CARD – VISTA OPPORTUNITY

# PROPOSAL – CHARTER + INCIDENTALS DEPOSIT



- o FCA can arbitrage the best application for requested travel requirements utilizing VistaJet hours or the aircraft charter market.
- o FCA provides one source for vetting, booking, coordinating, tracking, and billing
- o Charter provides backup / alternatives for Peak Days and scheduling conflicts
- o Charter + Incidentals Deposit:
  - o $100,000 Deposit
    - o Minimum balance of $25,000
    - o Remaining balance refundable (after September 2023)
    - o Held in Segregated Bank Account

*be there...*

INSIGHT CARD – VISTA OPPORTUNITY

## PROPOSAL – ECONOMICS

| Aircraft Type | Global 5000/6000 |
|---|---|
| Term | Through September 30, 2023 |
| Occupied Hours | Minimum 150 |
| Occupied Hourly Rate | $12,500 |
| Payment Terms | In Advance |
| Vista Hours | $1,875,000 |
| Charter + Incidental Deposit | $100,000 |
| **Total** | **$1,975,000** |

*be there…*

CONFIDENTIAL • 05.19.2022 • 7

FCA001267

CONFIDENTIAL

INSIGHT – VISTA OPPORTUNITY

# MECHANICS

After signing the Insight Agreement, and funding the Vista Hours and Deposit, contact the Insight team to book.

Insight team will coordinate with VistaJet and alternatives as appropriate, provide alternatives to the client and book per their request.

Insight will manage all aspects of the trip, including day of, and administer payments of any charter or incidentals.

Insight will provide flight coordination

How to book:

    Insight@fourcornersaviation.com

    (214) 459-5900

*be there....*

CONFIDENTIAL • 05.19.2022 • 8

FCA001268

CONFIDENTIAL

THE INSIGHT CARD

# FLIGHT COORDINATION

**Provide ongoing aviation support on a trip-by-trip basis:**

- Provide 24/7 service
  - Coordinate all aspects of flight
  - Phone + Email
- Optimized sourcing at the trip level
  - VistaJet Hours
  - Charter
- Flight booking and confirmation
- Flight tracking support on "day-of" travel
- Invoicing
  - Flight charges
  - Incidentals
  - Surcharges
- Oversight of all charter and card contracts to provide optimized utilization per contract
- Monthly reporting of utilization, budgets, etc.

*be there….*

INSIGHT – VISTA OPPORTUNITY

# Terms + Conditions

**Availability**

- FCA will confirm availability of a VistaJet aircraft at time of booking. VistaJet will provide a single Aircraft (or better, at VistaJet US's option) for the at the Occupied Hourly Rate, whenever the Member books a flight within the Service Area and provides the Minimum Booking Notice. As FCA is reselling these hours at a significant savings to normal rates, availability will be limited to the eight members of the program. If multiple Insight Card holders request aircraft on the same date, FCA will arrange for supplemental support through our charter program.

**Service Area and Minimum Booking Notice (MBN) – excluding peak days**

| Departure Region | Challenger MBN | Global MBN |
|---|---|---|
| European | 24 | 48 |
| Middle East | 24 | 48 |
| Asia Pacific | 48 | 48 |
| United States | 24 (U.S. Region Flights) 48 (International Flights) | 24 (U.S. Region Flights) 48 (International Flights) |

**Interchange Rates – Global 5000 / 6000**

- The Interchange Rate shall be multiplied by the Flight Hours flown by Member. Challenger flights are not available between USA and other Regions.

| Aircraft | Interchange | Implied Hourly Rate |
|---|---|---|
| Challenger 350 | .86 | 10,750 |
| Challenger 605 | .97 | 12,125 |
| Challenger 850 | .99 | 12,375 |

VistaJet US reserves the right to amend, add or remove additional aircraft makes and models and associated rates to the Interchange Aircraft Rates after giving thirty (30) days' prior written notice.

*be there….*

# Terms + Conditions

**Peak Days**
- 7 Day notification required during peak travel days
- US Peak travel days 2022
    - April 14-18, 22-25
    - May 26-30
    - June
    - July 1-5
    - August
    - September 1-5
    - October 4
    - November 19-28
    - December 16-18, 25-28
    - *Jan 2023 1- 3, 16
- International Peak travel days 2022
    - April 14-18, 29
    - May 2, 18, 28, 29
    - June 2,3, 17-18
    - July 15 – 17, 29
    - August 1, 26-29
    - September 1-5
    - October 22, 23, 29, 30
    - November
    - December 16-18, 25-28
    - *Jan 2023 1- 3

*estimated for 2023 to be updated when released by Vista

*be there...*

CONFIDENTIAL

FCA001271

INSIGHT – VISTA OPPORTUNITY

# Terms + Conditions

**Simultaneous use**
- Only one aircraft is guaranteed. Additional aircraft are subject to availability.

**Minimum Flight times**
- 2.3 Flight hours for domestic/ wholly within the US
- 2.8 Flight hours for globally or partly globally, outside of US mainland service area

**Cancellation Fees**
- Full amount forfeited if cancelled within 48 hours of scheduled departure time
- During peak periods, 7 days notice required
- These fees may be waived if there has not been any costs incurred

**Incidentals (additional cost may be incurred)**
- Ground transportation
- Wifi &/ or satellite phone + international charges may be added
- Customs and International handling fees
- Special catering
- High density/ special use airport fees
- Cleaning fee (excess wear, smoking, pets)
- Additional flight crew
- Extended wait/ customer delay in excess of 60 minutes

**Fuel surcharges**
- Fuel surcharges will be calculated for each trip using IATA previous months fuel price

**Service Area Limitations**
- Hawaii & between Caribbean islands subject to availability

*be there...*

FCA001273
CONFIDENTIAL

# Four Corners
## Aviation

FCCA001274
CONFIDENTIAL