# EXHIBIT 62

**From**: Brian Proctor [brian@mentegroup.com]
**Sent**: 4/21/2022 7:36:21 AM
**To**: John B. (Johnny) Foster (johnnyfoster@ogarajets.com) [johnnyfoster@ogarajets.com]
**CC**: Cameron Gowans [cgowans@fourcornersaviation.com]
**Subject**: Four Corners VistaJet Hours
**Attachments**: Insight Vista Opportunity - OGARA - 042122.pdf

Johnny,

Please see attached presentation for your client.  As discussed, Four Corners is offering an exclusive opportunity to a select group of industry partners.

Four Corners has made an advanced purchase of Global 5000/6000 hours through VistaJet.  We are offering access to the hours through our Insight program.  Currently, VistaJet is selling their hours in the market for $16,000-$17,000+ incidentals and fuel surcharges.  This is an opportunity for you to offer the same hours to your client for significantly less.  Our recommended sale price is $12,500+incendentals.  However we will allow you to set the price to whatever level you can.  We will pay you anything above $12,250.  Right now, we are offering the hours in blocks of a minimum of 150 hours and your clients can contract directly with FCA.

After you've had a chance to review, please give me or Cam Gowans a call to discuss further.

Brian

**Brian E. Proctor**
Chief Executive Officer
Four Corners Aviation, LLC
Mente Group, LLC
3201 Dallas Parkway
Suite 777
Frisco, TX 75034

+1-214-351-9595 - Office
+1-817-307-7720 - Mobile



    

FCA002233





FOUR CORNERS
AVIATION

*Insight Card with Vista Opportunity*
*Presented to OGARAJETS*

04.21.2022

CONFIDENTIAL

FCA002234

INSIGHT – VISTA OPPORTUNITY

# THE INSIGHT CARD



VIP MEMBER 00017
BARBARA KOSTASELISH
SINCE 2021

## Unique Values driven product

Recognizing that both new and existing users have a plethora of options to access business aviation, Four Corners offers the **Insight Card**. This allows the sophisticated user to select *on a trip by trip basis*, the most appropriate option. Your **Four Corners Insight Card** includes:

1. Oversight on private aviation assets and options
   - VistaJet Hours
   - Charter options from Four Corners Aviation
2. Trip by Trip Selection / Optimization
3. Flight Coordination and Following
4. Metrics, reporting and analysis

*be there…*

CONFIDENTIAL

CONFIDENTIAL • 04.21.2022 • 2

INSIGHT – VISTA OPPORTUNITY

# THE OFFERING

## Access to the Global 5000/6000 or 7500 through VistaJet

○ FCA has contracted with VistaJet US for a block of hours for remarketing to a limited number of clients

○ Hours must be used by September 2023.

## Four Corners Aviation (FCA) offers

○ Agreement with FCA

○ Occupied time, significantly discounted hourly rate

○ Evaluation and insight on a *trip by trip* basis, and recommendation for most suitable aircraft

○ 24/7 Access
  ○ Email or Phone

○ Vetted Operator
  ○ Fleet of over 70 Bombardier aircraft

○ Interchange
  ○ Favorable downgrade interchange rates within the VistaJet fleet

○ Flight Administration
  ○ Simple billing and invoicing for flight incidentals such as landing and handling charges

○ Available through the Four Corners Insight Card Program

○ Charter alternatives if VistaJet is unavailable

*be there....*

FCA002235

CONFIDENTIAL • 04.21.2022 • 4

FCA002236

THE AIRCRAFT

# VISTAJET GLOBAL 5000



Day

Night

## Specifications

**Performance**
Flight hours — **11:00**
Max range — **5,200 nm**
Max speed — **0.89 Mach**
Max altitude — **51,000 ft**

**Interior**
Passengers — **13 | 7 sleeping**
Cabin length — **40 ft 9 in**
Cabin height — **6 ft 2 in**
Cabin width — **7 ft 11 in**
Baggage capacity — **195 ft³ | 1000 lbs (max)**

*be there …*

CONFIDENTIAL

CONFIDENTIAL • 04.21.2022 • 5

FCA002237

THE AIRCRAFT

# VISTAJET GLOBAL 6000



Day

Night

## Specifications

**Performance**
| | |
|---|---|
| Flight hours | **13:00** |
| Max range | **6000 nm** |
| Max speed | **0.89 Mach** |
| Max altitude | **51,000 ft** |

**Interior**
| | |
|---|---|
| Passengers | **14 \| 7 sleeping** |
| Cabin length | **43 ft 3 in** |
| Cabin height | **6 ft 2 in** |
| Cabin width | **7 ft 11 in** |
| Baggage capacity | **195 ft³ \| 1000 lbs (max)** |

*be there…*

CONFIDENTIAL

FCA002238

THE AIRCRAFT

# VISTAJET GLOBAL 7500



Day

Night

**Specifications**

Performance
Max range          7,700 nm
Max speed          0.925 Mach
Max altitude       51,000 ft

Interior
Passengers         14 | 8 sleeping
Cabin length       54 ft 5 in
Cabin height       6 ft 2 in
Cabin width        8 ft
Baggage capacity   195 ft³ | 1000 lbs

*be there …*

CONFIDENTIAL • 04.21.2022 • 6

CONFIDENTIAL

CONFIDENTIAL • 04.21.2022 • 7

FCA002239

INSIGHT CARD - VISTA OPPORTUNITY

# PROPOSAL – CHARTER + INCIDENTALS DEPOSIT



- o FCA can arbitrage the best application for requested travel requirements utilizing VistaJet hours or the aircraft charter market.
- o FCA provides one source for vetting, booking, coordinating, a tracking, and billing
- o Charter provides backup / alternatives for Peak Days and scheduling conflicts
- o Charter + Incidentals Deposit:
  - o $100,000 Deposit
    - o Minimum balance of $25,000
    - o Remaining balance refundable (after September 2023)
    - o Held in Segregated Bank Account

*be there…*

FCA002240

CONFIDENTIAL • 04.21.2022 • 8

INSIGHT CARD – VISTA OPPORTUNITY

# PROPOSAL – ECONOMICS

| Aircraft Type | Global 5000/6000 | Global 7500 |
|---|---|---|
| Term | Through September 30, 2023 | Through September 30, 2023 |
| Occupied Hours | Minimum 150 | 48 |
| Occupied Hourly Rate | $12,500 | $19,500 |
| Payment Terms | In Advance | In Advance |
| Vista Hours | $1,850,000 | $936,000 |
| Charter + Incidental Deposit | $100,000 | $100,000 |
| Total | $1,950,000 | $1,036,000 |

*be there …*

CONFIDENTIAL

INSIGHT – VISTA OPPORTUNITY

# MECHANICS

After signing the Insight Agreement, and funding the Vista Hours and Deposit, contact the Insight team to book.

Insight team will coordinate with VistaJet and alternatives as appropriate, provide alternatives to the client and book per their request.

Insight will manage all aspects of the trip, including day of, and administer payments of any charter or incidentals.

Insight will provide flight coordination

How to book:

Insight@fourcornersaviation.com

(214) 459-5900

CONFIDENTIAL • 04.21.2022 • 9

FCA002241

be there…

CONFIDENTIAL

FCA002242

CONFIDENTIAL • 04.21.2022 • 10

THE INSIGHT CARD

# FLIGHT COORDINATION

**Provide ongoing aviation support on a trip-by-trip basis:**

- Provide 24/7 service
  - Coordinate all aspects of flight
  - Phone + Email
- Optimized sourcing at the trip level
  - VistaJet Hours
  - Charter
- Flight booking and confirmation
- Flight tracking support on "day-of" travel
- Invoicing
  - Flight charges
  - Incidentals
  - Surcharges
- Oversight of all charter and card contracts to provide optimized utilization per contract
- Monthly reporting of utilization, budgets, etc.

*be there…*

INSIGHT – VISTA OPPORTUNITY

# Terms + Conditions

## Availability

○ FCA will confirm availability of a VistaJet aircraft at time of booking.  VistaJet will provide a single Aircraft (or better, at VistaJet US's option) for the at the Occupied Hourly Rate, whenever the Member books a flight within the Service Area and provides the Minimum Booking Notice. As FCA is reselling these hours at a significant savings to normal rates, availability will be limited to the eight members of the program.  If multiple Insight Card holders request aircraft on the same date, FCA will arrange for supplemental support through our charter program.

## Service Area and Minimum Booking Notice (MBN) – excluding peak days

| Departure Region | Challenger MBN | Global MBN |
|---|---|---|
| European | 24 | 48 |
| Middle East | 24 | 48 |
| Asia Pacific | 48 | 48 |
| United States | 24 (U.S. Region Flights) 48 (International Flights) | 24 (U.S. Region Flights) 48 (International Flights) |

## Interchange Rates – Global 5000 / 6000

○ The Interchange Rate shall be multiplied by the Flight Hours flown by Member.  Challenger flights are not available between USA and other Regions.

| Aircraft | Interchange | Implied Hourly Rate |
|---|---|---|
| Challenger 350 | .86 | 10,570 |
| Challenger 605 | .97 | 12,125 |
| Challenger 850 | .99 | 12,375 |

VistaJet US reserves the right to amend, add or remove additional aircraft makes and models and associated rates to the Interchange Aircraft Rates after giving thirty (30) days' prior written notice.

*be there...*

CONFIDENTIAL • 04.21.2022•12

FCA002244

# Terms + Conditions

**Peak Days**

- 7 Day notification required during peak travel days
- US Peak travel days 2022

  April 14-18, 22-25

  May 26-30

  June

  July 1-5

  August

  September 1-5

  October 4

  November 19-28

  December 16-18, 25-28

  *Jan 2023 1-3, 16

- International Peak travel days 2022

  April 14-18, 29

  May 2, 18, 28, 29

  June 2,3, 17-18

  July 15 – 17, 29

  August 1, 26-29

  September 1-5

  October 22, 23, 29, 30

  November

  December 16-18, 25-28

  *Jan 2023  1- 3

*estimated for 2023 to be updated when released by Vista

*be there ...*

FCA002245

INSIGHT – VISTA OPPORTUNITY

# Terms + Conditions

**Simultaneous use**
- Only one aircraft is guaranteed. Additional aircraft are subject to availability.

**Minimum Flight times**
- 2.3 Flight hours for domestic/ wholly within the US
- 2.8 Flight hours for globally or partly globally, outside of US mainland service area

**Cancellation Fees**
- Full amount forfeited if cancelled within 48 hours of scheduled departure time
- During peak periods, 7 days notice required
- These fees may be waived if there has not been any costs incurred

**Incidentals (additional cost may be incurred)**
- Ground transportation
- Wifi &/ or satellite phone + international charges may be added
- Customs and International handling fees
- Special catering
- High density/ special use airport fees
- Cleaning fee (excess wear, smoking, pets)
- Additional flight crew
- Extended wait/ customer delay in excess of 60 minutes

**Fuel surcharges**
- Fuel surcharges will be calculated for each trip using IATA previous months fuel price

**Service Area Limitations**
- Hawaii & between Caribbean islands subject to availability

*be there…*

CONFIDENTIAL • 04.21.2022 • 13

FCA002246

CONFIDENTIAL

be there...

FCA002247

FOUR CORNERS

AVIATION

CONFIDENTIAL