# EXHIBIT 89

Page 1

```
 1

 2              UNITED STATES DISTRICT COURT

 3              SOUTHERN DISTRICT OF NEW YORK

 4

 5   PIONEER BUSINESS SERVICES, LLC
     D/B/A FOUR CORNERS AVIATION
 6   SERVICES,,

 7                       Plaintiff,

 8                   v.          Case No.
                                 1:22cv6206
 9   ·VISTAJET US, INC.,

10                       Defendant.

11

12           REMOTE VIDEOTAPED DEPOSITION OF

13                    THOMAS FLOHR

14                  February 22, 2023

15

16

17

18

19

20

21

22

23   Reported by:
     Bonnie Pruszynski, RMR, CA CSR No. 13064
24   Job No. 222339

25
```

1                    T. Flohr

2   all over it."  Then you write in -- there are

3   three balloons from you after that.  The

4   first one says:  "They are not going to ruin

5   what we built."

6            What was FCA doing that was going

7   to ruin what you had built?

8       A.   They were -- they were using my

9   brand, and they were disclosing sensitive

10  pricing information, and that ruins the

11  confidentiality of my entire worldwide

12  pricing structure.

13      Q.   Are you aware of any document where

14  FCA disclosed the information about what FCA

15  paid to SoftBank and to VistaJet for those

16  hours?

17      A.   I don't recall that.

18      Q.   Are you aware of FCA saying in any

19  of its documents the price that VistaJet

20  charged its other customers?

21      A.   I don't recall that.

22      Q.   And in fact, the only information

23  FCA disclosed was the price that FCA was

24  charging; correct?

25      A.   What is the question?

Page 112

```
 1
 2                  C E R T I F I C A T E
 3                I, Bonnie Pruszynski, RPR, RMR, do
 4    hereby certify that on February 22, 2023,
 5    appeared before me, THOMAS FLOHR.
 6                I further certify that the said
 7    witness was first duly sworn to testify to the truth
 8    in the cause aforesaid.
 9                I further certify that the signature
10    of the witness to the foregoing deposition was not
11    specified by counsel.
12                I further certify that I am not
13    counsel for nor in any way related to any of the
14    parties to this suit, nor financially interested in
15    the action.
16          IN WITNESS WHEREOF, I have hereunto
17       set my hand this 1st of March, 2023.
18
                            _____
19
20                          Bonnie Pruszynski
21
22
23
24
25
```