UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIONEER BUSINESS SERVICES, LLC
d/b/a FOUR CORNERS AVIATION
SERVICES,

        Plaintiff,

    -against-

VISTAJET US, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/08/2023
```

22-CV-6206 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter dated June 6, 2023 (Dkt. 157), withdrawing its letter-motion dated June 1, 2023 (Dkt. 155), which requested a discovery conference. As the dispute is now resolved, the discovery conference previously scheduled for June 14, 2023 (*see* Dkt. 153) is ADJOURNED *sine die*.

    In connection with its discovery letter-motion, plaintiff filed a document identified as Exhibit 1 under seal, "in accordance with the Stipulated Protective Order issued in this action." (Dkt. 152, at 1; Dkt. 156, at 1.) As this Court explained in its January 5, 2023 Order (Dkt. 88), the fact that "the parties agreed among themselves" that certain documents are considered "confidential" "does not answer (or even bear on) the question whether sealing is warranted under the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), and its progeny." Consequently, no later than **June 14, 2023**, any party with an interest in keeping Exhibit 1 under seal shall submit a letter-brief in support of that position. If no such letter-brief is received, the document will be unsealed by the Court.

    The Clerk of Court is respectfully directed to close the motions at Dkts. 152, 155, and 156. The documents at Dkts. 152-1 and 156-1 shall provisionally remain under seal.

Dated: New York, New York
       June 8, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**