**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/8/2024

# akerman

H. Peter Haveles, Jr.

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 822 2280
DirF: 212 259 8586
peter.haveles@akerman.com

April 5, 2024

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Pioneer Business Services, LLC v. VistaJet US, Inc. – 22 cv 06206 (ALC)

Dear Judge Carter:

     We are attorneys for plaintiff Pioneer Business Services, LLC d/b/a Four Corners Aviation Services.  We write with respect to the deadline for submission of the joint pretrial order in accordance with Rule 4(A) of Your Honor's Individual Practices and respectfully request an extension of that deadline.  We have conferred with counsel for defendant VistaJet US, Inc., who joins in the request set forth herein.

     On March 29, 2024, the Court entered its Opinion and Order with respect to the parties' cross-motions for summary judgment (Dkt. 204).  Although the Court granted summary judgment as to certain claims, there are claims that remain to be tried.  Consequently, in accordance with Rule 4(A) of the Individual Practices, the parties are to submit all the materials identified in that rule by April 29, 2024.

     Due to the parties' commitments in other cases during the month of April, both plaintiff and defendant respectfully submit that they are not able to complete all of the work mandated under Rule 4(A) within the specified time.  Accordingly, plaintiff and defendant respectfully request that Your Honor extend the deadline for the submission of the joint pretrial order and the exchange of other materials by 45 days, from April 29, 2024 to June 13, 2024.

     This request is the first application that the parties have made for such an extension.

     Notwithstanding the request for an adjournment, in order to be efficient, the parties intend to have during the month of April the good faith discussion regarding settlement mandated by the last paragraph (in bold print) of Rule 4(A).

akerman.com

April 5, 2024
Page 2

_____

        Thank you for Your Honor's consideration.

        Respectfully,

        */s/ H. Peter Haveles, Jr.*

        H. Peter Haveles, Jr.

cc:    All counsel of record

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 8, 2024

75772472;1