USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/4/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PIONEER BUSINESS SERVICES, LLC,
d/b/a FOUR CORNERS AVIATION SERVICES,

        Plaintiff,

-against-

VISTAJET US, INC.,

        Defendant.

---

22-CV-06206 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   **June 4, 2024**
       New York, New York

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**