MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/31/2024____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIONEER BUSINESS SERVICES, LLC d/b/a FOUR CORNERS AVIATION SERVICES,<br><br>Plaintiff,<br><br>-v.-<br><br>VISTAJET US, INC.,<br><br>Defendant. | Case No.: 1:22cv6206 (ALC) |

## STIPULATION OF DISMISSAL AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that, pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, this action in its entirety (including each and every claim asserted by the parties in this action) is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

| | |
|---|---|
| AKERMAN LLP | AXS LAW GROUP, PLLC |
| By: _____<br>H. Peter Haveles, Jr.<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Tel: (212) 880-3800<br>Fax: (212) 880-8965<br>Peter.haveles@akerman.com | By: _____<br>Jeffrey W. Gutchess<br>Bernardo N. de Mello Franco<br>2121 NW 2nd Avenue, Suite 201<br>Miami, FL 33127<br>Tel: (305) 297-1878<br>jeff@axslawgroup.com<br>bernardo@axslawgroup.com<br>eservice@axslawgroup.com |
| SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP<br><br>By: *[signature]*_____<br>Talmage Boston (*pro hac vice*)<br>Texas Bar No. 02681800<br>9201 N. Central Expressway, 4th Floor<br>Dallas, TX 75231<br>Tel: (214) 780-1400<br>Fax: (214) 780-1401<br>tboston@shackelford.law<br><br>*Counsel for Plaintiff Pioneer Business Services, LLC d/b/a Four Corners Aviation Services* | *Counsel for Defendant VistaJet US, Inc.* |

SO ORDERED.

_____
ANDREW L. CARTER
United States District Judge

Dated: _____, 2024

| | |
|---|---|
| AKERMAN LLP | AXS LAW GROUP, PLLC |
| By: _/s/ H. Peter Haveles, Jr._ <br> H. Peter Haveles, Jr. <br> 1251 Avenue of the Americas, 37th Floor <br> New York, New York 10020 <br> Tel: (212) 880-3800 <br> Fax: (212) 880-8965 <br> Peter.haveles@akerman.com | By: _____ <br> Jeffrey W. Gutchess <br> Bernardo N. de Mello Franco <br> 2121 NW 2nd Avenue, Suite 201 <br> Miami, FL 33127 <br> Tel: (305) 297-1878 <br> jeff@axslawgroup.com <br> bernardo@axslawgroup.com <br> eservice@axslawgroup.com |
| SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP | *Counsel for Defendant VistaJet US, Inc.* |
| By: _____ <br> Talmage Boston (*pro hac vice*) <br> Texas Bar No. 02681800 <br> 9201 N. Central Expressway, 4th Floor <br> Dallas, TX 75231 <br> Tel: (214) 780-1400 <br> Fax: (214) 780-1401 <br> tboston@shackelford.law | |
| *Counsel for Plaintiff Pioneer Business Services, LLC d/b/a Four Corners Aviation Services* | |

SO ORDERED.

_____
ANDREW L. CARTER
United States District Judge

Dated: _____, 2024

| | |
|---|---|
| AKERMAN LLP | AXS LAW GROUP, PLLC |
| By: _____<br>H. Peter Haveles, Jr.<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Tel: (212) 880-3800<br>Fax: (212) 880-8965<br>Peter.haveles@akerman.com | By: _____<br>Bernardo N. de Mello Franco<br>Jeffrey W. Gutchess<br>2121 NW 2nd Avenue, Suite 201<br>Miami, FL 33127<br>Tel: (305) 297-1878<br>jeff@axslawgroup.com<br>bernardo@axslawgroup.com<br>eservice@axslawgroup.com |
| SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP | *Counsel for Defendant VistaJet US, Inc.* |
| By: _____<br>Talmage Boston (*pro hac vice*)<br>Texas Bar No. 02681800<br>9201 N. Central Expressway, 4th Floor<br>Dallas, TX 75231<br>Tel: (214) 780-1400<br>Fax: (214) 780-1401<br>tboston@shackelford.law | SO ORDERED:<br>*/s/ Andrew L. Carter*<br>HON. ANDREW L. CARTER, JR.<br>UNITED STATES DISTRICT JUDGE<br><br>Dated: July 31, 2024 |
| *Counsel for Plaintiff Pioneer Business Services, LLC d/b/a Four Corners Aviation Services* | |

SO ORDERED.

_____
ANDREW L. CARTER
United States District Judge

Dated: _____, 2024